# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| Duro Dyne National Corp., *et al.*[1] ) | Case No. 18-27963 (MBK) |
| ) | |
| Debtors. ) | |
| ) | (Jointly Administered) |

## AFFIDAVIT OF SERVICE RE:

| | |
|---|---|
| Docket No. 479 | DEBTORS' VERIFIED OBJECTION TO PROOF OF CLAIM FILED BY INTERNATIONAL ASSOCIATION OF SHEET METAL AIR RAIL AND TRANSIT WORKERS |
| Docket No. 481 | AMENDED PLAN SUPPLEMENT FOR SECOND AMENDED PRENEGOTIATED PLAN OF REORGANIZATION FOR DURODYNE NATIONAL CORP., ET AL. [Re: Docket No. 279] |
| Docket No. 482 | PLAN PROPONENTS' MEMORANDUM OF LAW IN SUPPORT OF ENTRY OF AN ORDER CONFIRMING THE SECOND AMENDED PRENEGOTIATED PLAN OF REORGANIZATION AND RESPONSE TO PLAN OBJECTIONS [Re: Docket No. 279] |
| Docket No. 483 | CERTIFICATION OF MARK PODGAINY IN SUPPORT OF CONFIRMATION OF THE SECOND AMENDED PRENEGOTIATED PLAN OF REORGANIZAITON FOR DURO DYNE NATIONAL CORP., ET AL. UNDER CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE [Re: Docket No. 279] |

I, Mabel Soto, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 3732 West 120th Street, Hawthorne, California 90250.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

2.  On February 26, 2019, at the direction of Lowenstein Sandler LLP, Counsel to the Debtors and Debtors in Possession, the above referenced documents were served on the parties listed in Exhibits A through C via the modes of service indicated thereon:

| | |
|---|---|
| Exhibit A | The Master Service List Parties Address List regarding Docket Nos. 479, 481, 482 and 483 |
| Exhibit B | The Affected Parties Address List regarding Docket No. 479 |
| Exhibit C | The Affected Parties Address List regarding Docket Nos. 481, 482 and 483 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 27th day of February 2019 at Hawthorne, California.

_____
Mabel Soto

# EXHIBIT A

# Duro Dyne

**Total number of parties: 190**

## Exhibit A - Duro Dyne

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 69255 | AMERICAN ELITE MOLDING, LLC, ATTN: JOHN GAYNOR, JGAYNOR@AEM-TIES.COM | E-mail |
| 69256 | AMERICAN EXPRESS, 200 VESEY STREET, NEW YORK, NY, 10285 | US Mail (1st Class) |
| 69256 | ANDERSON KILL & OLICK PC, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1182 | US Mail (1st Class) |
| 69255 | ANDERSON KILL PC, CORT T MALONE ESQ, (RE: DURO DYNE NATIONAL CORP), CMALONE@ANDERSONKILL.COM | E-mail |
| 69256 | BELLUCK & FOX, LLP, JOSEPH BELLUCK, ESQ., (RE: CMTE MEMBER JOSEPH BARNA), 546 FIFTH AVENUE, 4TH FLOOR, NEW YORK, NY, 10036 | US Mail (1st Class) |
| 69256 | BRAYTON PURCELL, LLP, BRYN GALLAGHER LETSCH, ESQ., (RE: CMTE MEMBER ROBERT ENVALL), 222 RUSH LANDING ROAD, NOVATO, CA, 94948 | US Mail (1st Class) |
