UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**FILED**
JEANNE A. NAUGHTON, CLERK

MAR 0 4 2019

U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY_____DEPUTY

In Re:

  Notice of Change of Address
Debtor: Duro Dyne National Corp.

Case No.:        __18-27963_____

Chapter:         11_____

Judge:           _Michael B. Kaplan____

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:      _Wells Fargo Bank, N.A. _____
(Example: John Smith, creditor)

    Old address:    300 Tri-State International, Suite 400_____

                    _Lincolnshire, IL 60069 _____


    New address:    _MAC F0005-055_____

                    _800 Walnut St. _____

                    Des Moines, IA 50309 _____


    New phone no.:_____
    (if debtor is filing and their phone number has changed).


I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: _02/26/19_____                    _Emily R. Alcaly_____
                                              Signature

*rev.2/1/16*