**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*,[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

**FIFTH MONTHLY FEE STATEMENT OF**
**GETZLER HENRICH & ASSOCIATES LLC**
**FOR THE PERIOD MARCH 1, 2019 THROUGH MARCH 31, 2019**

Getzler Henrich & Associates LLC ("Getzler"), financial advisor to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), submits this monthly fee statement for the period, March 1, 2019 through March 31, 2019 (the "March Fee Statement") pursuant to the Court's *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained By Order of this Court*, dated December 18, 2017 [Docket No. 345] (the "Administrative Order"). Pursuant to the Administrative Order, responses to the Fifth Fee Statement, if any, are due by May 13, 2019.

Dated: May 3, 2019

                                                Respectfully submitted,

                                                **GETZLER HENRICH &ASSOCIATES LLC**

                                                /s/ *Mark D. Podgainy*
                                                Mark D. Podgainy
                                                295 Madison Avenue
                                                New York, NY 10017
                                                *Financial Advisor to the Debtors and Debtors-in-Possession*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

31381/2
05/03/2019 48448599.2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1 FEE APPLICATION COVER SHEET**

| | | | |
|---|---|---|---|
| IN RE: | Duro Dyne National Corp., *et al*. | APPLICANT: | Getzler Henrich & Associates LLC |
| CASE NO.: | 18-27963 (MBK) | CLIENT: | Chapter 11 Debtors |
| CHAPTER: | 11 | CASE FILED: | September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

**SECTION I**
**FEE SUMMARY**

**MONTHLY FEE STATEMENT OF GETZLER HENRICH AND ASSOCIATES**
**FOR THE PERIOD MARCH 1, 2019 THROUGH MARCH 31, 2019**

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | $ 296,529.75 | $ 4,983.22 |
| TOTAL FEES ALLOWED TO DATE: | $ 264,475.88 | $ 4,983.22 |
| TOTAL RETAINER (IF APPLICABLE) | $ 0- | $ -0- |
| TOTAL HOLDBACK (IF APPLICABLE) | $ 34,917.30 | $ -0- |
| TOTAL RECEIVED BY GETZLER HENRICH & ASSOCIATES | $ 261,612.45 | $ 4,983.22 |

| | |
|---|---|
| FEE TOTALS – PAGE 2 | $65,073.50 |
| DISBURSEMENTS TOTALS - PAGE 3 | $ 1,296.98 |
| TOTAL FEE APPLICATION | $66,370.48 |
| MINUS 20% HOLDBACK | $13,014.70 |
| AMOUNT SOUGHT AT THIS TIME | $53,355.78 |

31381/2
05/03/2019 48448599.2

| Name of Professional Person | Position of the Applicant, Number of Years in that Position | Hourly Billing Rate ($) (including changes) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| O'Callaghan, Chris | Specialist since 2013 (6 years) | $350.00 | 159.3 | $55,755.00 |
| O'Callaghan, Chris - travel time | Specialist since 2013 (6 years) | $175.00 | 2.9 | $507.50 |
| Podgainy, Mark | Managing Director since 2014 (5 years) | $445.00 | 19.3 | $8,588.50 |
| Podgainy, Mark – travel time | Managing Director since 2014 (5 years) | 222.50 | 1.0 | $222.50 |
| | | **Grand Total:** | **182.5** | **$65,073.50** |
| | **Blended Rate:** | **$356.57** | | |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Accounting & Audit | 59.1 | $20,685.00 |
| Bankruptcy Consulting | 4.3 | 1,505.00 |
| Claims Analysis & Negotiation | 0.9 | 315.00 |
| Committee Conference Call / Meeting | 0.0 | 0.00 |
| Confirmation Issues | 1.2 | 496.00 |
| Court Hearing Prep | 34.1 | 13,493.00 |
| DIP Financing | 56.6 | 19,876.50 |
| Disclosure Statement Issues | 2.0 | 700.00 |
| Fee/Employment Application | 2.2 | 903.00 |
| Fresh Start Accounting Issues | 0.0 | 0.00 |
| Monthly Operating Report | 18.2 | 6,370.00 |
| Motion Review / Analysis | 0.0 | 0.00 |
| Plan of Reorganization | 0.0 | 0.00 |
| Supplier Issues | 0.0 | 0.00 |
| Travel | 3.9 | 730.00 |
| **SERVICE TOTALS** | **182.5** | **$65,073.50** |

# SECTION III
# SUMMARY OF DISBURSEMENTS

|  | AMOUNT |
|---|---:|
| Accommodations | $255.54 |
| Meals | 9.65 |
| Telecommunications | 10.00 |
| Transportation | 1,021.79 |
| TOTAL DISBURSEMENTS | $1,296.98 |

# SECTION IV
# CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1)   DATE CASE FILED: September 7, 2018

(2)   CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)   DATE OF RETENTION: October 19, 2018, effective as of September 7, 2018 [Docket No. 195]. See Order attached.

