## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| Duro Dyne National Corp., *et al.*[1] ) | Case No. 18-27963 (MBK) |
| ) | |
| Debtors. ) | |
| ) | (Jointly Administered) |

### AFFIDAVIT OF SERVICE RE:

Docket No. 694

PLAN PROPONENTS' REPLY BRIEF IN SUPPORT OF PROPOSED ASBESTOS INSURANCE SETTLEMENTS AND IN RESPONSE TO NORTH RIVER'S OBJECTIONS THERETO [Re: Docket Nos. 468, 500, 518, 522 and 627]

I, Mabel Soto, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 3732 West 120th Street, Hawthorne, California 90250.

2. On May 15, 2019, at the request of Lowenstein Sandler LLP, Counsel to the Debtors and Debtors in Possession, the above referenced document was served on the parties listed in Exhibit A via the modes of service indicated thereon:

///

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

Exhibit A    Address List regarding Docket No. 694
- The Master Service List Parties are referenced in Service Lists 69818 and 69819
- The Affected Parties are referenced in Service List 69824

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 16th day of May 2019 at Hawthorne, California.

_____

Mabel Soto

# EXHIBIT A

# Duro Dyne

Total number of parties: 116

### Exhibit A - Duro Dyne

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 69818 | AMERICAN ELITE MOLDING, LLC, ATTN: JOHN GAYNOR, JGAYNOR@AEM-TIES.COM | E-mail |
| 69819 | AMERICAN EXPRESS, 200 VESEY STREET, NEW YORK, NY, 10285 | US Mail (1st Class) |
| 69819 | ANDERSON KILL & OLICK PC, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1182 | US Mail (1st Class) |
| 69818 | ANDERSON KILL PC, CORT T MALONE ESQ, (RE: DURO DYNE NATIONAL CORP), CMALONE@ANDERSONKILL.COM | E-mail |
| 69824 | BELLUCK & FOX, LLP, JOSEPH BELLUCK, 546 5TH AVE FL 5, NEW YORK, NY, 10036-5000 | US Mail (1st Class) |
| 69819 | BELLUCK & FOX, LLP, JOSEPH BELLUCK, ESQ., (RE: CMTE MEMBER JOSEPH BARNA), 546 FIFTH AVENUE, 4TH FLOOR, NEW YORK, NY, 10036 | US Mail (1st Class) |
| 69824 | BRAYTON PURCELL LLP, BRYN GALLAGHER LETSCH, 222 RUSH LANDING ROAD, NOVATO, CA, 94945-2469 | US Mail (1st Class) |
| 69819 | BRAYTON PURCELL, LLP, BRYN GALLAGHER LETSCH, ESQ., (RE: CMTE MEMBER ROBERT ENVALL), 222 RUSH LANDING ROAD, NOVATO, CA, 94948 | US Mail (1st Class) |
| 69824 | CALIFORNIA, FRANCHISE TAX BOARD, PO BOX 942857, SACRAMENTO, CA, 94257-0531 | US Mail (1st Class) |
| 69819 | CALIFORNIA ATTY GENERAL'S OFFICE, BK NOTICES DIV/PUBLIC INQUIRY UNIT, CALIFORNIA DEPARTMENT OF JUSTICE, PO BOX 944255, SACRAMENTO, CA, 94244-2550 | US Mail (1st Class) |
