THE LAW OFFICE OF JOHN A.
FIALCOWITZ, LLC
John A. Fialcowitz
89 Headquarters Plaza
North Suite 1216
Morristown, NJ 07960
Telephone:  (973) 813-7227
john@fialcowitzlaw.com

CAPLIN & DRYSDALE, CHARTERED
James P. Wehner (admitted *pro hac vice*)
Jeffrey A. Liesemer (admitted *pro hac vice*)
One Thomas Circle, N.W., Suite 1100
Washington, D.C. 20005
Telephone:  (202) 862-5000
jwehner@capdale.com
jliesemer@capdale.com

*Co-Counsel for the Official Committee of Asbestos Claimants*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| DURO DYNE NATIONAL CORP., *et al.*, [1] | : | Case No. 18-27963-MBK |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

**SIXTH MONTHLY FEE STATEMENT OF CAPLIN & DRYSDALE, CHARTERED**
**FOR THE PERIOD FROM APRIL 1, 2019, THROUGH APRIL 30, 2019**

Caplin & Drysdale, Chartered ("**Caplin & Drysdale**" or the "**Applicant**"), counsel for the

Official Committee of Asbestos Claimants (the "**Committee**"), hereby submits this sixth monthly

fee statement[2] for the period commencing April 1, 2019, through April 30, 2019 (the "**Sixth Fee**

**Statement**") pursuant to the *Administrative Fee Order Establishing Certain Procedures for*

*Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by*

*Order of this Court*, dated December 18, 2018 (Docket No. 345) (the "**Interim Compensation**

**Order**").

---

[1]     The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2]     Caplin & Drysdale's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Caplin & Drysdale, Chartered for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 337).

Pursuant to the Interim Compensation Order, responses to the Second Fee Statement, if

any, are due by June 3, 2019.


Dated:  May 24, 2019                    By:  */s/ James P. Wehner*

                                        James P. Wehner, Esq. (admitted *pro hac vice*)

                                        Jeffrey A. Liesemer, Esq. (admitted *pro hac vice*)

                                        One Thomas Circle, N.W., Suite 1100

                                        Washington, DC 20005

                                        Telephone:  (202) 862-5000

                                        Facsimile: (202) 429-3301

                                        jwehner@capdale.com

                                        jliesemer@capdale.com

                                        *Counsel to the Official Committee of Asbestos*
                                        *Claimants*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

| | | | |
|---|---|---|---|
| Debtor: | Duro Dyne National Corp., *et al.* [1] | Applicant: | Caplin & Drysdale, Chartered |
| Case No.: | 18-27963 (MBK) | Client: | Official Committee of Asbestos Claimants |
| Chapter: | 11 | Case Filed: | September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED AS EXHIBIT B

**SIXTH MONTHLY FEE STATEMENT[2] OF CAPLIN & DRYSDALE, CHARTERED**
**FOR THE PERIOD FROM APRIL 1, 2019, THROUGH APRIL 30, 2019**

**SECTION 1**
**FEE SUMMARY**

| | **FEES** | **EXPENSES** |
|---|---|---|
| TOTAL PREVIOUSLY REQUESTED | $979,784.50 | $19,772.83 |
| TOTAL ALLOWED TO DATE | $387,673.75 | $7,543.25 |
| TOTAL RETAINER (IF APPLICABLE) [3] | $0.00 | $0.00 |
| TOTAL HOLDBACK (IF APPLICABLE) | $0.00 | $0.00 |
| TOTAL RECEIVED BY APPLICANT | $849,246.45 | $19,772.83 |
| | | |
| FEE TOTALS –PAGE 2 | $179,327.00 | |
| DISBURSEMENTS TOTALS – PAGE 3 | $2,236.29 | |
| TOTAL FEE APPLICATION | $181,563.29 | |
| MINUS 20% HOLDBACK | $35,865.40 | |
| AMOUNT SOUGHT AT THIS TIME | $145,697.89 | |

---

[1]    The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2]    Caplin & Drysdale's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Caplin & Drysdale, Chartered for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 337).

[3]    As disclosed in its Retention Application, Caplin & Drysdale holds a retainer left over from prepetition services in the amount of $12,115.90 (the "Retainer"). While the Retainer has not yet been applied to amounts requested under its fee applications to date, the total amount received reflects that Caplin & Drysdale has been paid less than requested amounts in the amount of the Retainer.

