**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*,[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

**SEVENTH MONTHLY FEE STATEMENT OF**
**GETZLER HENRICH & ASSOCIATES LLC**
**FOR THE PERIOD MAY 1, 2019 THROUGH MAY 31, 2019**

Getzler Henrich & Associates LLC ("Getzler"), financial advisor to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), submits this monthly fee statement for the period, May 1, 2019 through May 31, 2019 (the "May Fee Statement") pursuant to the Court's *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained By Order of this Court*, dated December 18, 2017 [Docket No. 345] (the "Administrative Order"). Pursuant to the Administrative Order, responses to the Seventh Fee Statement, if any, are due by July 26, 2019.

Dated: July 16, 2019

                                        Respectfully submitted,

                                        **GETZLER HENRICH & ASSOCIATES LLC**

                                        /s/ *Mark D. Podgainy*
                                        Mark D. Podgainy
                                        295 Madison Avenue
                                        New York, NY 10017
                                        *Financial Advisor to the Debtors and Debtors-in-Possession*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**<u>D.N.J. LBR 2016-1 FEE APPLICATION COVER SHEET</u>**

| | | | |
|---|---|---|---|
| IN RE: | Duro Dyne National Corp., *et al*. | APPLICANT: | Getzler Henrich & Associates LLC |
| CASE NO.: | 18-27963 (MBK) | CLIENT: | Chapter 11 Debtors |
| CHAPTER: | 11 | CASE FILED: | September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER <u>PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746</u>

<u>RETENTION ORDER(S) ATTACHED</u>

---

**SECTION I**
**FEE SUMMARY**

---

**MONTHLY FEE STATEMENT OF GETZLER HENRICH AND ASSOCIATES**
**<u>FOR THE PERIOD MAY 1, 2019 THROUGH MAY 31, 2019</u>**

| | <u>FEES</u> | <u>EXPENSES</u> |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | **<u>$418,114.85</u>** | **<u>$ 7,257.94</u>** |
| TOTAL FEES ALLOWED TO DATE: | **<u>$418,114.85</u>** | **<u>$ 7,257.94</u>** |
| TOTAL RETAINER (IF APPLICABLE) | **<u>$ 0.00</u>** | **<u>$ 0.00</u>** |
| TOTAL HOLDBACK (IF APPLICABLE) | **<u>$ 14,127.90</u>** | **<u>$ 0.00</u>** |
| TOTAL RECEIVED BY GETZLER HENRICH & ASSOCIATES | **<u>$418,114.85</u>** | **<u>$ 7,257.94</u>** |

| | |
|---|---|
| FEE TOTALS – PAGE 2 | **<u>$53,559.00</u>** |
| DISBURSEMENTS TOTALS - PAGE 3 | **<u>$ 1,135.44</u>** |
| TOTAL FEE APPLICATION | **<u>$54,694.44</u>** |
| MINUS 20% HOLDBACK | **<u>$10,711.80</u>** |
| AMOUNT SOUGHT AT THIS TIME | **<u>$43,982.64</u>** |

31035/2
07/16/2019 53077114.2

| Name of Professional Person | Position of the Applicant, Number of Years in that Position | Hourly Billing Rate ($) (including changes) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| O'Callaghan, Chris | Specialist since 2013 (6 years) | $350.00 | 140.7 | $49,245.00 |
| O'Callaghan, Chris - travel time | Specialist since 2013 (6 years) | $175.00 | 3.8 | $665.00 |
| Podgainy, Mark | Managing Director since 2014 (5 years) | $445.00 | 8.2 | $3,649.00 |
| | | **Grand Total:** | **152.7** | **$53,559.00** |
| | | **Blended Rate:** | **$350.75** | |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Accounting & Audit | 20.1 | $7,073.00 |
| Bankruptcy Consulting | 35.8 | 12,530.00 |
| Budget Preparation | 31.3 | 10,955.00 |
| Claims Analysis & Negotiation | 10.2 | 3,570.00 |
| Committee Conference Call / Meeting | 0.0 | 0.00 |
| Confirmation Issues | 2.0 | 738.00 |
| Court Hearing Prep | 1.9 | 665.00 |
| DIP Financing | 27.3 | 9,707.00 |
| Disclosure Statement Issues | 0.0 | 0.00 |
| Fee/Employment Application | 5.8 | 2,581.00 |
| Fresh Start Accounting Issues | 0.0 | 0.00 |
| Monthly Operating Report | 14.5 | 5,075.00 |
| Motion Review / Analysis | 0.0 | 0.00 |
| Plan of Reorganization | 0.0 | 0.00 |
| Supplier Issues | 0.0 | 0.00 |
| Travel | 3.8 | 665.00 |
| **SERVICE TOTALS** | **152.7** | **$53,559.00** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

|  | AMOUNT |
|---|---:|
| Accommodations | $0.00 |
| Meals | 0.00 |
| Supplies | 99.00 |
| Telecommunications | 0.00 |
| Transportation | 1,036.44 |
| **TOTAL DISBURSEMENTS** | **$1,135.44** |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1) DATE CASE FILED: September 7, 2018

(2) CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3) DATE OF RETENTION: October 19, 2018, effective as of September 7, 2018 [Docket No. 195]. See Order attached.

