| | |
|---|---|
| THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC<br>John A. Fialcowitz<br>89 Headquarters Plaza<br>North Suite 1216<br>Morristown, NJ 07960<br>Telephone: (973) 813-7227<br>john@fialcowitzlaw.com | CAPLIN & DRYSDALE, CHARTERED<br>James P. Wehner (admitted *pro hac vice*)<br>Jeffrey A. Liesemer (admitted *pro hac vice*)<br>One Thomas Circle, N.W., Suite 1100<br>Washington, D.C. 20005<br>Telephone: (202) 862-5000<br>jwehner@capdale.com<br>jliesemer@capdale.com |

*Co-Counsel for the Official Committee of Asbestos Claimants*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| DURO DYNE NATIONAL CORP., *et al.*,[1] | : | Case No. 18-27963-MBK |
| Debtors. | : | (Jointly Administered) |

**TENTH MONTHLY FEE STATEMENT OF CAPLIN & DRYSDALE, CHARTERED FOR THE PERIOD FROM AUGUST 1, 2019, THROUGH AUGUST 31, 2019**

Caplin & Drysdale, Chartered ("**Caplin & Drysdale**" or the "**Applicant**"), counsel for the Official Committee of Asbestos Claimants (the "**Committee**"), hereby submits this tenth monthly fee statement[2] for the period commencing August 1, 2019, through August 31, 2019 (the "**Tenth Fee Statement**") pursuant to the *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court*, dated December 18, 2018 (Docket No. 345) (the "**Interim Compensation Order**").

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2] Caplin & Drysdale's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Caplin & Drysdale, Chartered for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 337).

Pursuant to the Interim Compensation Order, responses to the Tenth Fee Statement, if any, are due by October 5, 2019.

Dated:  September 25, 2019					By: */s/ James P. Wehner*
							James P. Wehner, Esq. (admitted *pro hac vice*)
							Jeffrey A. Liesemer, Esq. (admitted *pro hac vice*)
							One Thomas Circle, N.W., Suite 1100
							Washington, DC 20005
							Telephone:  (202) 862-5000
							Facsimile: (202) 429-3301
							jwehner@capdale.com
							jliesemer@capdale.com

							*Counsel to the Official Committee of Asbestos Claimants*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

| | | | |
|---|---|---|---|
| Debtor: | Duro Dyne National Corp., *et al.* [1] | Applicant: | Caplin & Drysdale, Chartered |
| Case No.: | 18-27963 (MBK) | Client: | Official Committee of Asbestos Claimants |
| Chapter: | 11 | Case Filed: | September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED AS EXHIBIT B

**TENTH MONTHLY FEE STATEMENT[2] OF CAPLIN & DRYSDALE, CHARTERED
FOR THE PERIOD FROM AUGUST 1, 2019, THROUGH AUGUST 31, 2019**

**SECTION 1**
**FEE SUMMARY**

| | **FEES** | **EXPENSES** |
|---|---|---|
| TOTAL PREVIOUSLY REQUESTED | $1,540,301.00 | $27,142.11 |
| TOTAL ALLOWED TO DATE | $979,784.50 | $19,772.83 |
| TOTAL RETAINER (IF APPLICABLE) | $0.00 | $0.00 |
| TOTAL HOLDBACK (IF APPLICABLE) | $93,923.10 | $0.00 |
| TOTAL RECEIVED BY APPLICANT | $1,308,061.30 | $24,206.71 |
| | | |
| FEE TOTALS – PAGE 2 | $90,901.00 | |
| DISBURSEMENTS TOTALS – PAGE 3 | $1,725.78 | |
| TOTAL FEE APPLICATION | $92,626.78 | |
| MINUS 20% HOLDBACK | $18,180.20 | |
| AMOUNT SOUGHT AT THIS TIME | $74,446.58 | |

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2] Caplin & Drysdale's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Caplin & Drysdale, Chartered for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 337).

