THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC
John A. Fialcowitz
89 Headquarters Plaza
North Suite 1216
Morristown, NJ 07960
Telephone (973) 532-7208
Email: john@fialcowitzlaw.com

*Local Counsel for the Official Committee of Asbestos Claimants*

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br>DURO DYNE NATIONAL CORP., et al. [1]<br>Debtors. | Chapter 11<br><br>Case No. 18-27963 MBK<br>(jointly administered) |

CERTIFICATION OF NO OBJECTION REGARDING ELEVENTH MONTHLY FEE STATEMENT OF THE LAW OFFICE OF JOHN A. FIALCOWITZ
FOR THE PERIOD FROM SEPTEMBER 1, 2019, THROUGH SEPTEMBER 30, 2019
[DOCKET NO. 918]

The undersigned counsel hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Eleventh Monthly Fee Statement of The Law Office of John A. Fialcowitz, LLC as local counsel for the Official Committee of the Asbestos Claimants (the "Committee"), for the period of September 1, 2019 through September 30, 2019 [Docket No. 918] (the "Application"), filed on October 25, 2019, has been received. The undersigned further certifies that a review of the Court's docket in these cases reflects that no answer, objection, or other

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served no later than November 4, 2019.

Pursuant to the Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court [Docket No. 345], the Debtors are now authorized to pay 80% ($2,418.00) of requested fees ($3,022.50) for the total of $2,418.00 on an interim basis without further order of the Court.

Dated: November 7, 2019

By:/s/ John Fialcowitz
John A. Fialcowitz
89 Headquarters Plaza North, Suite 1216
Morristown, NJ 07960
Telephone: 973-532-7208
John@fialcowitzlaw.com

Local Counsel to the Official Committee of Asbestos Claimants