**ANDERSON KILL P.C.**
Cort T. Malone, Esq.
Mark D. Silverschotz, Esq.
1251 Avenue of the Americas
New York, New York 10020
(212) 278-1000 (Telephone)
(212) 278-1733 (Facsimile)

*Ordinary Course Insurance*
*Counsel to the Debtors and*
*Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*,[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

**FEE STATEMENT OF ORDINARY**
**COURSE INSURANCE COUNSEL ANDERSON KILL P.C. FOR**
**THE PERIOD OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

Anderson Kill P.C., ordinary course insurance counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), submits this fee statement for the period October 1, 2019 through October 31, 2019 (the "**Eighth Fee Statement**")[2] pursuant to the Court's *Order Authorizing the Debtors to Employ and Compensate Ordinary Course Professionals*, dated November 1, 2018 [Docket No. 242] and *Amended Order Authorizing the Debtors to Employ and Compensate Ordinary Course Professionals*, dated February 28, 2019 [Docket No. 496] (the "**Orders**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2] Anderson Kill previously has billed the Debtors and been paid as ordinary course counsel pursuant to this Court's Orders [Docket Nos. 242 and 496] for the period from September 7, 2018 through August 31, 2019.

docs-100211570.1

Pursuant to the Orders and this Court's *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained By Order of this Court*, dated December 18, 2018 [Docket No. 345], responses to the Eighth Fee Statement, if any, are due by November 29, 2019.

Dated: November 18, 2019                                  Respectfully submitted,

**ANDERSON KILL P.C.**

/s/ *Cort T. Malone*
Cort T. Malone, Esq.
Mark D. Silverschotz, Esq.
1251 Avenue of the Americas
New York, New York 10020
(212) 278-1000 (Telephone)
(212) 278-1733 (Facsimile)
cmalone@andersonkill.com
msilverschotz@andersonkill.com

*Ordinary Course Insurance
Counsel to the Debtors and
Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

| | |
|---|---|
| IN RE: Duro Dyne National Corp., *et al.*,[1] | APPLICANT: Anderson Kill P.C. |
| CASE NO.: 18-27963 (MBK) | CLIENT: Chapter 11 Debtors |
| CHAPTER: 11 | CASE FILED: September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

**FEE STATEMENT OF ORDINARY**
**COURSE INSURANCE COUNSEL ANDERSON KILL P.C. FOR**
**THE PERIOD OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

**SECTION I**
**FEE SUMMARY**

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | $308,416.50 | $785.73 |
| TOTAL FEES ALLOWED TO DATE | $308,416.50 | $785.73 |
| TOTAL RETAINER REMAINING | N/A | N/A |
| TOTAL HOLDBACK (IF APPLICABLE) | N/A | N/A |
| TOTAL RECEIVED BY ANDERSON KILL[2] | $281,885.00 | $785.73 |
| FEE TOTALS - PAGE 2 | $22,720.50 | |
| DISBURSEMENTS TOTALS - PAGE 3 | $       0 | |
| TOTAL FEE APPLICATION | $22,720.50 | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2] Prior to the Petition Date, Anderson Kill was retained to represent the Debtors in insurance coverage matters, including litigation pending in state court in New York. Anderson Kill was paid for all amounts owed for legal services rendered prior to the Petition Date and held no retainer thereafter for services and expenses incurred during these Chapter 11 Cases.

docs-100211570.1

| Name of Professional | Year Admitted | Title/Department | Hours | Rate | Fee |
|---|---|---|---|---|---|
| | | | | | |
| Mark D. Silverschotz | 1981 | Shareholder/Insurance | 0.80 | 780.00 | 624.00 |
| Cort T. Malone | 2003 | Shareholder/Insurance | 30.00 | 715.00 | 21,450.00 |
| Raymond A. Mascia, Jr. | 2010 | Shareholder/Insurance | 0.90 | 560.00 | 504.00 |
| Vivian Michael (2018) | 2014 | Associate/Insurance | 0.30 | 475.00 | 142.50 |
| **Total Fees** | | | **32.00** | | **$22,720.50** |
| **Attorney Blended Rate** | | | | **$710.00** | |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Opposition to Relief from Stay of Insurance Case | 0 | $0 |
| Drafting and Responding to Discovery | 0 | $0 |
| Drafting and Responding to Objections | | |
| Drafting and Editing Briefing and Submissions | 8.90 | $6,224.00 |
| Claims Evaluation and Related Motion Practice | 0.50 | $357.50 |
| Prepare, Attend and Argue at Court Hearings | 0 | $0 |
| Settlement Negotiations, Agreements and Mediation, including submissions | 13.20 | $9,438.00 |
| Insurance Case Work | 6.40 | $4,576.00 |
| Work related to UST and North River Appeals | 3.00 | $2,125.00 |
| **SERVICE TOTALS** | **32.00** | **$22,720.50** |

2

# SECTION III
# SUMMARY OF DISBURSEMENTS

|  | AMOUNT |
|---|---:|
| Lexis Nexis Legal Research | $0 |
| Travel Charge – Car Service Late Night Work | $0 |
| Filing/court fees | $0 |
| **TOTAL DISBURSEMENTS** | **$0** |

3

# SECTION IV
# CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1) DATE CASE FILED: September 7, 2018

(2) CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3) DATE OF RETENTION: November 1, 2018, effective as of September 7, 2018 [Docket No. 242].

