THE LAW OFFICE OF JOHN A.
FIALCOWITZ, LLC
John A. Fialcowitz
89 Headquarters Plaza
North Suite 1216
Morristown, NJ 07960
Telephone:  (973) 813-7227
john@fialcowitzlaw.com

CAPLIN & DRYSDALE, CHARTERED
James P. Wehner (admitted *pro hac vice*)
Jeffrey A. Liesemer (admitted *pro hac vice*)
One Thomas Circle, N.W., Suite 1100
Washington, D.C. 20005
Telephone:  (202) 862-5000
jwehner@capdale.com
jliesemer@capdale.com

*Co-Counsel for the Official Committee of Asbestos Claimants*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| DURO DYNE NATIONAL CORP., *et al.*, [1] | : | Case No. 18-27963-MBK |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

**TWELFTH MONTHLY FEE STATEMENT OF
CAPLIN & DRYSDALE, CHARTERED FOR THE PERIOD
FROM OCTOBER 1, 2019, THROUGH OCTOBER 31, 2019**

Caplin & Drysdale, Chartered ("**Caplin & Drysdale**" or the "**Applicant**"), counsel for the
Official Committee of Asbestos Claimants (the "**Committee**"), hereby submits this twelfth
monthly fee statement[2] for the period commencing October 1, 2019, through October 31, 2019
(the "**Twelfth Fee Statement**") pursuant to the *Administrative Fee Order Establishing Certain
Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of
Professionals Retained by Order of this Court*, dated December 18, 2018 (Docket No. 345) (the
"**Interim Compensation Order**").

---

[1]      The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification
number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616),
Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2]      Caplin & Drysdale's first monthly fee statement was also filed as an interim fee application under the title
*First Interim Fee Application of Caplin & Drysdale, Chartered for Allowance of Fees and Reimbursement of Expenses*
on December 14, 2018 (Docket No. 337).

Pursuant to the Interim Compensation Order, responses to the Twelfth Fee Statement, if any, are due by December 5, 2019.

Dated:  November 25, 2019

By: */s/ James P. Wehner*
James P. Wehner, Esq. (admitted *pro hac vice*)
Jeffrey A. Liesemer, Esq. (admitted *pro hac vice*)
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005
Telephone:  (202) 862-5000
Facsimile: (202) 429-3301
jwehner@capdale.com
jliesemer@capdale.com

*Counsel to the Official Committee of Asbestos Claimants*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

### D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

| | | | |
|---|---|---|---|
| Debtor: | Duro Dyne National Corp., *et al.* [1] | Applicant: | Caplin & Drysdale, Chartered |
| Case No.: | 18-27963 (MBK) | Client: | Official Committee of Asbestos Claimants |
| Chapter: | 11 | Case Filed: | September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED AS EXHIBIT B

**TWELFTH MONTHLY FEE STATEMENT[2] OF
CAPLIN & DRYSDALE, CHARTERED FOR THE PERIOD
FROM OCTOBER 1, 2019, THROUGH OCTOBER 31, 2019**

### SECTION 1
### FEE SUMMARY

| | **FEES** | **EXPENSES** |
|---|---|---|
| TOTAL PREVIOUSLY REQUESTED | $1,592,659.00 | $28,419.49 |
| TOTAL ALLOWED TO DATE | $1,449,400.00 | $25,416.32 |
| TOTAL RETAINER (IF APPLICABLE) | $0.00 | $0.00 |
| TOTAL HOLDBACK (IF APPLICABLE) | $28,651.80 | $0.00 |
| TOTAL RECEIVED BY APPLICANT | $1,449,400.00 | $25,416.32 |
| | | |
| FEE TOTALS – PAGE 2 | $11,884.50 | |
| DISBURSEMENTS TOTALS – PAGE 3 | $966.78 | |
| TOTAL FEE APPLICATION | $12,851.28 | |
| MINUS 20% HOLDBACK | $2,376.90 | |
| AMOUNT SOUGHT AT THIS TIME | $10,474.38 | |

---

[1]     The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2]     Caplin & Drysdale's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Caplin & Drysdale, Chartered for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 337).

