THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC
John A. Fialcowitz
89 Headquarters Plaza
North Suite 1216
Morristown, NJ 07960
Telephone (973) 532-7208
Email: john@fialcowitzlaw.com

*Local Counsel for the Official Committee of Asbestos Claimants*

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>DURO DYNE NATIONAL CORP., et al. [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-27963 MBK<br>(jointly administered) |

CERTIFICATION OF NO OBJECTION REGARDING ELEVENTH MONTHLY FEE
STATEMENT OF CHARTER OAK FINANCIAL CONSULTANTS, LLC
FOR THE PERIOD FROM SEPTEMBER 1, 2019, THROUGH SEPTEMBER 30, 2019
[DOCKET NO. 948]

The undersigned counsel hereby certifies that, as of the date hereof, no answer, objection,

or other responsive pleading to the Eleventh Monthly Fee Statement of Charter Oak Financial

Consultants, LLC, financial consultants to the Official Committee of the Asbestos Claimants (the

"Committee"), for the period of September 1, 2019 through September 30, 2019 [Docket No. 948]

(the "Application"), filed on November 25, 2019, has been received. The undersigned further

certifies that a review of the Court's docket in these cases reflects that no answer, objection, or

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served no later than December 6, 2019.

Pursuant to the Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court [Docket No. 345], the Debtors are now authorized to pay Charter Oak Financial Consultants, LLC 80% ($1,179.20) of requested fees ($1,474.00) and 100% of requested expenses ($6.30), for the total of $1,185.50 on an interim basis without further order of the Court.

Dated: December 9, 2019          By:/s/ John Fialcowitz
                                 John A. Fialcowitz
                                 89 Headquarters Plaza North, Suite 1216
                                 Morristown, NJ 07960
                                 Telephone: 973-532-7208
                                 John@fialcowitzlaw.com

                                 Local Counsel to the Official Committee of
                                 Asbestos Claimants