**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
E-mail: krosen@lowenstein.com
E-mail: jprol@lowenstein.com

*Counsel to the Debtors and*
*Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*,[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

**ELEVENTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP**
**FOR THE PERIOD SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019**

Lowenstein Sandler LLP, counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), submits this eleventh monthly fee statement[2] for the period September 1, 2019 through September 30, 2019 (the "**Eleventh Fee Statement**") pursuant to the Court's *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained By Order of this Court*, dated December 18, 2018 [Docket No. 345] (the "**Administrative Order**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2] Lowenstein Sandler filed its *First Interim Application of Lowenstein Sandler LLP As Counsel To The Debtors For Compensation For Services Rendered And Reimbursement Of Expenses For The Period From September 7, 2018 Through November 30, 2018* [D.I. 353] in lieu of its first monthly fee statement.

31035/2
12/20/2019 53737497.1

Pursuant to the Administrative Order, responses to the Eleventh Fee Statement, if any, are due by December 30, 2019.

Dated: December 20, 2019

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/ *Jeffrey D. Prol*
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
E-mail: krosen@lowenstein.com
E-mail: jprol@lowenstein.com

*Counsel to the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

| | |
|---|---|
| IN RE: Duro Dyne National Corp., *et al.*,[1] | APPLICANT: Lowenstein Sandler LLP |
| CASE NO.: 18-27963 (MBK) | CLIENT: Chapter 11 Debtors |
| CHAPTER: 11 | CASE FILED: September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

**ELEVENTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP
FOR THE PERIOD SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019**

**SECTION I**
**FEE SUMMARY**

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | $1,295,200.50 | $45,316.07 |
| TOTAL FEES ALLOWED TO DATE: | $1,227,882.50 | $43,65.10 |
| TOTAL RETAINER REMAINING | $0.00 | $0.00 |
| TOTAL PREVIOUS HOLDBACK (IF APPLICABLE)[2] | $13,463.50 | $0.00 |
| TOTAL RECEIVED BY LOWENSTEIN SANDLER[3] | $1,227,804.20 | $43,165.10 |

| | |
|---|---|
| FEE TOTALS | $14,843.50 |
| DISBURSEMENTS TOTALS | +$423.20 |
| TOTAL FEE APPLICATION | $15,266.70 |
| MINUS 20% HOLDBACK | -$2,968.70 |
| AMOUNT SOUGHT AT THIS TIME | $12,298.00 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2] This amount reflects holdback amounts for the Fourth Interim Period of August 1, 2019 through November 30, 2019 only, and does not include outstanding amounts owed for the prior interim periods.

[3] Prior to the Petition Date, Lowenstein Sandler was retained to represent the Debtors in these Chapter 11 Cases. Lowenstein Sandler was paid for all amounts owed for legal services rendered prior to the Petition Date and was holding a retainer in the amount of $117,300.04 (the "Retainer") for services and expenses incurred during these Chapter 11 Cases. The total amount received by Lowenstein Sandler reflects the application of the Retainer to amounts requested in Lowenstein Sandler's First Interim Fee Application [D.I. 353].

31035/2
12/20/2019 53737497.1

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Prol, Jeffrey D. | 1989 | Partner/Bankruptcy | 6.30 | $895.00 | $5,638.50 |
| Freedman, Terri Jane | 1991 | Counsel/Bankruptcy | 16.80 | $470.00 | $7,896.00 |
| Kramer, Jeffrey A. | 1995 | Associate/Bankruptcy | 1.10 | $470.00 | $517.00 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 2.10 | $270.00 | $567.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 0.90 | $250.00 | $225.00 |
| **TOTAL FEES** | | | **27.20** | | **$14,843.50** |
| **Attorney Blended Rate** | | | | | **$580.64** |

## SECTION II
## SUMMARY OF SERVICES

| Task | Task Description | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 5.80 | $2,466.00 |
| B160 | Fee/Employment Applications | 0.20 | $94.00 |
| B175 | Fee Applications and Invoices - Others | 1.70 | $601.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 4.60 | $2,167.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 3.70 | $2,376.50 |
| B240 | Tax Issues | 3.70 | $1,781.50 |
| B310 | Claims Administration and Objections | 0.40 | $188.00 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 4.60 | $3,182.00 |
| B430A | Court Hearings | 0.40 | $108.00 |
| B460 | Other - Insurance Matters | 2.10 | $1,879.50 |
| | **Total** | **27.20** | **$14,843.50** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| | |
|---|---|
| Bulk rate/special postage | $1.00 |
| Computerized legal research | $422.20 |
| **Total Disbursements** | **$423.20** |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1) DATE CASE FILED: September 7, 2018

(2) CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3) DATE OF RETENTION: October 19, 2018, effective as of September 7, 2018 [Docket No. 194]. See Order attached.

