# EXHIBIT B

| | |
|---|---|
| THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC<br>John A. Fialcowitz<br>89 Headquarters Plaza<br>North Suite 1216<br>Morristown, NJ 07960<br>Telephone:  (973) 813-7227<br>john@fialcowitzlaw.com<br><br>*Co-Counsel for the Official Committee of Asbestos Claimants* | CHARTER OAK FINANCIAL CONSULTANTS, LLC<br>James P. Sinclair<br>430 Center Ave.<br>Mamaroneck, NY 10543<br>Telephone: (914) 372-1874<br>Facsimile: (914) 930-6867<br>jsinclair@charteroakfc.com<br><br>*Financial Advisor for the Official Committee of Asbestos Claimant* |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | : | Case No. 18-27963-MBK |
| DURO DYNE NATIONAL CORP., *et al.*, | : | Chapter 11 |
| Debtors.[1] | : | Jointly Administered |

**CERTIFICATION OF JAMES P. SINCLAIR**

James P. Sinclair, pursuant to 28 U.S.C § 1746, states as follows:

    1.    I am a member of Charter Oak Financial Consultants, LLC, financial advisor to the Official Committee of Asbestos Claimants.  I submit this Certification in connection with the Fourth Interim Fee Application of Charter Oak Financial Consultants, for Allowance of Fees and Reimbursement of Expenses (the "Application").

    2.    In accordance with 18 U.S.C. § 155 and the Rules of this Court, neither I nor any professional of my firm has entered into any agreement, written or oral, express or implied, with the Debtors, any creditor, or any other party in interest, or any attorney of such person, for the

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

purpose of fixing the amount of any fees or other compensation to be allowed out of or paid from the assets of the Debtors.

3. In accordance with § 504 of the Bankruptcy Code, no agreement or understanding exists between me, my firm or any professional thereof, on the one hand, and any other person, on the other hand, for the division of such compensation as my firm may receive from the Debtors herein, nor will any division of fees prohibited by § 504 of the Bankruptcy Code be made by me, or any professional in my firm.

4. I have reviewed the requirements of D.N.J. LBR 2016-3 and the Revised UST Guidelines and certify to the best of my knowledge and belief that this Application substantially complies therewith.

I certify, under penalty of perjury, that the foregoing statements made by me are true to the best of my knowledge, information, and belief.

Dated: December 24, 2019

*/s/ James P. Sinclair*
James P. Sinclair