|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b) | Order Filed on January 13, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **Alan R. Brayton, Esq.**<br>**Bryn Letsch, Esq.**<br>**BRAYTON❖PURCELL LLP**<br>222 Rush Landing Road<br>Novato, CA  94948<br>Telephone: (415) 898-1555<br>Facsimile: (415) 898-1247<br>bletsch@braytonlaw.com<br><br>Counsel for Asbestos Claimant Jerry Lee Snyder |  |
| In re:<br><br>DURO DYNE NATIONAL CORP., et al.<br><br>Debtors. | Case No.  18-27963 MBK<br>(Jointly Administered)<br><br>Chapter 11 |

### ORDER GRANTING APPLICATION TO PERPETUATE THE
### TESTIMONY OF ASBESTOS CLAIMANT JERRY LEE SNYDER

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED**.

**DATED: January 13, 2020**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page: 2
Debtors: Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Granting Application to Perpetuate the Testimony of Asbestos Claimant Jerry Lee Snyder

Upon consideration of the *Application to Perpetuate the Testimony of Asbestos Claimant Jerry Lee Snyder*, filed December 17, 2019 (ECF No. 969) ("**Application**"); and the Court having jurisdiction to hear and decide the Application under 28 U.S.C. §§ 157(a) and 1334(b); and consideration of the Application being a core proceeding under 28 U.S.C. § 157(b)(2)(G) and in accordance with this Court's order of November 12, 2019 (ECF No. 931) ("**November 12 Order**"); and venue being proper in this District under 28 U.S.C. § 1409; and it appearing that notice of the Application was adequate and proper under the circumstances in the above-titled chapter 11 cases and that no further or other notice need be given; and it appearing that no objection or response to the Application was filed by the response deadline of December 24, 2019; and the Court having determined that there is good and sufficient cause for granting and approving the Application in accordance with the November 12 Order, it is hereby **ORDERED** as follows:

1. The Application is GRANTED and APPROVED.

2. The automatic stay under 11 U.S.C. § 362(a) is lifted for the limited purpose of preserving the testimony of Jerry Lee Snyder, who is represented in his asbestos personal injury action by Brayton Purcell, LLP.

3. In accordance with paragraph 7 of the November 12 Order, the stay imposed by Bankruptcy Rule 4001(a)(3) is waived, and the relief granted in this Order shall take effect immediately.

4. In accordance with paragraph 8 of the November 12 Order, all parties' rights and obligations with respect to any claims for defense costs, contribution, or otherwise are unaffected by this Order and fully reserved.

Page: 3
Debtors: Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Granting Application to Perpetuate the Testimony of Asbestos Claimant Jerry Lee Snyder

       5.       This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.