| | |
|---|---|
| THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC<br>John A. Fialcowitz<br>89 Headquarters Plaza<br>North Suite 1216<br>Morristown, NJ 07960<br>Telephone: (973) 813-7227<br>john@fialcowitzlaw.com | CAPLIN & DRYSDALE, CHARTERED<br>James P. Wehner (admitted *pro hac vice*)<br>Jeffrey A. Liesemer (admitted *pro hac vice*)<br>One Thomas Circle, N.W., Suite 1100<br>Washington, D.C. 20005<br>Telephone: (202) 862-5000<br>jwehner@capdale.com<br>jliesemer@capdale.com |

*Co-Counsel for the Official Committee of Asbestos Claimants*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| DURO DYNE NATIONAL CORP., *et al.*,[1] | : | Case No. 18-27963-MBK |
| Debtors. | : | (Jointly Administered) |

**FOURTEENTH MONTHLY FEE STATEMENT OF**
**CAPLIN & DRYSDALE, CHARTERED FOR THE PERIOD**
**FROM DECEMBER 1, 2019, THROUGH DECEMBER 31, 2019**

Caplin & Drysdale, Chartered ("**Caplin & Drysdale**" or the "**Applicant**"), counsel for the Official Committee of Asbestos Claimants (the "**Committee**"), hereby submits this fourteenth monthly fee statement[2] for the period commencing December 1, 2019, through December 31, 2019 (the "**Fourteenth Fee Statement**") pursuant to the *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court*, dated December 18, 2018 (Docket No. 345) (the "**Interim Compensation Order**").

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2] Caplin & Drysdale's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Caplin & Drysdale, Chartered for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 337).

DOC# 3246836

Pursuant to the Interim Compensation Order, responses to the Fourteenth Fee Statement, if any, are due by February 3, 2020.

Dated:  January 24, 2020			By:	*/s/ James P. Wehner*
						James P. Wehner, Esq. (admitted *pro hac vice*)
						Jeffrey A. Liesemer, Esq. (admitted *pro hac vice*)
						One Thomas Circle, N.W., Suite 1100
						Washington, DC 20005
						Telephone:  (202) 862-5000
						Facsimile: (202) 429-3301
						jwehner@capdale.com
						jliesemer@capdale.com

						*Counsel to the Official Committee of Asbestos Claimants*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

## D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

| | | | |
|---|---|---|---|
| Debtor: | Duro Dyne National Corp., *et al.* [1] | Applicant: | Caplin & Drysdale, Chartered |
| Case No.: | 18-27963 (MBK) | Client: | Official Committee of Asbestos Claimants |
| Chapter: | 11 | Case Filed: | September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED AS EXHIBIT B

**FOURTEENTH MONTHLY FEE STATEMENT[2] OF
CAPLIN & DRYSDALE, CHARTERED FOR THE PERIOD
FROM DECEMBER 1, 2019, THROUGH DECEMBER 31, 2019**

## SECTION 1
## FEE SUMMARY

| | **FEES** | **EXPENSES** |
|---|---|---|
| TOTAL PREVIOUSLY REQUESTED | $1,636,384.75 | $29,980.60 |
| TOTAL ALLOWED TO DATE | $1,449,400.00 | $25,416.32 |
| TOTAL RETAINER (IF APPLICABLE) | $0.00 | $0.00 |
| TOTAL HOLDBACK (IF APPLICABLE) | $37,396.95 | $0.00 |
| TOTAL RECEIVED BY APPLICANT | $1,573,514.80 | $29,386.26 |
| | | |
| FEE TOTALS – PAGE 2 | $39,531.50 | |
| DISBURSEMENTS TOTALS – PAGE 3 | $1,017.51 | |
| TOTAL FEE APPLICATION | $40,549.01 | |
| MINUS 20% HOLDBACK | $7,906.30 | |
| AMOUNT SOUGHT AT THIS TIME | $32,642.71 | |

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2] Caplin & Drysdale's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Caplin & Drysdale, Chartered for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 337).

