| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**THE LAW OFFICE OF<br>JOHN A. FIALCOWITZ, LLC**<br>John Fialcowitz (JF-0752)<br>89 Headquarters Plaza North, Suite 1216<br>Morristown, New Jersey 07960<br>973.532.7208<br>john@fialcowitzlaw.com<br>*Local Counsel for the<br>Official Committee of Asbestos Claimants* | <br><br>Order Filed on January 27, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Duro Dyne National Corp., *et al.* [1] | Chapter 11<br><br>Case No. 18-27963 (MBK)<br><br>Jointly Administered |

**ORDER ALLOWING FOURTH INTERIM APPLICATION OF THE LAW OFFICE OF
JOHN A. FIALCOWITZ, LLC AS LOCAL COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS FOR COMPENSATION
FOR SERVICES RENDERED FOR THE
<u>PERIOD FROM AUGUST 1, 2019 TO NOVEMBER 30, 2019</u>**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

ORDERED.

**DATED: January 27, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page: 2
Debtor: Duro Dyne National Corp., et. al., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Allowing Fourth Interim Application of the Law Office of John A. Fialcowitz, LLC as Local Counsel to the Official Committee of Asbestos Claimants for Compensation for Services Rendered for the Period from August 1, 2019 to November 30, 2019

---

Upon the *Fourth Interim Application of the Law Office of John A. Fialcowitz, LLC as Local Counsel to the Official Committee of Asbestos Claimants for Compensation for Services Rendered for the Period from August 1, 2019 to November 30, 2019*; and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §157 and §1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey dated September 18, 2012 (Simandle, C.J.); and it appearing that the fees requested in the Application are reasonable and are for necessary services provided to the Committee,

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED** as set forth herein.

2. The Law Office of John A. Fialcowitz, LLC is allowed a fourth interim allowance of compensation for services rendered to the Committee in the sum of $14,332.50 for the period August 1, 2019 through November 30, 2019.

3. The Debtors are authorized and directed to make payment of the outstanding amount of such sums to the Law Office of John A. Fialcowitz, LLC.

4. This Court shall retain jurisdiction to hear any and all matters arising from or related to the implementation and/or interpretation of this Order.