| | |
|---|---|
| THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC<br>John A. Fialcowitz<br>89 Headquarters Plaza<br>North Suite 1216<br>Morristown, NJ 07960<br>Telephone: (973) 813-7227<br>john@fialcowitzlaw.com<br>*Co-counsel for the Official Committee of Asbestos Claimants* | CHARTER OAK FINANCIAL CONSULTANTS, LLC<br>James P. Sinclair<br>430 Center Ave.<br>Mamaroneck, NY 10543<br>Telephone: (914) 372-1874<br>Facsimile: (914) 930-6867<br>jsinclair@charteroakfc.com<br>*Financial Advisor for the Official Committee of Asbestos Claimant* |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DURO DYNE NATIONAL CORP., *et al.*,[1] | : | Case No. 18-27963-MBK |
| | : | |
| Debtors. | : | (Jointly Administered) |

**FOURTEENTH MONTHLY FEE STATEMENT OF**
**CHARTER OAK FINANCIAL CONSULTANTS, LLC FOR THE**
<u>**PERIOD FROM DECEMBER 1, 2019, THROUGH DECEMBER 31, 2019**</u>

Charter Oak Financial Consultants, LLC, ("**Charter Oak**" or the "**Applicant**"), financial advisor for the Official Committee of Asbestos Claimants (the "**Committee**"), hereby submits this fourteenth monthly fee statement[2] for the period commencing December 1, 2019, through December 31, 2019 (the "**Fourteenth Fee Statement**") pursuant to the *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of*

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2] Charter Oak's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Charter Oak Financial Consultants, LLC for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 338).

*Expenses of Professionals Retained by Order of this Court*, dated December 18, 2018 (Docket No. 345) (the "**Interim Compensation Order**").

Pursuant to the Interim Compensation Order, responses to the Fourteenth Fee Statement, if any, are due by February 8, 2019.

Dated:  January 29, 2020         By:  */s/ James P. Sinclair*
                                                             James P. Sinclair
                                                             Senior Managing Director
                                                             Charter Oak Financial Consultants, LLC
                                                             430 Center Ave.
                                                             Mamaroneck, NY 10543
                                                             Telephone:  (914) 372-1874
                                                             Facsimile: (914) 930-6867
                                                             jsinclair@charteroakfc.com

*Financial Advisor for the Official Committee of Asbestos Claimants*

2

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

| | | | |
|---|---|---|---|
| Debtor: | Duro Dyne National Corp., *et al.* [1] | Applicant: | Charter Oak Financial Consultants, LLC |
| Case No.: | 18-27963 (MBK) | Client: | Official Committee of Asbestos Claimants |
| Chapter: | 11 | Case Filed: | September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746
RETENTION ORDER(S) ATTACHED AS EXHIBIT C

**FOURTEENTH MONTHLY FEE STATEMENT[2] OF
CHARTER OAK FINANCIAL CONSULTANTS, LLC, FOR THE
PERIOD FROM DECEMBER 1, 2019, THROUGH DECEMBER 31, 2019**

**SECTION 1
FEE SUMMARY**

| | **FEES** | **EXPENSES** |
|---|---|---|
| TOTAL PREVIOUSLY REQUESTED | $327,417.50 | $466.45 |
| TOTAL ALLOWED TO DATE | $248,846.50 | $448.55 |
| TOTAL RETAINER (IF APPLICABLE)[3] | $0.00 | $0.00 |
| TOTAL HOLDBACK (IF APPLICABLE) | $15,714.20 | $0.00 |
| TOTAL RECEIVED BY APPLICANT | $285,304.90 | $463.05 |
| | | |
| FEE TOTALS – PAGE 2 | $23,735.00 | |
| DISBURSEMENTS TOTALS – PAGE 3 | $0.00 | |
| TOTAL FEE APPLICATION | $23,735.00 | |
| MINUS 20% HOLDBACK | $4,747.00 | |
| AMOUNT SOUGHT AT THIS TIME | $18,988.00 | |

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2] Charter Oak's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Charter Oak Financial Consultants, LLC for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 338).

