# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| Duro Dyne National Corp., *et al.*[1] ) | Case No. 18-27963 (MBK) |
| ) | |
| Debtors. ) | |
| ) | (Jointly Administered) |

## AFFIDAVIT OF SERVICE RE:

Exhibit 1    BMC GROUP, INC., INVOICE DATED 1/21/20
[copy not attached hereto]

I, Bradford Daniel, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 3732 West 120th Street, Hawthorne, California 90250.

2. The above referenced document was served on the parties listed in Exhibits A and B via the modes of service indicated thereon:

Exhibit A    On January 22, 2020, the Interested Parties referenced on Service Lists 71398 and 71399

Exhibit B    On January 21, 2020, the Interested Parties referenced on the email Service List

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 19th day of February, 2020 at New York, New York.

    /s/ Bradford Daniel
    Bradford Daniel

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).p

# DuroDyne

**Total number of parties: 7**

### Exhibit A - Duro Dyne

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 71398 | OFFICE OF THE US TRUSTEE FOR THE, J. SPONDER; M. HAUSMAN, USTPREGION03.NE.ECF@USDOJ.GOV | **E-mail** |
| 71398 | OFFICE OF THE US TRUSTEE FOR THE, J. SPONDER; M. HAUSMAN, JEFFREY.M.SPONDER@USDOJ.GOV | **E-mail** |
| 71398 | OFFICE OF THE US TRUSTEE FOR THE, J. SPONDER; M. HAUSMAN, MITCHELL.B.HAUSMAN@USDOJ.GOV | **E-mail** |
| 71399 | OFFICE OF THE US TRUSTEE FOR THE, J. SPONDER; M. HAUSMAN, DISTRICT OF NJ, ONE NEWARK CENTER, SUITE 2100, NEWARK, NJ, 07102 | **US Mail (1st Class)** |
| 71398 | RABINOWITZ, LUBETKIN & TULLY, LLC, JONATHAN RABINOWITZ; J. A. COOPER, (RE: 4 SITE, LLC), JRABINOWITZ@RLTLAWFIRM.COM | **E-mail** |
| 71398 | RABINOWITZ, LUBETKIN & TULLY, LLC, JONATHAN RABINOWITZ; J. A. COOPER, (RE: 4 SITE, LLC), JCOOPER@RLTLAWFIRM.COM | **E-mail** |
| 71399 | RABINOWITZ, LUBETKIN & TULLY, LLC, JONATHAN RABINOWITZ; J. A. COOPER, (RE: 4 SITE, LLC), 293 EISENHOWER PARKWAY STE 100, LIVINGSTON, NJ, 07039 | **US Mail (1st Class)** |

**Subtotal for this group: 7**

Duro Dyne

Total number of parties: 5

Exhibit B – Duro Dyne

| Name and Address of Served Party | | Mode of Service |
|---|---|---|
| **All parties served on January 21, 2020** | | |
| Jeffrey D. Prol | jprol@lowenstein.com | E-mail |
| Terri Freedman | tfreedman@lowenstein.com | E-mail |
| Leo White | lwhite@durodyne.com | E-mail |
| Mark Podgainy | mpodgainy@getzlerhenrich.com | E-mail |
| Chris O'Callaghan | cocallaghan@getzlerhenrich.com | E-mail |

Subtotal for this group: 5

Duro Dyne