**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and*
*Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>Duro Dyne National Corp., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-27963 (MBK)<br><br>(Jointly Administered) |

**CERTIFICATE OF NO OBJECTION REGARDING THE**
**ELEVENTH MONTHLY FEE STATEMENT OF ANDERSON KILL P.C.**
**FOR THE PERIOD OF JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

JEFFREY D. PROL hereby certifies as follows:

1. I am an attorney-at-law of the State of New Jersey and a partner with the law firm of Lowenstein Sandler LLP, counsel for the debtors and debtors-in-possession (the "Debtors") in the above-captioned bankruptcy cases.

2. I submit this Certification pursuant to the *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court* entered on December 18, 2018 [Docket No. 345] (the "Administrative Order").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

31035/2
03/03/2020 53997843.1

3. On February 21, 2020, Anderson Kill P.C. filed its *Eleventh Fee Statement of Anderson Kill P.C. for the Period of January 1, 2020 through January 31, 2020* (the "Eleventh Monthly Statement") [Docket No 1064]. Pursuant to the Administrative Order, objections to the Eleventh Monthly Fee Statement were to be filed and served no later than March 2, 2020.

4. My staff, under my direction, has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Eleventh Monthly Statement appears thereon. To the best of my knowledge, no answer, objection, or other responsive pleading to the Eleventh Monthly Statement has been filed or served in accordance with the Administrative Order.

5. Pursuant to the Administrative Order, the Debtors are authorized to pay Anderson Kill P.C. 80% of its fees in the amount of $22,984.40, requested in the Eleventh Monthly Statement upon the filing and service of this Certification of No Objection and without the need for entry of a Court order approving the Eleventh Monthly Statement.

Dated: March 3, 2020

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/ *Jeffrey D. Prol*
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and
Debtors-in-Possession*