| | |
|---|---|
| THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC<br>John A. Fialcowitz<br>89 Headquarters Plaza<br>North Suite 1216<br>Morristown, NJ 07960<br>Telephone: (973) 813-7227<br>john@fialcowitzlaw.com | CAPLIN & DRYSDALE, CHARTERED<br>James P. Wehner (admitted *pro hac vice*)<br>Jeffrey A. Liesemer (admitted *pro hac vice*)<br>One Thomas Circle, N.W., Suite 1100<br>Washington, D.C. 20005<br>Telephone: (202) 862-5000<br>jwehner@capdale.com<br>jliesemer@capdale.com |

*Co-Counsel for the Official Committee of Asbestos Claimants*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re:<br><br>DURO DYNE NATIONAL CORP., *et al.*,[1]<br><br>Debtors. | :<br>:<br>:<br>:<br>:<br>: | Chapter 11<br><br>Case No. 18-27963-MBK<br><br>(Jointly Administered) |

**SIXTEENTH MONTHLY FEE STATEMENT OF**
**CAPLIN & DRYSDALE, CHARTERED FOR THE PERIOD**
**FROM FEBRUARY 1, 2020, THROUGH FEBRUARY 29, 2020**

Caplin & Drysdale, Chartered ("**Caplin & Drysdale**" or the "**Applicant**"), counsel for the Official Committee of Asbestos Claimants (the "**Committee**"), hereby submits this sixteenth monthly fee statement[2] for the period commencing February 1, 2020, through February 29, 2020 (the "**Sixteenth Fee Statement**") pursuant to the *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court*, dated December 18, 2018 (Docket No. 345) (the "**Interim Compensation Order**").

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2] Caplin & Drysdale's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Caplin & Drysdale, Chartered for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 337).

DOC# 3283215

Pursuant to the Interim Compensation Order, responses to the Sixteenth Fee Statement, if any, are due by April 4, 2020.

Dated: March 25, 2020  By: /s/ *James P. Wehner*
James P. Wehner, Esq. (admitted *pro hac vice*)
Jeffrey A. Liesemer, Esq. (admitted *pro hac vice*)
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301
jwehner@capdale.com
jliesemer@capdale.com

*Counsel to the Official Committee of Asbestos Claimants*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

| | | | |
|---|---|---|---|
| Debtor: | Duro Dyne National Corp., *et al.* [1] | Applicant: | Caplin & Drysdale, Chartered |
| Case No.: | 18-27963 (MBK) | Client: | Official Committee of Asbestos Claimants |
| Chapter: | 11 | Case Filed: | September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED AS EXHIBIT B

**SIXTEENTH MONTHLY FEE STATEMENT[2] OF
CAPLIN & DRYSDALE, CHARTERED FOR THE PERIOD
FROM FEBRUARY 1, 2020, THROUGH FEBRUARY 29, 2020**

**SECTION 1
FEE SUMMARY**

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUSLY REQUESTED | $1,699,580.25 | $31,800.85 |
| TOTAL ALLOWED TO DATE | $1,640,949.02 | $29,980.59 |
| TOTAL RETAINER (IF APPLICABLE) | $0.00 | $0.00 |
| TOTAL HOLDBACK (IF APPLICABLE) | $50,036.05 | $0.00 |
| TOTAL RECEIVED BY APPLICANT | $1,573,514.80 | $29,386.26 |
| | | |
| FEE TOTALS – PAGE 2 | $9,356.00 | |
| DISBURSEMENTS TOTALS – PAGE 3 | $1.58 | |
| TOTAL FEE APPLICATION | $9,357.58 | |
| MINUS 20% HOLDBACK | $1,871.20 | |
| AMOUNT SOUGHT AT THIS TIME | $7,486.38 | |

---

[1]  The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2]  Caplin & Drysdale's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Caplin & Drysdale, Chartered for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 337).