| 69256 | CALIFORNIA ATTY GENERAL`S OFFICE, BK NOTICES DIV/PUBLIC INQUIRY UNIT, CALIFORNIA DEPARTMENT OF JUSTICE, PO BOX 944255, SACRAMENTO, CA, 94244-2550 | US Mail (1st Class) |
| 69255 | CAMBRIDGE RESOURCES, ATTN: STEVE KIELSON, SK@CAMBRIDGERESOURCES.COM | E-mail |
| 69255 | CAPLIN & DRYSDALE, JOHN WEHNER; JEFFREY A. LIESEMER, (RE: AD HOC ASBESTOS COMMITTEE), JWEHNER@CAPDALE.COM | E-mail |
| 69255 | CAPLIN & DRYSDALE, JOHN WEHNER; JEFFREY A. LIESEMER, (RE: AD HOC ASBESTOS COMMITTEE), JLIESEMER@CAPDALE.COM | E-mail |
| 69256 | CARROLL, MCNULTY & KULL LLC, CR CARROLL;MJ TRICARICO, ET AL., (RE: THE NORTH RIVER INSURANCE COMPANY), 570 LEXINGTON AVENUE, 8TH FLOOR, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 69255 | CENTURY MECHANICAL SYSTEMS, ATTN: JARI VARGHESE, JARI@DURODYNE.ME | E-mail |
| 69255 | COMMONWEALTH OF PENNSYLVANIA, DEB SECREST, RA-LI-UCTS-BANKRUPT@STATE.PA.US | E-mail |
| 69256 | COONEY & CONWAY, KATHY BYRNE, ESQ., (RE: CMTE MEMBER DONALD KURTZER), 120 N. LASALLE STREET, 30TH FL., CHICAGO, IL, 60602 | US Mail (1st Class) |
| 69255 | CROWELL & MORING LLP, MARK PLEVIN & TACIE YOON, (RE: FEDERAL INSURANCE COMPANY), TYOON@CROWELL.COM | E-mail |
| 69255 | CROWELL & MORING LLP, MARK PLEVIN & TACIE YOON, (RE: FEDERAL INSURANCE COMPANY), MPLEVIN@CROWELL.COM | E-mail |
| 69255 | CROWELL & MORING LLP, MARK S LICHTENSTEIN ESQ., (RE: FEDERAL INSURANCE CO.), MLICHTENSTEIN@CROWELL.COM | E-mail |
| 69256 | DEXTER HOFING, LLC, 45 ROCKEFELLER PLAZA, SUITE 2000, NEW YORK, NY, 10111 | US Mail (1st Class) |
| 69255 | DIE MATIC PRODUCTS, LLC, ATTN: BILL OEHRLEIN, BILLOEHRLEIN@DIEMATICPRODUCTS.COM | E-mail |
| 69256 | DILWORTH PAXSON LLP, WILLIAM E MCGRATH JR; LEAH BARTLOME, (RE: MUNICH REINSURANCE AMERICA FKA ARC), 99 PARK AVENUE, SUITE 320, NEW YORK, NY, 10016 | US Mail (1st Class) |
| 69255 | DILWORTH PAXSON LLP, WILLIAM E. MCGRATH JR., (RE: MUNICH REINSURANCE AMERICA FKA ARC), WMCGRATH@DILWORTHLAW.COM | E-mail |
| 69256 | DLA PIPER LLP (US), AIDAN M MCCORMACK;CYRIL E SMITH ESQ, (RE: FEDERAL INSURANCE COMPANY), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | US Mail (1st Class) |
| 69255 | DUANE MORRIS LLP, JEFF D. KAHANE, (RE: MIDSTATES REINSURANCE CORPORATION), JKAHANE@DUANEMORRIS.COM | E-mail |
| 69255 | DUANE MORRIS LLP, SOMMER L. ROSS, (RE: MIDSTATES REINSURANCE CORPORATION), SLROSS@DUANEMORRIS.COM | E-mail |
| 69256 | DURO DYNE NATIONAL CORPORATION, ATTN RANDALL HINDEN,PRESIDENT & CEO, (RE: DEBTOR), 81 SPENCE STREET, BAY SHORE, NY, 11706 | US Mail (1st Class) |
| 69255 | DYNAMIC METALS INC, ATTN: TONY FRANGIONE, TONYF@DYNAMICMETALS.COM | E-mail |
| 69255 | HERCULITE PRODUCTS, ATTN: DAVID YOHE, DYOHE@HERCULITE.COM | E-mail |
| 69255 | IFRAH PLLC, GEORGE R. CALHOUN, V, (RE: THE NORTH RIVER INSURANCE COMPANY), GEORGE@IFRAHLAW.COM | E-mail |