(4)   SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

   a)   Getzler consulted with and assisted the Debtors in preparing the Monthly Operating Report for February 2019;

   b)   Getzler assisted the Debtors in preparing, updating and monitoring the DIP budget, monitoring payments to ensure compliance with the cash collateral order, and assisting the proposed exit financing lender with its due diligence;

   c)   Getzler assisted the Debtors in addressing information needs and issues related to the Disclosure Statement and Plan of Reorganization;

   d)   Getzler assisted the Debtors in analyzing claims filed with the Court;

   e)   Getzler assisted the Debtors in preparing for the confirmation hearing, and in providing testimony and additional support during the confirmation hearing;

   f)   Getzler assisted the Debtors in preparing for the audit of its 2018 financial statements and in providing information to the auditors during the audit process; and

   g)   Getzler provided such other services consistent with its engagement letter.

3

(5) ANTICIPATED DISTRIBUTION TO CREDITORS:

    (A) ADMINISTRATION EXPENSES: (unknown at this time)
    (B) SECURED CREDITORS: (unknown at this time)
    (C) PRIORITY CREDITORS: (unknown at this time)
    (D) GENERAL UNSECURED CREDITORS: (unknown at this time)

(6) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE):  Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  May 3, 2019

                                              /s/ *Mark D. Podgainy*
                                              Mark D. Podgainy

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1<br><br>**LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Jeffrey D. Prol, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Proposed Counsel to the Debtors and Debtors-in-Possession* | Order Filed on October 19, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Duro Dyne National Corp., *et al.*[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 18-27963 (MBK)<br><br>(Jointly Administered) |

### ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GETZLER HENRICH & ASSOCIATES LLC AS FINANCIAL ADVISOR TO <u>THE DEBTORS EFFECTIVE AS OF THE PETITION DATE</u>

      The relief set forth on the following pages, numbered two (2) through and including five (5), is hereby **ORDERED**.

**DATED: October 19, 2018**

                                                 Honorable Michael B. Kaplan
                                                 United States Bankruptcy Judge

Page:     2
Debtors:  Duro Dyne National Corp., Inc., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC as Financial Advisor to the Debtors as of the Petition Date

---

Upon consideration of the application (the "Application")[1] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order authorizing the retention and employment of Getzler Henrich & Associates LLC ("Getzler Henrich") as financial advisor to the Debtors in these Chapter 11 Cases, effective as of the Petition Date; and upon the Declaration of Mark D. Podgainy (the "Podgainy Declaration"), a managing director at Getzler Henrich, submitted in support of the Application and as more fully described in the Application; and the Court being satisfied, based on the representations made in the Application that (i) Getzler Henrich has no connection with the Debtors, their creditors, any other party in interest, their current respective attorneys or professionals, the United States Trustee or any person employed in the Office of the United States Trustee, and does not represent any entity having an adverse interest to the Debtors in connection with the Debtors' Chapter 11 Cases, except as set forth in the Podgainy Declaration; (ii) Getzler Henrich is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code, (iii) neither Getzler Henrich nor its professionals have any connection with the Debtors, their creditors or any other party in interest; and (iv) Getzler Henrich's employment is necessary and in the best interest of the Debtors; and the Court having jurisdiction over this matter pursuant to 28 U.S.C §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered on July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Application being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor;

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Page: 3
Debtors: Duro Dyne National Corp., Inc., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC as Financial Advisor to the Debtors as of the Petition Date

---

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED** in its entirety.

2. The Debtors are authorized to retain Getzler Henrich, effective as of the Petition Date, under the terms and conditions set forth in the Engagement Agreement, and to compensate and reimburse Getzler Henrich on the terms and in the manner specified in the Engagement Agreement.

3. Getzler Henrich shall file fee applications for interim and final allowance of compensation and reimbursement of expenses pursuant to the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the guidelines for the U.S. Trustee and any applicable orders of this Court. Getzler Henrich's fees and expenses shall be subject to review pursuant to the standards set forth in section 330 and 331 of the Bankruptcy Code.

4. Getzler Henrich shall provide ten business days' notice to the Debtors, the U.S. Trustee, and any official committee before any increases in the rates set forth in the Application or the Engagement Agreement are implemented and shall file such notice with the Court. The U.S. Trustee retains all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

5. Notwithstanding anything to the contrary in the Application or the Engagement Agreement, to the extent that the Debtors use the services of any other Getzler Henrich affiliate in these Chapter 11 Cases, the Debtors shall file with the Court a separate retention application for each affiliate, and each such affiliate shall comply with any disclosure requirements of Bankruptcy Rule 2014.