| 69818 | CAMBRIDGE RESOURCES, ATTN: STEVE KIELSON, SK@CAMBRIDGERESOURCES.COM | E-mail |
| 69818 | CAPLIN & DRYSDALE, JOHN WEHNER; JEFFREY A. LIESEMER, (RE: AD HOC ASBESTOS COMMITTEE), JWEHNER@CAPDALE.COM | E-mail |
| 69818 | CAPLIN & DRYSDALE, JOHN WEHNER; JEFFREY A. LIESEMER, (RE: AD HOC ASBESTOS COMMITTEE), JLIESEMER@CAPDALE.COM | E-mail |
| 69819 | CARROLL, MCNULTY & KULL LLC, CR CARROLL;MJ TRICARICO, ET AL., (RE: THE NORTH RIVER INSURANCE COMPANY), 570 LEXINGTON AVENUE, 8TH FLOOR, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 69818 | CENTURY MECHANICAL SYSTEMS, ATTN: JARI VARGHESE, JARI@DURODYNE.ME | E-mail |
| 69824 | CITY OF FAIRFIELD, FAIRFIELD INCOME TAX, 701 WESSEL DRIVE, FAIRFIELD, OH, 45014-3611 | US Mail (1st Class) |
| 69824 | CITY OF FONTANA, ATTN: BUSINESS LICENSE, 8353 SIERRA AVE, FONTANA, CA, 92335-3598 | US Mail (1st Class) |
| 69818 | COMMONWEALTH OF PENNSYLVANIA, DEB SECREST, RA-LI-UCTS-BANKRUPT@STATE.PA.US | E-mail |
| 69819 | COONEY & CONWAY, KATHY BYRNE, ESQ., (RE: CMTE MEMBER DONALD KURTZER), 120 N. LASALLE STREET, 30TH FL., CHICAGO, IL, 60602 | US Mail (1st Class) |
| 69824 | COONEY AND CONWAY, KATHY BYRNE, 120 NORTH LASALLE STREET, SUITE 3000, CHICAGO, IL, 60602-2466 | US Mail (1st Class) |
| 69818 | CROWELL & MORING LLP, MARK PLEVIN & TACIE YOON, (RE: FEDERAL INSURANCE COMPANY), TYOON@CROWELL.COM | E-mail |
| 69818 | CROWELL & MORING LLP, MARK PLEVIN & TACIE YOON, (RE: FEDERAL INSURANCE COMPANY), MPLEVIN@CROWELL.COM | E-mail |
| 69818 | CROWELL & MORING LLP, MARK S LICHTENSTEIN ESQ., (RE: FEDERAL INSURANCE CO.), MLICHTENSTEIN@CROWELL.COM | E-mail |
| 69824 | DEPARTMENT OF TREASURY - INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA, 19101-7346 | US Mail (1st Class) |
| 69819 | DEXTER HOFING, LLC, 45 ROCKEFELLER PLAZA, SUITE 2000, NEW YORK, NY, 10111 | US Mail (1st Class) |
| 69818 | DIE MATIC PRODUCTS, LLC, ATTN: BILL OEHRLEIN, BILLOEHRLEIN@DIEMATICPRODUCTS.COM | E-mail |
| 69819 | DILWORTH PAXSON LLP, WILLIAM E MCGRATH JR; LEAH BARTLOME, (RE: MUNICH REINSURANCE AMERICA FKA ARC), 99 PARK AVENUE, SUITE 320, NEW YORK, NY, 10016 | US Mail (1st Class) |
| 69818 | DILWORTH PAXSON LLP, WILLIAM E. MCGRATH JR., (RE: MUNICH REINSURANCE AMERICA FKA ARC), WMCGRATH@DILWORTHLAW.COM | E-mail |
| 69819 | DLA PIPER LLP (US), AIDAN M MCCORMACK;CYRIL E SMITH ESQ, (RE: FEDERAL INSURANCE COMPANY), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | US Mail (1st Class) |