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED | HOURS | RATE | FEES |
|---|---|---|---|---|
| Ann C. McMillan, Member | 1984 | 14.7 | $840.00 | $12,348.00 |
| Kevin C. Maclay, Member | 1994 | 8.8 | $775.00 | $6,820.00 |
| James P. Wehner, Member | 1995 | 61.2 | $735.00 | $44,982.00 |
| Jeffrey A. Liesemer, Member | 1993 | 112.3 | $735.00 | $82,540.50 |
| Kevin M. Davis, Associate | 2005 | 53.3 | $505.00 | $26,916.50 |
| Cecilia Guerrero, Paralegal | N/A | 17.6 | $325.00 | $5,720.00 |
| **TOTAL FEES** | | **267.9** | | **$179,327.00** |
| **ATTORNEY BLENDED RATE** | | | **$669.38** | |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| **(.01) Asset Analysis and Recovery** | 0.0 | $0.00 |
| **(.03) Business Operations** | 0.0 | $0.00 |
| **(.04) Case Administration** | 0.4 | $130.00 |
| **(.05) Claims Administration and Objections** | 0.0 | $0.00 |
| **(.07) Fee Applications-Self** | 7.2 | $3,037.00 |
| **(.09) Financing** | 0.0 | $0.00 |
| **(.10) Litigation** | 11.0 | $7,569.00 |
| **(.11) Plan and Disclosure Statement** | 243.3 | $164,229.50 |
| **(.12) Relief from Stay Proceedings** | 0.0 | $0.00 |
| **(.13) Tax Issues** | 0.0 | $0.00 |
| **(.15) Committee Meetings/Conferences** | 5.4 | $4,166.50 |
| **(.16) Travel Time** | 0.0 | $0.00 |
| **(.17) Docket Review & File Maintenance** | 0.0 | $0.00 |
| **(.18) Fee Applications-Others** | 0.6 | $195.00 |
| **(.19) Retention Applications-Others** | 0.0 | $0.00 |
| **(.20) Retention Applications-Self** | 0.0 | $0.00 |
| **(.22) Review Fee Application-Other Parties** | 0.0 | $0.00 |
| **SERVICE TOTALS:** | **267.9** | **$179,327.00** |

2

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| **Computer Assisted Legal Research** | $163.76 |
| **Conference Call Charges** | $0.00 |
| **Courier & Express Carriers** | $0.00 |
| **Court Reporting** | $0.00 |
| **Fax** | $0.00 |
| **Filing Fees** | $0.00 |
| **Other Research** | $0.00 |
| **Pacer Fees** | $904.10 |
| **Postage** | $56.34 |
| **Reproduction Services - In-house** | $0.00 |
| **Reproduction Services - Outside** | $0.00 |
| **Travel** | $1,112.09 |
| **Other (specify):** | $0.00 |
| **DISBURSEMENTS TOTAL:** | **$2,236.29** |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. § 506)

(1)    DATE CASE FILED: September 7, 2018

(2)    CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)    DATE OF RETENTION: November 8, 2018, effective as of September 26, 2018 [Docket No. 258]. *See* Order attached.

(4)    SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

   a)    Caplin & Drysdale analyzed and briefed Plan issues, developed strategies for the Plan and related materials, and negotiated with objectors re Plan issues;

   b)    Caplin & Drysdale briefed the appeal of the bankruptcy court's FCR appointment;

   c)    Caplin & Drysdale spent time communicating with Committee members and preparing memoranda and other materials for Committee members;

   d)    Caplin & Drysdale prepared and filed its monthly fee application;

   e)    Caplin & Drysdale assisted in the preparation of fee applications for other Committee professionals;

3

f)   Caplin & Drysdale spent time working with counsel for the other Plan proponents and internally on general case matters, hearings, and status issues, as well as organizing and maintaining the case filing system and docket review for the bankruptcy case;

g)   Caplin & Drysdale performed other professional services as counsel for the Committee as necessary and appropriate in these chapter 11 cases.

(5)   ANTICIPATED DISTRIBUTION TO CREDITORS:

(A)   ADMINISTRATION EXPENSES: (unknown at this time)
(B)   SECURED CREDITORS: (unknown at this time)
(C)   PRIORITY CREDITORS: (unknown at this time)
(D)   GENERAL UNSECURED CREDITORS: (unknown at this time)

(6)   FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the above is true.