(4) SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

    a) Getzler consulted with and assisted the Debtors in preparing the Monthly Operating Report for April 2019;

    b) Getzler assisted the Debtors in preparing, updating and monitoring the DIP budget, monitoring payments to ensure compliance with the cash collateral order, and assisting the proposed exit financing lender with its due diligence;

    c) Getzler assisted the Debtors in updating the 2019 budget;

    d) Getzler assisted the Debtors in analyzing and resolving claims;

    e) Getzler consulted with and assisted the Debtors in analyzing their operational and business performance to improve operational efficiency and profitability;

  f)  Getzler assisted the Debtors in preparing for the audit of its 2018 financial statements and in providing information to the auditors during the audit process; and

  g)  Getzler provided such other services consistent with its engagement letter.

(5) ANTICIPATED DISTRIBUTION TO CREDITORS:

  (A) ADMINISTRATION EXPENSES:  (100%)
  (B) SECURED CREDITORS:  (100%)
  (C) PRIORITY CREDITORS:  (100%)
  (D) GENERAL UNSECURED CREDITORS:  (100%)

(6) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE):  Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 16, 2019

              /s/ *Mark D. Podgainy*  _____
              Mark D. Podgainy



| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1 |
|---|

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Proposed Counsel to the Debtors and
Debtors-in-Possession*

Order Filed on October 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Duro Dyne National Corp., *et al.*[1]

Debtors.

Chapter 11

Case No. 18-27963 (MBK)

(Jointly Administered)

### ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GETZLER HENRICH & ASSOCIATES LLC AS FINANCIAL ADVISOR TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE

The relief set forth on the following pages, numbered two (2) through and including five (5), is hereby **ORDERED**.

**DATED: October 19, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

51633/2
09/26/2018 51210348.1

Page:     2
Debtors:  Duro Dyne National Corp., Inc., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC as Financial Advisor to the Debtors as of the Petition Date

___

Upon consideration of the application (the "Application")[1] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order authorizing the retention and employment of Getzler Henrich & Associates LLC ("Getzler Henrich") as financial advisor to the Debtors in these Chapter 11 Cases, effective as of the Petition Date; and upon the Declaration of Mark D. Podgainy (the "Podgainy Declaration"), a managing director at Getzler Henrich, submitted in support of the Application and as more fully described in the Application; and the Court being satisfied, based on the representations made in the Application that (i) Getzler Henrich has no connection with the Debtors, their creditors, any other party in interest, their current respective attorneys or professionals, the United States Trustee or any person employed in the Office of the United States Trustee, and does not represent any entity having an adverse interest to the Debtors in connection with the Debtors' Chapter 11 Cases, except as set forth in the Podgainy Declaration; (ii) Getzler Henrich is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code, (iii) neither Getzler Henrich nor its professionals have any connection with the Debtors, their creditors or any other party in interest; and (iv) Getzler Henrich's employment is necessary and in the best interest of the Debtors; and the Court having jurisdiction over this matter pursuant to 28 U.S.C §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered on July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Application being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor;

___

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Page:     3
Debtors:  Duro Dyne National Corp., Inc., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC as Financial Advisor to the Debtors as of the Petition Date

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED** in its entirety.

2. The Debtors are authorized to retain Getzler Henrich, effective as of the Petition Date, under the terms and conditions set forth in the Engagement Agreement, and to compensate and reimburse Getzler Henrich on the terms and in the manner specified in the Engagement Agreement.

3. Getzler Henrich shall file fee applications for interim and final allowance of compensation and reimbursement of expenses pursuant to the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the guidelines for the U.S. Trustee and any applicable orders of this Court. Getzler Henrich's fees and expenses shall be subject to review pursuant to the standards set forth in section 330 and 331 of the Bankruptcy Code.

4. Getzler Henrich shall provide ten business days' notice to the Debtors, the U.S. Trustee, and any official committee before any increases in the rates set forth in the Application or the Engagement Agreement are implemented and shall file such notice with the Court. The U.S. Trustee retains all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

5. Notwithstanding anything to the contrary in the Application or the Engagement Agreement, to the extent that the Debtors use the services of any other Getzler Henrich affiliate in these Chapter 11 Cases, the Debtors shall file with the Court a separate retention application for each affiliate, and each such affiliate shall comply with any disclosure requirements of Bankruptcy Rule 2014.