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED | HOURS | RATE | FEES |
|---|---|---|---|---|
| Ann C. McMillan, Member | 1984 | 0.1 | $840 | $84.00 |
| Kevin C. Maclay, Member | 1994 | 5.6 | $775 | $4,340.00 |
| James P. Wehner, Member | 1995 | 34.0 | $735 | $24,990.00 |
| Jeffrey A. Liesemer, Member | 1993 | 71.4 | $735 | $52,479.00 |
| Cecilia Guerrero, Paralegal | N/A | 27.2 | $325 | $8,840.00 |
| Brigette A. Wolverton, Paralegal | N/A | 0.6 | $280 | $168.00 |
| **TOTAL FEES** | | **138.9** | | **$90,901.00** |
| **ATTORNEY BLENDED RATE** | | | **$654.43** | |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| **(.01) Asset Analysis and Recovery** | 0.0 | $0.00 |
| **(.03) Business Operations** | 0.0 | $0.00 |
| **(.04) Case Administration** | 0.9 | $497.50 |
| **(.05) Claims Administration and Objections** | 0.0 | $0.00 |
| **(.07) Fee Applications-Self** | 4.8 | $2,257.00 |
| **(.09) Financing** | 0.0 | $0.00 |
| **(.10) Litigation** | 0.0 | $0.00 |
| **(.11) Plan and Disclosure Statement** | 130.8 | $86,967.00 |
| **(.12) Relief from Stay Proceedings** | 0.0 | $0.00 |
| **(.13) Tax Issues** | 0.0 | $0.00 |
| **(.15) Committee Meetings/Conferences** | 0.6 | $471.50 |
| **(.16) Travel Time** | 0.0 | $0.00 |
| **(.17) Docket Review & File Maintenance** | 0.0 | $0.00 |
| **(.18) Fee Applications-Others** | 1.8 | $708.00 |
| **(.19) Retention Applications-Others** | 0.0 | $0.00 |
| **(.20) Retention Applications-Self** | 0.0 | $0.00 |
| **(.22) Review Fee Application-Other Parties** | 0.0 | $0.00 |
| **SERVICE TOTALS:** | **138.9** | **$90,901.00** |

# SECTION III
# SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| **Computer Assisted Legal Research** | $1,722.62 |
| **Conference Call Charges** | $0.00 |
| **Courier & Express Carriers** | $0.00 |
| **Court Reporting** | $0.00 |
| **Fax** | $0.00 |
| **Filing Fees** | $0.00 |
| **Other Research** | $0.00 |
| **Pacer Fees** | $0.00 |
| **Postage** | $0.00 |
| **Reproduction Services - In-house** | $0.00 |
| **Reproduction Services - Outside** | $0.00 |
| **Travel** | $0.00 |
| **Other (specify): eDiscovery** | $3.16 |
| **DISBURSEMENTS TOTAL:** | **$1,725.78** |

# SECTION IV
# CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. § 506)

(1)  DATE CASE FILED: September 7, 2018

(2)  CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)  DATE OF RETENTION: November 8, 2018, effective as of September 26, 2018 [Docket No. 258]. *See* Order attached.

(4)  SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

   a)  Caplin & Drysdale analyzed appellate issues related to the Plan, drafted and revised appellate pleadings related to the Plan, and reviewed and analyzed court decisions and pleadings;

   b)  Caplin & Drysdale spent time communicating with Committee members and preparing memoranda and other materials for Committee members;

   c)  Caplin & Drysdale prepared and filed fee applications;

   d)  Caplin & Drysdale assisted in the preparation of fee applications for other Committee professionals;

  e)  Caplin & Drysdale spent time working with counsel for the other Plan proponents and internally on general case matters, and status issues, as well as organizing and maintaining the case filing system and docket review for the bankruptcy case;

  f)  Caplin & Drysdale performed other professional services as counsel for the Committee as necessary and appropriate in these chapter 11 cases.

(5) ANTICIPATED DISTRIBUTION TO CREDITORS:

  (A) ADMINISTRATION EXPENSES: (unknown at this time)
  (B) SECURED CREDITORS: (unknown at this time)
  (C) PRIORITY CREDITORS: (unknown at this time)
  (D) GENERAL UNSECURED CREDITORS: (unknown at this time)

(6) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the above is true.