(4) SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

Anderson Kill is one of the Debtor's several Ordinary Course Counsel retained pursuant to the Orders. The firm's primary focus has been in connection with the insurance coverage litigation pending in New York State Supreme Court, Suffolk County, captioned *The North River Insurance Company v. Duro Dyne National Corporation, et al.*, Index No. 062947/2013. In connection with these Chapter 11 cases, however, the Debtor has called upon Anderson Kill to offer advice, draft and review pleadings, and otherwise become engaged at the confluence of insurance coverage and bankruptcy issues. Accordingly, given the manner in which the Chapter 11 Cases have experienced an extended tenure before the Bankruptcy Court, Anderson Kill's aggregate work product expanded beyond that which reasonably was anticipated at the commencement of the case, including:

a) Anderson Kill reviewed and analyzed the insurance companies' requests for production of documents, participated in drafting and editing the responses to same and discovery requests to be served on the insurance companies;

b) Anderson Kill attended to a stay relief motion, including briefing in support of stay relief strategy and preparing for and attending a hearing on the stay motion;

c) Anderson Kill provided input regarding confirmation issues, including attendance at portions of the confirmation hearings;

d) Anderson Kill prepared for, attended, and argued at other hearings, including the claims valuation hearing;

e) Anderson Kill prepared for and participated in settlement negotiations, drafting and editing settlement agreements, and mediation submissions regarding North River's and other insurance company claims;

f) Anderson Kill worked on briefing and other necessary submissions, including research, drafting, and editing same;

g) Anderson Kill prepared for court hearings, including necessary research and preparation for oral arguments;

4

    h)     Anderson Kill attended to various claims issues, including (i) the estimation and treatment of insurance company claims; and (ii) reviewing and analyzing North River Insurance Company's 3018 motion and preparing and filing an objection thereto; and

    i)     Anderson Kill performed all other legal services for the Debtors that were necessary and proper in these proceedings and in furtherance of the Debtors' needs.

(5)   ANTICIPATED DISTRIBUTION TO CREDITORS:

    (A)   ADMINISTRATION EXPENSES:     (100%)
    (B)   SECURED CREDITORS:     (100%)
    (C)   PRIORITY CREDITORS:     (100%)
    (D)   GENERAL UNSECURED CREDITORS:     (100%)

(6)   FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 18, 2019

                              /s/ *Cort T. Malone*
                              Cort T. Malone, Esq.