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED | HOURS | RATE | FEES |
|---|---|---|---|---|
| Kevin C. Maclay, Member | 1994 | 0.5 | $775 | $387.50 |
| James P. Wehner, Member | 1995 | 6.2 | $735 | $4,557.00 |
| Jeffrey A. Liesemer, Member | 1993 | 7.3 | $735 | $5,365.50 |
| Cecilia Guerrero, Paralegal | N/A | 4.5 | $325 | $1,462.50 |
| Brigette A. Wolverton, Paralegal | N/A | 0.4 | $280 | $112.00 |
| **TOTAL FEES** | | **18.9** | | **$11,884.50** |
| **ATTORNEY BLENDED RATE** | | | **$628.81** | |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| **(.01) Asset Analysis and Recovery** | 0.0 | $0.00 |
| **(.03) Business Operations** | 0.0 | $0.00 |
| **(.04) Case Administration** | 0.6 | $195.00 |
| **(.05) Claims Administration and Objections** | 0.0 | $0.00 |
| **(.07) Fee Applications-Self** | 4.6 | $1,782.00 |
| **(.09) Financing** | 0.0 | $0.00 |
| **(.10) Litigation** | 8.5 | $6,267.50 |
| **(.11) Plan and Disclosure Statement** | 4.1 | $3,013.50 |
| **(.12) Relief from Stay Proceedings** | 0.0 | $0.00 |
| **(.13) Tax Issues** | 0.0 | $0.00 |
| **(.15) Committee Meetings/Conferences** | 0.7 | $514.50 |
| **(.16) Travel Time** | 0.0 | $0.00 |
| **(.17) Docket Review & File Maintenance** | 0.4 | $112.00 |
| **(.18) Fee Applications-Others** | 0.0 | $0.00 |
| **(.19) Retention Applications-Others** | 0.0 | $0.00 |
| **(.20) Retention Applications-Self** | 0.0 | $0.00 |
| **(.22) Review Fee Application-Other Parties** | 0.0 | $0.00 |
| **SERVICE TOTALS:** | **18.9** | **$11,884.50** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| Computer Assisted Legal Research | $170.80 |
| Conference Call Charges | $0.00 |
| Courier & Express Carriers | $0.00 |
| Court Reporting | $0.00 |
| Fax | $0.00 |
| Filing Fees | $0.00 |
| Other Research | $0.00 |
| Pacer Fees | $794.40 |
| Postage | $0.00 |
| Reproduction Services - In-house | $0.00 |
| Reproduction Services - Outside | $0.00 |
| Travel | $0.00 |
| Other (specify): eDiscovery | $1.58 |
| DISBURSEMENTS TOTAL: | $966.78 |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. § 506)

(1)    DATE CASE FILED: September 7, 2018

(2)    CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)    DATE OF RETENTION: November 8, 2018, effective as of September 26, 2018 [Docket No. 258]. *See* Order attached.

(4)    SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

a)    Caplin & Drysdale analyzed appellate issues related to the Plan;

b)    Caplin & Drysdale researched and drafted pleadings regarding relief from stay;

c)    Caplin & Drysdale spent time communicating with Committee members and preparing memoranda and other materials for Committee members;

d)    Caplin & Drysdale prepared and filed fee applications;

e)    Caplin & Drysdale assisted in the preparation of fee applications for other Committee professionals;

f)      Caplin & Drysdale spent time working with counsel for the other Plan proponents and internally on general case matters, and status issues, as well as organizing and maintaining the case filing system and docket review for the bankruptcy case;

g)      Caplin & Drysdale performed other professional services as counsel for the Committee as necessary and appropriate in these chapter 11 cases.

(5)      ANTICIPATED DISTRIBUTION TO CREDITORS:

     (A)      ADMINISTRATION EXPENSES: (unknown at this time)
     (B)      SECURED CREDITORS: (unknown at this time)
     (C)      PRIORITY CREDITORS: (unknown at this time)
     (D)      GENERAL UNSECURED CREDITORS: (unknown at this time)

(6)      FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the above is true.

Date:  November 25, 2019          */s/ James P. Wehner*
                                       Signature

# EXHIBIT
# A

# Caplin & Drysdale
### A T T O R N E Y S

One Thomas Circle NW, Suite 1100
Washington, DC 20005

Telephone: (202) 862-5000    Federal Tax I.D. No.: 52-1226629    Fax: (202) 429-3301
www.capdale.com

Official Committee of Asbestos Claimants of Duro Dyne National    November 18, 2019
Invoice #:    323361
Page:    1