(4) SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

   a) Lowenstein Sandler reviewed and revised the plan of reorganization and attended to outstanding confirmation issues;

   b) Lowenstein Sandler attended to settlement discussions with North River;

   c) Lowenstein Sandler attended to insurance settlements;

   d) Lowenstein Sandler assisted with the preparation and filing of the Debtors' monthly operating report;

   e) Lowenstein Sandler prepared and filed monthly fee applications for the Debtors' other professionals;

   f) Lowenstein Sandler prepared a motion to reject executory contracts;

   g) Lowenstein Sandler attended to the withdrawal of the Debtors' shareholder distribution motion; and

   h) Lowenstein Sandler performed all other legal services for the Debtors that were necessary and proper in these proceedings and in furtherance of the Debtors' needs.

(5) ANTICIPATED DISTRIBUTION TO CREDITORS:

   (A) ADMINISTRATION EXPENSES:         (100%)
   (B) SECURED CREDITORS:               (100%)
   (C) PRIORITY CREDITORS:              (100%)
   (D) GENERAL UNSECURED CREDITORS:     (100%)

(6) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: December 20, 2019                    /s/ *Jeffrey D. Prol*
                                            Jeffrey D. Prol Esq.

|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1** |
| **LOWENSTEIN SANDLER LLP**<br>Jeffrey D. Prol, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Proposed Counsel to the Debtors and*<br>*Debtors-in-Possession* |

**Order Filed on October 19, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| In re: | Chapter 11 |
|---|---|
| Duro Dyne National Corp., *et al.*[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

# ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: October 19, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:       2
Debtors:    Duro Dyne National Corp., *et al.*
Case No.:   18-27963 (MBK)
Caption:    Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Debtors Effective as of the Petition Date

_____

Upon consideration of the application (the "Application")[2] of the above captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order authorizing the employment and retention of Lowenstein Sandler LLP ("Lowenstein Sandler") as counsel to the Debtors, effective as of the Petition Date (September 7, 2018), and upon consideration of the Prol Declaration submitted in support of the Application; and the Court being satisfied, based on representations made in the Application that (i) Lowenstein Sandler has no connection with the Debtors, their creditors, any other party in interest, their current respective attorneys or professionals, the United States Trustee or any person employed in the office of the United States Trustee, and does not represent any entity having an adverse interest to the Debtors in connection with the Debtors' Chapter 11 Cases, except as set forth in the Prol Declaration; (ii) Lowenstein Sandler is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code, (iii) neither Lowenstein Sandler, nor its professionals, have any connection with the Debtors, their creditors or any other party in interest; and (iv) Lowenstein Sandler's employment is necessary and in the best interest of the Debtors; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey dated September 18, 2012 (Simandle, C.J.); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice of the Application being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED** as set forth herein.

_____

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

-2-

Page:      3
Debtors:   Duro Dyne National Corp., *et al.*
Case No.:  18-27963 (MBK)
Caption:   Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Debtors Effective as of the Petition Date

_____

2. The Debtors are authorized to employ and to retain Lowenstein Sandler, effective as of the Petition Date, to serve as the Debtors' counsel in these Chapter 11 Cases.

3. Lowenstein Sandler shall be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, the applicable provisions of the Bankruptcy Rules, the Local Rules, and any orders entered in this case governing professional compensation and reimbursement for services rendered and charges and disbursements incurred.

4. The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6. This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

# EXHIBIT A

## EXHIBIT A
Professional Services rendered by Lowenstein Sandler LLP, through September 30, 2019

In re: Chapter 11

### I. SUMMARY OF TIME CHARGES AND HOURLY RATES

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Prol, Jeffrey D. | 1989 | Partner/Bankruptcy | 6.30 | $895.00 | $5,638.50 |
| Freedman, Terri Jane | 1991 | Counsel/Bankruptcy | 16.80 | $470.00 | $7,896.00 |
| Kramer, Jeffrey A. | 1995 | Associate/Bankruptcy | 1.10 | $470.00 | $517.00 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 2.10 | $270.00 | $567.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 0.90 | $250.00 | $225.00 |
| **TOTAL FEES** | | | 27.20 | | $14,843.50 |
| **Attorney Blended Rate** | | | | | $580.64 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|