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED | HOURS | RATE | FEES |
|---|---|---|---|---|
| Ann C. McMillan, Member | 1984 | 1.4 | $840 | $1,176.00 |
| Kevin C. Maclay, Member | 1994 | 0.9 | $775 | $697.50 |
| James P. Wehner, Member | 1995 | 16.8 | $735 | $12,348.00 |
| Jeffrey A. Liesemer, Member | 1993 | 30.5 | $735 | $22,417.50 |
| Cecilia Guerrero, Paralegal | N/A | 8.9 | $325 | $2,892.50 |
| **TOTAL FEES** | | **58.5** | | **$39,531.50** |
| **ATTORNEY BLENDED RATE** | | | **$675.75** | |

## SECTION II
## SUMMARY OF SERVICES

| **SERVICES RENDERED** | **HOURS** | **FEE** |
|---|---|---|
| **(.01) Asset Analysis and Recovery** | 0.0 | $0.00 |
| **(.03) Business Operations** | 0.0 | $0.00 |
| **(.04) Case Administration** | 0.0 | $0.00 |
| **(.05) Claims Administration and Objections** | 0.0 | $0.00 |
| **(.07) Fee Applications-Self** | 8.6 | $3,615.00 |
| **(.09) Financing** | 0.0 | $0.00 |
| **(.10) Litigation** | 6.0 | $4,410.00 |
| **(.11) Plan and Disclosure Statement** | 36.5 | $26,968.50 |
| **(.12) Relief from Stay Proceedings** | 0.0 | $0.00 |
| **(.13) Tax Issues** | 0.0 | $0.00 |
| **(.15) Committee Meetings/Conferences** | 4.9 | $3,643.50 |
| **(.16) Travel Time** | 0.0 | $0.00 |
| **(.17) Docket Review & File Maintenance** | 0.0 | $0.00 |
| **(.18) Fee Applications-Others** | 2.5 | $894.50 |
| **(.19) Retention Applications-Others** | 0.0 | $0.00 |
| **(.20) Retention Applications-Self** | 0.0 | $0.00 |
| **(.22) Review Fee Application-Other Parties** | 0.0 | $0.00 |
| **SERVICE TOTALS:** | **58.5** | **$39,531.50** |

# SECTION III
# SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| **Computer Assisted Legal Research** | $1,015.93 |
| **Conference Call Charges** | $0.00 |
| **Courier & Express Carriers** | $0.00 |
| **Court Reporting** | $0.00 |
| **Fax** | $0.00 |
| **Filing Fees** | $0.00 |
| **Other Research** | $0.00 |
| **Pacer Fees** | $0.00 |
| **Postage** | $0.00 |
| **Reproduction Services - In-house** | $0.00 |
| **Reproduction Services - Outside** | $0.00 |
| **Travel** | $0.00 |
| **Other (specify): eDiscovery** | $1.58 |
| **DISBURSEMENTS TOTAL:** | **$1,017.51** |

# SECTION IV
# CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. § 506)

(1)  DATE CASE FILED: September 7, 2018

(2)  CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)  DATE OF RETENTION: November 8, 2018, effective as of September 26, 2018 [Docket No. 258]. *See* Order attached.

(4)  SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

   a)  Caplin & Drysdale analyzed issues related to the Plan and Plan documents, including potential revisions of Plan documents;

   b)  Caplin & Drysdale reviewed pleadings and correspondence regarding relief from stay;

   c)  Caplin & Drysdale spent time communicating with Committee members and preparing memoranda and other materials for Committee members;

   d)  Caplin & Drysdale prepared and filed fee applications;

   e)  Caplin & Drysdale assisted in the preparation of fee applications for other Committee professionals;

3

  f)  Caplin & Drysdale spent time working with counsel for the other Plan proponents and internally on general case matters, and status issues, as well as organizing and maintaining the case filing system and docket review for the bankruptcy case;

  g)  Caplin & Drysdale performed other professional services as counsel for the Committee as necessary and appropriate in these chapter 11 cases.

(5) ANTICIPATED DISTRIBUTION TO CREDITORS:

  (A) ADMINISTRATION EXPENSES: (unknown at this time)
  (B) SECURED CREDITORS: (unknown at this time)
  (C) PRIORITY CREDITORS: (unknown at this time)
  (D) GENERAL UNSECURED CREDITORS: (unknown at this time)

(6) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the above is true.