[3] As disclosed in its Retention Application, Charter Oak held a retainer left over from prepetition services in the amount of $38,291.00 (the "Retainer"). The Retainer has been applied to fees and expense requested and approved to date, and the Total Received By Applicant amount reflects the drawing down of the entire retainer amount of $38,291.00 plus payment received from the Debtors in the amount of $247,476.95.

| NAME OF PROFESSIONAL & TITLE | YEARS EXPERIENCE | HOURS | RATE | FEE |
|---|---|---|---|---|
| James P. Sinclair, Senior Managing Director | 45+ | 16.00 | $870 | $13,920.00 |
| Gibbons H. Sinclair, Director | 11+ | 15.10 | $650 | $9,815.00 |
| TOTAL FEES | | 31.10 | | $23,735.00 |
| PROFESSIONAL BLENDED RATE | | | $760 | |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| **(f) Fee Applications** | 1.40 | $910.00 |
| **(m) Plan and Disclosure Statement** | 12.10 | $10,219.00 |
| **(v) Valuation** | 17.60 | $12,606.00 |
| **SERVICE TOTALS:** | **31.10** | **$23,735.00** |
| | | |
| | | |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| | $0.00 |
| **DISBURSEMENTS TOTAL:** | **$0.00** |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. § 506)

(1)   DATE CASE FILED: September 7, 2018

(2)   CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)   DATE OF RETENTION: November 8, 2018, effective as of September 26, 2018 [Docket No. 258]. See Order attached.

(4)   SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

a) Charter Oak professionals reviewed proposed settlements with objecting insurers and analyzed financial terms;

b) Charter Oak professionals performed a valuation of the assets of the Debtor and analyzed the Debtor's non-debtor affiliate for purposes of establishing adequate collateral for the settlement note;

c) Charter Oak reviewed and analyzed various loan and pledge agreements in connection with collateral analysis and settlement discussions;

d) Charter Oak drafted several memoranda and participated in several conference calls, including a conference call with the Committee, and;

e) Drafted interim and monthly fee applications.

(5) ANTICIPATED DISTRIBUTION TO CREDITORS:

    (A) ADMINISTRATION EXPENSES: (unknown at this time)
    (B) SECURED CREDITORS: (unknown at this time)
    (C) PRIORITY CREDITORS: (unknown at this time)
    (D) GENERAL UNSECURED CREDITORS: (unknown at this time)

(6) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the above is true.

Date: January 29, 2020    /s/ James P. Sinclair
                                                     Signature

# Exhibit A

Charter Oak Financial Consultants, LLC - Duro Dyne  Exhibit A
Services Rendered during the Period December 1, 2019 through December 31, 2019