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED | HOURS | RATE | FEES |
|---|---|---|---|---|
| Ann C. McMillan, Member | 1984 | 1.0 | $880 | $880.00 |
| James P. Wehner, Member | 1995 | 4.7 | $795 | $3,736.50 |
| Jeffrey A. Liesemer, Member | 1993 | 4.1 | $795 | $3,259.50 |
| Kevin M. Davis, Of Counsel | 2010 | 1.1 | $560 | $616.00 |
| Cecilia Guerrero, Paralegal | N/A | 1.5 | $340 | $510.00 |
| Brigette A. Wolverton, Paralegal | N/A | 1.2 | $295 | $354.00 |
| **TOTAL FEES** | | **13.6** | | **$9,356.00** |
| **ATTORNEY BLENDED RATE** | | | **$687.94** | |
| | | | | |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| **(.01) Asset Analysis and Recovery** | 0.0 | $0.00 |
| **(.03) Business Operations** | 1.3 | $1,050.50 |
| **(.04) Case Administration** | 0.0 | $0.00 |
| **(.05) Claims Administration and Objections** | 0.0 | $0.00 |
| **(.07) Fee Applications-Self** | 2.1 | $987.00 |
| **(.09) Financing** | 0.0 | $0.00 |
| **(.10) Litigation** | 0.0 | $0.00 |
| **(.11) Plan and Disclosure Statement** | 8.2 | $6,260.50 |
| **(.12) Relief from Stay Proceedings** | 0.0 | $0.00 |
| **(.13) Tax Issues** | 0.0 | $0.00 |
| **(.15) Committee Meetings/Conferences** | 0.8 | $704.00 |
| **(.16) Travel Time** | 0.0 | $0.00 |
| **(.17) Docket Review & File Maintenance** | 1.2 | $354.00 |
| **(.18) Fee Applications-Others** | 0.0 | $0.00 |
| **(.19) Retention Applications-Others** | 0.0 | $0.00 |
| **(.20) Retention Applications-Self** | 0.0 | $0.00 |
| **(.22) Review Fee Application-Other Parties** | 0.0 | $0.00 |
| **SERVICE TOTALS:** | **13.6** | **$9,356.00** |

2

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| Computer Assisted Legal Research | $0.00 |
| Conference Call Charges | $0.00 |
| Courier & Express Carriers | $0.00 |
| Court Reporting | $0.00 |
| Fax | $0.00 |
| Filing Fees | $0.00 |
| Other Research | $0.00 |
| Pacer Fees | $0.00 |
| Postage | $0.00 |
| Reproduction Services - In-house | $0.00 |
| Reproduction Services - Outside | $0.00 |
| Travel | $0.00 |
| Other (specify): eDiscovery | $1.58 |
| **DISBURSEMENTS TOTAL:** | **$1.58** |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. § 506)

(1)   DATE CASE FILED: September 7, 2018

(2)   CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)   DATE OF RETENTION: November 8, 2018, effective as of September 26, 2018 [Docket No. 258]. *See* Order attached.

(4)   SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

    a)   Caplin & Drysdale analyzed issues related to the Plan and Plan documents, including potential revisions of Plan documents;

    b)   Caplin & Drysdale prepared and filed fee applications;

    c)   Caplin & Drysdale assisted in the preparation of fee applications for other Committee professionals;

    d)   Caplin & Drysdale spent time working with counsel for the other Plan proponents and internally on general case matters, and status issues, as well as organizing and maintaining the case filing system and docket review for the bankruptcy case;

    e)   Caplin & Drysdale performed other professional services as counsel for the Committee as necessary and appropriate in these chapter 11 cases.

3

(5) ANTICIPATED DISTRIBUTION TO CREDITORS:

    (A) ADMINISTRATION EXPENSES: (unknown at this time)
    (B) SECURED CREDITORS: (unknown at this time)
    (C) PRIORITY CREDITORS: (unknown at this time)
    (D) GENERAL UNSECURED CREDITORS: (unknown at this time)

(6) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the above is true.

Date:  March 25, 2020    /s/ James P. Wehner
                                                       Signature

# EXHIBIT A

# Caplin & Drysdale
## ATTORNEYS

One Thomas Circle NW, Suite 1100
Washington, DC 20005

Telephone: (202) 862-5000          Federal Tax I.D. No.: 52-1226629          Fax: (202) 429-3301
www.capdale.com