**Exhibit A - Duro Dyne**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 69256 | INTERNAL REVENUE SERVICE, ATTN: BANKRUPTCY NOTICES DIVISION, 2970 MARKET STREET, MAIL STOP 5-Q30.133, PHILADELPHIA, PA, 19104-5016 | US Mail (1st Class) |
| 69256 | JACKSON LEWIS LLP, ONE NO. BROADWAY, WHITE PLAINS, NY, 10601 | US Mail (1st Class) |
| 69256 | JASPAN SCHLESINGER LLP, STANLEY A. CAMHI, ESQ., (RE: HARTFORD ACCIDENT & INDEMNITY COM), 300 GARDEN CITY PLAZA, GARDEN CITY, NY, 11530 | US Mail (1st Class) |
| 69255 | JM BURNS STEEL SUPPLY, ATTN: JUSTIN ROBBINS, JROBBINS@JMBSTEEL.COM | E-mail |
| 69256 | KELLER, FISHBACK & JACKSON LLP, DANIEL KELLER, 28720 CAMVOOD STREET, SUITE 200, AGOURA HILLS, CA, 91301 | US Mail (1st Class) |
| 69256 | KELLEY & FERRARO, LLP, CONSTANTINE P. VENIZELOS, ESQ., (RE: CMTE MEMBER EUGENE F. SROMEK), ERNEST & YOUNG TOWER, 950 MAIN AVENUE, SUITE 1300, CLEVELAND, OH, 44113 | US Mail (1st Class) |
| 69255 | KENNEDYS CMK LLP, MARGARET CATALANO & CHRISTINA SALEM, CHRISTINA.SALEM@KENNEDYSCMK.COM | E-mail |
| 69255 | KENNEDYS CMK LLP, MARGARET CATALANO & CHRISTINA SALEM, MEG.CATALANO@KENNEDYSCMK.COM | E-mail |
| 69255 | L I S ENTERPRISES, INC., ATTN: JASON BRENNER, JWB@LISENTERPRISES.COM | E-mail |
| 69256 | LONDON FISCHER LLP, J. T.H. DEAVER; SARAH N. DEVITO ESQ, (RE: MIDSTATES REINSURANCE CORP FKA MEAD), 59 MAIDEN LANE, 39TH FLOOR, NEW YORK, NY, 10038 | US Mail (1st Class) |
| 69255 | LOWENSTEIN SANDLER LLP, JEFFREY D. PROL; TERRI FREEDMAN, (RE: DEBTOR), TFREEDMAN@LOWENSTEIN.COM | E-mail |
| 69255 | LOWENSTEIN SANDLER LLP, JEFFREY D. PROL; TERRI FREEDMAN, (RE: DEBTOR), JPROL@LOWENSTEIN.COM | E-mail |
| 69255 | LOWENSTEIN SANDLER LLP, KENNETH A. ROSEN, (RE: DEBTOR), KROSEN@LOWENSTEIN.COM | E-mail |
| 69255 | MAJESTIC STEEL USA INC., ATTN: SUSAN SUVAK, BBUCKALEW@MAJESTICSTEEL.COM | E-mail |
| 69255 | MAJESTIC STEEL USA INC., ATTN: SUSAN SUVAK, SSUVAK@MAJESTICSTEEL.COM | E-mail |
| 69256 | MANLEY BURKE LPA, 225 WEST COURT ST., CINCINNATI, OH, 45202 | US Mail (1st Class) |
| 69256 | MAZURS USA, LLP, 135 WEST 50TH STREET, NEW YORK, NY, 10020 | US Mail (1st Class) |
| 69256 | MCCARTER & ENGLISH, LLP, MATTHEW HEIMANN, ESQ., (RE: MESTEK, INC & MESTEK MACHINERY INC), FOUR GATEWAY CENTER, 100 MULBERRY STREET, NEWARK, NJ, 07102 | US Mail (1st Class) |
| 69256 | MELTZER, LIPPE, GOLDSTEIN, & BREITSTONE, LLP, 190 WILLIS AVENUE, MINEOLA, NY, 11501 | US Mail (1st Class) |
| 69256 | MESTEK, INC., ATTN: BRUCE DEWEY, 260 NORTH ELM STREET, WESTFIELD, MA, 01085 | US Mail (1st Class) |
| 69255 | MIDLAND STEEL WHSE. CORP., ATTN: HOWARD ALLEN, HALLEN@MIDLANDSTEEL.NET | E-mail |
| 69255 | NAKAZAWA DIE CASTING, ATTN: DESMOND KHONG, KHONG@NAKAZAWA.COM.MY | E-mail |
| 69256 | NEW JERSEY ATTORNEY GENERALS OFFICE, ATTN: DIVISION OF LAW, RICHARD J HUGHES JUSTICE COMPLEX, 25 MARKET STREET, TRENTON, NJ, 08625-0112 | US Mail (1st Class) |
| 69256 | NEW JERSEY DIVISION OF TAXATION, ATTN: COMPLIANCE AND ENFORCEMENT, BANKRUPTCY UNIT, 50 BARRACK STREET, 9TH FLOOR, TRENTON, NJ, 08695 | US Mail (1st Class) |
| 69256 | NEW JERSEY DIVISION OF TAXATION, ATTN: COMPLIANCE AND ENFORCEMENT, BANKRUPTCY UNIT, 50 BARRACK STREET, 9TH FLOOR, TRENTON, NJ, 08695 | US Mail (1st Class) |
| 69256 | NEW YORK CITY DEPT OF FINANCE, CORRESPONDENCE UNIT, ONE CENTRE STREET, 22ND FLOOR, NEW YORK, NY, 10007 | US Mail (1st Class) |
| 69256 | NEW YORK STATE DEPT OF TAXATION, ATTN: OFFICE OF COUNSEL, NYS DEPT OF TAXATION AND FINANCE, BUILDING 9 WA HARRIMAN CAMPUS, ALBANY, NY, 12227 | US Mail (1st Class) |
| 69256 | NORGAARD O'BOYLE, (RE: UNDISCLOSED INTERESTED PARTY), 184 GRAND AVENUE, ENGLEWOOD, NJ, 07631-3507 | US Mail (1st Class) |
| 69255 | OFFICE OF THE US ATTORNEY OF NJ, ATTN EAMONN O'HAGAN, ASST US ATTY, EAMONN.OHAGAN@USDOJ.GOV | E-mail |
| 69255 | OFFICE OF THE US TRUSTEE FOR THE, J. SPONDER; M. HAUSMAN, USTPREGION03.NE.ECF@USDOJ.GOV | E-mail |
| 69255 | OFFICE OF THE US TRUSTEE FOR THE, J. SPONDER; M. HAUSMAN, JEFFREY.M.SPONDER@USDOJ.GOV | E-mail |
| 69255 | OFFICE OF THE US TRUSTEE FOR THE, J. SPONDER; M. HAUSMAN, MITCHELL.B.HAUSMAN@USDOJ.GOV | E-mail |