6. The indemnification provisions in the Engagement Agreement are approved, subject to the following modifications, applicable during the pendency of these Chapter 11 Cases:

Page: 4
Debtors: Duro Dyne National Corp., Inc., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC as Financial Advisor to the Debtors as of the Petition Date

---

a. Subject to the provisions of subparagraphs b. and c. below, the Debtors are authorized to indemnify the Indemnified Parties, in accordance with the Engagement Agreement, for any claim arising from, related to or in connection with their performance of the services described in the Engagement Agreement; provided, however, that the Indemnified Parties shall not be indemnified for any claim arising from services other than the services provided under the Engagement Agreement, unless such services and the indemnification, contribution or reimbursement therefore are approved by the Court;

b. Notwithstanding anything to the contrary in the Engagement Agreement, the Debtors shall have no obligation to indemnify any person, or provide contribution or reimbursement to any person, (i) for any claim or expense that is judicially determined (the determination having become final and no longer subject to appeal) to have arisen from that person's gross negligence or willful misconduct; (ii) for a contractual dispute in which the Debtors allege breach of Getzler Henrich's obligations under the Engagement Agreement, unless the Court determines that indemnification, contribution or reimbursement would be permissible pursuant to *In re United Artists Theatre Company, et al.*, 315 F.3d 217 (3d Cir. 2003); or (iii) settled prior to a judicial determination as to that person's gross negligence or willful misconduct, but determined by this Court, after notice and a hearing, to be a claim or expense for which that person should not receive indemnity, contribution, or reimbursement under the terms of the Engagement Agreement as modified by the proposed order; and

c. If, before the earlier of (i) the entry of an order confirming a chapter 11 plan in these Chapter 11 Cases (that order having become a final order no longer subject to appeal) and (ii) the entry of an order closing these Chapter 11 Cases, Getzler Henrich believes that it is entitled to the payment of any amounts by the Debtors on account of the Debtors' indemnification, contribution and/or reimbursement obligations under the Engagement Agreement (as modified by the proposed order), including without limitation the advancement of defense costs, Getzler Henrich must file an application before this Court, and the Debtors may not pay any such amounts before the entry of an order by this Court approving the payment. This subparagraph c. is intended only to specify the period of time under which the Court shall have

-4-

Case 18-27963-MBK    Doc 698    Filed 06/09/19    Entered 06/09/19 09:04:02    Desc Main
Document    Page 10 of 56

Page:     5
Debtors:  Duro Dyne National Corp., Inc., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC
          as Financial Advisor to the Debtors as of the Petition Date

_____

jurisdiction over any request for fees and expenses for indemnification, contribution or reimbursement, and not a provision limiting the duration of the Debtors' obligation to indemnify Getzler Henrich.

7. Getzler Henrich shall apply to the Court for allowances of compensation and reimbursement of out-of-pocket expenses incurred in respect of services provided to the Debtors in these Chapter 11 Cases after the Petition Date in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other orders as the Court may direct, including, without limitation, any order of this Court establishing procedures for interim compensation and reimbursement of professionals retained in these Chapter 11 Cases.

8. The relief granted herein shall be binding upon any chapter 11 trustee appointed in these Chapter 11 Cases or upon any chapter 7 trustee appointed in the event of a subsequent conversion of these Chapter 11 Cases to cases under chapter 7.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

10. This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–27963–MBK
Chapter: 11
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Duro Dyne National Corp.
100 Horizon Center Boulevard
Hamilton, NJ 08691

Social Security No.:

Employer's Tax I.D. No.:
11–2504664

## NOTICE OF JUDGMENT OR ORDER
Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on October 19, 2018, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 195 – 96
ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GETZLER HENRICH & ASSOCIATES LLC AS FINANCIAL ADVISOR TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE (Related Doc # 96). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/19/2018. (bwj)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 19, 2018
JAN: bwj