## Exhibit A - Duro Dyne

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 69818 | DUANE MORRIS LLP, JEFF D. KAHANE, (RE: MIDSTATES REINSURANCE CORPORATION), JKAHANE@DUANEMORRIS.COM | E-mail |
| 69818 | DUANE MORRIS LLP, SOMMER L. ROSS, (RE: MIDSTATES REINSURANCE CORPORATION), SLROSS@DUANEMORRIS.COM | E-mail |
| 69819 | DURO DYNE NATIONAL CORPORATION, ATTN RANDALL HINDEN, PRESIDENT & CEO, (RE: DEBTOR), 81 SPENCE STREET, BAY SHORE, NY, 11706 | US Mail (1st Class) |
| 69818 | DYNAMIC METALS INC, ATTN: TONY FRANGIONE, TONYF@DYNAMICMETALS.COM | E-mail |
| 69824 | FLORIDA DEPARTMENT OF REVENUE, MARK HAMILTON, GEN. COUNSEL, P. O. BOX 6668, TALLAHASSEE, FL, 32314-6668 | US Mail (1st Class) |
| 69824 | FONTANA, CALIFORNIA, CITY OF FONTANA, ATTN: BUSINESS LICENSE, 8353 SIERRA AVE, FONTANA, CA, 92335-3528 | US Mail (1st Class) |
| 69824 | FRANCHISE TAX BOARD, PO BOX 942857, SACRAMENTO, CA, 94257-0531 | US Mail (1st Class) |
| 69818 | HERCULITE PRODUCTS, ATTN: DAVID YOHE, DYOHE@HERCULITE.COM | E-mail |
| 69818 | IFRAH PLLC, GEORGE R. CALHOUN, V, (RE: THE NORTH RIVER INSURANCE COMPANY), GEORGE@IFRAHLAW.COM | E-mail |
| 69819 | INTERNAL REVENUE SERVICE, ATTN: BANKRUPTCY NOTICES DIVISION, 2970 MARKET STREET, MAIL STOP 5-Q30.133, PHILADELPHIA, PA, 19104-5016 | US Mail (1st Class) |
| 69824 | INTERNAL SERVICE REVENUE, (RE: DEPARTMENT OF TREASURY - IRS), PAMELA HUNTER, 51 HADDONFIELD ROAD SUITE 300, CHERRY HILL, NJ, 08002 | US Mail (1st Class) |
| 69819 | JACKSON LEWIS LLP, ONE NO. BROADWAY, WHITE PLAINS, NY, 10601 | US Mail (1st Class) |
| 69819 | JASPAN SCHLESINGER LLP, STANLEY A. CAMHI, ESQ., (RE: HARTFORD ACCIDENT & INDEMNITY COM), 300 GARDEN CITY PLAZA, GARDEN CITY, NY, 11530 | US Mail (1st Class) |
| 69818 | JM BURNS STEEL SUPPLY, ATTN: JUSTIN ROBBINS, JROBBINS@JMBSTEEL.COM | E-mail |
| 69819 | KELLER, FISHBACK & JACKSON LLP, DANIEL KELLER, 28720 CAMWOOD STREET, SUITE 200, AGOURA HILLS, CA, 91301 | US Mail (1st Class) |
| 69824 | KELLEY & FERRARO, CONSTANTINE P. VENIZELOS, 950 MAIN AVENUE, SUITE 1300, CLEVELAND, OH, 44113-7210 | US Mail (1st Class) |
| 69819 | KELLEY & FERRARO, LLP, CONSTANTINE P. VENIZELOS, ESQ., (RE: CMTE MEMBER EUGENE F. SROMEK), ERNEST & YOUNG TOWER, 950 MAIN AVENUE, SUITE 1300, CLEVELAND, OH, 44113 | US Mail (1st Class) |
| 69818 | KENNEDYS CMK LLP, MARGARET CATALANO & CHRISTINA SALEM, CHRISTINA.SALEM@KENNEDYSCMK.COM | E-mail |
| 69818 | KENNEDYS CMK LLP, MARGARET CATALANO & CHRISTINA SALEM, MEG.CATALANO@KENNEDYSCMK.COM | E-mail |
| 69818 | L I S ENTERPRISES, INC., ATTN: JASON BRENNER, JWB@LISENTERPRISES.COM | E-mail |
| 69818 | LONDON FISCHER LLP, JTH DEAVER; S DEVITO; DANIEL LONDON, (RE: MIDSTATES REINSURANCE CORP FKA MEAD), DLONDON@LONDONFISCHER.COM | E-mail |
| 69818 | LOWENSTEIN SANDLER LLP, JEFFREY D. PROL; TERRI FREEDMAN, (RE: DEBTOR), TFREEDMAN@LOWENSTEIN.COM | E-mail |
| 69818 | LOWENSTEIN SANDLER LLP, JEFFREY D. PROL; TERRI FREEDMAN, (RE: DEBTOR), JPROL@LOWENSTEIN.COM | E-mail |
| 69818 | LOWENSTEIN SANDLER LLP, KENNETH A. ROSEN, (RE: DEBTOR), KROSEN@LOWENSTEIN.COM | E-mail |
| 69818 | MAJESTIC STEEL USA INC., ATTN: SUSAN SUVAK, BBUCKALEW@MAJESTICSTEEL.COM | E-mail |
| 69818 | MAJESTIC STEEL USA INC., ATTN: SUSAN SUVAK, SSUVAK@MAJESTICSTEEL.COM | E-mail |
| 69819 | MANLEY BURKE LPA, 225 WEST COURT ST., CINCINNATI, OH, 45202 | US Mail (1st Class) |
| 69824 | MASSACHUSETTS DEP'T OF REVENUE, 100 CAMBRIDGE STREET, BOSTON, MA, 02114 | US Mail (1st Class) |
| 69819 | MAZURS USA, LLP, 135 WEST 50TH STREET, NEW YORK, NY, 10020 | US Mail (1st Class) |
| 69819 | MCCARTER & ENGLISH, LLP, MATTHEW HEIMANN, ESQ., (RE: MESTEK, INC & MESTEK MACHINERY INC), FOUR GATEWAY CENTER, 100 MULBERRY STREET, NEWARK, NJ, 07102 | US Mail (1st Class) |
| 69818 | MCCARTER & ENGLISH, LLP, SHEILA E. CALELLO, ESQ., SCALELLO@MCCARTER.COM | E-mail |
| 69819 | MELTZER, LIPPE, GOLDSTEIN, & BREITSTONE, LLP, 190 WILLIS AVENUE, MINEOLA, NY, 11501 | US Mail (1st Class) |