Date:   May 24, 2019                          */s/ James P. Wehner*
                                              Signature

# EXHIBIT
# A

# Caplin & Drysdale
### A T T O R N E Y S

One Thomas Circle NW, Suite 1100
Washington, DC 20005

Telephone: (202) 862-5000    Federal Tax I.D. No.: 52-1226629    Fax: (202) 429-3301
www.capdale.com

| | |
|---|---|
| Official Committee of Asbestos Claimants of Duro Dyne National | May 23, 2019 |
| | Invoice #:        319591 |
| | Page:                  1 |

RE:  Duro Dyne Bankruptcy

For Professional Services Rendered Through April 30, 2019

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.04** | **Case Administration & Calendar Control** | | | | |
| 4/1/2019 | CG | Review and revise pro hac applications (.2); communications w/ JPW, KCM and local counsel re same (.2). | 0.4 | $325.00 | $130.00 |
| | | **Total** | **0.40** | | **$130.00** |
| **.07** | **Fee Applications-Self** | | | | |
| 4/4/2019 | JPW | Emails re fee issues. | 0.4 | $735.00 | $294.00 |
| 4/4/2019 | CG | Review monthly invoice (.4); communication re certificate of no objection (.1). | 0.5 | $325.00 | $162.50 |
| 4/5/2019 | JPW | Emails re fee issues. | 0.2 | $735.00 | $147.00 |
| 4/23/2019 | JPW | Review monthly fee application. | 1.1 | $735.00 | $808.50 |
| 4/23/2019 | CG | Draft, review, and revise monthly fee application (.5); communications re same (.2). | 0.7 | $325.00 | $227.50 |
| 4/24/2019 | CG | Draft, review, and revise monthly fee application (.5); communications re same (.2). | 0.9 | $325.00 | $292.50 |
| 4/25/2019 | CG | Draft, review, revise and finalize monthly fee application (2.9); communications re same (.2); prepare certificate of no objection re same (.3). | 3.4 | $325.00 | $1,105.00 |
| | | **Total** | **7.20** | | **$3,037.00** |
| **.10** | **Litigation** | | | | |
| 4/10/2019 | KCM | Review/analyze materials re UST and appeal issues. | 1.9 | $775.00 | $1,472.50 |
| 4/12/2019 | KCM | Meet with KMD re appeal issues. | 0.2 | $775.00 | $155.00 |
| 4/12/2019 | KMD | Review UST reply in FCR-related appeal (0.7); discuss same w/ KCM (0.2). | 0.9 | $505.00 | $454.50 |

May 23, 2019
Invoice #:        319591

Page:                    2

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.10** | **Litigation** | | | | |
| 4/24/2019 | JAL | Draft and revise response brief re proposed FOF (3.4); confer with KMD re research findings re same (0.2); review and analysis of North River's supplemental objection to insurance agreements (1.4). | 5.0 | $735.00 | $3,675.00 |
| 4/24/2019 | KMD | Review draft response to UST letter re supplemental authority. | 0.2 | $505.00 | $101.00 |
| 4/25/2019 | KMD | Revise response to UST letter re supplemental authority. | 1.1 | $505.00 | $555.50 |
| 4/26/2019 | KCM | Review/edit letter and meet with KMD re same and review/analyze related materials. | 0.9 | $775.00 | $697.50 |
| 4/26/2019 | KMD | Correspond w/ counsel for Debtors and FCR re response to UST letter re supplemental authority (0.2); discuss same w/ KCM (0.2). | 0.4 | $505.00 | $202.00 |
| 4/30/2019 | KCM | Meet with KMD re appeal issues. | 0.2 | $775.00 | $155.00 |
| 4/30/2019 | KMD | Discuss issues re UST appeal w/ KCM. | 0.2 | $505.00 | $101.00 |
| | | **Total** | **11.00** | | **$7,569.00** |
| **.11** | **Plan & Disclosure Statement** | | | | |
| 4/1/2019 | ACM | Exchange e-mails re trust issues (.2); meetings with JPW re same (.4). | 0.6 | $840.00 | $504.00 |
| 4/1/2019 | JAL | Confer with KMD re research for proposed FOF. | 0.4 | $735.00 | $294.00 |
| 4/1/2019 | JPW | Teleconference ACM re plan issues (0.2); meet with ACM re plan issues (0.2); emails re plan issues (0.4). | 0.8 | $735.00 | $588.00 |
| 4/1/2019 | KMD | Research various issues for proposed findings of fact/conclusions of law (4.1); discuss same w/ JAL (0.4). | 4.5 | $505.00 | $2,272.50 |
| 4/2/2019 | JAL | Further drafting and revisions to proposed FOF. | 5.6 | $735.00 | $4,116.00 |
| 4/2/2019 | JAL | Review and analysis of modifications to insurance agreement. | 0.3 | $735.00 | $220.50 |
| 4/2/2019 | JPW | Emails re plan issues. | 0.5 | $735.00 | $367.50 |
| 4/3/2019 | ACM | Exchange e-mails re trust issues. | 0.1 | $840.00 | $84.00 |
| 4/3/2019 | JAL | Further drafting and revisions to proposed FOF (6.8); draft and revise email to ACM and JPW re same (0.8). | 7.6 | $735.00 | $5,586.00 |
| 4/3/2019 | JPW | Emails re plan issues. | 0.5 | $735.00 | $367.50 |
| 4/3/2019 | KCM | Review/analyze materials re UST issues. | 1.1 | $775.00 | $852.50 |
| 4/4/2019 | ACM | Exchange e-mails re proposed findings and conclusions (.1); review same (.8); revise same (.4). | 1.3 | $840.00 | $1,092.00 |
| 4/4/2019 | JAL | Email exchange re proposed FOF (0.2); further drafting and revisions to same (4.2). | 4.4 | $735.00 | $3,234.00 |
| 4/4/2019 | JPW | Review and mark-up draft FOF and COL. | 4.7 | $735.00 | $3,454.50 |