6. The indemnification provisions in the Engagement Agreement are approved, subject to the following modifications, applicable during the pendency of these Chapter 11 Cases:

Page:     4
Debtors:  Duro Dyne National Corp., Inc., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC as Financial Advisor to the Debtors as of the Petition Date

---

    a. Subject to the provisions of subparagraphs b. and c. below, the Debtors are authorized to indemnify the Indemnified Parties, in accordance with the Engagement Agreement, for any claim arising from, related to or in connection with their performance of the services described in the Engagement Agreement; provided, however, that the Indemnified Parties shall not be indemnified for any claim arising from services other than the services provided under the Engagement Agreement, unless such services and the indemnification, contribution or reimbursement therefore are approved by the Court;

    b. Notwithstanding anything to the contrary in the Engagement Agreement, the Debtors shall have no obligation to indemnify any person, or provide contribution or reimbursement to any person, (i) for any claim or expense that is judicially determined (the determination having become final and no longer subject to appeal) to have arisen from that person's gross negligence or willful misconduct; (ii) for a contractual dispute in which the Debtors allege breach of Getzler Henrich's obligations under the Engagement Agreement, unless the Court determines that indemnification, contribution or reimbursement would be permissible pursuant to *In re United Artists Theatre Company, et al.*, 315 F.3d 217 (3d Cir. 2003); or (iii) settled prior to a judicial determination as to that person's gross negligence or willful misconduct, but determined by this Court, after notice and a hearing, to be a claim or expense for which that person should not receive indemnity, contribution, or reimbursement under the terms of the Engagement Agreement as modified by the proposed order; and

    c. If, before the earlier of (i) the entry of an order confirming a chapter 11 plan in these Chapter 11 Cases (that order having become a final order no longer subject to appeal) and (ii) the entry of an order closing these Chapter 11 Cases, Getzler Henrich believes that it is entitled to the payment of any amounts by the Debtors on account of the Debtors' indemnification, contribution and/or reimbursement obligations under the Engagement Agreement (as modified by the proposed order), including without limitation the advancement of defense costs, Getzler Henrich must file an application before this Court, and the Debtors may not pay any such amounts before the entry of an order by this Court approving the payment. This subparagraph c. is intended only to specify the period of time under which the Court shall have

Case 18-27963-MBK    Doc 795    Filed 07/10/19    Entered 07/10/19 09:31:42    Desc Main
Document    Page 10 of 58

Page: 5
Debtors: Duro Dyne National Corp., Inc., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC
as Financial Advisor to the Debtors as of the Petition Date

jurisdiction over any request for fees and expenses for indemnification, contribution or reimbursement, and not a provision limiting the duration of the Debtors' obligation to indemnify Getzler Henrich.

7. Getzler Henrich shall apply to the Court for allowances of compensation and reimbursement of out-of-pocket expenses incurred in respect of services provided to the Debtors in these Chapter 11 Cases after the Petition Date in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other orders as the Court may direct, including, without limitation, any order of this Court establishing procedures for interim compensation and reimbursement of professionals retained in these Chapter 11 Cases.

8. The relief granted herein shall be binding upon any chapter 11 trustee appointed in these Chapter 11 Cases or upon any chapter 7 trustee appointed in the event of a subsequent conversion of these Chapter 11 Cases to cases under chapter 7.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

10. This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 18–27963–MBK
        Chapter: 11
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Duro Dyne National Corp.
  100 Horizon Center Boulevard
  Hamilton, NJ 08691

Social Security No.:

Employer's Tax I.D. No.:
  11–2504664

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

      Please be advised that on October 19, 2018, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 195 – 96
ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GETZLER HENRICH & ASSOCIATES LLC AS FINANCIAL ADVISOR TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE (Related Doc # 96). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/19/2018. (bwj)