Date: September 25, 2019      */s/ James P. Wehner*
                 Signature

# EXHIBIT A

# Caplin & Drysdale
## ATTORNEYS

One Thomas Circle NW, Suite 1100
Washington, DC 20005

Telephone: (202) 862-5000        Federal Tax I.D. No.: 52-1226629        Fax: (202) 429-3301
www.capdale.com

Official Committee of Asbestos Claimants of Duro Dyne National

September 25, 2019
Invoice #: 322449
Page: 1

RE: Duro Dyne Bankruptcy

For Professional Services Rendered Through August 31, 2019

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .04 | **Case Administration & Calendar Control** | | | | |
| 8/22/2019 | JPW | Review recent filings. | 0.5 | $735.00 | $367.50 |
| 8/26/2019 | CG | Update electronic pleadings file and update docketing calendar. | 0.2 | $325.00 | $65.00 |
| 8/30/2019 | CG | Update electronic pleadings file and update docketing calendar. | 0.2 | $325.00 | $65.00 |
| | | Total | 0.90 | | $497.50 |
| .07 | **Fee Applications-Self** | | | | |
| 8/21/2019 | JPW | Review monthly fee app. | 0.4 | $735.00 | $294.00 |
| 8/21/2019 | CG | Draft, review, and revise monthly fee application and accompanying exhibits (2.8); communications re upcoming interim fee application (.1). | 2.9 | $325.00 | $942.50 |
| 8/22/2019 | JPW | Review and revise monthly (0.6); review and revise interim (0.5). | 1.1 | $735.00 | $808.50 |
| 8/23/2019 | JPW | Review interim. | 0.2 | $735.00 | $147.00 |
| 8/29/2019 | CG | Communications with local counsel re monthly fee application and certificate of no objection. | 0.2 | $325.00 | $65.00 |
| | | Total | 4.80 | | $2,257.00 |
| .11 | **Plan & Disclosure Statement** | | | | |
| 8/1/2019 | JAL | Review and analysis of North River's obj (1.6); telephone conference with JPW and Plan Proponents' counsel re response to North River's objection (0.3); email correspondence re same (0.1). | 2.0 | $735.00 | $1,470.00 |
| 8/1/2019 | JPW | Review appellate filings (0.8); teleconference Debtor, FCR counsel, JAL re briefing (0.3). | 1.1 | $735.00 | $808.50 |