# EXHIBIT A

Professional services rendered by Anderson Kill P.C. from
October 1, 2019 through October 31, 2019

```
DATE: 11/01/19 09:20:58         PROFORMA STATEMENT AS OF 10/31/19  for file (102620.DDC02 ) PROFORMA #   Page 571 (1)
                                                                                                          629882

*-----CLIENT INFORMATION-----*
DURO DYNE CORP.

*-----MATTER DESCRIPTION-----*                           --MATTER NUMBER-           --BILLING--
INSURANCE                                                 102620.DDC02               03218
                                                                                     Cort T Malone
*-----MAILING ADDRESS-----*
Randy Hinden
(c/o Howard Gross - Weinberg, Gross & Pergament, LLP)
Duro Dyne Corporation
81 Spence Street
Bay Shore, NY 11706
rhinden@durodyne.com

STATUS:                OP                       JOINT BILL ID:            TEMPLATE:    S1
DATE OPENED:           Jun 13, 2013             RATE:          1                       MIN FEE:            26531.50
DATE CLOSED:                                    DEPT:          0300                    MIN COST:          22720.50
UNALLOCATED BAL:                                LOCATION:      01                      MIN TOTAL:               .00
TRUST RET ACCT:              .00                FIXED FEES:                            MAXIMUM BILLINGS:  22720.50
                                                TRUST RETAIN:                          CURRENCY:              USD

  OUTSTANDING BALANCE. . . . . . . . . . . . . . . . .                   49252.00
  UNBILLED FEES ( 32.00 HRS). . . . . . . . . . . . .
  UNBILLED COSTS . . . . . . . . . . . . . . . . . . .                        .00
  SUBTOTAL CURRENT UNBILLED. . . . . . . . . . . . . .                        .00

  TOTAL DUE. . . . . . . . . . . . . . . . . . . . . .                        .80

  TIME VALUE FOR THE MATTER AFTER THE CUTOFF DATE.
  COST VALUE FOR THE MATTER AFTER THE CUTOFF DATE.

*-------------------------------BILLING INSTRUCTIONS---------------------------------*




*-----TIME ENTRIES-----*
Thru Date: 10/31/19
                                       WORKED                     BILLED
INDEX    INIT    DATE        STAT      HOURS      AMOUNT    RATE      HOURS     AMOUNT    TASK    DESCRIPTION

3614037  05311 (VCM)  10/01/19  B       .30       142.50   475.00      .30      142.50    TASK    ACT
3614083  04279 (MDS)  10/01/19  B       .80       624.00   780.00      .80      624.00    TASK    Review Bankruptcy Court's decision re:
                                                                                                  appeal.
```

```
DATE: 11/01/19 09:20:58           PROFORMA STATEMENT AS OF 10/31/19  for file (102620.DDC02 )  PROFORMA #  629882           Page 572 (2)

3613361   03218(CTM)   10/01/19  B   2.90   2073.50   715.00   2.90   2073.50   ACT
                                                                                Review of district court opinion affirming
                                                                                appointment of FCR (.5); email exchange C.
                                                                                Malone and V. Michael regarding D. Ct.
                                                                                opinion (.3)
                                                                                TASK
                                                                                Reviewed decision denying Trustee's FCR
                                                                                appeal. Follow up with client, MS, JP re
                                                                                same. Emails exchanged with KQ/JP re
                                                                                settlement options with NR and other
                                                                                insurance companies. Emails exchanged LS re
                                                                                filing CNO.
3613450   03218(CTM)   10/02/19  B   1.10    786.50   715.00   1.10    786.50   TASK
                                                                                ACT
                                                                                Prep and calls with JP/KQ re various
                                                                                settlement options, other bankruptcy case
                                                                                issues. Follow up work re same. Emails
                                                                                exchanged with JP re possible NR meeting.
3614486   03218(CTM)   10/03/19  B    .80    572.00   715.00    .80    572.00   TASK
                                                                                ACT
                                                                                Detailed calls with JP re potential
                                                                                arbitration with NR. Follow up with JP and
                                                                                client re settlement issues, potential
                                                                                arbitration, and call re same.
3614009   03218(CTM)   10/04/19  B   1.00    715.00   715.00   1.00    715.00   TASK
                                                                                ACT
                                                                                Reviewed materials and response to client
                                                                                query re Zurich D&O claim re bankruptcy and
                                                                                request for info. Prep and call with JP and
                                                                                client re settlement issues, North River
                                                                                meeting request, and potential arbitration
                                                                                proceeding. Follow up re same.
3616343   03218(CTM)   10/08/19  B   3.40   2431.00   715.00   3.40   2431.00   TASK
                                                                                ACT
                                                                                Research re new CT S.C. decision upholding
                                                                                unavailability exception and potential use
                                                                                in insurance case arguments against North
                                                                                River. Various meetings with RM, MS and MB
                                                                                re same, additional arguments, and further
                                                                                research needed. Follow up re same.
3615931   03218(CTM)   10/10/19  B   2.90   2073.50   715.00   2.90   2073.50   TASK
                                                                                ACT
                                                                                Worked on bankruptcy filing/fees submission.
                                                                                Emails exchanged with LS re same.
3615715   03218(CTM)   10/11/19  B    .90    643.50   715.00    .90    643.50   TASK
                                                                                ACT
                                                                                Call with Hartford counsel re motion to lift
                                                                                stay and North River's position in response
                                                                                to same. Emails exchanged and follow up
                                                                                with JP re same.
3617614   03218(CTM)   10/14/19  B    .20    143.00   715.00    .20    143.00   TASK
                                                                                ACT
                                                                                Follow up with LS re bankruptcy filing.
```

```
DATE: 11/01/19 09:20:58       PROFORMA STATEMENT AS OF 10/31/19  for file (102620.DDC02 ) PROFORMA #   629882
                                                                                                    Page 573 (3)

3617615    03218(CTM)   10/15/19   B      .40    286.00   715.00    .40    286.00  TASK
                                                                                   ACT
                                                                                   Follow up with JP re North River issues,