RE:  Duro Dyne Bankruptcy

For Professional Services Rendered Through October 31, 2019

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.04** | **Case Administration & Calendar Control** | | | | |
| 10/17/2019 | CG | Update docketing calendar. | 0.2 | $325.00 | $65.00 |
| 10/24/2019 | CG | Review recent filings and update docketing calendar. | 0.4 | $325.00 | $130.00 |
| | | **Total** | **0.60** | | **$195.00** |
| **.07** | **Fee Applications-Self** | | | | |
| 10/6/2019 | CG | Review monthly. | 0.2 | $325.00 | $65.00 |
| 10/23/2019 | JPW | Review monthly. | 0.3 | $735.00 | $220.50 |
| 10/23/2019 | CG | Review and revise monthly. | 1.9 | $325.00 | $617.50 |
| 10/24/2019 | JPW | Review monthly. | 0.4 | $735.00 | $294.00 |
| 10/24/2019 | CG | Review, revise, and finalize monthly fee statement and accompanying exhibits (1.7); communication w/ local counsel re same (.1). | 1.8 | $325.00 | $585.00 |
| | | **Total** | **4.60** | | **$1,782.00** |
| **.10** | **Litigation** | | | | |
| 10/2/2019 | JPW | Teleconference J. Sinclair re MOR issues. | 0.3 | $735.00 | $220.50 |
| 10/3/2019 | JAL | Review and analysis of District Court's decision affirming FCR appointment. | 1.1 | $735.00 | $808.50 |
| 10/4/2019 | JAL | Drafted and revised email to K. Quinn re lift-stay motion (0.2); finalizing of lift-stay motion and send to local counsel for filing (0.9). | 1.1 | $735.00 | $808.50 |
| 10/8/2019 | JPW | Emails re motion. | 0.4 | $735.00 | $294.00 |

November 18, 2019
Invoice #:        323361

Page:        2

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.10** | **Litigation** | | | | |
| 10/9/2019 | JAL | Teleconference re G. Calhoun, JPW, KCM, and S. Kohut re North River's inquiries re lift-stay motion (0.2); office conference with JPW and KCM re lift-stay motion and next steps (0.3). | 0.5 | $735.00 | $367.50 |
| 10/9/2019 | JPW | Teleconference G. Calhoun, JAL, KCM, and S. Kohut re motion (0.2); meet with KCM, JAL re motion (0.3). | 0.5 | $735.00 | $367.50 |
| 10/9/2019 | KCM | Meet with JPW and JAL re lift stay. | 0.3 | $775.00 | $232.50 |
| 10/9/2019 | KCM | Teleconference with G. Calhoun, special insurance counsel, JPW and JAL re lift stay motion. | 0.2 | $775.00 | $155.00 |
| 10/31/2019 | JAL | Review and analysis of North River's opposition to lift-stay motion (0.2); review and comments on draft reply to North River's opposition to lift-stay motion (0.4). | 0.6 | $735.00 | $441.00 |
| 10/31/2019 | JPW | Review opposition (1.0); draft Reply (2.0); emails re reply (0.5). | 3.5 | $735.00 | $2,572.50 |
| | | **Total** | **8.50** | | **$6,267.50** |
| **.11** | **Plan & Disclosure Statement** | | | | |
| 10/3/2019 | JPW | Teleconference J. Prol re case issues. | 0.2 | $735.00 | $147.00 |
| 10/23/2019 | JAL | Review and analysis of Debtors' motion to reject executory contracts and unexpired leases. | 0.7 | $735.00 | $514.50 |
| 10/29/2019 | JPW | Emails re Duro Dyne issues. | 0.6 | $735.00 | $441.00 |
| 10/31/2019 | JAL | Review and analysis of materials re plan-related insurance issues. | 2.6 | $735.00 | $1,911.00 |
| | | **Total** | **4.10** | | **$3,013.50** |
| **.15** | **Committee Meetings/Conferences** | | | | |
| 10/4/2019 | JAL | Drafted and revised memo to Committee. | 0.7 | $735.00 | $514.50 |
| | | **Total** | **0.70** | | **$514.50** |
| **.17** | **Docket Review & File Maintenance** | | | | |
| 10/31/2019 | BAW | Conduct docket research, review and select pleadings and update records. | 0.4 | $280.00 | $112.00 |
| | | **Total** | **0.40** | | **$112.00** |
| | | Total Professional Services | 18.9 | | $11,884.50 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|--------|--|-------|-------|------|--------|
| JAL | Jeffrey A. Liesemer | Member | 7.3 | $735.00 | $5,365.50 |
| KCM | Kevin C. Maclay | Member | 0.5 | $775.00 | $387.50 |
| JPW | James P. Wehner | Member | 6.2 | $735.00 | $4,557.00 |