<u>B100 - Administration</u>

<u>B110 Case Administration</u>

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B110 | 09/05/19 | TJF | Confer with J. Prol re: research on payment of U S Trustee fees (.2); conduct research re: same (1.5) | 1.70 | $799.00 |
| B110 | 09/08/19 | TJF | Research re: trustee fees | 1.80 | $846.00 |
| B110 | 09/10/19 | DC | Complete change of address forms for W. Hinden and R. Hinden and draft e-mail to A. Wein re: same and tend to filing same with the court | 0.60 | $162.00 |
| B110 | 09/12/19 | DC | Review dockets and update critical dates memo and attorney calendar | 0.30 | $81.00 |
| B110 | 09/18/19 | TJF | Prepare for call with J. Prol re: Trustee fee research; confer with J. Prol re: same | 0.70 | $329.00 |
| B110 | 09/19/19 | DC | Tend to filing and service of August 2019 Monthly Operating Report | 0.20 | $54.00 |
| B110 | 09/19/19 | TJF | Review and approve August MOR | 0.30 | $141.00 |
| B110 | 09/26/19 | TJF | Prepare for conference with J. Kramer re: file transfer(.1); confer with J. Kramer re: case status for transfer of file (n/c-.30-$141.00) | 0.30 | $0.00 |
| B110 | 09/27/19 | DC | Respond to e-mail from T. Freedma re: upcoming deadlines, review Order Further Extending Assumption/Rejection and update critical dates memo | 0.20 | $54.00 |
| | | | **Total B110 - Case Administration** | 6.10 | $2,466.00 |

<u>B160 Fee/Employment Applications</u>

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B160 | 09/09/19 | TJF | Follow-up on Fialcowitz fee discrepancy | 0.10 | $47.00 |
| B160 | 09/24/19 | TJF | Review email from Judge Kaplan's Chamber's re: no hearing on fee apps; e-mail to S. Kohut re: same | 0.10 | $47.00 |
| | | | **Total B160 - Fee/Employment Applications** | 0.20 | $94.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|

B175 Fee Applications and Invoices - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B175 | 09/04/19 | EBL | Finalize and e-file CNO re: Anderson Kill's fifth monthly fee statement; update master fee chart; e-mail to client re: same | 0.30 | $75.00 |
| B175 | 09/04/19 | EBL | Prepare Anderson Kill CNO re: Fifth monthly fee statement; e-mails with C. Malone, T. Freedman and J. Prol re: same | 0.30 | $75.00 |
| B175 | 09/04/19 | TJF | Approve CNO for Anderson Kill's Fifth monthly Fee App | 0.10 | $47.00 |
| B175 | 09/06/19 | TJF | Emails with J. Fialcowitz and C. O'Callaghan re: variance from Monthly Statements to Third Interim App | 0.20 | $94.00 |
| B175 | 09/17/19 | EBL | Review Anderson Kill's August fee statement; e-mail to J. Prol and T. Freedman re: filing same | 0.20 | $50.00 |
| B175 | 09/18/19 | TJF | Review and approve Anderson Kill's August 2019 fee statement | 0.20 | $94.00 |
| B175 | 09/25/19 | EBL | Follow up with M. Podgainy re: Getzler's August fee statement | 0.10 | $25.00 |
| B175 | 09/30/19 | TJF | Tend to e-mails regarding Mazurs USA fee application and US Trustee inquiry | 0.30 | $141.00 |
| | | | **Total B175 - Fee Applications and Invoices - Others** | 1.70 | $601.00 |