Date: January 24, 2020       */s/ James P. Wehner*
                      Signature

# EXHIBIT A

# Caplin & Drysdale
### ATTORNEYS

One Thomas Circle NW, Suite 1100
Washington, DC 20005

Telephone: (202) 862-5000     Federal Tax I.D. No.: 52-1226629     Fax: (202) 429-3301
www.capdale.com

Official Committee of Asbestos Claimants of Duro Dyne National

January 24, 2020
Invoice #:    324820
Page:    1

RE:  Duro Dyne Bankruptcy

For Professional Services Rendered Through December 31, 2019

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .07 | Fee Applications-Self | | | | |
| 12/3/2019 | JPW | Emails re fee issues. | 0.2 | $735.00 | $147.00 |
| 12/6/2019 | CG | Review and revise monthly. | 1.1 | $325.00 | $357.50 |
| 12/8/2019 | JPW | Review monthly. | 0.4 | $735.00 | $294.00 |
| 12/8/2019 | CG | Review and revise monthly. | 0.9 | $325.00 | $292.50 |
| 12/9/2019 | CG | Prepare cert no obj 12th monthly (.6); review and revise monthly application (.9). | 1.5 | $325.00 | $487.50 |
| 12/10/2019 | JPW | Review monthly (0.3); review interim (0.4). | 0.7 | $735.00 | $514.50 |
| 12/10/2019 | CG | Review, revise, and finalize monthly application (1.1); draft and revise interim (1.1). | 2.2 | $325.00 | $715.00 |
| 12/11/2019 | JPW | Revise interim. | 0.7 | $735.00 | $514.50 |
| 12/11/2019 | CG | Revise and finalize interim. | 0.9 | $325.00 | $292.50 |
| | | Total | 8.60 | | $3,615.00 |
| .10 | Litigation | | | | |
| 12/12/2019 | JAL | Telephone call with JPW re draft submission and next steps (0.1); review and comments on draft lift-stay application (1.3). | 1.4 | $735.00 | $1,029.00 |
| 12/13/2019 | JAL | Correspondence re lift-stay application. | 0.6 | $735.00 | $441.00 |
| 12/13/2019 | JPW | Emails re constituent inquiry. | 0.3 | $735.00 | $220.50 |
| 12/17/2019 | JAL | Review of correspondence re lift-stay application. | 0.2 | $735.00 | $147.00 |
| 12/26/2019 | JPW | Emails re constituent inquiry (0.5); review draft order (0.4); teleconference JAL re constituent inquiry (0.2). | 1.1 | $735.00 | $808.50 |