| Date | Staff | Description | Hours | 2019 Rate | Amount |
|---|---|---|---|---|---|
| **Fee/Employment Applications** | | | | | |
| 12-Dec-19 | GS | Draft Monthly Fee Application (partial). | 0.50 | $650.00 | $ 325.00 |
| 18-Dec-19 | GS | Draft Interim Fee Application (partial). | 0.70 | $650.00 | $ 455.00 |
| 24-Dec-19 | GS | Review and revise fee application (partial). | 0.20 | $650.00 | $ 130.00 |
| | | Total Fee/Employment Applications | 1.40 | | $ 910.00 |
| **Plan and Disclosure Statement** | | | | | |
| 2-Dec-19 | JS | Call with J. Wehner regarding proposed resolution. | 0.40 | $870.00 | $ 348.00 |
| 2-Dec-19 | JS | Review, analyze terms of proposed resolution. | 1.30 | $870.00 | $ 1,131.00 |
| 2-Dec-19 | JS | Develop financial analysis. | 1.10 | $870.00 | $ 957.00 |
| 2-Dec-19 | GS | Review proposed resolution and analyze terms. | 0.80 | $650.00 | $ 520.00 |
| 3-Dec-19 | JS | Call with J. Wehner regarding next steps. | 0.10 | $870.00 | $ 87.00 |
| 4-Dec-19 | JS | Write memorandum regarding financial analysis. | 0.90 | $870.00 | $ 783.00 |
| 4-Dec-19 | GS | Review J. Sinclair analysis of assets. | 0.60 | $650.00 | $ 390.00 |
| 5-Dec-19 | JS | Call with J. Wehner regarding financial analysis. | 0.30 | $870.00 | $ 261.00 |
| 5-Dec-19 | JS | Review materials re financial analysis. | 2.30 | $870.00 | $ 2,001.00 |
| 6-Dec-19 | JS | Call with J. Wehner regarding financial analysis. | 0.10 | $870.00 | $ 87.00 |
| 6-Dec-19 | JS | Review, analyze materials regarding Duro Dyne Canada. | 0.50 | $870.00 | $ 435.00 |
| 6-Dec-19 | JS | Review materials re financial analysis. | 1.90 | $870.00 | $ 1,653.00 |
| 7-Dec-19 | JS | Write memorandum to J. Wehner and J. Liesemer regarding revisions to analysis. | 1.20 | $870.00 | $ 1,044.00 |
| 10-Dec-19 | JS | Call with J. Wehner regarding revisions to financial analysis in preparation for Committee call on 12/10/2019. | 0.10 | $870.00 | $ 87.00 |
| 10-Dec-19 | JS | Conference call with Committee, J. Wehner and J. Liesemer regarding proposed resolution. | 0.50 | $870.00 | $ 435.00 |
| | | Total Plan and Disclosure Statement | 12.10 | | $ 10,219.00 |
| **Valuation** | | | | | |
| 3-Dec-19 | JS | Call with G. Sinclair regarding valuation. | 0.30 | $870.00 | $ 261.00 |
| 3-Dec-19 | JS | Develop valuation of Duro Dyne assets. | 3.40 | $870.00 | $ 2,958.00 |
| 3-Dec-19 | GS | Call with J. Sinclair regarding work to be performed. | 0.30 | $650.00 | $ 195.00 |
| 3-Dec-19 | GS | Commence review of 3rd party research of Duro Dyne assets for valuation analysis. | 0.80 | $650.00 | $ 520.00 |
| 3-Dec-19 | GS | Review materials for valuation of Duro Dyne assets. | 2.30 | $650.00 | $ 1,495.00 |
| 3-Dec-19 | GS | Collect financial data for purposes of developing valuation of Duro Dyne assets. | 2.50 | $650.00 | $ 1,625.00 |
| 3-Dec-19 | GS | Review and revise financial data; develop valuation. | 1.20 | $650.00 | $ 780.00 |
| 3-Dec-19 | GS | Continue to review and revise valuation. | 0.80 | $650.00 | $ 520.00 |
| 4-Dec-19 | JS | Call with G. Sinclair regarding valuation. | 0.20 | $870.00 | $ 174.00 |
| 4-Dec-19 | JS | Review, analyze G. Sinclair valuation. | 1.20 | $870.00 | $ 1,044.00 |
| 4-Dec-19 | JS | Call with G. Sinclair regarding valuation. | 0.20 | $870.00 | $ 174.00 |
| 4-Dec-19 | GS | Continue revising valuation, draft memo and distribute analysis. | 1.30 | $650.00 | $ 845.00 |
| 4-Dec-19 | GS | Review industry research for additional valuation of Duro Dyne assets. | 0.70 | $650.00 | $ 455.00 |
| 4-Dec-19 | GS | Develop additional valuation of Duro Dyne assets. | 1.50 | $650.00 | $ 975.00 |
| 4-Dec-19 | GS | Call with J. Sinclair regarding valuation (.2) and revise valuation. | 0.40 | $650.00 | $ 260.00 |

Charter Oak Financial Consultants, LLC - Duro Dyne                                                                                      Exhibit A
Services Rendered during the Period December 1, 2019 through December 31, 2019

| Date | Staff | Description | Hours | 2019 Rate | Amount |
|---|---|---|---|---|---|
| 4-Dec-19 | GS | Revise valuation and distribute. | 0.30 | $650.00 | $ 195.00 |
| 4-Dec-19 | GS | Call with J. Sinclair regarding valuation and Duro Dyne Canada. | 0.20 | $650.00 | $ 130.00 |
| | | Total Valuation | 17.60 | | $ 12,606.00 |
| | | **Total Professional Hours and Fees** | **31.10** | | **$ 23,735.00** |