Official Committee of Asbestos Claimants of Duro Dyne National

March 25, 2020
Invoice #: 326154
Page: 1

RE:  Duro Dyne Bankruptcy

For Professional Services Rendered Through February 29, 2020

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.03** | **Business Operations** | | | | |
| 2/1/2020 | ACM | Exchange e-mails re December MOR and status of case. | 0.1 | $880.00 | $88.00 |
| 2/1/2020 | JAL | Correspondence with ACM re inquiry. | 0.5 | $795.00 | $397.50 |
| 2/3/2020 | JAL | Drafted and revised email to J. Prol re inquiry re December operating report. | 0.2 | $795.00 | $159.00 |
| 2/4/2020 | ACM | Exchange e-mails re monthly operating report. | 0.1 | $880.00 | $88.00 |
| 2/4/2020 | JAL | Correspondence with J. Prol re inquiry re December operating report. | 0.4 | $795.00 | $318.00 |
| | | **Total** | **1.30** | | **$1,050.50** |
| **.07** | **Fee Applications-Self** | | | | |
| 2/20/2020 | JPW | Review and edit monthly fee app. | 0.4 | $795.00 | $318.00 |
| 2/20/2020 | CG | Review and revise monthly. | 0.9 | $340.00 | $306.00 |
| 2/21/2020 | JPW | Review monthly fee app. | 0.2 | $795.00 | $159.00 |
| 2/21/2020 | CG | Review, revise and finalize monthly fee app (.5); communication w/ local counsel re same (.1). | 0.6 | $340.00 | $204.00 |
| | | **Total** | **2.10** | | **$987.00** |
| **.11** | **Plan & Disclosure Statement** | | | | |
| 2/4/2020 | JAL | Further mark-up of exit loan agreement. | 0.8 | $795.00 | $636.00 |
| 2/5/2020 | JAL | Revisions and editing to draft exit loan agreement (1.3); drafted and revised email to C. Grear re markups of drafts of exit loan agreement and intercreditor agreement (0.6). | 1.9 | $795.00 | $1,510.50 |
| 2/5/2020 | JPW | Emails re confirmation issues. | 0.4 | $795.00 | $318.00 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 2/5/2020 | KMD | Review intercreditor agreement and related documents (1); discuss same w/ JAL (0.1). | 1.1 | $560.00 | $616.00 |
| 2/6/2020 | JAL | Teleconference with JPW, J. Prol, C. Malone, and E. Grim re next steps re insurance issues. | 0.3 | $795.00 | $238.50 |
| 2/6/2020 | JPW | Teleconference Debtors, insurance counsel re confirmation issues (0.5); teleconference E. Grim re confirmation issues (0.2). | 0.7 | $795.00 | $556.50 |
| 2/7/2020 | JPW | Teleconference K. Quinn, E. Grim, JAL re confirmation issue (0.2); meet with JAL re confirmation issue (0.2). | 0.4 | $795.00 | $318.00 |
| 2/12/2020 | JPW | Emails re confirmation issues. | 0.3 | $795.00 | $238.50 |
| 2/20/2020 | JPW | Emails re confirmation issues. | 0.5 | $795.00 | $397.50 |
| 2/21/2020 | JPW | Teleconference J. Prol re confirmation issues. | 0.2 | $795.00 | $159.00 |
| 2/25/2020 | JPW | Emails re confirmation issues (0.8); teleconference J. Prol, K. Quinn, JAL re confirmation issues (0.4); teleconference JAL re confirmation issues (0.2); teleconference K. Quinn re confirmation issues (0.2); teleconference J. Sinclair (0.3). | 1.6 | $795.00 | $1,272.00 |
| | | Total | 8.20 | | $6,260.50 |
| **.15** | **Committee Meetings/Conferences** | | | | |
| 2/25/2020 | ACM | Conference JPW re Committee meeting (.1); exchange e-mails re same (.2); conference JPW, KCM re same (.1); teleconference JPW re same (.1). | 0.5 | $880.00 | $440.00 |
| 2/26/2020 | ACM | Exchange e-mails re Committee call. | 0.3 | $880.00 | $264.00 |
| | | Total | 0.80 | | $704.00 |
| **.17** | **Docket Review & File Maintenance** | | | | |
| 2/3/2020 | BAW | Factual research re recent filings and communication re same. | 0.1 | $295.00 | $29.50 |
| 2/6/2020 | BAW | Prepare materials re recent filings (.1); communications re same (.1). | 0.2 | $295.00 | $59.00 |
| 2/7/2020 | BAW | Factual research re recent filings and communication re same. | 0.1 | $295.00 | $29.50 |
| 2/10/2020 | BAW | Factual research re recent filings and communication re same. | 0.1 | $295.00 | $29.50 |
| 2/11/2020 | BAW | Factual research re recent filings and communication re same. | 0.1 | $295.00 | $29.50 |
| 2/18/2020 | BAW | Factual research and prepare materials re recent filings (.1); prepare communications re same (,1). | 0.2 | $295.00 | $59.00 |
| 2/25/2020 | BAW | Factual research and prepare materials re recent filings (.1); prepare communications re same (,1). | 0.2 | $295.00 | $59.00 |