**Exhibit A - Duro Dyne**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 69256 | OHIO ATTORNEY GENERAL`S OFFICE, ATTN: BANKRUPTCY NOTICES DIVISION, 30 EAST BROAD STREET, 14TH FLOOR, COLUMBUS, OH, 43215 | US Mail (1st Class) |
| 69255 | PENSION BENEFIT GUARANTY CORP., JORDAN JACOBSON, ESQ., (RE: PENSION BENEFIT GUARANTY CORPORTION), JACOBSON.JORDAN@PBGC.GOV | E-mail |
| 69255 | PENSION BENEFIT GUARANTY CORP., JORDAN JACOBSON, ESQ., (RE: PENSION BENEFIT GUARANTY CORPORTION), EFILE@PBGC.GOV | E-mail |
| 69255 | PHD MANUFACTURING INC., ATTN: JONATHON CORPINO, JONATHONC@PHD-MFG.COM | E-mail |
| 69255 | PREGIS HOLDING, ATTN: DANIEL LINDENBAUM, DLINDENBAUM@PREGIS.COM | E-mail |
| 69255 | R2 TAPE, INC., ATTN: JEN HIRSCH, JHIRSCH@PRESTOTAPE.COM | E-mail |
| 69255 | RABINOWITZ, LUBETKIN & TULLY, LLC, JONATHAN RABINOWITZ; J. A. COOPER, (RE: 4 SITE, LLC), JRABINOWITZ@RLTLAWFIRM.COM | E-mail |
| 69255 | RABINOWITZ, LUBETKIN & TULLY, LLC, JONATHAN RABINOWITZ; J. A. COOPER, (RE: 4 SITE, LLC), JCOOPER@RLTLAWFIRM.COM | E-mail |
| 69255 | RETRANS FREIGHT, ATTN: BRIAN HILLER, BHILLER@RETRANSFREIGHT.COM | E-mail |
| 69256 | SCULLY, SCOTT, MURPHY & PRESSER, PC, 400 GARDEN CITY PLAZA, SUITE 300, GARDEN CITY, NY, 11530 | US Mail (1st Class) |
| 69255 | SEALERS INC., ATTN: JIM BERGER, JIM@SEALERSINC.COM | E-mail |
| 69255 | SHIPMAN & GOODWIN LLP, JAMES RUGGERI;A WILLIAMS;J WEINBERG, (RE: HARTFORD ACCIDENT & INDEMNITY COM), JWEINBERG@GOODWIN.COM | E-mail |
| 69255 | SHIPMAN & GOODWIN LLP, JAMES RUGGERI;A WILLIAMS;J WEINBERG, (RE: HARTFORD ACCIDENT & INDEMNITY COM), JRUGGERI@GOODWIN.COM | E-mail |
| 69255 | SHIPMAN & GOODWIN LLP, JAMES RUGGERI;A WILLIAMS;J WEINBERG, (RE: HARTFORD ACCIDENT & INDEMNITY COM), AWILLIAMS@GOODWIN.COM | E-mail |
| 69255 | SHIPMAN & GOODWIN LLP, STEPHEN M. FORTE, ESQ., (RE: HARTFORD ACCIDENT & INDEMNITY CO.), SFORTE@GOODWIN.COM | E-mail |
| 69256 | SIMMONS HANLY CONROY, MATTHEW PETERSON, ESQ., (RE: CMTE MEMBER WENDELL BETTS), ONE COURT STREET, ALTON, IL, 62002 | US Mail (1st Class) |
| 69255 | SIX-2 FASTENER IMPORTS, ATTN: STEVE COWAN, STEVE@SIX2FAST.COM | E-mail |
| 69256 | SNYDER MFG INC, ATTN: JOLENE MEESE, 3001 PROGRESS ST., DOVER, OH, 44622 | US Mail (1st Class) |
| 69256 | STATE OF CALIFORNIA DIV OF TAXATION, ATTN: COMPLIANCE AND ENFORCEMENT, FRANCHISE TAX BOARD, PO BOX 942840, SACRAMENTO, CA, 94240-0040 | US Mail (1st Class) |
| 69256 | STATE OF OHIO DIVISION OF TAXATION, ATTN: COMPLIANCE AND ENFORCEMENT, PO BOX 530, COLUMBUS, OH, 43216-0530 | US Mail (1st Class) |
| 69256 | THE LAW OFFICE OF JOHN FIALCOWITZ, JOHN FIALCOWITZ ESQ, (RE: PROPOSED COUNSEL FOR OFFICIAL), 89 HEADQUARTERS PLAZA NORTH, SUITE 1216, MORRISTOWN, NJ, 07960 | US Mail (1st Class) |
| 69256 | THE NJ DIV. OF TAXATION COMPLIANCE, AND ENFORCEMENT - BANKRUPTCY UNIT, 50 BARRACK STREET, 9TH FLOOR, TRENTON, NJ, 08695 | US Mail (1st Class) |
| 69256 | UCAC INC, 5737 CORPORATE WAY, WEST PALM BEACH, FL, 33407 | US Mail (1st Class) |
| 69255 | UNITED STATES DEPARTMENT OF JUSTICE, M.HILDEBRANDT; J.SPONDER; M.HAUSMAN, (RE: THE ACTING U.S. TRUSTEE), JEFFREY.M.SPONDER@USDOJ.GOV | E-mail |
| 69255 | UNITED STATES DEPARTMENT OF JUSTICE, M.HILDEBRANDT; J.SPONDER; M.HAUSMAN, (RE: THE ACTING U.S. TRUSTEE), MITCHELL.B.HAUSMAN@USDOJ.GOV | E-mail |
| 69255 | WASSERMAN, JURISTA & STOLZ, PC, SCOTT S. REVER, (RE: SHEET METAL AIR RAIL & TRNSPO ET AL), SREVER@WJSLAW.COM | E-mail |
| 69255 | YOUNG CONAWAY STARGATT & TAYLOR LLP, EDWIN HARRON;SARA KOHUT;SEAN BEACH, (RE: PRE-PETITION LEGAL REPRESENTATIVE), EHARRON@YCST.COM | E-mail |
| 69255 | YOUNG CONAWAY STARGATT & TAYLOR LLP, EDWIN HARRON;SARA KOHUT;SEAN BEACH, (RE: PRE-PETITION LEGAL REPRESENTATIVE), SKOHUT@YCST.COM | E-mail |
| 69255 | YOUNG CONAWAY STARGATT & TAYLOR LLP, EDWIN HARRON;SARA KOHUT;SEAN BEACH, (RE: PRE-PETITION LEGAL REPRESENTATIVE), SBEACH@YCST.COM | E-mail |