Jeanne Naughton
Clerk

**Getzler Henrich & Associates LLC**

**DURO DYNE (DIP)**
MARCH 1 - MARCH 31, 2019
TIME DETAIL - MARCH 2019

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | Accounting and Audit | 03/11/19 | 0.7 | $ 350.00 | $ 245.00 | Reviewing draft financials and supplying to accountants for tax purposes |
| O'Callaghan | Accounting and Audit | 03/12/19 | 0.6 | $ 350.00 | $ 210.00 | Call with outside auditors re: 2018 audit |
| O'Callaghan | Accounting and Audit | 03/12/19 | 1.2 | $ 350.00 | $ 420.00 | Reviewing year-end financial accruals |
| O'Callaghan | Accounting and Audit | 03/12/19 | 1.8 | $ 350.00 | $ 630.00 | Meeting with controller and cost accountant re: inventory adjustments |
| O'Callaghan | Accounting and Audit | 03/13/19 | 2.2 | $ 350.00 | $ 770.00 | Calculating other income due from Canada subsidiary |
| O'Callaghan | Accounting and Audit | 03/14/19 | 2.1 | $ 350.00 | $ 735.00 | Reviewing inventory LIFO adjustments |
| O'Callaghan | Accounting and Audit | 03/15/19 | 1.8 | $ 350.00 | $ 630.00 | Reviewing obsolete / damaged inventory analysis |
| O'Callaghan | Accounting and Audit | 03/15/19 | 0.4 | $ 350.00 | $ 140.00 | Discussion with management re: royalty income |
| O'Callaghan | Accounting and Audit | 03/15/19 | 1.9 | $ 350.00 | $ 665.00 | Reviewing files to be sent to auditors |
| O'Callaghan | Accounting and Audit | 03/18/19 | 2.3 | $ 350.00 | $ 805.00 | Preparing financial schedules for outside auditors |
| O'Callaghan | Accounting and Audit | 03/18/19 | 1.1 | $ 350.00 | $ 385.00 | Reviewing year-end inventory analysis |
| O'Callaghan | Accounting and Audit | 03/19/19 | 1.4 | $ 350.00 | $ 490.00 | Preparing financial schedules for outside auditors |
| O'Callaghan | Accounting and Audit | 03/19/19 | 2.5 | $ 350.00 | $ 875.00 | Responding to additional information requests from auditors re: 2018 financials |
| O'Callaghan | Accounting and Audit | 03/20/19 | 1.1 | $ 350.00 | $ 385.00 | Reviewing year-end pension adjustment |
| O'Callaghan | Accounting and Audit | 03/20/19 | 0.7 | $ 350.00 | $ 245.00 | Responding to information requests from auditors re: 2018 financials |
| O'Callaghan | Accounting and Audit | 03/20/19 | 1.4 | $ 350.00 | $ 490.00 | Meeting with auditors to review information |
| O'Callaghan | Accounting and Audit | 03/21/19 | 0.7 | $ 350.00 | $ 245.00 | Call with actuary firm to review pension adjustment |
| O'Callaghan | Accounting and Audit | 03/21/19 | 1.4 | $ 350.00 | $ 490.00 | Reviewing data prepared by accounting staff for auditors |
| O'Callaghan | Accounting and Audit | 03/21/19 | 2.1 | $ 350.00 | $ 735.00 | Meeting with management re: missing invoices |
| O'Callaghan | Accounting and Audit | 03/21/19 | 1.8 | $ 350.00 | $ 630.00 | Preparing information schedules requested by accountants |
| O'Callaghan | Accounting and Audit | 03/22/19 | 1.2 | $ 350.00 | $ 420.00 | Conference call with management re: status of 2018 audit |
| O'Callaghan | Accounting and Audit | 03/22/19 | 1.6 | $ 350.00 | $ 560.00 | Responding to information requests from auditors |