## Exhibit A - Duro Dyne

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 69819 | MESTEK, INC., ATTN: BRUCE DEWEY, 260 NORTH ELM STREET, WESTFIELD, MA, 01085 | US Mail (1st Class) |
| 69818 | MIDLAND STEEL WHSE. CORP., ATTN: HOWARD ALLEN, HALLEN@MIDLANDSTEEL.NET | E-mail |
| 69824 | MINNESOTA REVENUE, MAIL STATION 1765, ST PAUL, MN, 55145-1765 | US Mail (1st Class) |
| 69818 | NAKAZAWA DIE CASTING, ATTN: DESMOND KHONG, KHONG@NAKAZAWA.COM.MY | E-mail |
| 69819 | NEW JERSEY ATTORNEY GENERALS OFFICE, ATTN: DIVISION OF LAW, RICHARD J HUGHES JUSTICE COMPLEX, 25 MARKET STREET, TRENTON, NJ, 08625-0112 | US Mail (1st Class) |
| 69819 | NEW JERSEY DIVISION OF TAXATION, ATTN: COMPLIANCE AND ENFORCEMENT, BANKRUPTCY UNIT, 50 BARRACK STREET, 9TH FLOOR, TRENTON, NJ, 08695 | US Mail (1st Class) |
| 69819 | NEW JERSEY DIVISION OF TAXATION, ATTN: COMPLIANCE AND ENFORCEMENT, BANKRUPTCY UNIT, 50 BARRACK STREET, 9TH FLOOR, TRENTON, NJ, 08695 | US Mail (1st Class) |
| 69819 | NEW YORK CITY DEPT OF FINANCE, CORRESPONDENCE UNIT, ONE CENTRE STREET, 22ND FLOOR, NEW YORK, NY, 10007 | US Mail (1st Class) |
| 69819 | NEW YORK STATE DEPT OF TAXATION, ATTN: OFFICE OF COUNSEL, NYS DEPT OF TAXATION AND FINANCE, BUILDING 9 WA HARRIMAN CAMPUS, ALBANY, NY, 12227 | US Mail (1st Class) |
| 69824 | NJ DIVISION OF TAXATION, PO BOX 666, TRENTON, NJ, 08646-0666 | US Mail (1st Class) |
| 69818 | NORGAARD O'BOYLE, KARL J NORGAARD, ESQ, (RE: UNDISCLOSED INTERESTED PARTY), KNORGAARD@NORGAARDFIRM.COM | E-mail |
| 69824 | NYS DEPARTMENT OF TAXATION, ATTN: OFFICE OF COUNSEL, BUILDING 9, WA HARRIMAN CAMPUS, ALBANY, NY, 12227-0001 | US Mail (1st Class) |
| 69818 | OFFICE OF THE US ATTORNEY OF NJ, ATTN EAMONN O'HAGAN, ASST US ATTY, EAMONN.OHAGAN@USDOJ.GOV | E-mail |
| 69818 | OFFICE OF THE US TRUSTEE FOR THE, J. SPONDER; M. HAUSMAN, USTPREGION03.NE.ECF@USDOJ.GOV | E-mail |
| 69818 | OFFICE OF THE US TRUSTEE FOR THE, J. SPONDER; M. HAUSMAN, JEFFREY.M.SPONDER@USDOJ.GOV | E-mail |
| 69818 | OFFICE OF THE US TRUSTEE FOR THE, J. SPONDER; M. HAUSMAN, MITCHELL.B.HAUSMAN@USDOJ.GOV | E-mail |