May 23, 2019
Invoice #:        319591

Page:                    3

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 4/4/2019 | KMD | Review/revise proposed FOF (2.9); research various issues re same (0.5). | 3.4 | $505.00 | $1,717.00 |
| 4/5/2019 | ACM | Exchange e-mails re trust issues (.1); conference JPW re same (.3). | 0.4 | $840.00 | $336.00 |
| 4/5/2019 | JAL | Review and analysis of materials re proposed FOF (5.0); draft and revise memorandum of law re confirmation issue (1.5). | 6.5 | $735.00 | $4,777.50 |
| 4/5/2019 | JPW | Teleconference re trust issues (0.3); meet with ACM re same (0.3). | 0.6 | $735.00 | $441.00 |
| 4/5/2019 | KMD | Review/revise proposed FOF. | 0.8 | $505.00 | $404.00 |
| 4/6/2019 | JAL | Further review and analysis of materials re proposed FOF. | 2.8 | $735.00 | $2,058.00 |
| 4/7/2019 | JAL | Further drafting and revisions to proposed FOF. | 5.1 | $735.00 | $3,748.50 |
| 4/8/2019 | JAL | Further drafting and revisions to proposed FOF (4.5); draft and revise various emails re same (1.1); draft and revise correspondence re revised mortgages (0.2). | 5.8 | $735.00 | $4,263.00 |
| 4/8/2019 | JPW | Emails re plan issues. | 0.5 | $735.00 | $367.50 |
| 4/8/2019 | KMD | Research issues re proposed FOF (1.3); correspond re same w/ JAL (0.3). | 1.6 | $505.00 | $808.00 |
| 4/9/2019 | JAL | Review and comment on FCR's markup of draft mortgage. | 0.4 | $735.00 | $294.00 |
| 4/9/2019 | JPW | Emails re plan issues. | 0.8 | $735.00 | $588.00 |
| 4/9/2019 | CG | Citecheck FOF. | 3.1 | $325.00 | $1,007.50 |
| 4/10/2019 | ACM | Exchange e-mails re trust issues (.1); teleconference with JPW re plan issues (.2). | 0.3 | $840.00 | $252.00 |
| 4/10/2019 | JPW | Emails re plan issues (1.0); teleconference ACM re plan issues (0.2). | 1.2 | $735.00 | $882.00 |
| 4/10/2019 | JPW | Review draft FOF/COL. | 2.2 | $735.00 | $1,617.00 |
| 4/11/2019 | ACM | Conferences JPW re trust issues (.5); teleconference JPW and others re same (.3); conference JPW, KCM re same (1.0); exchange e-mails re TDP (.2). | 2.0 | $840.00 | $1,680.00 |
| 4/11/2019 | JAL | Review and comments re draft proposed FOF. | 0.9 | $735.00 | $661.50 |
| 4/11/2019 | JPW | Review and edit draft FOF/COL (1.7); teleconference re trust issues (0.3); conferences with ACM re same (.5); meet with ACM and KCM re same (1.0); emails re plan issues (1.5). | 5.0 | $735.00 | $3,675.00 |
| 4/11/2019 | KCM | Meet with ACM and JPW re trust issues. | 1.0 | $775.00 | $775.00 |
| 4/11/2019 | KMD | Review and revise draft FOF (3.8); research re same (1.5). | 5.3 | $505.00 | $2,676.50 |
| 4/11/2019 | CG | Citecheck FOF. | 4.3 | $325.00 | $1,397.50 |