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 19, 2018
JAN: bwj

                                    Jeanne Naughton
                                    Clerk

# EXHIBIT A

**Getzler Henrich & Associates LLC**

DURO DYNE (DIP)
MAY 1, 2019 - MAY 31, 2019
TIME DETAIL - MAY 2019

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | Accounting and Audit | 05/01/19 | 0.7 | $ 350.00 | $ 245.00 | Meeting with outside auditor |
| O'Callaghan | Accounting and Audit | 05/01/19 | 1.0 | $ 350.00 | $ 350.00 | Meeting with auditor and management re: rebate accrual |
| O'Callaghan | Accounting and Audit | 05/02/19 | 1.4 | $ 350.00 | $ 490.00 | Reviewing rebate accrual information for auditors |
| O'Callaghan | Accounting and Audit | 05/02/19 | 2.7 | $ 350.00 | $ 945.00 | Preparing quarterly financial package for management and board |
| O'Callaghan | Accounting and Audit | 05/03/19 | 1.2 | $ 350.00 | $ 420.00 | Preparing for board conference call re: financial statement review |
| O'Callaghan | Accounting and Audit | 05/03/19 | 3.8 | $ 350.00 | $ 1,330.00 | Conference call with management and board re: financial statement review |
| O'Callaghan | Accounting and Audit | 05/08/19 | 1.4 | $ 350.00 | $ 490.00 | Responding to information request from auditors |
| O'Callaghan | Accounting and Audit | 05/09/19 | 3.5 | $ 350.00 | $ 1,225.00 | Meeting with controller and assistant controller re: financial statements, financial projections, cash flow |
| O'Callaghan | Accounting and Audit | 05/14/19 | 0.5 | $ 350.00 | $ 175.00 | Reviewing open items list from auditors |
| O'Callaghan | Accounting and Audit | 05/16/19 | 0.5 | $ 350.00 | $ 175.00 | Call with management re: fixed assets and depreciation schedules |
| O'Callaghan | Accounting and Audit | 05/16/19 | 0.8 | $ 350.00 | $ 280.00 | Reviewing updated depreciation schedules |
| O'Callaghan | Accounting and Audit | 05/29/19 | 2.2 | $ 350.00 | $ 770.00 | Updating information for auditors |
| Podgainy | Accounting and Audit | 05/31/19 | 0.4 | $ 445.00 | $ 178.00 | Tele conv w/ P Rossetto and D Krupnick re: Q1 financial results and board meeting to discuss analysis |
| | **Accounting and Audit Total** | | **20.1** | | **$ 7,073.00** | |
| O'Callaghan | Bankruptcy Consulting | 05/01/19 | 1.0 | $ 350.00 | $ 350.00 | Meeting with management re: open orders / back orders |
| O'Callaghan | Bankruptcy Consulting | 05/01/19 | 1.4 | $ 350.00 | $ 490.00 | Reviewing and analyzing freight expenses |
| O'Callaghan | Bankruptcy Consulting | 05/01/19 | 2.4 | $ 350.00 | $ 840.00 | Meeting with management re: facilities review |
| O'Callaghan | Bankruptcy Consulting | 05/02/19 | 0.9 | $ 350.00 | $ 315.00 | Reviewing weekly shipment information with management |
| O'Callaghan | Bankruptcy Consulting | 05/06/19 | 1.4 | $ 350.00 | $ 490.00 | Analyzing customer and inter-company freight rates |
| O'Callaghan | Bankruptcy Consulting | 05/06/19 | 1.1 | $ 350.00 | $ 385.00 | Meeting with management re: open orders |
| O'Callaghan | Bankruptcy Consulting | 05/07/19 | 0.8 | $ 350.00 | $ 280.00 | Reviewing slow moving inventory |
| O'Callaghan | Bankruptcy Consulting | 05/07/19 | 1.4 | $ 350.00 | $ 490.00 | Meeting with management re: facilities and capacity |
| O'Callaghan | Bankruptcy Consulting | 05/07/19 | 0.7 | $ 350.00 | $ 245.00 | Discussions with HR manager re: personnel issues |
| O'Callaghan | Bankruptcy Consulting | 05/08/19 | 1.7 | $ 350.00 | $ 595.00 | Meeting with management re: marketing expenditures |
| O'Callaghan | Bankruptcy Consulting | 05/08/19 | 1.6 | $ 350.00 | $ 560.00 | Edits to analysis of capacity and facilities |