September 25, 2019
Invoice #:    322449

Page:    2

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .11 | **Plan & Disclosure Statement** | | | | |
| 8/1/2019 | KCM | Review/analyze materials re POR issues and draft/revise related documents. | 2.2 | $775.00 | $1,705.00 |
| 8/2/2019 | JAL | Review J. Sinclair memo re accounting issue and respond to same. | 0.2 | $735.00 | $147.00 |
| 8/2/2019 | JPW | Emails re financial issues. | 0.7 | $735.00 | $514.50 |
| 8/2/2019 | BAW | Prepare materials re plan and confirmation for attorney review. | 0.6 | $280.00 | $168.00 |
| 8/5/2019 | JPW | Emails re appeal issues (0.7); meet with KCM re appeal issues (0.3). | 1.0 | $735.00 | $735.00 |
| 8/5/2019 | KCM | Review/analyze materials re appeal issues. | 0.2 | $775.00 | $155.00 |
| 8/5/2019 | KCM | Meet with JPW re appeal issues. | 0.3 | $775.00 | $232.50 |
| 8/6/2019 | JAL | Further review and analysis of North River's obj (0.8); draft and revise email re insurance-related issues (0.2); draft and revise email re preparation of confirmation hearing record (0.2). | 1.2 | $735.00 | $882.00 |
| 8/6/2019 | JPW | Emails re insurance issues. | 0.5 | $735.00 | $367.50 |
| 8/7/2019 | JAL | Analysis and planning re confirmation hearing record (1.3); telephone call with T. Freedman re same (0.1); review and analysis of materials re response to North River's obj (5.2); telephone call with JPW, K. Quinn, and E. Grim re confirmation-related insurance issues and response (0.2). | 6.8 | $735.00 | $4,998.00 |
| 8/7/2019 | JPW | Teleconference insurance counsel, JAL re brief (0.2); emails re insurance issue (0.3). | 0.5 | $735.00 | $367.50 |
| 8/8/2019 | JAL | Draft and revise email re confirmation hearing record (0.2); draft and revise Plan Proponents' response brief (8.7). | 8.9 | $735.00 | $6,541.50 |
| 8/9/2019 | JAL | Further drafting and revisions to response brief. | 7.8 | $735.00 | $5,733.00 |
| 8/9/2019 | JPW | Emails re appeal briefing. | 0.3 | $735.00 | $220.50 |
| 8/9/2019 | JPW | Review appeal brief drafts. | 1.5 | $735.00 | $1,102.50 |
| 8/10/2019 | JAL | Further drafting and revisions to response brief to North River's objections. | 8.4 | $735.00 | $6,174.00 |
| 8/11/2019 | JAL | Further drafting and revisions to response brief. | 5.4 | $735.00 | $3,969.00 |
| 8/11/2019 | JPW | Emails re appeal issues. | 1.1 | $735.00 | $808.50 |
| 8/12/2019 | JAL | Conference with JPW re draft response brief (0.3); telephone call with J. Prol and T. Freedman re same (0.2); further drafting and revisions to response brief (2.0); review and revise appendix of confirmation hearing record (0.9); review and revise insert to response brief (2.0); review comments re same (0.4); review draft pro hac vice application (0.2); revisions and editing to response brief (3.7). | 9.7 | $735.00 | $7,129.50 |

September 25, 2019
Invoice #:    322449

Page:    3

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .11 | **Plan & Disclosure Statement** | | | | |
| 8/12/2019 | JPW | Emails re appeal issues (0.4); meet with JAL re draft brief x2 (0.3); review materials re same (0.3). | 1.0 | $735.00 | $735.00 |
| 8/12/2019 | JPW | Review draft appeal brief (1.5); revise appeal brief section; research re same (4.9). | 6.4 | $735.00 | $4,704.00 |
| 8/12/2019 | CG | Citecheck resp ISO confirmation (8.8); review pro hacs (.8). | 9.6 | $325.00 | $3,120.00 |
| 8/13/2019 | JAL | Further revisions and editing to response brief (5.2); revise proposed confirmation order (2.0); revise pro hac vice application (0.4); revisions and editing to proposed insert (0.2); review appendix to response brief (0.2); draft and revise email re same (0.2); review email re proposed confirmation order (0.4); review and comment on revised appendix (0.2); revise motion to extend time to file (0.3). | 9.1 | $735.00 | $6,688.50 |
| 8/13/2019 | JPW | Emails re appeal brief (1.1); work on appeal brief (0.4); review pro hac forms; emails re same (0.5). | 2.0 | $735.00 | $1,470.00 |
| 8/13/2019 | JPW | Review and revise inserts, drafts. | 3.7 | $735.00 | $2,719.50 |
| 8/13/2019 | CG | Citecheck, revise and finalize resp ISO confirmation and accompanying exhibits/materials. | 12.6 | $325.00 | $4,095.00 |
| 8/14/2019 | JPW | Emails re appendix filing (0.5); review appendix materials (0.7). | 1.2 | $735.00 | $882.00 |
| 8/15/2019 | KCM | Teleconference with FCR. | 0.1 | $775.00 | $77.50 |
| 8/26/2019 | JAL | Confer with JPW re Debtors' motion to approve tax-related distributions. | 0.1 | $735.00 | $73.50 |
| 8/26/2019 | JPW | Meet with JAL re Duro Dyne shareholder motion. | 0.1 | $735.00 | $73.50 |
| 8/27/2019 | JAL | Review and analysis of North River's reply brief and related materials (2.4); confer with JPW re same (0.2); review and analysis of materials re same (1.7); draft and revise email re confirmation issues (0.3). | 4.6 | $735.00 | $3,381.00 |
| 8/27/2019 | JAL | Review and analysis of North River's objection to Debtors' motion for tax-related shareholder distributions. | 0.1 | $735.00 | $73.50 |
| 8/27/2019 | JPW | Review NR Reply (1.4); meet with JAL re reply (0.2); emails re reply (0.3); teleconference J. Prol re reply (0.3). | 2.2 | $735.00 | $1,617.00 |
| 8/28/2019 | JAL | Communications with K. Quinn re reply brief (0.4); teleconference with JPW, K. Quinn, and E. Grim re insurance-related confirmation issues (0.4); confer with JPW re same (0.4); analysis of insurance-related confirmation issues and next steps (0.4); confer with KCM and JPW re same (0.2); draft and revise motion to strike North River's reply brief (1.3). | 2.9 | $735.00 | $2,131.50 |