                                                                                   including settlement meeting and payment of
                                                                                   defense costs for depositions.
3617622    03218(CTM)   10/17/19   B      .40    286.00   715.00    .40    286.00  TASK
                                                                                   ACT
                                                                                   Emails exchanged re settlement meeting with
                                                                                   NR on 10/25. Follow up with JP re defense
                                                                                   costs issue.
3620843    03218(CTM)   10/21/19   B     2.40   1716.00   715.00   2.40   1716.00  TASK
                                                                                   ACT
                                                                                   Follow up with JP and client re upcoming
                                                                                   North River meeting. Prep work for same,
                                                                                   including research re new decisions on
                                                                                   allocation issues.
3621101    03218(CTM)   10/23/19   B     1.80   1287.00   715.00   1.80   1287.00  TASK
                                                                                   ACT
                                                                                   Emails exchanged with Hartford counsel re
                                                                                   defense payment issues. Continued prep for
                                                                                   North River meeting. Emails exchanged with
                                                                                   JP and client re same. Worked with LS re
                                                                                   bankruptcy filing.
3620531    03218(CTM)   10/24/19   B     1.50   1072.50   715.00   1.50   1072.50  TASK
                                                                                   ACT
                                                                                   Research and prep for North River meeting
                                                                                   next week.
3624206    03218(CTM)   10/28/19   B      .80    572.00   715.00    .80    572.00  TASK
                                                                                   ACT
                                                                                   Emails exchanged with client re meeting
                                                                                   tomorrow and prep work for same.
3623979    03218(CTM)   10/29/19   B     4.40   3146.00   715.00   4.40   3146.00  TASK
                                                                                   ACT
                                                                                   Prep and meet with JP and client in advance
                                                                                   of NR settlement meeting. Meeting with NR
                                                                                   re settlement offer and follow up meet with
                                                                                   Jeff and Abby to discuss next steps, other
                                                                                   issues. Began work on settlement analysis
                                                                                   and valuation of NR's future indemnity
                                                                                   obligation. Follow up with RM re Danaher
                                                                                   decision.
3624303    03218(CTM)   10/30/19   B     3.20   2288.00   715.00   3.20   2288.00  TASK
                                                                                   ACT
                                                                                   Continued work re issues raised at
                                                                                   settlement meeting. Emails exchanged with
                                                                                   JP and client re same. Emails exchanged and
                                                                                   follow up re NR opposition to motion to lift
                                                                                   stay for deathbed depositions.
3624467    05145(RAM)   10/30/19   B      .90    504.00   560.00    .90    504.00  TASK
                                                                                   ACT
                                                                                   Retrieved and analyzed North River
                                                                                   opposition brief (0.10). Reviewed and
                                                                                   analyzed recent decision regarding
                                                                                   allocation (0.80).
```

```
DATE: 11/01/19 09:20:58          PROFORMA STATEMENT AS OF 10/31/19 for file (102620.DDC02 ) PROFORMA #   Page 574 (4)
                                                                                                        629882

3624462   03218(CTM)   10/31/19  B     1.90    1358.50    715.00       1.90    1358.50   TASK
                                                                                         ACT
                                                                                         Follow up with RM re Danaher write up.
                                                                                         Emails exchanged with Hartford counsel re NR
                                                                                         objection to motion to lift stay. Calls
                                                                                         with NR counsel re same, prior discussions
                                                                                         with counsel at LS, and continued efforts re
                                                                                         settlement. Follow up work re same.

                                                               FEE SUBTOTAL                22720.50
                                                                                         ---------
                                                                                          22720.50

Timecard Adjustments:

*--------------------TIMEKEEPER--------------------*-----TIME AND FEE SUMMARY-----*
                                                      BILLED RATE   HOURS     FEES
Mark D Silverschotz                                      780.00       .80    624.00
Cort T Malone                                            715.00     30.00  21450.00
Raymond A Mascia, Jr.                                    560.00       .90    504.00
Vivian Michael                                           475.00       .30    142.50
                                                                          ---------
                                               TOTALS              32.00   22720.50

*-----COST ENTRIES-----*
Thru Date: 10/31/19

  INDEX    DATE    STAT   AMOUNT    CODE            TASK DESCRIPTION

             Cost Subtotal            .00
                                    -------
                                       .00

*------------------OPEN ACCOUNTS RECEIVABLE------------------*
                                       BILLED
INVOICE NUMBER     DATE       FEES     COSTS    CASH RECEIVED   LAST PAY DATE   RECEIVABLE     OUTSTANDING
                                                                                WRITTEN OFF    BALANCE
   293637       10/10/19   26531.50     .00          .00                            .00        26531.50
                          ---------  --------  ------------                    -----------    ---------
                           26531.50     .00          .00                            .00        26531.50

LAST PAYMENT DATE: 10/09/19      (  )     (  )   E  DATE/DESCRIP/INITS/HOURS            (  )   T  TOTAL
LAST BILL DATE:    10/10/19                                                             COST FORMAT
                                                    TIME FORMAT
                           LAST PAYMENT AMOUNT:        14815.00
                           LAST BILL AMOUNT:           26531.50
  (  )   PREVIOUS BALANCE
  (  )   UNAPPLIED                                  H  DATE/DESCRIP/INITS/HOURS/AMT
```