November 18, 2019
Invoice #:        323361

Page:            3

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|--------|--|-------|-------|------|--------|
| CG | Cecilia Guerrero | Paralegal | 4.5 | $325.00 | $1,462.50 |
| BAW | Brigette A. Wolverton | Paralegal | 0.4 | $280.00 | $112.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|------|------------------------------|--------|
| 10/15/2019 | eDiscovery Exp - Sept. 2019 [.01] | $1.58 |
| 10/16/2019 | Pacer Charges - BAW Usage 7/1/19 - 9/30/19 [.01] | $744.00 |
| 10/16/2019 | Pacer Charges - CG Usage 7/1/19 - 9/30/19 [.01] | $40.80 |
| 10/16/2019 | Pacer Charges - JAL Usage 7/1/19 - 9/30/19 [.01] | $9.60 |
| 10/31/2019 | Database Research Westlaw - JPW 10/31/19 [.01] | $85.40 |
| 10/31/2019 | Database Research Westlaw - JPW 10/31/19 [.01] | $85.40 |
| | Total Disbursements | $966.78 |

| | |
|--|--|
| Total Services | $11,884.50 |
| Total Disbursements | $966.78 |
| Total Current Charges | $12,851.28 |

# EXHIBIT B

<table>
<tr><td>
UNITED STATES BANKRUPTCY COURT<br>
DISTRICT OF NEW JERSEY<br>
<strong>Caption in Compliance with D.N.J. LBR 9004-1</strong>
</td></tr>
<tr><td>
John A. Fialcowitz, Esq.<br>
THE LAW OFFICE OF JOHN A. FIALCOWITZ<br>
89 Headquarters Plaza North, Ste. 1216<br>
Morristown, New Jersey 07960<br>
973.532.7208<br>
John@fialcowitzlaw.com<br><br>
<em>Proposed Local Counsel for the Official Committee of Asbestos Claimants</em>
</td></tr>
</table>

**Order Filed on November 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| DURO DYNE NATIONAL CORP., *et al.*, | : | Case No. 18-27963 (MBK) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

**[PROPOSED] ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF CAPLIN & DRYSDALE, CHARTERED, AS THE COMMITTEE'S COUNSEL, EFFECTIVE *NUNC PRO TUNC* AS OF SEPTEMBER 26, 2018**

The relief set forth on the following pages, numbered two (2) through and including three (3), is

hereby **ORDERED**.


**DATED: November 9, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| Page: | 2 |
|---|---|
| Debtor: | Duro Dyne National Corp., *et al.* |
| Case No.: | 18-27963 (MBK) |
| Caption: | Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective *Nunc Pro Tunc* as of September 26, 2018 |

Before this Court is the *Application of the Official Committee of Asbestos Claimants for an Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective* Nunc Pro Tunc *as of September 26, 2018* (the "**Application**"), which was filed by the Official Committee of Asbestos Claimants (the "**Committee**") on October 29, 2018. Based on the record herein, and after due deliberation thereon, this Court finds and concludes that (i) the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), does not represent any entity having an interest adverse to the Committee or to the asbestos-related creditors of the Debtors' estates in connection with the matters for which the Committee proposes to employ Caplin & Drysdale; (ii) Caplin & Drysdale is a "disinterested person" pursuant to §§ 101(14) and 328(c) of the Bankruptcy Code; (iii) proper and adequate notice of the Application has been given and no other or further notice is necessary; and (iv) the Committee's employment and retention of Caplin & Drysdale as its counsel should be approved. Accordingly, **IT IS HEREBY ORDERED**, that:

1.     The Application is granted and approved;

2.     The Committee is authorized to employ and retain Caplin & Drysdale as its counsel on the terms set forth in the Application, pursuant to §§ 328 and 1103 of the Bankruptcy Code, effective *nunc pro tunc* as of September 26, 2018;

3.     Caplin & Drysdale shall be compensated in accordance with the procedures set forth in §§ 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the orders and rules of this Court, and such other procedures as may be fixed by order of this Court;

Page:        3
Debtor:      Duro Dyne National Corp., *et al.*
Case No.:    18-27963 (MBK)
Caption:     Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the
             Committee's Counsel, Effective *Nunc Pro Tunc* as of September 26, 2018

4.      The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other

request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the

contents of the Application or otherwise waived;

5.      This Order shall be immediately effective and enforceable upon its entry; and

6.      The Court shall retain jurisdiction with respect to all matters arising or related to

the implementation of this order.