B185 Assumption/Rejection of Leases and Contracts

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B185 | 09/03/19 | TJF | Draft motion to reject | 0.80 | $376.00 |
| B185 | 09/04/19 | TJF | Draft motion to reject | 0.40 | $188.00 |
| B185 | 09/19/19 | JDP | Review and respond to demand from Mailfinance | 0.20 | $179.00 |
| B185 | 09/26/19 | TJF | E-mail to C. O'Callaghan re: Neopost | 0.10 | $47.00 |
| B185 | 09/27/19 | TJF | Review letter from Mailfinance/Neopost re: arrears; confer with J. Prol re: same | 0.30 | $141.00 |
| B185 | 09/27/19 | TJF | Draft motion to reject executory contracts; e-mail with C. O'Callaghan re: same | 1.30 | $611.00 |
| B185 | 09/30/19 | DC | Revise and format Motion to Reject Executory Contracts | 0.40 | $108.00 |
| B185 | 09/30/19 | JAK | Review Motion to Reject Executory Contracts | 0.30 | $141.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B185 | 09/30/19 | JAK | E-mail correspondence with D. Claussen re: Motion to Reject Executory Contracts | 0.20 | $94.00 |
| B185 | 09/30/19 | JAK | E-mail correspondence with T. Freedman re: Mailfinance claim | 0.20 | $94.00 |
| B185 | 09/30/19 | TJF | Follow-up e-mail to counsel for Mailfinance re: postage machine | 0.30 | $141.00 |
| B185 | 09/30/19 | TJF | Review Fourth Order Extending The Debtors' Time To Assume Or Reject Leases Of Nonresidential Real Property | 0.10 | $47.00 |
| | | | **Total B185 - Assumption/Rejection of Leases and Contracts** | 4.60 | $2,167.00 |

B190 Other Contested Matters (excluding assumption/rejection motions)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B190 | 09/03/19 | TJF | Review e-mail and letter from C. Malone re: Letter to Judge Berland re: Adjournment of hearing | 0.30 | $141.00 |
| B190 | 09/04/19 | JDP | Telephone conference with plan proponents re: insurance coverage action status | 0.50 | $447.50 |
| B190 | 09/04/19 | JDP | Follow-up call with C. Malone re: recomendation to client re: insurance coverage litigation | 0.20 | $179.00 |
| B190 | 09/04/19 | TJF | Participate on call with K. Quinn, C. Malone, J. Leisemer, J. Wehner and J. Prol re strategy on insurance motion (.5); confer with J. Prol re same (.2) | 0.70 | $329.00 |
| B190 | 09/06/19 | TJF | Tend to e-mails re: status of insurance case and conference call with client | 0.20 | $94.00 |
| B190 | 09/09/19 | TJF | Follow-up call with C. Malone, J. Prol and A. Wein re: insurance case | 0.50 | $235.00 |
| B190 | 09/10/19 | TJF | Tend to e-mails re: call to discuss insurance motion | 0.20 | $94.00 |
| B190 | 09/19/19 | JDP | Telephone conference with R. Hinden re: North River settlement | 0.20 | $179.00 |
| B190 | 09/19/19 | JDP | Telephone conference with C. Malone re: North River settlement discussions | 0.10 | $89.50 |
| B190 | 09/20/19 | JDP | Telephone conference with A. Wein re: North River settlement overtures | 0.20 | $179.00 |
| B190 | 09/24/19 | TJF | Review revised draft of motion and proposed order to lift the automatic stay to preserve the testimony of tort claimants | 0.20 | $94.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B190 | 09/30/19 | JDP | Telephone conference with G. Calhoun re: settlement of claims of North River; draft e-mail to client re: same | 0.30 | $268.50 |
| B190 | 09/30/19 | TJF | Review e-mail from C. Malone re: K. Quinn status report | 0.10 | $47.00 |
| | | | **Total B190 - Other Contested Matters (excluding assumption/rejection motions)** | 3.70 | $2,376.50 |

B200 - Operations

B240 Tax Issues

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B240 | 09/02/19 | TJF | Review objection to tax distribution motion and begin to draft reply | 1.50 | $705.00 |
| B240 | 09/03/19 | TJF | Telephone call with C. O'Callaghan re: distribution motion | 0.20 | $94.00 |
| B240 | 09/04/19 | TJF | Begin draft of reply to tax distribution motion (.7); review and respond to email from C. O'Callaghan re tax motion (.1); confer with J. Prol re adjourn tax motion (.2) | 1.00 | $470.00 |
| B240 | 09/05/19 | JDP | Confer with T. Freedman re: tax motion | 0.10 | $89.50 |
| B240 | 09/05/19 | TJF | Confer with D. Claussen re: withdrawal of motion for distribution (.2) | 0.20 | $94.00 |
| B240 | 09/05/19 | TJF | Confer with J. Prol re: withdrawal of tax motion | 0.20 | $94.00 |
| B240 | 09/06/19 | TJF | Review and approve Notice of Change of Status re: withdrawal of Tax Motion | 0.20 | $94.00 |
| B240 | 09/09/19 | TJF | Confer with C. O'Callaghan re: tax distributions for non-debtor entities; e-mail to A. Wein re: same | 0.30 | $141.00 |
| | | | **Total B240 - Tax Issues** | 3.70 | $1,781.50 |