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.10** | **Litigation** | | | | |
| 12/27/2019 | JAL | Telephone call with JPW re proposed lift-stay order (0.1); review and comments on draft proposed lift-stay order (2.3). | 2.4 | $735.00 | $1,764.00 |
| | | Total | 6.00 | | $4,410.00 |
| **.11** | **Plan & Disclosure Statement** | | | | |
| 12/2/2019 | ACM | Conference JPW re case developments and scheduling Committee call to discuss same (.1). | 0.1 | $840.00 | $84.00 |
| 12/2/2019 | JAL | Office conference with JPW re potential resolution of objections and related issues. | 0.3 | $735.00 | $220.50 |
| 12/2/2019 | JPW | Teleconference Debtors, FCR, insurance counsel re plan issues (0.4); teleconference K. Quinn re plan issues (0.3); teleconference J. Sinclair re plan issues (0.4); meet with KCM re plan issues (0.5); meet with JAL re plan issues (0.3); meet with ACM re plan issues (0.2); emails re plan issues (0.3). | 2.4 | $735.00 | $1,764.00 |
| 12/2/2019 | KCM | Meet with JPW re POR issues (.5); teleconference with Debtors, insurance counsel and FCR re POR issues (.4). | 0.9 | $775.00 | $697.50 |
| 12/3/2019 | ACM | Conference JPW re scheduling Committee call (.1); exchange e-mails re same (.1). | 0.2 | $840.00 | $168.00 |
| 12/3/2019 | JAL | Review and analysis of materials in connection with potential resolution of objections (1.7); conference with JPW re same (0.3). | 2.0 | $735.00 | $1,470.00 |
| 12/3/2019 | JPW | Emails re plan issues (0.4); teleconference J. Sinclair re plan issues (0.2); meet with JAL re plan issues (0.3). | 0.9 | $735.00 | $661.50 |
| 12/4/2019 | JAL | Review and analysis of email from J. Sinclair re potential resolution. | 0.2 | $735.00 | $147.00 |
| 12/4/2019 | JPW | Emails re plan issues (0.9); review FA analyses (1.1). | 2.0 | $735.00 | $1,470.00 |
| 12/5/2019 | JAL | Conference with JPW re plan issues. | 0.2 | $735.00 | $147.00 |
| 12/5/2019 | JPW | Teleconference J. Sinclair re plan issues (0.4); meet with JAL re plan issues (0.3); review FA analysis (0.5). | 1.2 | $735.00 | $882.00 |
| 12/6/2019 | JAL | Analysis of materials in connection with potential resolution. | 2.8 | $735.00 | $2,058.00 |
| 12/6/2019 | JPW | Teleconference J. Sinclair re plan issues (0.2); emails re plan issues (0.4). | 0.6 | $735.00 | $441.00 |
| 12/9/2019 | JAL | Review and analysis of draft exit loan documents (0.6); revisions and editing to draft exit loan agreement (1.1.). | 1.7 | $735.00 | $1,249.50 |
| 12/10/2019 | ACM | Participate in Committee call (.5); exchange e-mails re same (.1); conference JPW, JAL re same (.1). | 0.7 | $840.00 | $588.00 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 12/10/2019 | JAL | Revisions and editing to draft exit loan agreement (3.3); review and analysis of materials in connection with revising draft intercreditor agreement (0.4). | 3.7 | $735.00 | $2,719.50 |
| 12/11/2019 | JAL | Review and analysis of materials in connection with preparing revisions to intercreditor agreement (3.2); further edits and revisions to draft exit loan agreement (0.1); confer with JPW (2x) re issues relating to resolution of objections (0.2). | 3.5 | $735.00 | $2,572.50 |
| 12/11/2019 | JPW | Meet with JAL re plan issues (0.3); emails re plan issues (0.3); teleconference E. Harron re plan issues (0.2). | 0.8 | $735.00 | $588.00 |
| 12/12/2019 | JAL | Review and analysis of materials with respect to revising and updating draft intercreditor agreement. | 1.1 | $735.00 | $808.50 |
| 12/12/2019 | JPW | Emails re constituent inquiry (0.7); teleconference JAL re case issues (0.1); teleconference J. Prol re plan issues (0.4). | 1.2 | $735.00 | $882.00 |
| 12/13/2019 | JAL | Revisions and editing to draft intercreditor agreement (2.6); revisions and editing to draft exit loan agreement (0.5). | 3.1 | $735.00 | $2,278.50 |
| 12/16/2019 | JAL | Revisions and editing to draft exit loan agreement (0.4); analysis of materials re lien and security issues pertaining to exit loan and intercreditor agreement (3.1); analysis of materials re intercreditor issues (0.9); confer with JPW re status and next steps (0.2); confer with KMD re intercreditor issues (0.2). | 4.8 | $735.00 | $3,528.00 |
| 12/18/2019 | JAL | Analysis of intercreditor issues in order to update agreement re same. | 1.0 | $735.00 | $735.00 |
| 12/23/2019 | JPW | Emails re plan issues. | 1.1 | $735.00 | $808.50 |
| | | Total | 36.50 | | $26,968.50 |
| **.15** | **Committee Meetings/Conferences** | | | | |
| 12/4/2019 | ACM | Teleconference JPW re Committee call (.1); exchange e-mails re same (.2). | 0.3 | $840.00 | $252.00 |
| 12/5/2019 | ACM | Exchange e-mails re Committee call. | 0.1 | $840.00 | $84.00 |
| 12/10/2019 | JAL | Confer with JPW re Committee call (0.2); review materials re same (0.4); Committee call (0.6); confer with JPW re prep for same (0.3). | 1.5 | $735.00 | $1,102.50 |
| 12/10/2019 | JPW | Teleconference J. Sinclair re Committee meeting (0.2); Committee meeting prep (1.3); meet with JAL re Committee meeting (0.4); meet with JAL and ACM re Committee call (0.2). | 2.1 | $735.00 | $1,543.50 |
| 12/10/2019 | JPW | Committee call (.6); confer with JPW re same (.3). | 0.9 | $735.00 | $661.50 |
| | | Total | 4.90 | | $3,643.50 |