# **Exhibit B**

Charter Oak Financial Consultants, LLC - Duro Dyne                                                                                                                Exhibit B
Out-Of-Pocket Expenses Incurred During the Period December 1, 2019 through December 31, 2019

| Date | Staff | Description | Amount |
|------|-------|-------------|--------|
|      |       | No Expenses During This Period. | $    - |

Total Expenses During the Period December 1, 2019 through December 31, 2019  $    -

# **<u>Exhibit C</u>**

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY Caption in Compliance with D.N.J. LBR 9004-1 |
|---|
| John A. Fialcowitz, Esq.<br>THE LAW OFFICE OF JOHN A. FIALCOWITZ<br>89 Headquarters Plaza North, Ste. 1216<br>Morristown, New Jersey 07960<br>973.532.7208<br>John@fialcowitzlaw.com |
| *Proposed Local Counsel for the Official Committee of Asbestos Claimants* |

Order Filed on November 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| DURO DYNE NATIONAL CORP., *et al.*, | : | Case No. 18-27963 (MBK) |
| Debtors.[1] | : | (Jointly Administered) |

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF CHARTER OAK FINANCIAL CONSULTANTS, LLC AS THE COMMITTEE'S FINANCIAL ADVISOR, EFFECTIVE *NUNC PRO TUNC* AS OF OCTOBER 5, 2018**

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

DATED: November 26, 2018

/s/ Michael B. Kaplan
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Case 18-27963-MBK    Doc 1038    Filed 01/29/20    Entered 01/29/20 17:50:55    Desc Main
Document    Page 13 of 14

Case 18-27963-MBK    Doc 300    Filed 11/26/18    Entered 11/29/18 10:41:18    Desc Main
Document    Page 2 of 3

Page: 2
Debtor: Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Authorizing the Employment and Retention of Charter Oak Financial Consultants, LLC as the Committee's Financial Advisor, Effective *Nunc Pro Tunc* as of October 5, 2018

Before this Court is the *Application of the Official Committee of Asbestos Claimants for an Order Authorizing the Employment and Retention of Charter Oak Financial Consultants, LLC as the Committee's Financial Advisor, Effective* Nunc Pro Tunc *as of October 5, 2018* (the "**Application**"), which was filed by the Official Committee of Asbestos Claimants (the "**Committee**") on November 6, 2018. Based on the record herein, and after due deliberation thereon, this Court finds and concludes that (i) Charter Oak Financial Consultants, LLC ("**Charter Oak**") does not represent any entity having an interest adverse to the Committee or to the asbestos-related creditors of the Debtors' estates in connection with the matters for which the Committee proposes to employ Charter Oak; (ii) Charter Oak is a "disinterested person" pursuant to §§ 101(14) and 328(c) of the Bankruptcy Code; (iii) proper and adequate notice of the Application has been given and no other or further notice is necessary; and (iv) the Committee's employment and retention of Charter Oak as its financial advisor should be approved. Accordingly, **IT IS HEREBY ORDERED**, that:

1. The Application is granted and approved;

2. The Committee is authorized to employ and retain Charter Oak as its financial advisor on the terms set forth in the Application, pursuant to §§ 105(a), 328 and 1103 of the Bankruptcy Code, effective *nunc pro tunc* as of October 5, 2018;

3. Charter Oak shall be compensated in accordance with the procedures set forth in §§ 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the orders and rules of this Court, and such other procedures as may be fixed by order of this Court;

| | |
|---|---|
| Page: | 3 |
| Debtor: | Duro Dyne National Corp., *et al.* |
| Case No.: | 18-27963 (MBK) |
| Caption: | Order Authorizing the Employment and Retention of Charter Oak Financial Consultants, LLC as the Committee's Financial Advisor, Effective *Nunc Pro Tunc* as of October 5, 2018 |

4. The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived;

5. This Order shall be immediately effective and enforceable upon its entry; and

6. The Court shall retain jurisdiction with respect to all matters arising or related to the implementation of this order.