March 25, 2020
Invoice #:    326154

Page:    3

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .17 | **Docket Review & File Maintenance** | | | | |
| 2/28/2020 | BAW | Factual research and prepare materials re recent filings (.1); prepare communications re same (,1). | 0.2 | $295.00 | $59.00 |
| | | **Total** | **1.20** | | **$354.00** |
| | | Total Professional Services | 13.6 | | $9,356.00 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JAL | Jeffrey A. Liesemer | Member | 4.1 | $795.00 | $3,259.50 |
| ACM | Ann C. McMillan | Member | 1.0 | $880.00 | $880.00 |
| JPW | James P. Wehner | Member | 4.7 | $795.00 | $3,736.50 |
| KMD | Kevin M. Davis | Of Counsel | 1.1 | $560.00 | $616.00 |
| CG | Cecilia Guerrero | Paralegal | 1.5 | $340.00 | $510.00 |
| BAW | Brigette A. Wolverton | Paralegal | 1.2 | $295.00 | $354.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 02/08/2020 | EPIQ EDISCOVERY SOLUTIONS - Services January 2020 [.18] | $1.58 |
| | Total Disbursements | $1.58 |
| | | |
| | Total Services | $9,356.00 |
| | Total Disbursements | $1.58 |
| | Total Current Charges | $9,357.58 |

# EXHIBIT B

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY **Caption in Compliance with D.N.J. LBR 9004-1** |
|---|
| John A. Fialcowitz, Esq.<br>THE LAW OFFICE OF JOHN A. FIALCOWITZ<br>89 Headquarters Plaza North, Ste. 1216<br>Morristown, New Jersey 07960<br>973.532.7208<br>John@fialcowitzlaw.com<br><br>*Proposed Local Counsel for the Official Committee of Asbestos Claimants* |

**Order Filed on November 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DURO DYNE NATIONAL CORP., *et al.*, | : | Case No. 18-27963 (MBK) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**[PROPOSED] ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF CAPLIN & DRYSDALE, CHARTERED, AS THE COMMITTEE'S COUNSEL, EFFECTIVE *NUNC PRO TUNC* AS OF SEPTEMBER 26, 2018**

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

**DATED: November 9, 2018**

/s/ Michael B. Kaplan
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page: 2
Debtor: Duro Dyne National Corp., *et al*.
Case No.: 18-27963 (MBK)
Caption: Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective *Nunc Pro Tunc* as of September 26, 2018

Before this Court is the *Application of the Official Committee of Asbestos Claimants for an Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective* Nunc Pro Tunc *as of September 26, 2018* (the "**Application**"), which was filed by the Official Committee of Asbestos Claimants (the "**Committee**") on October 29, 2018. Based on the record herein, and after due deliberation thereon, this Court finds and concludes that (i) the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), does not represent any entity having an interest adverse to the Committee or to the asbestos-related creditors of the Debtors' estates in connection with the matters for which the Committee proposes to employ Caplin & Drysdale; (ii) Caplin & Drysdale is a "disinterested person" pursuant to §§ 101(14) and 328(c) of the Bankruptcy Code; (iii) proper and adequate notice of the Application has been given and no other or further notice is necessary; and (iv) the Committee's employment and retention of Caplin & Drysdale as its counsel should be approved. Accordingly, **IT IS HEREBY ORDERED**, that:

1. The Application is granted and approved;

2. The Committee is authorized to employ and retain Caplin & Drysdale as its counsel on the terms set forth in the Application, pursuant to §§ 328 and 1103 of the Bankruptcy Code, effective *nunc pro tunc* as of September 26, 2018;

3. Caplin & Drysdale shall be compensated in accordance with the procedures set forth in §§ 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the orders and rules of this Court, and such other procedures as may be fixed by order of this Court;

Page: 3
Debtor: Duro Dyne National Corp., *et al*.
Case No.: 18-27963 (MBK)
Caption: Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective *Nunc Pro Tunc* as of September 26, 2018

    4.    The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived;

    5.    This Order shall be immediately effective and enforceable upon its entry; and

    6.    The Court shall retain jurisdiction with respect to all matters arising or related to the implementation of this order.