**Subtotal for this group: 89**

# EXHIBIT B

**Exhibit B - Duro Dyne**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 69259 | INTERNATION ASSN OF SHEET METAL, AIR, RAIL, JOSEPH POWELL, ASSISTANT TO THE GENERAL PRESIDENT, (RE: INTL ASSOC OF SHEET METAL AIR RAIL), & TRANSPORATION WORKERS, 1750 NEW YORK AVENUE, NW 6TH FLOOR, WASHINGTON, DC, 20006 | US Mail (1st Class) |
| 69259 | INTERNATIONAL ASSOC OF SHEET METAL AIR RAIL, ATTN SCOTT S REVER, ESQ., & TRANSPORTATION WORKERS, WASSERMAN JURISTA & STOLZ, 110 ALLEN ROAD SUITE 304, BASKING RIDGE, NJ, 07920 | US Mail (1st Class) |
| 69258 | INTL ASSN OF SHEET METAL, AIR, RAIL, JOSEPH POWELL, ASST TO THE GEN PRES, JPOWELL@SMART-UNION.ORG | E-mail |
| 69258 | INTL ASSOC OF SHEET METAL AIR RAIL, ATTN SCOTT S REVER, ESQ., SREVER@WJSLAW.COM | E-mail |
| 69259 | MCCRACKEN, STEMERMAN & HOLSBERRY, LLP, SARAH GROSSMAN-SWENSON ESQ, (RE: INTL ASSOC OF SHEET METAL AIR RAIL), 595 MARKET ST, SUITE 800, SAN FRANCISCO, CA, 94105 | US Mail (1st Class) |