| O'Callaghan | Accounting and Audit | 03/25/19 | 1.7 | $ 350.00 | $ 595.00 | Preparing financial schedules for outside auditors |
| O'Callaghan | Accounting and Audit | 03/25/19 | 1.9 | $ 350.00 | $ 665.00 | Meeting with outside auditors to discuss schedules |
| O'Callaghan | Accounting and Audit | 03/26/19 | 0.9 | $ 350.00 | $ 315.00 | Meeting with accounting staff re: open audit items |
| O'Callaghan | Accounting and Audit | 03/26/19 | 2.1 | $ 350.00 | $ 735.00 | Preparing reconciliation of legal fees / bankruptcy costs for auditors |
| O'Callaghan | Accounting and Audit | 03/26/19 | 1.2 | $ 350.00 | $ 420.00 | Meeting with outside auditors |
| O'Callaghan | Accounting and Audit | 03/26/19 | 1.0 | $ 350.00 | $ 350.00 | Updating schedule of secured loans for audit |
| O'Callaghan | Accounting and Audit | 03/26/19 | 1.5 | $ 350.00 | $ 525.00 | Updating additional financial schedules for auditors |
| O'Callaghan | Accounting and Audit | 03/26/19 | 2.1 | $ 350.00 | $ 735.00 | Updating trial balance for proposed adjustments by auditors |
| O'Callaghan | Accounting and Audit | 03/27/19 | 1.1 | $ 350.00 | $ 385.00 | Meeting with outside auditors |
| O'Callaghan | Accounting and Audit | 03/27/19 | 0.5 | $ 350.00 | $ 175.00 | Meeting with accounting staff re: open audit items |
| O'Callaghan | Accounting and Audit | 03/27/19 | 1.2 | $ 350.00 | $ 420.00 | Preparing additional schedules for outside auditors |
| O'Callaghan | Accounting and Audit | 03/27/19 | 0.8 | $ 350.00 | $ 280.00 | Reviewing AR information to be provided to auditors |
| O'Callaghan | Accounting and Audit | 03/27/19 | 1.4 | $ 350.00 | $ 490.00 | Reviewing additional inventory details to be provided to auditors |
| O'Callaghan | Accounting and Audit | 03/28/19 | 0.9 | $ 350.00 | $ 315.00 | Meeting with outside auditors |
| O'Callaghan | Accounting and Audit | 03/28/19 | 4.6 | $ 350.00 | $ 1,610.00 | Analysis of historical steel purchases and detailed review of purchase commitments |
| O'Callaghan | Accounting and Audit | 03/29/19 | 1.5 | $ 350.00 | $ 525.00 | Conference call re: review and discussion of overtime expenses |
| O'Callaghan | Accounting and Audit | 03/29/19 | 2.7 | $ 350.00 | $ 945.00 | Updating financial schedules for auditors |
|  | **Accounting and Audit Total** |  | **59.1** |  | **$ 20,685.00** |  |
| O'Callaghan | Bankruptcy Consulting | 03/11/19 | 0.6 | $ 350.00 | $ 210.00 | Editing D&O insurance application |
| O'Callaghan | Bankruptcy Consulting | 03/13/19 | 3.7 | $ 350.00 | $ 1,295.00 | Preparation of report to management re: year-to-date booking/shipping information |
|  | **Bankruptcy Consulting Total** |  | **4.3** |  | **$ 1,505.00** |  |
| O'Callaghan | Claims Analysis & Negotiation | 03/27/19 | 0.9 | $ 350.00 | $ 315.00 | Researching missing tax returns requested by IRS |
|  | **Claims Analysis & Negotiation Total** |  | **0.9** |  | **$ 315.00** |  |
| O'Callaghan | Confirmation Issues | 03/07/19 | 0.4 | $ 350.00 | $ 140.00 | Tele conv w/ M Podgainy re: outcome of confirmation hearing |
| Podgainy | Confirmation Issues | 03/07/19 | 0.4 | $ 445.00 | $ 178.00 | Tele conv w/ C O'Callaghan re: status of confirmation hearing and implications |