| 69819 | OHIO ATTORNEY GENERAL'S OFFICE, ATTN: BANKRUPTCY NOTICES DIVISION, 30 EAST BROAD STREET, 14TH FLOOR, COLUMBUS, OH, 43215 | US Mail (1st Class) |
| 69824 | OHIO BUREAU OF WORKERS COMPENSATION, PO BOX 15567, COLUMBUS, OH, 43215-0567 | US Mail (1st Class) |
| 69824 | OHIO BUREAU OF WORKERS' COMPENSATION, (RE: OHIO BUREAU OF WORKERS COMPENSATION), JILL A. WHITWORTH, BWC ATTORNEY, 30 W SPRING ST 26TH FLOOR, COLUMBUS, OH, 43215 | US Mail (1st Class) |
| 69824 | OHIO DEPT OF TAXATION, BUSINESS TAX DIVISION, PO BOX 16158, COLUMBUS, OH, 43216-6158 | US Mail (1st Class) |
| 69824 | OHIO TREASURER OF STATE, OHIO DEPARTMENT OF TAXATION, PO BOX 181140, COLUMBUS, OH, 43218-1140 | US Mail (1st Class) |
| 69818 | PENSION BENEFIT GUARANTY CORP., JORDAN JACOBSON, ESQ., (RE: PENSION BENEFIT GUARANTY CORPORTION), JACOBSON.JORDAN@PBGC.GOV | E-mail |
| 69818 | PENSION BENEFIT GUARANTY CORP., JORDAN JACOBSON, ESQ., (RE: PENSION BENEFIT GUARANTY CORPORTION), EFILE@PBGC.GOV | E-mail |
| 69818 | PHD MANUFACTURING INC., ATTN: JONATHON CORBINO, JONATHONC@PHD-MFG.COM | E-mail |
| 69819 | PREGIS HOLDING, ATTN: DANIEL LINDENBAUM, 515 ENTERPRISE STREET, AURORA, IL, 60504 | US Mail (1st Class) |
| 69818 | R2 TAPE, INC., ATTN: JEN HIRSCH, JHIRSCH@PRESTOTAPE.COM | E-mail |
| 69818 | RABINOWITZ, LUBETKIN & TULLY, LLC, JONATHAN RABINOWITZ; J. A. COOPER, (RE: 4 SITE, LLC), JRABINOWITZ@RLTLAWFIRM.COM | E-mail |
| 69818 | RABINOWITZ, LUBETKIN & TULLY, LLC, JONATHAN RABINOWITZ; J. A. COOPER, (RE: 4 SITE, LLC), JCOOPER@RLTLAWFIRM.COM | E-mail |
| 69818 | RETRANS FREIGHT, ATTN: BRIAN HILLER, BHILLER@RETRANSFREIGHT.COM | E-mail |
| 69819 | SCULLY, SCOTT, MURPHY & PRESSER, PC, 400 GARDEN CITY PLAZA, SUITE 300, GARDEN CITY, NY, 11530 | US Mail (1st Class) |
| 69818 | SEALERS INC., ATTN: JIM BERGER, JIM@SEALERSINC.COM | E-mail |
| 69818 | SHIPMAN & GOODWIN LLP, JAMES RUGGERI;A WILLIAMS;J WEINBERG, (RE: HARTFORD ACCIDENT & INDEMNITY COM), JWEINBERG@GOODWIN.COM | E-mail |
| 69818 | SHIPMAN & GOODWIN LLP, JAMES RUGGERI;A WILLIAMS;J WEINBERG, (RE: HARTFORD ACCIDENT & INDEMNITY COM), JRUGGERI@GOODWIN.COM | E-mail |