May 23, 2019
Invoice #:        319591

Page:                4

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 4/12/2019 | ACM | Teleconference JPW re communications related to trust issues (.1); review and revise same (.5); exchange e-mails re same (.1); teleconference JPW and others re same (.3); exchange e-mails re same (.1); review proposed FOF (.8); exchange e-mails re same (.1). | 2.0 | $840.00 | $1,680.00 |
| 4/12/2019 | JAL | Correspondence with JPW, KMD, and ACM re proposed FOF (0.3); review and analysis of materials re finalizing same (1.2). | 1.5 | $735.00 | $1,102.50 |
| 4/12/2019 | JPW | Emails re plan and trust issues (0.8); review FOF/COL (1.9); teleconference re trust issues (0.3); teleconference ACM re same (.1). | 3.1 | $735.00 | $2,278.50 |
| 4/12/2019 | KMD | Review and revise draft findings of fact/conclusions of law (5.5); discuss same w/ FCR counsel (0.4). | 5.9 | $505.00 | $2,979.50 |
| 4/12/2019 | CG | Citecheck FOF. | 1.6 | $325.00 | $520.00 |
| 4/14/2019 | JAL | Review and edit proposed FOF. | 3.4 | $735.00 | $2,499.00 |
| 4/15/2019 | JAL | Further review and editing of proposed FOF (2.9); review and analysis of North River's proposed FOF (1.2); confer with JPW re same (0.2). | 4.3 | $735.00 | $3,160.50 |
| 4/15/2019 | JPW | Meet with JAL re FOF/COL (0.2); review FOF/COL (1.9). | 2.1 | $735.00 | $1,543.50 |
| 4/15/2019 | KMD | Review/revise proposed FOF. | 4.7 | $505.00 | $2,373.50 |
| 4/16/2019 | ACM | Exchange e-mails re call re trust issues. | 0.1 | $840.00 | $84.00 |
| 4/16/2019 | JAL | Further review and analysis of North River's and UST's proposed FOF (2.4); review materials re preparation of responses re same (1.1); draft and revise email to KMD re research for proposed FOF (0.6); draft and revise email to J. Sinclair re financial issues relating to same (0.5). | 4.6 | $735.00 | $3,381.00 |
| 4/16/2019 | JPW | Review FOF/COL (3.7); emails re plan issues (1.0). | 4.7 | $735.00 | $3,454.50 |
| 4/16/2019 | KCM | Teleconference with E. Harron re case status. | 0.1 | $775.00 | $77.50 |
| 4/16/2019 | KMD | Review North River's FOF. | 2.4 | $505.00 | $1,212.00 |
| 4/17/2019 | ACM | Exchange e-mails re call re trust issues. | 0.1 | $840.00 | $84.00 |
| 4/17/2019 | JAL | Teleconference with JPW, K. Quinn, Debtors' counsel, and FCR's counsel re confirmation and insurance-related issues. | 0.5 | $735.00 | $367.50 |
| 4/17/2019 | JPW | Review FOF/COL. | 1.1 | $735.00 | $808.50 |
| 4/17/2019 | JPW | Teleconference JAL, insurance counsel, Debtors, and FCR re confirmation issues (0.5); emails re plan issues (1.3). | 1.8 | $735.00 | $1,323.00 |
| 4/19/2019 | JPW | Review FOF/COL and develop reply (1.9); emails re plan issues (0.5). | 2.4 | $735.00 | $1,764.00 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 4/22/2019 | ACM | Conference JPW re UST call (.2); teleconference JPW, KCM, FCR counsel, Debtor, and UST re plan issues (1.0); prepare for call re same (.3); conference JPW, KCM re same (.3); teleconference JPW, KCM and FCR counsel re same (.3); prepare memo re same (.3); revise TDP provision (.4). | 2.8 | $840.00 | $2,352.00 |
| 4/22/2019 | JAL | Review and analysis of materials re confirmation issues (2.0); analysis of issues re response to objectors' proposed FOF (4.7); correspondence with J. Sinclair re financial analysis (0.1). | 6.8 | $735.00 | $4,998.00 |
| 4/22/2019 | JPW | Meet with KCM re plan issues (0.2); meet with ACM re same (0.2); teleconference UST, Debtor, FCR, ACM, and KCM re same (1.0); teleconference FCR counsel, ACM, and KCM re same (0.3); meet with ACM and KCM re plan issues (0.3); teleconference re plan issues (0.6). | 2.6 | $735.00 | $1,911.00 |
| 4/22/2019 | KCM | Meet with JPW re plan issues (.2); teleconference with UST, Debtor, FCR, ACM, and JPW re same (1.0); teleconference with FCR, ACM, and JPW re same (.3); meet with ACM and JPW re same (.3); review/analyze materials re same (.4). | 2.2 | $775.00 | $1,705.00 |
| 4/23/2019 | ACM | Teleconference JPW re plan issues (.3); meet with KCM and JPW re same (.2); revise same (.3). | 0.8 | $840.00 | $672.00 |
| 4/23/2019 | JAL | Further analysis of issues re response to objectors' proposed FOF (5.1); draft and revise various emails to K. Quinn re confirmation-related insurance issues (0.5); teleconference with J. Sinclair and G. Sinclair re confirmation issues (0.7); review of correspondence from J. Prol, C. Malone, and K. Quinn re confirmation-related insurance issues (0.3) and responses re same (0.5); confer with KMD re research project (0.3). | 7.4 | $735.00 | $5,439.00 |
| 4/23/2019 | JPW | Teleconference ACM re plan issues (0.3); meet with ACM and KCM re plan issues (0.2); teleconference K. Quinn re plan issues (0.2). | 0.7 | $735.00 | $514.50 |
| 4/23/2019 | KCM | Meet with JPW and ACM re plan issues. | 0.2 | $775.00 | $155.00 |
| 4/23/2019 | KMD | Research and draft inserts for reply to North River & UST proposed FOF (4.4); discuss same w/ JAL (0.3). | 4.7 | $505.00 | $2,373.50 |
| 4/24/2019 | ACM | Teleconference JPW re trust issues (.1); exchange e-mails re same (.1). | 0.2 | $840.00 | $168.00 |
| 4/24/2019 | JPW | Emails re confirmation issues (0.6); research and draft response paper (2.9); meet with E. Harron re plan issues (0.2); teleconference ACM re plan issues (0.1). | 3.8 | $735.00 | $2,793.00 |