| O'Callaghan | Bankruptcy Consulting | 05/10/19 | 1.2 | $ 350.00 | $ 420.00 | Call with management re: overtime and production scheduling |
| O'Callaghan | Bankruptcy Consulting | 05/10/19 | 1.4 | $ 350.00 | $ 490.00 | Drafting memo re: personnel issues and overtime |
| O'Callaghan | Bankruptcy Consulting | 05/10/19 | 0.9 | $ 350.00 | $ 315.00 | Call with management re: personnel issues and overtime |
| O'Callaghan | Bankruptcy Consulting | 05/13/19 | 1.1 | $ 350.00 | $ 385.00 | Meeting with management re: open orders |
| O'Callaghan | Bankruptcy Consulting | 05/13/19 | 0.8 | $ 350.00 | $ 280.00 | Meeting with cost accountant re: inventory scrap amounts |
| O'Callaghan | Bankruptcy Consulting | 05/14/19 | 1.2 | $ 350.00 | $ 420.00 | Meeting with head of IT regarding reporting discrepancies |
| O'Callaghan | Bankruptcy Consulting | 05/22/19 | 0.9 | $ 350.00 | $ 315.00 | Meeting with management re: freight rates |
| O'Callaghan | Bankruptcy Consulting | 05/22/19 | 0.6 | $ 350.00 | $ 210.00 | Meeting with management re: employee compensation costs |
| O'Callaghan | Bankruptcy Consulting | 05/22/19 | 0.6 | $ 350.00 | $ 210.00 | Follow up discussions regarding freight rates |
| O'Callaghan | Bankruptcy Consulting | 05/23/19 | 2.1 | $ 350.00 | $ 735.00 | Meetings with management re cost discrepancies |
| O'Callaghan | Bankruptcy Consulting | 05/23/19 | 0.6 | $ 350.00 | $ 210.00 | Providing revenue information to credit insurance vendor |
| O'Callaghan | Bankruptcy Consulting | 05/24/19 | 0.8 | $ 350.00 | $ 280.00 | Meeting with management re: overtime costs |
| O'Callaghan | Bankruptcy Consulting | 05/24/19 | 1.1 | $ 350.00 | $ 385.00 | Meeting with management re: orders and shipments |
| O'Callaghan | Bankruptcy Consulting | 05/28/19 | 0.6 | $ 350.00 | $ 210.00 | Reviewing information regarding forklifts and other equipment |
| O'Callaghan | Bankruptcy Consulting | 05/28/19 | 0.4 | $ 350.00 | $ 140.00 | Meeting with management re: facilities and capacity |
| O'Callaghan | Bankruptcy Consulting | 05/28/19 | 1.1 | $ 350.00 | $ 385.00 | Meeting with management re: employee compensation costs |
| O'Callaghan | Bankruptcy Consulting | 05/28/19 | 0.5 | $ 350.00 | $ 175.00 | Reviewing updated capacity schedules |
| O'Callaghan | Bankruptcy Consulting | 05/28/19 | 0.6 | $ 350.00 | $ 210.00 | Follow up meeting re: employee compensation costs |
| O'Callaghan | Bankruptcy Consulting | 05/29/19 | 1.0 | $ 350.00 | $ 350.00 | Meeting with management re: open orders |
| O'Callaghan | Bankruptcy Consulting | 05/30/19 | 2.4 | $ 350.00 | $ 840.00 | Meeting with management re: purchase / make decision for certain products |
| O'Callaghan | Bankruptcy Consulting | 05/31/19 | 0.8 | $ 350.00 | $ 280.00 | Call with management re: overtime |
| O'Callaghan | Bankruptcy Consulting | 05/31/19 | 0.7 | $ 350.00 | $ 245.00 | Call with management re: open orders and backlog |
| | **Bankruptcy Consulting Total** | | **35.8** | | **$ 12,530.00** | |
| O'Callaghan | Budget Preparation | 05/01/19 | 2.3 | $ 350.00 | $ 805.00 | Additional drafting of annual budget |
| O'Callaghan | Budget Preparation | 05/01/19 | 1.9 | $ 350.00 | $ 665.00 | Additional work on annual budget |
| O'Callaghan | Budget Preparation | 05/02/19 | 0.6 | $ 350.00 | $ 210.00 | Call with board member re: budget |
| O'Callaghan | Budget Preparation | 05/02/19 | 2.2 | $ 350.00 | $ 770.00 | Additional drafting of annual budget |
| O'Callaghan | Budget Preparation | 05/02/19 | 3.6 | $ 350.00 | $ 1,260.00 | Meeting with management re: scenario analyses for budget |