September 25, 2019
Invoice #:    322449

Page:    4

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 8/28/2019 | JPW | Emails re insurance issues (1.0); teleconference insurance counsel, JAL re insurance issues (0.4); meet with JAL re same (0.4); meet with KCM and JAL (partial) re insurance issue (0.5); review NR objection (0.7). | 3.0 | $735.00 | $2,205.00 |
| 8/28/2019 | KCM | Meet with JPW and JAL (partial) re stay issue. | 0.5 | $775.00 | $387.50 |
| 8/28/2019 | KCM | Review/analyze materials re stay issue and plan/prepare next steps. | 1.3 | $775.00 | $1,007.50 |
| 8/29/2019 | JAL | Further drafting and revisions to motion to strike (1.9); review and analysis of financial-related confirmation issues (2.1); meet with JPW re insurance issues (0.2). | 4.2 | $735.00 | $3,087.00 |
| 8/29/2019 | JPW | Emails re insurance issues (0.5); meet with JAL re insurance issues (0.2); research stay issue (1.3). | 2.0 | $735.00 | $1,470.00 |
| 8/30/2019 | JPW | Research re stay issue (1.4); emails re stay issue (1.1); meet with KCM re status (0.2); meet with KCM re stay issue (0.3); telephone conference with E. Harron re same (0.2). | 3.2 | $735.00 | $2,352.00 |
| 8/30/2019 | KCM | Meet with JPW re case status and next steps. | 0.2 | $775.00 | $155.00 |
| 8/30/2019 | KCM | Meet with JPW re stay issue. | 0.3 | $775.00 | $232.50 |
| | | Total | 130.80 | | $86,967.00 |
| **.15** | **Committee Meetings/Conferences** | | | | |
| 8/28/2019 | KCM | Teleconference with Committee member re claimant issue. | 0.2 | $775.00 | $155.00 |
| 8/30/2019 | ACM | Exchange e-mails re memo to Committee. | 0.1 | $840.00 | $84.00 |
| 8/30/2019 | KCM | Review/edit memo to Committee. | 0.3 | $775.00 | $232.50 |
| | | Total | 0.60 | | $471.50 |
| **.18** | **Fee Applications-Others** | | | | |
| 8/20/2019 | CG | Review Charter Oak monthly. | 0.6 | $325.00 | $195.00 |
| 8/23/2019 | JPW | Review Charter Oak monthly. | 0.3 | $735.00 | $220.50 |
| 8/27/2019 | CG | Review and finalize Charter Oak interim. | 0.9 | $325.00 | $292.50 |
| | | Total | 1.80 | | $708.00 |
| | | Total Professional Services | 138.9 | | $90,901.00 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JAL | Jeffrey A. Liesemer | Member | 71.4 | $735.00 | $52,479.00 |
| KCM | Kevin C. Maclay | Member | 5.6 | $775.00 | $4,340.00 |
| ACM | Ann C. McMillan | Member | 0.1 | $840.00 | $84.00 |