B300 - Claims and Plan

B310 Claims Administration and Objections

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B310 | 09/12/19 | TJF | Tend to e-mails re: motion to approve settlements timing and adjournment of state court hearing | 0.40 | $188.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| | | | **Total B310 - Claims Administration and Objections** | 0.40 | $188.00 |

B320 Plan and Disclosure Statement (including Business Plan)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B320 | 09/04/19 | JDP | Continued edits to plan of reorganization | 1.50 | $1,342.50 |
| B320 | 09/10/19 | TJF | Email to Creditors Committee counsel re: postponement of call to discuss motion to approve insurance settlements | 0.20 | $94.00 |
| B320 | 09/10/19 | TJF | Review pleadings re: draft motion to strike and draft sur-reply | 0.60 | $282.00 |
| B320 | 09/13/19 | JDP | Telephone conference with Plan Proponents re: moving forward with plan and insurance settlements | 0.90 | $805.50 |
| B320 | 09/13/19 | TJF | Review email from A. Wein re: settlement proposal; telephone call with Creditors Committee and Futures' Rep counsel re: Debtors' position on motion to approve settlement agreements | 1.00 | $470.00 |
| B320 | 09/26/19 | JAK | Office conference with T. Freedman re: outstanding confirmation issues | 0.40 | $188.00 |
| | | | **Total B320 - Plan and Disclosure Statement (including Business Plan)** | 4.60 | $3,182.00 |

B400 - Bankruptcy-Related Advice

B430A Court Hearings

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B430A | 09/05/19 | DC | Prepare Status Change Form re: Withdrawal of Motion to Make Distributions to Shareholders | 0.30 | $81.00 |
| B430A | 09/06/19 | DC | Tend to filing status change form re: withdrawal of shareholder distribution motion | 0.10 | $27.00 |
| | | | **Total B430A - Court Hearings** | 0.40 | $108.00 |

B460 Other - Insurance Matters

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B460 | 09/09/19 | JDP | Telephone conference with A. Wein re: insurance settlements | 0.50 | $447.50 |
| B460 | 09/10/19 | JDP | Telephone conference with board re: modification of insurance settlements | 1.10 | $984.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B460 | 09/12/19 | JDP | Telephone conference with G. Calhoun re: North River claims | 0.20 | $179.00 |
| B460 | 09/23/19 | JDP | Telephone conferences with G. Calhoun and A. Wein re: settlement of North River claim | 0.30 | $268.50 |
| | | | **Total B460 - Other - Insurance Matters** | 2.10 | $1,879.50 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

**Timekeeper Summary (by Task):**

| Task | Task Description | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 5.80 | $2,466.00 |
| B160 | Fee/Employment Applications | 0.20 | $94.00 |
| B175 | Fee Applications and Invoices - Others | 1.70 | $601.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 4.60 | $2,167.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 3.70 | $2,376.50 |
| B240 | Tax Issues | 3.70 | $1,781.50 |
| B310 | Claims Administration and Objections | 0.40 | $188.00 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 4.60 | $3,182.00 |
| B430A | Court Hearings | 0.40 | $108.00 |
| B460 | Other - Insurance Matters | 2.10 | $1,879.50 |
|  | **Total** | **27.20** | **$14,843.50** |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

# EXHIBIT B

**EXHIBIT B**

**Actual and necessary disbursements incurred by Lowenstein Sandler LLP**

**II.  Summary of Disbursement Charges**

| | |
|---|---:|
| Bulk rate/special postage | $1.00 |
| Computerized legal research | $422.20 |
| **Total Disbursements** | **$423.20** |

The above charges are based upon time and expense records available on or about the date of the attached letter.  Such records are believed in good faith to be accurate and substantially up to date, but there may be fees and expenses that have not been processed as of such date which Lowenstein Sandler LLP may submit in the future.  Lowenstein Sandler LLP reserves the right to amend this monthly statement at a later date.

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

**DISBURSEMENT DETAIL:**

| Date | Description | Amount |
|---|---|---|
| 09/11/19 | Computerized legal research: Lexis: User: FREEDMAN, TERRI; Service: LEXIS ADVANCE; Charge Type: ACCESS CHARGE-4; ; | $422.20 |
| | Bulk rate/special postage | $1.00 |
| | Total Disbursements | $423.20 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.