January 24, 2020
Invoice #:    324820

Page:    4

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .18 | **Fee Applications-Others** | | | | |
| 12/18/2019 | JPW | Review CO monthly; meet with CG re same. | 0.2 | $735.00 | $147.00 |
| 12/18/2019 | CG | Review Charter Oak monthly fee app (.4); comments re same (.1); confer w/ JPW re same (.1); finalize and send to local counsel for filing (.3). | 0.9 | $325.00 | $292.50 |
| 12/23/2019 | CG | Review Charter Oak interim fee app. | 0.7 | $325.00 | $227.50 |
| 12/24/2019 | CG | Review Charter Oak interim fee app (.3); comments re same (.2); finalize and send to local counsel for filing (.2). | 0.7 | $325.00 | $227.50 |
| | | **Total** | **2.50** | | **$894.50** |
| | | Total Professional Services | 58.5 | | $39,531.50 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JAL | Jeffrey A. Liesemer | Member | 30.5 | $735.00 | $22,417.50 |
| KCM | Kevin C. Maclay | Member | 0.9 | $775.00 | $697.50 |
| ACM | Ann C. McMillan | Member | 1.4 | $840.00 | $1,176.00 |
| JPW | James P. Wehner | Member | 16.8 | $735.00 | $12,348.00 |
| CG | Cecilia Guerrero | Paralegal | 8.9 | $325.00 | $2,892.50 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 12/12/2019 | Epiq eDiscovery Solutions - Nov. 2019 [.01] | $1.58 |
| 12/31/2019 | Database Research - Westlaw JAL 12/11-16/19 [.01] | $1,015.93 |
| | Total Disbursements | $1,017.51 |

| | |
|---|---|
| Total Services | $39,531.50 |
| Total Disbursements | $1,017.51 |
| Total Current Charges | $40,549.01 |

# EXHIBIT B

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>John A. Fialcowitz, Esq.<br>THE LAW OFFICE OF JOHN A. FIALCOWITZ<br>89 Headquarters Plaza North, Ste. 1216<br>Morristown, New Jersey 07960<br>973.532.7208<br>John@fialcowitzlaw.com<br><br>*Proposed Local Counsel for the Official Committee of Asbestos Claimants* | **Order Filed on November 9, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DURO DYNE NATIONAL CORP., *et al.*, | : | Case No. 18-27963 (MBK) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**[PROPOSED] ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF CAPLIN & DRYSDALE, CHARTERED, AS THE COMMITTEE'S COUNSEL, EFFECTIVE *NUNC PRO TUNC* AS OF SEPTEMBER 26, 2018**

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

**DATED: November 9, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page: 2
Debtor: Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective *Nunc Pro Tunc* as of September 26, 2018

---

Before this Court is the *Application of the Official Committee of Asbestos Claimants for an Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective* Nunc Pro Tunc *as of September 26, 2018* (the "**Application**"), which was filed by the Official Committee of Asbestos Claimants (the "**Committee**") on October 29, 2018.  Based on the record herein, and after due deliberation thereon, this Court finds and concludes that (i) the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), does not represent any entity having an interest adverse to the Committee or to the asbestos-related creditors of the Debtors' estates in connection with the matters for which the Committee proposes to employ Caplin & Drysdale; (ii) Caplin & Drysdale is a "disinterested person" pursuant to §§ 101(14) and 328(c) of the Bankruptcy Code; (iii) proper and adequate notice of the Application has been given and no other or further notice is necessary; and (iv) the Committee's employment and retention of Caplin & Drysdale as its counsel should be approved. Accordingly, **IT IS HEREBY ORDERED**, that:

1. The Application is granted and approved;

2. The Committee is authorized to employ and retain Caplin & Drysdale as its counsel on the terms set forth in the Application, pursuant to §§ 328 and 1103 of the Bankruptcy Code, effective *nunc pro tunc* as of September 26, 2018;

3. Caplin & Drysdale shall be compensated in accordance with the procedures set forth in §§ 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the orders and rules of this Court, and such other procedures as may be fixed by order of this Court;

| | |
|---|---|
| Page: | 3 |
| Debtor: | Duro Dyne National Corp., *et al.* |
| Case No.: | 18-27963 (MBK) |
| Caption: | Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective *Nunc Pro Tunc* as of September 26, 2018 |

4. The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived;

5. This Order shall be immediately effective and enforceable upon its entry; and

6. The Court shall retain jurisdiction with respect to all matters arising or related to the implementation of this order.