**Subtotal for this group: 5**

# EXHIBIT C

**Exhibit C - Duro Dyne**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 69257 | BELLUCK & FOX, LLP, 546 5TH AVENUE, 4TH FLOOR, NEW YORK, NY, 10036-5000 | US Mail (1st Class) |
| 69257 | BRAYTON PURCELL LLP, 222 RUSH LANDING ROAD, NOVATO, CA, 94945-2469 | US Mail (1st Class) |
| 69257 | BRAYTON PURCELL LLP, 806 SW BROADWAY, SUITE 1100, PORTLAND, OR, 97205-3329 | US Mail (1st Class) |
| 69257 | BROOKMAN, ROSENBERG, BROWN & SANDLER, 30 S 15TH STREET, PHILADELPHIA, PA, 19102-4826 | US Mail (1st Class) |
| 69257 | CALIFORNIA, FRANCHISE TAX BOARD, PO BOX 942857, SACRAMENTO, CA, 94257-0531 | US Mail (1st Class) |
| 69257 | CAREY DANIS & LOWE, 5555 SAN FELIPE STREET, SUITE 900, HOUSTON, TX, 77056-2722 | US Mail (1st Class) |
| 69257 | CARROLL, MCNULTY & KULL LLC, CHRISTOPHER R CARROLL ESQ; MICHAEL J TRICARICO ESQ, CHRISTINA R SALEM ESQ.; MARGARET F CATALANO ESQ, 570 LEXINGTON AVENUE, 8TH FLOOR, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 69257 | CITY OF FAIRFIELD, FAIRFIELD INCOME TAX, 701 WESSEL DRIVE, FAIRFIELD, OH, 45014-3611 | US Mail (1st Class) |
| 69257 | CITY OF FONTANA, ATTN: BUSINESS LICENSE, 8353 SIERRA AVE, FONTANA, CA, 92335-3598 | US Mail (1st Class) |
| 69257 | COHEN, PLACITELLA & ROTH, PC, 127 MAPLE AVENUE, RED BANK, NJ, 07701-1717 | US Mail (1st Class) |
| 69257 | COONEY AND CONWAY, 120 NORTH LASALLE STREET, SUITE 3000, CHICAGO, IL, 60602-2466 | US Mail (1st Class) |
| 69257 | DALTON & ASSOCIATES, 1106 W 10TH STREET, WILMINGTON, DE, 19806-4522 | US Mail (1st Class) |
| 69257 | DEBLASE BROWN EYERLT, LLP, 680 S SANTA FE AVENUE, LOS ANGELES, CA, 90021-1315 | US Mail (1st Class) |
| 69257 | DEPARTMENT OF TREASURY - INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA, 19101-7346 | US Mail (1st Class) |
| 69257 | DILWORTH PAXSON LLP, WILLIAM E. MCGRATH JR., 2 RESEARCH WAY, PRINCETON, NJ, 08540 | US Mail (1st Class) |
| 69257 | DILWORTH PAXSON LLP, WILLIAM E. MCGRATH, JR., ESQ., LEAH R. BARTLOME, ESQ., 99 PARK AVENUE, SUITE 320, NEW YORK, NY, 10016 | US Mail (1st Class) |
| 69257 | DLA PIPER LLP (US), AIDAN M. MCCORMACK, ESQ., CYRIL E. SMITH, ESQ., 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | US Mail (1st Class) |
| 69257 | EARLY, LUCARELLI, SWEENEY & MEISENKOTHEN, 360 LEXINGTON AVE, #20, NEW YORK, NY, 10017-6530 | US Mail (1st Class) |
| 69257 | EARLY, LUDWICK & SWEENEY, ONE CENTURY TOWER, 11TH FLOOR, 265 CHURCH STREET, NEW HAVEN, CT, 06510-7013 | US Mail (1st Class) |
| 69257 | FERRARO & ASSOCIATES, P A, 600 BRICKELL AVENUE, SUITE 3800, MIAMI, FL, 33131-3073 | US Mail (1st Class) |
| 69257 | FLINT LAW FIRM, LLC, 222 E PARK STREET, SUITE 500, EDWARDSVILLE, IL, 62025-2095 | US Mail (1st Class) |
| 69257 | FONTANA, CALIFORNIA, CITY OF FONTANA, ATTN: BUSINESS LICENSE, 8353 SIERRA AVE, FONTANA, CA, 92335-3528 | US Mail (1st Class) |
| 69257 | FRANCHISE TAX BOARD, PO BOX 942857, SACRAMENTO, CA, 94257-0531 | US Mail (1st Class) |
| 69257 | GOLDBERG PERSKY & WHITE, 11 STANWIX ST., PITTSBURGH, PA, 15222-1312 | US Mail (1st Class) |
| 69257 | GOLDBERG PERSKY & WHITE, 2085 MIDLAND ROAD, SAGINAW, MI, 48603-3438 | US Mail (1st Class) |
| 69257 | GOLDBERG PERSKY & WHITE P C, 333 PENCO ROAD, WEIRTON, WV, 26062-3850 | US Mail (1st Class) |
| 69257 | GOLDENBERG, HELLER, ANTOGNOLI, ROWLAND & SHORT, PC, 2227 S STATE RTE 157, EDWARDSVILLE, IL, 62025-3646 | US Mail (1st Class) |
| 69257 | GORI JULIAN & ASSOCIATES, P C, 156 N MAIN STREET, EDWARDSVILLE, IL, 62025-1902 | US Mail (1st Class) |
| 69257 | HUBBARD & KNIGHT, 1125 NOBLE STREET, ANNISTON, AL, 36201-4638 | US Mail (1st Class) |
| 69257 | INTERNAL SERVICE REVENUE, (RE: DEPARTMENT OF TREASURY - IRS), PAMELA HUNTER, 51 HADDONFIELD ROAD SUITE 300, CHERRY HILL, NJ, 08002 | US Mail (1st Class) |
| 69257 | JAMES F HUMPHREYS & ASSOCIATES, L C, 112 CAPITOL STREET, 2ND FLOOR, CHARLESTON, WV, 25301-2632 | US Mail (1st Class) |
| 69257 | JASPAN SCHLESINGER LLP, STANLEY A. CAMHI, ESQ., 300 GARDEN CITY PLAZA, GARDEN CITY, NY, 11530 | US Mail (1st Class) |
| 69257 | KARST & VON OISTE, LLP, 576 5TH AVENUE, NEW YORK, NY, 10036-4827 | US Mail (1st Class) |
| 69257 | KELLER, FISHBACK & JACKSON, 28720 CANWOOD STREET, SUITE 200, AGOURA HILLS, CA, 91301-3465 | US Mail (1st Class) |
| 69257 | KELLEY & FERRARO, 950 MAIN AVENUE, SUITE 1300, CLEVELAND, OH, 44113-7210 | US Mail (1st Class) |
| 69257 | LAW FIRM OF STEVEN A TREFTS, 50 CRESTWOOD EXECUTIVE CENTER, SUITE 320, SAINT LOUIS, MO, 63126-1900 | US Mail (1st Class) |
| 69257 | LAW OFFICE OF A DALE BOWERS, P A, 203 N MARYLAND AVE, WILMINGTON, DE, 19804 | US Mail (1st Class) |