Getzler Henrich & Associates LLC

MARCH 1 - MARCH 31, 2019

DURO DYNE (DIP)
TIME DETAIL - MARCH 2019

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| Podgainy | Confirmation Issues | 03/07/19 | 0.2 | $ 445.00 | $ 89.00 | Tele conv w/ J Prol re: outcome of confirmation hearing and implications |
| Podgainy | Confirmation Issues | 03/09/19 | 0.2 | $ 445.00 | $ 89.00 | Correspondence w/ J Prol re: results of confirmation hearing, next steps, and timeline |
| | **Confirmation Issues Total** | | **1.2** | | **$ 496.00** | |
| Podgainy | Court Hearing Prep | 03/03/19 | 3.2 | $ 445.00 | $ 1,424.00 | Review of documents in preparation for confirmation hearing |
| Podgainy | Court Hearing Prep | 03/04/19 | 2.7 | $ 445.00 | $ 1,201.50 | Preparation for meeting w/ counsel re: confirmation hearing prep |
| O'Callaghan | Court Hearing Prep | 03/05/19 | 5.5 | $ 350.00 | $ 1,925.00 | Hearing preparation with counsel, M. Podgainy and management |
| Podgainy | Court Hearing Prep | 03/05/19 | 3.0 | $ 445.00 | $ 1,335.00 | Attended part of meeting w/ counsel, management and C O'Callaghan re: preparation for confirmation hearing testimony |
| Podgainy | Court Hearing Prep | 03/05/19 | 2.6 | $ 445.00 | $ 1,157.00 | Continued preparation for confirmation hearing |
| O'Callaghan | Court Hearing Prep | 03/06/19 | 0.5 | $ 350.00 | $ 175.00 | Review of documentation in preparation for confirmation hearing |
| O'Callaghan | Court Hearing Prep | 03/06/19 | 3.5 | $ 350.00 | $ 1,225.00 | Attending confirmation hearing-morning session |
| O'Callaghan | Court Hearing Prep | 03/06/19 | 2.6 | $ 350.00 | $ 910.00 | Attending confirmation hearing-afternoon session |
| Podgainy | Court Hearing Prep | 03/06/19 | 1.4 | $ 445.00 | $ 623.00 | Preparation for testimony at confirmation hearing |
| Podgainy | Court Hearing Prep | 03/06/19 | 3.5 | $ 445.00 | $ 1,557.50 | Attended confirmation hearing morning session |
| O'Callaghan | Court Hearing Prep | 03/07/19 | 2.7 | $ 350.00 | $ 945.00 | Attending confirmation hearing-morning session |
| O'Callaghan | Court Hearing Prep | 03/07/19 | 2.9 | $ 350.00 | $ 1,015.00 | Attending confirmation hearing-afternoon |
| | **Court Hearing Prep Total** | | **34.1** | | **$ 13,493.00** | |
| O'Callaghan | DIP Financing | 03/01/19 | 3.9 | $ 350.00 | $ 1,365.00 | Updating East inventory roll-forward for collateral auditors |
| O'Callaghan | DIP Financing | 03/01/19 | 1.8 | $ 350.00 | $ 630.00 | Responding to additional diligence requests from collateral auditors |
| O'Callaghan | DIP Financing | 03/04/19 | 2.7 | $ 350.00 | $ 945.00 | Updating inventory roll-forwards for East and West |
| O'Callaghan | DIP Financing | 03/04/19 | 1.4 | $ 350.00 | $ 490.00 | Responding to additional information requests from collateral auditors |
| O'Callaghan | DIP Financing | 03/05/19 | 0.8 | $ 350.00 | $ 280.00 | Call with management re: inventory discrepancy during collateral audit |
| O'Callaghan | DIP Financing | 03/05/19 | 0.9 | $ 350.00 | $ 315.00 | Additional analysis of inventory roll-forward |
| O'Callaghan | DIP Financing | 03/08/19 | 0.5 | $ 350.00 | $ 175.00 | Conference call with M. Podgainy and Bank of America |
| O'Callaghan | DIP Financing | 03/08/19 | 0.3 | $ 350.00 | $ 105.00 | Call with asst. controller re: bank due diligence |
| O'Callaghan | DIP Financing | 03/08/19 | 0.4 | $ 350.00 | $ 140.00 | Reviewing inventory purchases by vendor requested by collateral auditors |
| O'Callaghan | DIP Financing | 03/08/19 | 1.9 | $ 350.00 | $ 665.00 | Updating due dligence materials for collateral auditors |
| Podgainy | DIP Financing | 03/08/19 | 0.5 | $ 445.00 | $ 222.50 | Call w/ BofA and C O'Callaghan re: update on confirmation hearing, timeline and next steps |
| O'Callaghan | DIP Financing | 03/11/19 | 1.7 | $ 350.00 | $ 595.00 | Reviewing additional diligence information for lender |
| O'Callaghan | DIP Financing | 03/11/19 | 1.4 | $ 350.00 | $ 490.00 | Researching inventory discrepancy in collateral audit |
| O'Callaghan | DIP Financing | 03/11/19 | 1.0 | $ 350.00 | $ 350.00 | Reviewing and preparing monthly financial presentation for collateral auditors |
| O'Callaghan | DIP Financing | 03/12/19 | 1.2 | $ 350.00 | $ 420.00 | Updating weekly cash flow projection |
| O'Callaghan | DIP Financing | 03/12/19 | 0.6 | $ 350.00 | $ 210.00 | Collecting additional diligence information for collateral audit |
| O'Callaghan | DIP Financing | 03/12/19 | 0.8 | $ 350.00 | $ 280.00 | Researching adjustments to inventory items counted during collateral audit |
| O'Callaghan | DIP Financing | 03/12/19 | 2.4 | $ 350.00 | $ 840.00 | Reviewing lender's due diligence request and providing responses |
| O'Callaghan | DIP Financing | 03/13/19 | 0.9 | $ 350.00 | $ 315.00 | Reviewing weekly cash budget-to-actual; updating comparative sheets |
| O'Callaghan | DIP Financing | 03/13/19 | 1.2 | $ 350.00 | $ 420.00 | Reviewing updated inventory cycle counts for collateral audit |
| Podgainy | DIP Financing | 03/14/19 | 0.1 | $ 445.00 | $ 44.50 | Review of weekly booking/shipping report |
| O'Callaghan | DIP Financing | 03/14/19 | 3.1 | $ 350.00 | $ 1,085.00 | Preparing final report on inventory discrepancy and providing to collateral auditors |
| O'Callaghan | DIP Financing | 03/18/19 | 1.4 | $ 350.00 | $ 490.00 | Conducting analysis of weekly bookings and shipments |
| O'Callaghan | DIP Financing | 03/18/19 | 1.3 | $ 350.00 | $ 455.00 | Responding to information requests from collateral auditors |
| O'Callaghan | DIP Financing | 03/19/19 | 0.5 | $ 350.00 | $ 175.00 | Call with collateral auditor re: inventory discrepancy |
| O'Callaghan | DIP Financing | 03/19/19 | 0.6 | $ 350.00 | $ 210.00 | Preparing final report on inventory discrepancy |
| O'Callaghan | DIP Financing | 03/20/19 | 1.7 | $ 350.00 | $ 595.00 | Reviewing weekly cash flow projections |
| O'Callaghan | DIP Financing | 03/21/19 | 1.1 | $ 350.00 | $ 385.00 | Updated and edited weekly cash flow projection |
| O'Callaghan | DIP Financing | 03/21/19 | 0.9 | $ 350.00 | $ 315.00 | Preparing analysis of professional fees paid and accrued for BofA |