**Exhibit A - Duro Dyne**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 69818 | SHIPMAN & GOODWIN LLP, JAMES RUGGERI;A WILLIAMS;J WEINBERG, (RE: HARTFORD ACCIDENT & INDEMNITY COM), AWILLIAMS@GOODWIN.COM | E-mail |
| 69818 | SHIPMAN & GOODWIN LLP, STEPHEN M. FORTE, ESQ., (RE: HARTFORD ACCIDENT & INDEMNITY CO.), SFORTE@GOODWIN.COM | E-mail |
| 69824 | SIMMONS HANLY CONROY, MATTHEW PETERSON, ONE COURT STREET, ALTON, IL, 62002-6267 | US Mail (1st Class) |
| 69819 | SIMMONS HANLY CONROY, MATTHEW PETERSON, ESQ., (RE: CMTE MEMBER WENDELL BETTS), ONE COURT STREET, ALTON, IL, 62002 | US Mail (1st Class) |
| 69818 | SIX-2 FASTENER IMPORTS, ATTN: STEVE COWAN, STEVE@SIX2FAST.COM | E-mail |
| 69819 | SNYDER MFG INC, ATTN: JOLENE MEESE, 3001 PROGRESS ST., DOVER, OH, 44622 | US Mail (1st Class) |
| 69819 | STATE OF CALIFORNIA DIV OF TAXATION, ATTN: COMPLIANCE AND ENFORCEMENT, FRANCHISE TAX BOARD, PO BOX 942840, SACRAMENTO, CA, 94240-0040 | US Mail (1st Class) |
| 69824 | STATE OF MICHIGAN, MICHIGAN DEPARTMENT OF TREASURY, PO BOX 30774, LANSING, MI, 48909-8274 | US Mail (1st Class) |
| 69819 | STATE OF OHIO DIVISION OF TAXATION, ATTN: COMPLIANCE AND ENFORCEMENT, PO BOX 530, COLUMBUS, OH, 43216-0530 | US Mail (1st Class) |
| 69824 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, PO BOX 1493418, AUSTIN, TX, 78714-9348 | US Mail (1st Class) |
| 69819 | THE LAW OFFICE OF JOHN FIALCOWITZ, JOHN FIALCOWITZ ESQ, (RE: PROPOSED COUNSEL FOR OFFICIAL), 89 HEADQUARTERS PLAZA NORTH, SUITE 1216, MORRISTOWN, NJ, 07960 | US Mail (1st Class) |
| 69819 | THE NJ DIV. OF TAXATION COMPLIANCE, AND ENFORCEMENT - BANKRUPTCY UNIT, 50 BARRACK STREET, 9TH FLOOR, TRENTON, NJ, 08695 | US Mail (1st Class) |
| 69824 | TREASURER STATE OF IOWA, COMPOSITE RETURN PROCESS, PO BOX 9187, DES MOINES, IA, 50306-9187 | US Mail (1st Class) |
| 69819 | UCAC INC, 5737 CORPORATE WAY, WEST PALM BEACH, FL, 33407 | US Mail (1st Class) |
| 69818 | UNITED STATES DEPARTMENT OF JUSTICE, M.HILDEBRANDT; J.SPONDER; M.HAUSMAN, (RE: THE ACTING U.S. TRUSTEE), JEFFREY.M.SPONDER@USDOJ.GOV | E-mail |
| 69818 | UNITED STATES DEPARTMENT OF JUSTICE, M.HILDEBRANDT; J.SPONDER; M.HAUSMAN, (RE: THE ACTING U.S. TRUSTEE), MITCHELL.B.HAUSMAN@USDOJ.GOV | E-mail |
| 69824 | WASHINGTON DEPARTMENT OF REVENUE, TAXPAYER ACCOUNT ADMINISTRATION, PO BOX 47476, OLYMPIA, WA, 98504-7476 | US Mail (1st Class) |
| 69818 | WASSERMAN, JURISTA & STOLZ, PC, SCOTT REVER; D. STOLZ, (RE: SHEET METAL AIR RAIL & TRNSPO ET AL), SREVER@WJSLAW.COM | E-mail |
| 69818 | WASSERMAN, JURISTA & STOLZ, PC, SCOTT REVER; D. STOLZ, (RE: SHEET METAL AIR RAIL & TRNSPO ET AL), DSTOLZ@WJSLAW.COM | E-mail |
| 69818 | YOUNG CONAWAY STARGATT & TAYLOR LLP, EDWIN HARRON;SARA KOHUT;SEAN BEACH, (RE: PRE-PETITION LEGAL REPRESENTATIVE), EHARRON@YCST.COM | E-mail |
| 69818 | YOUNG CONAWAY STARGATT & TAYLOR LLP, EDWIN HARRON;SARA KOHUT;SEAN BEACH, (RE: PRE-PETITION LEGAL REPRESENTATIVE), SKOHUT@YCST.COM | E-mail |
| 69818 | YOUNG CONAWAY STARGATT & TAYLOR LLP, EDWIN HARRON;SARA KOHUT;SEAN BEACH, (RE: PRE-PETITION LEGAL REPRESENTATIVE), SBEACH@YCST.COM | E-mail |

**Subtotal for this group: 116**