May 23, 2019
Invoice #:      319591

Page:                6

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| .11 | **Plan & Disclosure Statement** | | | | |
| 4/24/2019 | KMD | Research and draft inserts for reply to North River & UST proposed FOF (6.5); discuss same w/ JAL (0.2). | 6.7 | $505.00 | $3,383.50 |
| 4/25/2019 | ACM | Teleconference re trust issues (.2); conference JPW re same (.1); exchange e-mails re same (.1). | 0.4 | $840.00 | $336.00 |
| 4/25/2019 | JAL | Draft and revise response to plan objectors' proposed FOF (6.2); confer with KMD re research findings and arguments re same (0.3). | 6.5 | $735.00 | $4,777.50 |
| 4/25/2019 | JAL | Review Debtors' proof of claim objections. | 0.2 | $735.00 | $147.00 |
| 4/25/2019 | JPW | Draft response brief. | 2.7 | $735.00 | $1,984.50 |
| 4/25/2019 | JPW | Teleconference J. Prol re plan issues (0.3); emails re trust issues (0.4). | 0.7 | $735.00 | $514.50 |
| 4/25/2019 | KMD | Research and draft inserts for reply to North River & UST proposed FOF (6.8); discuss same w/ JAL (0.2). | 7.0 | $505.00 | $3,535.00 |
| 4/26/2019 | ACM | Exchange e-mails re call re trust issues. | 0.1 | $840.00 | $84.00 |
| 4/26/2019 | JAL | Further drafting and revisions re response to objectors' proposed FOF. | 7.6 | $735.00 | $5,586.00 |
| 4/26/2019 | JPW | Emails re plan issues. | 0.7 | $735.00 | $514.50 |
| 4/26/2019 | JPW | Draft response paper. | 3.8 | $735.00 | $2,793.00 |
| 4/26/2019 | JPW | Research TDP issue. | 0.9 | $735.00 | $661.50 |
| 4/26/2019 | KMD | Research and draft insert for reply to North River & UST proposed FOF. | 0.8 | $505.00 | $404.00 |
| 4/27/2019 | JAL | Further drafting and revisions re response to objectors' proposed FOF. | 6.0 | $735.00 | $4,410.00 |
| 4/28/2019 | JAL | Further drafting and revisions re response to objectors' proposed FOF. | 2.5 | $735.00 | $1,837.50 |
| 4/28/2019 | JPW | Draft brief on FOF/COL. | 3.1 | $735.00 | $2,278.50 |
| 4/29/2019 | ACM | Review and revise materials re trust issues (.5); conference JPW re same (.2); teleconference re trust issues (.5). | 1.2 | $840.00 | $1,008.00 |
| 4/29/2019 | JAL | Further drafting and revisions re response to objectors' proposed FOF. | 7.6 | $735.00 | $5,586.00 |
| 4/29/2019 | JPW | Meet with ACM re brief. | 0.2 | $735.00 | $147.00 |
| 4/29/2019 | JPW | Revise brief. | 1.9 | $735.00 | $1,396.50 |
| 4/30/2019 | ACM | Exchange e-mails re trust issues (.1); review draft brief re proposed FOF (.4); review UST proposed FOF (.3). | 0.8 | $840.00 | $672.00 |
| 4/30/2019 | JAL | Further drafting and revisions re response to objectors' proposed FOF (3.4); revisions to draft response re proposed FOF (4.5). | 7.9 | $735.00 | $5,806.50 |
| 4/30/2019 | JPW | Emails re plan briefing. | 0.6 | $735.00 | $441.00 |