**Getzler Henrich & Associates LLC**

DURO DYNE (DIP)
MAY 1, 2019 - MAY 31, 2019
TIME DETAIL - MAY 2019

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | Budget Preparation | 05/03/19 | 1.3 | $ 350.00 | $ 455.00 | Call with management re: budget |
| O'Callaghan | Budget Preparation | 05/07/19 | 2.4 | $ 350.00 | $ 840.00 | Reviewing Q1 budget to actual expenditures by department |
| O'Callaghan | Budget Preparation | 05/07/19 | 1.9 | $ 350.00 | $ 665.00 | Edits to 2019 full year budget |
| O'Callaghan | Budget Preparation | 05/14/19 | 1.4 | $ 350.00 | $ 490.00 | Updating expense statements for budget |
| O'Callaghan | Budget Preparation | 05/15/19 | 3.2 | $ 350.00 | $ 1,120.00 | Additional work on budget |
| O'Callaghan | Budget Preparation | 05/21/19 | 3.3 | $ 350.00 | $ 1,155.00 | Updating 2019 budget |
| O'Callaghan | Budget Preparation | 05/22/19 | 1.8 | $ 350.00 | $ 630.00 | Updating expense budgets for department heads |
| O'Callaghan | Budget Preparation | 05/23/19 | 2.1 | $ 350.00 | $ 735.00 | Reviewing updated budget scenarios with management |
| O'Callaghan | Budget Preparation | 05/29/19 | 1.6 | $ 350.00 | $ 560.00 | Meeting with management and salesforce re: sales budget |
| O'Callaghan | Budget Preparation | 05/29/19 | 1.0 | $ 350.00 | $ 350.00 | Meeting with management re: full year budget and production planning |
| O'Callaghan | Budget Preparation | 05/30/19 | 0.7 | $ 350.00 | $ 245.00 | Reviewing cap ex requests |
| | **Budget Preparation Total** | | **31.3** | | **$ 10,955.00** | |
| O'Callaghan | Claims Analysis & Negotiation | 05/06/19 | 1.6 | $ 350.00 | $ 560.00 | Researching open tax items with State of Texas |
| O'Callaghan | Claims Analysis & Negotiation | 05/07/19 | 0.8 | $ 350.00 | $ 280.00 | Responding to IRS request for missing tax returns |
| O'Callaghan | Claims Analysis & Negotiation | 05/17/19 | 7.5 | $ 350.00 | $ 2,625.00 | Attending mediation to resolve insurance company claim |
| O'Callaghan | Claims Analysis & Negotiation | 05/30/19 | 0.3 | $ 350.00 | $ 105.00 | Call with President and vendor re: vendor issue |
| | **Claims Analysis & Negotiation Total** | | **10.2** | | **$ 3,570.00** | |
| O'Callaghan | Confirmation Issues | 05/14/19 | 1.3 | $ 350.00 | $ 455.00 | Conference call re: upcoming insurance mediation |
| Podgainy | Confirmation Issues | 05/14/19 | 0.2 | $ 445.00 | $ 89.00 | Tele conv w/ J Prol re: mediation, upcoming confirmation hearing, potential issues, and effective date timing |
| O'Callaghan | Confirmation Issues | 05/30/19 | 0.3 | $ 350.00 | $ 105.00 | Conference call with counsel re: status of Plan |
| Podgainy | Confirmation Issues | 05/31/19 | 0.2 | $ 445.00 | $ 89.00 | Tele conv w/ J Prol re: confirmation issues and timing of next hearing |
| | **Confirmation Issues Total** | | **2.0** | | **$ 738.00** | |
| O'Callaghan | Court Hearing Prep | 05/22/19 | 1.9 | $ 350.00 | $ 665.00 | Participated on confirmation hearing conference call |
| | **Court Hearing Prep Total** | | **1.9** | | **$ 665.00** | |
| O'Callaghan | DIP Financing | 05/06/19 | 1.3 | $ 350.00 | $ 455.00 | Reviewing weekly cash flow and cash position |
| O'Callaghan | DIP Financing | 05/06/19 | 0.4 | $ 350.00 | $ 140.00 | Meeting with management re: customer forecasts for cash flow projections |
| O'Callaghan | DIP Financing | 05/08/19 | 1.1 | $ 350.00 | $ 385.00 | Responding to information request from lender |
| O'Callaghan | DIP Financing | 05/08/19 | 2.6 | $ 350.00 | $ 910.00 | Updating cash flow information |
| O'Callaghan | DIP Financing | 05/09/19 | 0.8 | $ 350.00 | $ 280.00 | Reviewing weekly disbursements |
| O'Callaghan | DIP Financing | 05/13/19 | 1.3 | $ 350.00 | $ 455.00 | Reviewing weekly bookings and sales |
| O'Callaghan | DIP Financing | 05/13/19 | 2.4 | $ 350.00 | $ 840.00 | Reviewing weekly cash flow information |
| O'Callaghan | DIP Financing | 05/14/19 | 2.0 | $ 350.00 | $ 700.00 | Updating weekly booking and shipment report |
| O'Callaghan | DIP Financing | 05/14/19 | 0.4 | $ 350.00 | $ 140.00 | Conference call w/ lender re: insurance company claim |
| O'Callaghan | DIP Financing | 05/14/19 | 0.2 | $ 350.00 | $ 70.00 | Tele conv w/ M Podgainy re: status of closing financing facility |
| Podgainy | DIP Financing | 05/14/19 | 0.2 | $ 445.00 | $ 89.00 | Tele conv w/ C O'Callaghan re: effective date timing and tasks to be completed to close exit financing facility |
| O'Callaghan | DIP Financing | 05/15/19 | 2.3 | $ 350.00 | $ 805.00 | Complete drafting and review of weekly booking report |
| Podgainy | DIP Financing | 05/15/19 | 0.1 | $ 445.00 | $ 44.50 | Review of booking/shipping report |
| O'Callaghan | DIP Financing | 05/16/19 | 1.8 | $ 350.00 | $ 630.00 | Reviewing updated cashflow forecast |
| O'Callaghan | DIP Financing | 05/21/19 | 2.1 | $ 350.00 | $ 735.00 | Preparation/review of weekly bookings and shipment report |
| O'Callaghan | DIP Financing | 05/21/19 | 2.4 | $ 350.00 | $ 840.00 | Updating weekly cash flow information 2.3 and related correspondence w/ M Podgainy .1 |
| Podgainy | DIP Financing | 05/21/19 | 0.1 | $ 445.00 | $ 44.50 | Review of booking/shipping report, and related correspondence |
| Podgainy | DIP Financing | 05/21/19 | 0.1 | $ 445.00 | $ 44.50 | Correspondence w/ C O'Callaghan re: status of cash flow forecast and BofA exit financing |
| O'Callaghan | DIP Financing | 05/22/19 | 0.7 | $ 350.00 | $ 245.00 | Providing lender with requested information |
| Podgainy | DIP Financing | 05/22/19 | 0.7 | $ 445.00 | $ 311.50 | Conf call w/ BofA and C O'Callaghan re: update case status and timing for closing of exit financing |
| O'Callaghan | DIP Financing | 05/22/19 | 0.7 | $ 350.00 | $ 245.00 | Conference call with lender and M Podgainy re: status of exit financing and steps to complete documentation |
| O'Callaghan | DIP Financing | 05/23/19 | 0.3 | $ 350.00 | $ 105.00 | Tele conv w/ M Podgainy re: cash flow projections and professional fee payments forecasted |