September 25, 2019
Invoice #:    322449

Page:    5

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JPW | James P. Wehner | Member | 34.0 | $735.00 | $24,990.00 |
| CG | Cecilia Guerrero | Paralegal | 27.2 | $325.00 | $8,840.00 |
| BAW | Brigette A. Wolverton | Paralegal | 0.6 | $280.00 | $168.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 08/09/2019 | Epiq eDiscovery Solutions - June 2019 [.01] | $1.58 |
| 08/27/2019 | Epiq eDiscovery Solutions - July 2019 [.01] | $1.58 |
| 08/31/2019 | Database Research - Westlaw - JPW- Aug. 12, 30 [.01] | $986.80 |
| 08/31/2019 | Database Research - Westlaw - CG 8/13/19 [.01] | $168.90 |
| 08/31/2019 | Database Research - Westlaw - JAL- 8/27/19 [.01] | $566.92 |
| | Total Disbursements | $1,725.78 |
| | Total Services | $90,901.00 |
| | Total Disbursements | $1,725.78 |
| | Total Current Charges | $92,626.78 |

# EXHIBIT B

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY **Caption in Compliance with D.N.J. LBR 9004-1** John A. Fialcowitz, Esq. THE LAW OFFICE OF JOHN A. FIALCOWITZ 89 Headquarters Plaza North, Ste. 1216 Morristown, New Jersey 07960 973.532.7208 John@fialcowitzlaw.com *Proposed Local Counsel for the Official Committee of Asbestos Claimants* |
|---|

**Order Filed on November 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DURO DYNE NATIONAL CORP., *et al.*, | : | Case No. 18-27963 (MBK) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**[PROPOSED] ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF CAPLIN & DRYSDALE, CHARTERED, AS THE COMMITTEE'S COUNSEL, EFFECTIVE *NUNC PRO TUNC* AS OF SEPTEMBER 26, 2018**

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

**DATED: November 9, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:      2
Debtor:    Duro Dyne National Corp., *et al.*
Case No.:  18-27963 (MBK)
Caption:   Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective *Nunc Pro Tunc* as of September 26, 2018

---

Before this Court is the *Application of the Official Committee of Asbestos Claimants for an Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective* Nunc Pro Tunc *as of September 26, 2018* (the "**Application**"), which was filed by the Official Committee of Asbestos Claimants (the "**Committee**") on October 29, 2018. Based on the record herein, and after due deliberation thereon, this Court finds and concludes that (i) the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), does not represent any entity having an interest adverse to the Committee or to the asbestos-related creditors of the Debtors' estates in connection with the matters for which the Committee proposes to employ Caplin & Drysdale; (ii) Caplin & Drysdale is a "disinterested person" pursuant to §§ 101(14) and 328(c) of the Bankruptcy Code; (iii) proper and adequate notice of the Application has been given and no other or further notice is necessary; and (iv) the Committee's employment and retention of Caplin & Drysdale as its counsel should be approved. Accordingly, **IT IS HEREBY ORDERED**, that:

1. The Application is granted and approved;

2. The Committee is authorized to employ and retain Caplin & Drysdale as its counsel on the terms set forth in the Application, pursuant to §§ 328 and 1103 of the Bankruptcy Code, effective *nunc pro tunc* as of September 26, 2018;

3. Caplin & Drysdale shall be compensated in accordance with the procedures set forth in §§ 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the orders and rules of this Court, and such other procedures as may be fixed by order of this Court;

Case 18-27963-MBK    Doc 858    Filed 09/09/19    Entered 09/09/19 15:07:45    Desc Main
Document    Page 16 of 36

Page:       3
Debtor:     Duro Dyne National Corp., *et al.*
Case No.:   18-27963 (MBK)
Caption:    Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the
            Committee's Counsel, Effective *Nunc Pro Tunc* as of September 26, 2018

4. The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived;

5. This Order shall be immediately effective and enforceable upon its entry; and

6. The Court shall retain jurisdiction with respect to all matters arising or related to the implementation of this order.