Duro Dyne

**Exhibit C - Duro Dyne**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 69257 | LAW OFFICES OF LEE W DAVIS, ESQUIRE, LLC, 5239 BUTLER STREET, #201, PITTSBURGH, PA, 15201-2621 | US Mail (1st Class) |
| 69257 | LAW OFFICES OF LEE W DAVIS, ESQUIRE, LLC, 280 N OLD WOODWARE AVENUE, #406, BIRMINGHAM, MI, 48009-5394 | US Mail (1st Class) |
| 69257 | LAW OFFICES OF MICHAEL B SERLING, 280 N OLD WOODWARE AVENUE, #406, BIRMINGHAM, MI, 48009-5394 | US Mail (1st Class) |
| 69257 | LAW OFFICES OF MICHAEL P JOYCE, 232 LEWIS WHARF, BOSTON, MA, 02110-3927 | US Mail (1st Class) |
| 69257 | LAW OFFICES OF PETER G ANGELOS, 100 N CHARLES STREET, BALTIMORE, MD, 21201-3805 | US Mail (1st Class) |
| 69257 | LIPSITZ & PONTERIO, 424 MAIN STREET, SUITE 1500, BUFFALO, NY, 14202-3615 | US Mail (1st Class) |
| 69257 | LOCKS LAW FIRM/MAUNE RAICHLE HARTLEY FRENCH & MUDD, 1015 LOCUST STREET, #1200, ST. OUIS, MO, 63101-1371 | US Mail (1st Class) |
| 69257 | LONDON FISCHER LLP, JAMES T.H. DEAVER, ESQ., SARAH N. DEVITO, ESQ., 59 MAIDEN LANE, 39TH FLOOR, NEW YORK, NY, 10038 | US Mail (1st Class) |
| 69257 | LUNDY LAW, 1600 PENNSYLVANIA AVENUE, SUITE C, WILMINGTON, DE, 19806-4048 | US Mail (1st Class) |
| 69257 | MARC J BERN & PARTNERS LLP, 60 E 42ND STREET, #950, NEW YORK, NY, 10165 | US Mail (1st Class) |
| 69257 | MAUNE RAICHLE HARTLEY FRENCH & MUDD, 1015 LOCUST STREET, #1200, ST. LOUIS, MO, 63101-1371 | US Mail (1st Class) |
| 69257 | MAZUR & KITTEL, PLLC, 30665 NORTHWESTERN HWY, #175, FARMINGTON HILLS, MI, 48334-3145 | US Mail (1st Class) |
| 69257 | MINNESOTA REVENUE, MAIL STATION 1765, ST PAUL, MN, 55145-1765 | US Mail (1st Class) |
| 69257 | MOTLEY RICE LLC, 55 CEDAR STREET, SUITE 100, PROVIDENCE, RI, 02903-1034 | US Mail (1st Class) |
| 69257 | NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP, 241 N MAIN STREET, EDWARDSVILLE, IL, 62025-1603 | US Mail (1st Class) |
| 69257 | NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP, 919 NORTH MARKET STREET, SUITE 1801, WILMINGTON, DE, 19801-3033 | US Mail (1st Class) |
| 69257 | NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP, 360 LEXINGTON AVENUE, 11TH FLOOR, NEW YORK, NY, 10017-6556 | US Mail (1st Class) |
| 69257 | NASS CANCELLIERE BRENNER, 1515 MARKET STREET, #2000, PHILADELPHIA, PA, 19102-1920 | US Mail (1st Class) |
| 69257 | NJ DIVISION OF TAXATION, PO BOX 666, TRENTON, NJ, 08646-0666 | US Mail (1st Class) |
| 69257 | NYS DEPARTMENT OF TAXATION, ATTN: OFFICE OF COUNSEL, BUILDING 9, WA HARRIMAN CAMPUS, ALBANY, NY, 12227-0001 | US Mail (1st Class) |
| 69257 | OHIO DEPT OF TAXATION, BUSINESS TAX DIVISION, PO BOX 16158, COLUMBUS, OH, 43216-6158 | US Mail (1st Class) |
| 69257 | OHIO TREASURER OF STATE, OHIO DEPARTMENT OF TAXATION, PO BOX 181140, COLUMBUS, OH, 43218-1140 | US Mail (1st Class) |
| 69257 | PAUL, REICH & MYERS, 1608 WALNUT STREET, #500, PHILADELPHIA, PA, 19103-5446 | US Mail (1st Class) |
| 69257 | PHILLIPS & PAOLICELLI, 747 3RD AVENUE, NEW YORK, NY, 10017-2806 | US Mail (1st Class) |
| 69257 | PIERING LAW FIRM, 775 UNIVERSITY AVENUE, SACRAMENTO, CA, 95825-6708 | US Mail (1st Class) |
| 69257 | PRINCE, GLOVER & HAYES, P C, 701 RICE MINE ROAD N, TUSCALOOSA, AL, 35406 | US Mail (1st Class) |
| 69257 | RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC, 103 W VANDALIA STREET, #212, EDWARDSVILLE, IL, 62025-1958 | US Mail (1st Class) |
| 69257 | SCHOEN WALTON TELKEN & FOSTER, 241 N MAIN STREET, EDWARDSVILLE, IL, 62025-1603 | US Mail (1st Class) |
| 69257 | SEGAL LAW FIRM / GOLDBERG PERSKY & WHITE P C, 333 PENCO ROAD, WEIRTON, WV, 26062-3850 | US Mail (1st Class) |
| 69257 | SHEIN LAW CENTER, LTD, 121 S BROAD STREET, 21ST FLOOR, PHILADELPHIA, PA, 19107 | US Mail (1st Class) |
| 69257 | SHIPMAN & GOODWIN LLP, JAMES P. RUGGERI, JOSHUA D. WEINBERG, & ABIGAIL W. WILLIAMS, 1875 K STREET, NW, SUITE 600, WASHINGTON, DC, 20006-1251 | US Mail (1st Class) |
| 69257 | SHRADER & ASSOCIATES L L P, 3900 ESSEX LANE, #390, HOUSTON, TX, 77027 | US Mail (1st Class) |
| 69257 | SHRADER & ASSOCIATES, LLP, 22 GINGER CREEK PKWY, #A, GLEN CARBON, IL, 62034-3518 | US Mail (1st Class) |
| 69257 | SIEBEN POLK, 2600 EAGAN WOODS DRIVE, SUITE 50, EAGAN, MN, 55121-1170 | US Mail (1st Class) |
| 69257 | SIMMONS HANLY CONROY, 1 COURT STREET, ALTON, IL, 62002-6267 | US Mail (1st Class) |
| 69257 | SIMMONS HANLY CONROY, 112 MADISON AVENUE, 7TH FLOOR, NEW YORK, NY, 10016-7416 | US Mail (1st Class) |
| 69257 | STATE OF MICHIGAN, MICHIGAN DEPARTMENT OF TREASURY, PO BOX 30774, LANSING, MI, 48909-8274 | US Mail (1st Class) |
| 69257 | SWMW LAW, 701 MARKET STREET, #1000, ST. LOUIS, MO, 63101-1851 | US Mail (1st Class) |