**Getzler Henrich & Associates LLC**

**MARCH 1 - MARCH 31, 2019**

**DURO DYNE (DIP)**
**TIME DETAIL - MARCH 2019**

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | DIP Financing | 03/25/19 | 1.4 | $ 350.00 | $ 490.00 | Reviewing and reporting on weekly orders and shipments |
| Podgainy | DIP Financing | 03/25/19 | 0.1 | $ 445.00 | $ 44.50 | Review of weekly booking/shipping report |
| O'Callaghan | DIP Financing | 03/25/19 | 2.3 | $ 350.00 | $ 805.00 | Responding to follow up information requests from collateral auditors |
| O'Callaghan | DIP Financing | 03/25/19 | 0.6 | $ 350.00 | $ 210.00 | Conference call with collateral auditors |
| O'Callaghan | DIP Financing | 03/26/19 | 3.6 | $ 350.00 | $ 1,260.00 | Updating financial schedules requested by BofA |
| O'Callaghan | DIP Financing | 03/26/19 | 1.4 | $ 350.00 | $ 490.00 | Updating inventory information for collateral auditors |
| O'Callaghan | DIP Financing | 03/27/19 | 3.6 | $ 350.00 | $ 1,260.00 | Responding to additional diligence request from lender |
| O'Callaghan | DIP Financing | 03/27/19 | 1.9 | $ 350.00 | $ 665.00 | Preparing additional schedules for collateral auditors |
| O'Callaghan | DIP Financing | 03/28/19 | 1.4 | $ 350.00 | $ 490.00 | Updating weekly cash flow information |
| O'Callaghan | DIP Financing | 03/30/19 | 3.3 | $ 350.00 | $ 1,155.00 | Updating borrowing base informaiton for lender |
|  | **DIP Financing Total** |  | **56.6** |  | **$ 19,876.50** |  |
| O'Callaghan | Disclosure Issues | 03/04/19 | 0.8 | $ 350.00 | $ 280.00 | Gathering information re: shareholder settlement contributions for counsel |
| O'Callaghan | Disclosure Issues | 03/12/19 | 0.8 | $ 350.00 | $ 280.00 | Correspondence with tax accountants re: company tax return extensions and required payments |
| O'Callaghan | Disclosure Issues | 03/13/19 | 0.4 | $ 350.00 | $ 140.00 | Correspondence re: shareholder funds being held in segregated account |
|  | **Disclosure Issues Total** |  | **2.0** |  | **$ 700.00** |  |
| O'Callaghan | Fee / Employment Application | 03/02/19 | 0.8 | $ 350.00 | $ 280.00 | Reviewing January time entries |
| Podgainy | Fee / Employment Application | 03/29/19 | 1.4 | $ 445.00 | $ 623.00 | Preparation of time detail for February fee application |
|  | **Fee / Employment Application Total** |  | **2.2** |  | **$ 903.00** |  |
| O'Callaghan | Monthly Operating Report | 03/12/19 | 0.4 | $ 350.00 | $ 140.00 | Meeting with AP manager re: professional payments |
| O'Callaghan | Monthly Operating Report | 03/13/19 | 0.4 | $ 350.00 | $ 140.00 | Follow up correspondence re: professional payments |
| O'Callaghan | Monthly Operating Report | 03/14/19 | 0.6 | $ 350.00 | $ 210.00 | Meeting with management re: invoices and other data from Midwest location needed for |
| O'Callaghan | Monthly Operating Report | 03/15/19 | 2.1 | $ 350.00 | $ 735.00 | Preparing disbursement journals |
| O'Callaghan | Monthly Operating Report | 03/15/19 | 1.7 | $ 350.00 | $ 595.00 | Reviewing bank reconciliations |
| O'Callaghan | Monthly Operating Report | 03/18/19 | 2.2 | $ 350.00 | $ 770.00 | Finishing disbursement journals |
| O'Callaghan | Monthly Operating Report | 03/19/19 | 3.2 | $ 350.00 | $ 1,120.00 | Preparing financial statements for MOR |
| O'Callaghan | Monthly Operating Report | 03/19/19 | 0.9 | $ 350.00 | $ 315.00 | Updating taxes schedules for MOR |
| O'Callaghan | Monthly Operating Report | 03/19/19 | 2.4 | $ 350.00 | $ 840.00 | Drafting MOR |
| O'Callaghan | Monthly Operating Report | 03/19/19 | 0.9 | $ 350.00 | $ 315.00 | Preparing schedule of post-petition accrued expenses |
| O'Callaghan | Monthly Operating Report | 03/20/19 | 3.4 | $ 350.00 | $ 1,190.00 | Finalizing MOR |
|  | **Monthly Operating Report Total** |  | **18.2** |  | **$ 6,370.00** |  |
| Podgainy | Travel | 03/06/19 | 1.0 | $ 222.50 | $ 222.50 | Travel to/from Trenton for Confirmation Hearing |
| O'Callaghan | Travel | 03/11/19 | 1.1 | $ 175.00 | $ 192.50 | Travel to client location |
| O'Callaghan | Travel | 03/18/19 | 1.0 | $ 175.00 | $ 175.00 | Travel to client location |
| O'Callaghan | Travel | 03/25/19 | 0.8 | $ 175.00 | $ 140.00 | Travel to client location |
|  | **Travel Total** |  | **3.9** |  | **$ 730.00** |  |
|  | **Grand Total** |  | **182.5** |  | **$ 65,073.50** |  |