May 23, 2019
Invoice #:        319591

Page:            7

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 4/30/2019 | JPW | Review and edit brief. | 3.6 | $735.00 | $2,646.00 |
| 4/30/2019 | KMD | Review reply to UST & North River proposed findings of fact/conclusions of law. | 2.7 | $505.00 | $1,363.50 |
| 4/30/2019 | CG | Citecheck opp'n brief re FOF. | 2.1 | $325.00 | $682.50 |
| | | **Total** | **243.30** | | **$164,229.50** |
| **.15** | **Committee Meetings/Conferences** | | | | |
| 4/10/2019 | KCM | Review memo to Committee. | 0.1 | $775.00 | $77.50 |
| 4/11/2019 | KCM | Review/analyze draft Committee memo. | 0.2 | $775.00 | $155.00 |
| 4/22/2019 | JPW | Prepare agenda and minutes. | 0.9 | $735.00 | $661.50 |
| 4/23/2019 | ACM | Conference JPW re Committee call (.1); prepare for same (.2); participate in Committee call (.7); prepare and send memo to Committee (.1); review and revise minutes (.4). | 1.5 | $840.00 | $1,260.00 |
| 4/23/2019 | JAL | Committee teleconference. | 0.7 | $735.00 | $514.50 |
| 4/23/2019 | JPW | Revise agenda and minutes; emails re same. | 0.5 | $735.00 | $367.50 |
| 4/23/2019 | JPW | Telephonic Committee meeting (.7); confer with ACM re same (.1). | 0.8 | $735.00 | $588.00 |
| 4/23/2019 | KCM | Committee call. | 0.7 | $775.00 | $542.50 |
| | | **Total** | **5.40** | | **$4,166.50** |
| **.18** | **Fee Applications-Others** | | | | |
| 4/25/2019 | CG | Review COFC fee application. | 0.6 | $325.00 | $195.00 |
| | | **Total** | **0.60** | | **$195.00** |
| | | Total Professional Services | 267.9 | | $179,327.00 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|--------|--|-------|-------|------|--------|
| JAL | Jeffrey A. Liesemer | Member | 112.3 | $735.00 | $82,540.50 |
| KCM | Kevin C. Maclay | Member | 8.8 | $775.00 | $6,820.00 |
| ACM | Ann C. McMillan | Member | 14.7 | $840.00 | $12,348.00 |
| JPW | James P. Wehner | Member | 61.2 | $735.00 | $44,982.00 |
| KMD | Kevin M. Davis | Associate | 53.3 | $505.00 | $26,916.50 |
| CG | Cecilia Guerrero | Paralegal | 17.6 | $325.00 | $5,720.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|------|------------------------------|--------|
| 04/25/2019 | Federal Express - Express Mail - 4/12/19 [.01] | $55.84 |