**Getzler Henrich & Associates LLC**

MAY 1, 2019 - MAY 31, 2019

DURO DYNE (DIP)
TIME DETAIL - MAY 2019

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| Podgainy | DIP Financing | 05/23/19 | 0.3 | $ 445.00 | $ 133.50 | Tele conv w/ C O'Callaghan re: cash flow projections, go forward sales, timing of payments under the DIP to professionals, and status of April MOR |
| O'Callaghan | DIP Financing | 05/28/19 | 2.1 | $ 350.00 | $ 735.00 | Updating weekly bookings and shipment information |
| Podgainy | DIP Financing | 05/28/19 | 0.1 | $ 445.00 | $ 44.50 | Review of weekly booking/shipping report |
| O'Callaghan | DIP Financing | 05/29/19 | 0.8 | $ 350.00 | $ 280.00 | Meeting with accounting staff re: cash position |
| | **DIP Financing Total** | | **27.3** | | **$ 9,707.00** | |
| Podgainy | Fee / Employment Application | 05/15/19 | 1.4 | $ 445.00 | $ 623.00 | Initial preparation of time detail and narrative for Second Interim Application |
| Podgainy | Fee / Employment Application | 05/16/19 | 1.7 | $ 445.00 | $ 756.50 | Continued preparation of time detail, expense detail and narrative for the Second Interim Fee Application |
| Podgainy | Fee / Employment Application | 05/17/19 | 0.6 | $ 445.00 | $ 267.00 | Finalized time detail and narrative for the Second Interim Application and sent to counsel |
| Podgainy | Fee / Employment Application | 05/17/19 | 1.2 | $ 445.00 | $ 534.00 | Reviewed and edited time and expense detail for the April fee statement |
| Podgainy | Fee / Employment Application | 05/20/19 | 0.9 | $ 445.00 | $ 400.50 | Finalized narrative, time detail and expense detail for the April 2019 fee application and sent to counsel |
| | **Fee / Employment Application Total** | | **5.8** | | **$ 2,581.00** | |
| O'Callaghan | Monthly Operating Report | 05/13/19 | 0.6 | $ 350.00 | $ 210.00 | Reviewing Dubai inventory for MOR |
| O'Callaghan | Monthly Operating Report | 05/16/19 | 2.2 | $ 350.00 | $ 770.00 | Drafting April Monthly Operating Report |
| O'Callaghan | Monthly Operating Report | 05/20/19 | 2.6 | $ 350.00 | $ 910.00 | Preparing schedule of receipts and disbursements |
| O'Callaghan | Monthly Operating Report | 05/20/19 | 2.8 | $ 350.00 | $ 980.00 | Updating financial statements for MOR |
| O'Callaghan | Monthly Operating Report | 05/20/19 | 1.4 | $ 350.00 | $ 490.00 | Reviewing bank statements and reconciliations |
| O'Callaghan | Monthly Operating Report | 05/20/19 | 3.3 | $ 350.00 | $ 1,155.00 | Drafting MOR |
| O'Callaghan | Monthly Operating Report | 05/21/19 | 0.5 | $ 350.00 | $ 175.00 | Completing MOR draft and submitting |
| O'Callaghan | Monthly Operating Report | 05/23/19 | 1.1 | $ 350.00 | $ 385.00 | Updating schedule of professional fees for MOR |
| | **Monthly Operating Report Total** | | **14.5** | | **$ 5,075.00** | |
| O'Callaghan | Travel | 05/06/19 | 0.7 | $ 175.00 | $ 122.50 | Travel to client |
| O'Callaghan | Travel | 05/13/19 | 1.2 | $ 175.00 | $ 210.00 | Travel to client |
| O'Callaghan | Travel | 05/21/19 | 1.2 | $ 175.00 | $ 210.00 | Travel to client |
| O'Callaghan | Travel | 05/28/19 | 0.7 | $ 175.00 | $ 122.50 | Travel to client |
| | **Travel Total** | | **3.8** | | **$ 665.00** | |
| | **Grand Total** | | **152.7** | | **$ 53,559.00** | |