Duro Dyne

**Exhibit C - Duro Dyne**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 69257 | SZAFERMAN, LAKIND, BLUMSTEIN & BLADER, P C, 101 GROVERS MILL ROAD, #200, LAWRENCE TOWNSHIP, NJ, 08648-4706 | US Mail (1st Class) |
| 69257 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, PO BOX 1493418, AUSTIN, TX, 78714-9348 | US Mail (1st Class) |
| 69257 | THE DEARIE LAW FIRM, 391 E 149TH STREET, SUITE 514, BRONX, NY, 10451 | US Mail (1st Class) |
| 69257 | THE DEATON LAW FIRM, 450 N BROADWAY, EAST PROVIDENCE, RI, 02914-2016 | US Mail (1st Class) |
| 69257 | THE O`BRIEN LAW FIRM, P C, 815 GEYER AVENUE, ST. LOUIS, MO, 63104 | US Mail (1st Class) |
| 69257 | THE SEGAL LAW FIRM, 810 KANAWHA BLVD E, CHARLESTON, WV, 25301-2807 | US Mail (1st Class) |
| 69257 | THE SHEPARD LAW FIRM, 160 FEDERAL STREET, 13TH FLOOR, BOSTON, MA, 02110 | US Mail (1st Class) |
| 69257 | THE SUTTER LAW FIRM, PLLC, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311 | US Mail (1st Class) |
| 69257 | THE WILLIAMS LAW FIRM, 39TH FLOOR, SUITE 71, NEW YORK, NY, 10167 | US Mail (1st Class) |
| 69257 | THORNTON LAW FIRM, 100 SUMMER STREET, SUITE 3000, BOSTON, MA, 02110-2102 | US Mail (1st Class) |
| 69257 | TREASURER STATE OF IOWA, COMPOSITE RETURN PROCESS, PO BOX 9187, DES MOINES, IA, 50306-9187 | US Mail (1st Class) |
| 69257 | VINSON LAW, 505 E JACKSON STREET, SUITE 305, TAMPA, FL, 33602 | US Mail (1st Class) |
| 69257 | VOGELZANG LAW, 401 N MICHIGAN AVENUE, SUITE 350, CHICAGO, IL, 60611-4205 | US Mail (1st Class) |
| 69257 | WALTON TELKEN FOSTER, 241 N MAIN STREET, EDWARDSVILLE, IL, 62025-1603 | US Mail (1st Class) |
| 69257 | WASHINGTON DEPARTMENT OF REVENUE, TAXPAYER ACCOUNT ADMINISTRATION, PO BOX 47476, OLYMPIA, WA, 98504-7476 | US Mail (1st Class) |
| 69257 | WATERS AND KRAUS LLP, 3141 HOOD STREET, #700, DALLAS, TX, 75219-5022 | US Mail (1st Class) |
| 69257 | WEITZ & LUXENBERG, P C, 700 BROADWAY, NEW YORK, NY, 10003-9536 | US Mail (1st Class) |
| 69257 | WILENTZ, GOLDMAN & SPITZER, 110 WILLIAM STREET, NEW YORK, NY, 10038-3927 | US Mail (1st Class) |
| 69257 | WORTHINGTON & CARON, PC, 273 W 7TH STREET, SAN PEDRO, CA, 90731 | US Mail (1st Class) |
| 69257 | WYLDER CORWIN KELLY LLP, 207 E WASHINGTON, SUITE 102, BLOOMINGTON, IL, 61701-4003 | US Mail (1st Class) |
| 69257 | ZAMLER, MELLEN AND SHIFFMAN, P C, 23077 GREENFIELD ROAD, #557, SOUTHFIELD, MI, 48075 | US Mail (1st Class) |

**Subtotal for this group: 96**

Duro Dyne