Getzler Henrich & Associates LLC  MARCH 1 - MARCH 31, 2019  DURO DYNE (DIP)
EXPENSE DETAIL MARCH 2019

| Timekeeper | Expense Category | Expense Sub-Category | Date | Total | Description |
|---|---|---|---|---|---|
| O'Callaghan | Accommodations | Accommodations | 03/07/19 | $ 255.54 | Hotel Charges |
| | **Accommodations Total** | | | **$ 255.54** | |
| Podgainy | Meals | Meals - Lunch | 03/06/19 | $ 9.65 | Lunch at confirmation hearing |
| | **Meals Total** | | | **$ 9.65** | |
| Podgainy | Telecommunications | Telephone / Cell Phone | 03/02/19 | $ 10.00 | Phone charges for the 1/22-2/21 period |
| | **Telecommunications Total** | | | **$ 10.00** | |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 03/05/19 | $ 27.03 | Round trip travel to/from Lowenstein Sandler for confirmation hearing prep |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 03/05/19 | $ 24.36 | Mileage to / from counsel's office |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 03/05/19 | $ 14.50 | Tolls for travel to/from NJ for confirmation hearing prep |
| O'Callaghan | Transportation | Transportation - Train | 03/05/19 | $ 33.50 | Round trip train to/from Trenton to attend confirmation hearing |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 03/06/19 | $ 44.66 | Mileage to court hearing |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 03/06/19 | $ 7.54 | Mileage from court to hotel |
| O'Callaghan | Transportation | Transportation - Taxi | 03/06/19 | $ 9.80 | Taxi to Penn Station - to train for Confirmation Hearing |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 03/07/19 | $ 7.54 | Mileage to court hearing |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 03/07/19 | $ 44.66 | Mileage from court hearing |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 03/11/19 | $ 45.24 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 03/11/19 | $ 24.94 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 03/11/19 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 03/11/19 | $ 11.52 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 03/12/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 03/13/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 03/14/19 | $ 24.94 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 03/14/19 | $ 45.24 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 03/14/19 | $ 5.76 | Throgs Neck |
| Podgainy | Transportation | Auto Expense - Mileage | 03/18/19 | $ 45.24 | Mileage to client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 03/18/19 | $ 24.94 | Mileage from client |
| O'Callaghan | Transportation | Auto Expense - Tolls | 03/18/19 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Auto Expense - Tolls | 03/18/19 | $ 11.52 | Throgs Neck |
| O'Callaghan | Transportation | Auto Expense - Mileage | 03/19/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 03/20/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 03/21/19 | $ 24.94 | Mileage to client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 03/21/19 | $ 45.24 | Mileage from client |
| O'Callaghan | Transportation | Auto Expense - Tolls | 03/21/19 | $ 5.76 | Throgs Neck |
| O'Callaghan | Transportation | Auto Expense - Mileage | 03/25/19 | $ 45.24 | Mileage to client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 03/25/19 | $ 24.94 | Mileage from client |
| O'Callaghan | Transportation | Auto Expense - Tolls | 03/25/19 | $ 12.00 | GWB |

Getzler Henrich & Associates LLC  
**MARCH 1 - MARCH 31, 2019**  
**DURO DYNE (DIP)**  
**EXPENSE DETAIL MARCH 2019**

| Timekeeper | Expense Category | Expense Sub-Category | Date | Total | | Description |
|---|---|---|---|---|---|---|
| Podgainy | Transportation | Auto Expense - Tolls | 03/25/19 | $ | 11.52 | Throgs Neck |
| O'Callaghan | Transportation | Auto Expense - Mileage | 03/26/19 | $ | 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 03/27/19 | $ | 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 03/28/19 | $ | 24.94 | Mileage to client |
| Podgainy | Transportation | Auto Expense - Mileage | 03/28/19 | $ | 45.24 | Mileage from client |
| Podgainy | Transportation | Auto Expense - Tolls | 03/28/19 | $ | 5.76 | Throgs Neck |
| | **Transportation Total** | | | $ | **1,021.79** | |
| | **Grand Total** | | | $ | **1,296.98** | |

2