May 23, 2019
Invoice #:        319591

Page:            8

**DISBURSEMENTS**

| Date | Description of Disbursements | Amount |
|------|------------------------------|-------:|
| 04/25/2019 | Pacer Charges - BAW Usage from 1/1/19 - 3/31/19 [.01] | $832.00 |
| 04/25/2019 | Pacer Charges - CG Usage from 1/1/19 - 3/31/19 [.01] | $12.10 |
| 04/25/2019 | Pacer Charges - JAL Usage from 1/1/19 - 3/31/19 [.01] | $42.40 |
| 04/25/2019 | Pacer Charges - JPW Usage from 1/1/19 - 3/31/19 [.01] | $15.20 |
| 04/25/2019 | Pacer Charges - JAL Usage from 1/1/19 - 3/31/19 [.01] | $2.40 |
| 04/30/2019 | Air & Train - Amtrak o/w Trenton to DC 3/8/19 (JAL) [.16] | $450.00 |
| 04/30/2019 | Air & Train - Amtrak o/w Trenton to DC 3/8/19 (JPW) [.16] | $450.00 |
| 04/30/2019 | Trvl Exp - Ground Transportation to hotel in Trenton 3/5/19 (JAL) [.16] | $130.09 |
| 04/30/2019 | Air & Train - Exchange/Agent Fee re Amtrak 3/7/19 (JAL) [.16] | $41.00 |
| 04/30/2019 | Air & Train - Exchange/Agent Fee re Amtrak 3/7/19 (JPW) [.16] | $41.00 |
| 04/30/2019 | Postage [.01] | $0.50 |
| 04/30/2019 | Database Research - Westlaw 4/30/19 (JAL) [.18] | $163.76 |

|  | Total Disbursements | $2,236.29 |
|---|---|---:|

|  |  |  |
|---|---|---:|
|  | Total Services | $179,327.00 |
|  | Total Disbursements | $2,236.29 |
|  | Total Current Charges | $181,563.29 |

# EXHIBIT
# B

Order Filed on November 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

John A. Fialcowitz, Esq.
THE LAW OFFICE OF JOHN A. FIALCOWITZ
89 Headquarters Plaza North, Ste. 1216
Morristown, New Jersey 07960
973.532.7208
John@fialcowitzlaw.com

*Proposed Local Counsel for the Official
Committee of Asbestos Claimants*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DURO DYNE NATIONAL CORP., *et al.*, | : | Case No. 18-27963 (MBK) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**[PROPOSED] ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF
CAPLIN & DRYSDALE, CHARTERED, AS THE COMMITTEE'S COUNSEL,
EFFECTIVE *NUNC PRO TUNC* AS OF SEPTEMBER 26, 2018**

The relief set forth on the following pages, numbered two (2) through and including three (3), is

hereby **ORDERED**.

**DATED: November 9, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:        2
Debtor:      Duro Dyne National Corp., *et al.*
Case No.:    18-27963 (MBK)
Caption:     Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the
             Committee's Counsel, Effective *Nunc Pro Tunc* as of September 26, 2018

Before this Court is the *Application of the Official Committee of Asbestos Claimants for an Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective* Nunc Pro Tunc *as of September 26, 2018* (the "**Application**"), which was filed by the Official Committee of Asbestos Claimants (the "**Committee**") on October 29, 2018.  Based on the record herein, and after due deliberation thereon, this Court finds and concludes that (i) the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), does not represent any entity having an interest adverse to the Committee or to the asbestos-related creditors of the Debtors' estates in connection with the matters for which the Committee proposes to employ Caplin & Drysdale; (ii) Caplin & Drysdale is a "disinterested person" pursuant to §§ 101(14) and 328(c) of the Bankruptcy Code; (iii) proper and adequate notice of the Application has been given and no other or further notice is necessary; and (iv) the Committee's employment and retention of Caplin & Drysdale as its counsel should be approved. Accordingly, **IT IS HEREBY ORDERED**, that:

1.      The Application is granted and approved;

2.      The Committee is authorized to employ and retain Caplin & Drysdale as its counsel on the terms set forth in the Application, pursuant to §§ 328 and 1103 of the Bankruptcy Code, effective *nunc pro tunc* as of September 26, 2018;

3.      Caplin & Drysdale shall be compensated in accordance with the procedures set forth in §§ 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the orders and rules of this Court, and such other procedures as may be fixed by order of this Court;

Page:       3
Debtor:     Duro Dyne National Corp., *et al.*
Case No.:   18-27963 (MBK)
Caption:    Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the
            Committee's Counsel, Effective *Nunc Pro Tunc* as of September 26, 2018

4.      The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived;

5.      This Order shall be immediately effective and enforceable upon its entry; and

6.      The Court shall retain jurisdiction with respect to all matters arising or related to the implementation of this order.