# EXHIBIT B

**Getzler Henrich & Associates LLC**  MAY 1, 2019 - MAY 31, 2019                                           **DURO DYNE (DIP)**
                                                                                                          **EXPENSE DETAIL MAY 2019**

| Timekeeper | Expense Category | Expense Sub-Category | Date | Total | Description |
|---|---|---|---|---|---|
| Podgainy | Supplies | Subscriptions (Client-Related) | 05/24/19 | $ 99.00 | Renewal of annual Dropbox subscription |
|  | **Supplies Total** |  |  | **$ 99.00** |  |
| O'Callaghan | Transportation | Auto Expense - Mileage | 05/01/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 05/02/19 | $ 24.94 | Mileage to client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 05/02/19 | $ 45.24 | Mileage from client |
| O'Callaghan | Transportation | Auto Expense - Tolls | 05/02/19 | $ 0.58 | Throgs Neck |
| O'Callaghan | Transportation | Auto Expense - Mileage | 05/06/19 | $ 45.24 | Mileage to client |
| O'Callaghan | Transportation | Auto Expense - Tolls | 05/06/19 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Auto Expense - Tolls | 05/06/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Auto Expense - Mileage | 05/06/19 | $ 24.94 | Mileage from client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 05/07/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 05/08/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 05/09/19 | $ 24.94 | Mileage to client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 05/09/19 | $ 45.24 | Mileage from client |
| O'Callaghan | Transportation | Auto Expense - Tolls | 05/09/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Auto Expense - Mileage | 05/13/19 | $ 45.24 | Mileage to client |
| O'Callaghan | Transportation | Auto Expense - Tolls | 05/13/19 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Auto Expense - Tolls | 05/13/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Auto Expense - Mileage | 05/13/19 | $ 24.94 | Mileage from client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 05/14/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 05/15/19 | $ 24.94 | Mileage to client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 05/15/19 | $ 45.24 | Mileage from client |
| O'Callaghan | Transportation | Auto Expense - Tolls | 05/15/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Transportation (Other) - Bus | 05/17/19 | $ 8.00 | Bus fare to NYC for mediation meeting |
| O'Callaghan | Transportation | Auto Expense - Mileage | 05/21/19 | $ 45.24 | Mileage to client |
| O'Callaghan | Transportation | Auto Expense - Tolls | 05/21/19 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Auto Expense - Tolls | 05/21/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Auto Expense - Mileage | 05/21/19 | $ 24.94 | Mileage from client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 05/22/19 | $ 49.88 | Mileage to and from client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 05/23/19 | $ 24.94 | Mileage to client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 05/23/19 | $ 45.24 | Mileage from client |
| O'Callaghan | Transportation | Auto Expense - Tolls | 05/23/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Auto Expense - Mileage | 05/28/19 | $ 45.24 | Mileage to client |
| O'Callaghan | Transportation | Auto Expense - Tolls | 05/28/19 | $ 12.00 | GWB |
| O'Callaghan | Transportation | Auto Expense - Tolls | 05/28/19 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Auto Expense - Mileage | 05/28/19 | $ 24.94 | Mileage from client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 05/29/19 | $ 49.88 | Mileage to and from client |

**Getzler Henrich & Associates LLC**  MAY 1, 2019 - MAY 31, 2019  **DURO DYNE (DIP)**
**EXPENSE DETAIL MAY 2019**

| Timekeeper | Expense Category | Expense Sub-Category | Date | Total | Description |
|---|---|---|---|---|---|
| O'Callaghan | Transportation | Auto Expense - Mileage | 05/30/19 | $ 24.94 | Mileage to client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 05/30/19 | $ 45.24 | Mileage from client |
| O'Callaghan | Transportation | Auto Expense - Tolls | 05/30/19 | $ 6.12 | Throgs Neck |
| | **Transportation Total** | | | **$ 1,036.44** | |
| | **Grand Total** | | | **$ 1,135.44** | |