## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*,[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

### SIXTEENTH MONTHLY FEE STATEMENT OF
### GETZLER HENRICH & ASSOCIATES LLC
### FOR THE PERIOD FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020

Getzler Henrich & Associates LLC ("Getzler"), financial advisor to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), submits this monthly fee statement for the period, February 1, 2020 through February 29, 2020 (the "February 2020 Fee Statement") pursuant to the Court's *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained By Order of this Court*, dated December 18, 2018 [Docket No. 345] (the "Administrative Order"). Pursuant to the Administrative Order, responses to the Sixteenth Fee Statement, if any, are due by April 13, 2020.

Dated:  April 3, 2020

Respectfully submitted,

**GETZLER HENRICH & ASSOCIATES LLC**

/s/  *Mark D. Podgainy*
Mark D. Podgainy
295 Madison Avenue
New York, NY  10017
*Financial Advisor to the Debtors and Debtors-in-Possession*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1 FEE APPLICATION COVER SHEET**

| | | | |
|---|---|---|---|
| IN RE: | Duro Dyne National Corp., *et al*. | APPLICANT: | Getzler Henrich & Associates LLC |
| CASE NO.: | 18-27963 (MBK) | CLIENT: | Chapter 11 Debtors |
| CHAPTER: | 11 | CASE FILED: | September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

---

**SECTION I**
**FEE SUMMARY**

---

**MONTHLY FEE STATEMENT OF GETZLER HENRICH AND ASSOCIATES**
**FOR THE PERIOD FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020**

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | $ 794,716.75 | $ 16,485.79 |
| TOTAL FEES ALLOWED TO DATE: | $ 722,151.50 | $ 14,851.03 |
| TOTAL RETAINER ( IF APPLICABLE) | $ -0- | $ -0- |
| TOTAL HOLDBACK (IF APPLICABLE) | $ 14,509.05 | $ -0- |
| TOTAL RECEIVED BY GETZLER HENRICH & ASSOCIATES | $ 751,452.70 | $ 15,429.63 |

| | |
|---|---|
| FEE TOTALS – PAGE 2 | $37,641.00 |
| DISBURSEMENTS TOTALS - PAGE 3 | + $907.81 |
| TOTAL FEE APPLICATION | $38,548.81 |
| MINUS 20% HOLDBACK | - $7,528.20 |
| AMOUNT SOUGHT AT THIS TIME | $31,020.61 |

31035/2
04/03/2020 54122268.2

| Name of Professional Person | Position of the Applicant, Number of Years in that Position | Hourly Billing Rate ($) (including changes) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| O'Callaghan, Chris | Specialist since 2013 (6 years) | $205.00[2] | 173.6 | $35,588.00 |
| O'Callaghan, Chris - travel time | Specialist since 2013 (6 years) | $102.50 | 4.4 | 451.00 |
| Podgainy, Mark | Managing Director since 2014 (5 years) | $445.00 | 3.6 | 1,602.00 |
| | | **Grand Total:** | **181.6** | **$37,641.00** |
| | **Blended Rate:** | **$207.27** | | |

### SECTION II
### SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Accounting & Audit | 33.9 | $6,949.50 |
| Bankruptcy Consulting | 51.7 | 10,862.50 |
| Budget Preparation | 30.4 | 6,232.00 |
| Claims Analysis & Negotiation | .4 | 178.00 |
| Creditor Committee Matter | .1 | 44.50 |
| Confirmation Issues | 0.0 | 0.00 |
| Court Hearing Prep | 0.0 | 0.00 |
| DIP Financing | 33.2 | 6,806.00 |
| Disclosure Statement Issues | 0.0 | 0.00 |
| Fee/Employment Application | 1.9 | 845.50 |
| Fresh Start Accounting Issues | 0.0 | 0.00 |
| Monthly Operating Report | 10.2 | 2,091.00 |
| Motion Review / Analysis | 0.0 | 0.00 |
| Operational Review | 0.0 | 0.00 |
| Plan of Reorganization | 0.0 | 0.00 |
| Supplier Issues | 15.4 | 3,181.00 |
| Travel | 4.4 | 451.00 |
| **SERVICE TOTALS** | **181.6** | **$37,641.00** |

---

[2] By mutual agreement between the Debtors and Getzler Henrich, Chris O'Callaghan's hourly rate has been reduced to $205.00 per hour, effective July 1, 2019.

## SECTION III
## SUMMARY OF DISBURSEMENTS

|  | AMOUNT |
|---|---|
| Transportation | $907.81 |
| **TOTAL DISBURSEMENTS** | **$907.81** |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1)   DATE CASE FILED: September 7, 2018

(2)   CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)   DATE OF RETENTION:  October 19, 2018, effective as of September 7, 2018 [Docket No. 195].   See Order attached.

(4)   SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

   a)   Getzler consulted with and assisted the Debtors in preparing the Monthly Operating Report for January 2020;

   b)   Getzler assisted the Debtors with the preparation of monthly financial statements and supporting schedules, preparing the year-end 2019 financial statements and supporting schedules, and related accounting tasks;

   c)   Getzler assisted the Debtors in preparing, updating and monitoring the DIP budget, monitoring receipts and payments to ensure compliance with the cash collateral order, and assisting in related reporting;

   d)   Getzler consulted with and assisted the Debtors in analyzing their operational and business performance to improve operational efficiency and profitability;

   e)   Getzler assisted the Debtors in addressing vendor issues, and in obtaining new vendors, including participating in calls and meetings with vendors;

   f)   Getzler assisted the Debtors with the 2020 budget process; and

   g)   Getzler provided such other services consistent with its engagement letter.

(5)   ANTICIPATED DISTRIBUTION TO CREDITORS:

   (A)   ADMINISTRATION EXPENSES:        (100%)
   (B)   SECURED CREDITORS:             (100%)

3

   (C) PRIORITY CREDITORS:    (100%)
   (D) GENERAL UNSECURED CREDITORS: (100%)

(6) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE):  Final disposition of case and dividend are unknown at this time.


  I certify under penalty of perjury that the foregoing is true and correct.


Dated:  April 3, 2020


         /s/ *Mark D. Podgainy*_____
         Mark D. Podgainy

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Proposed Counsel to the Debtors and
Debtors-in-Possession*

Order Filed on October 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Duro Dyne National Corp., *et al.*[1]

           Debtors.

Chapter 11

Case No. 18-27963 (MBK)

(Jointly Administered)

## ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GETZLER HENRICH & ASSOCIATES LLC AS FINANCIAL ADVISOR TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE

        The relief set forth on the following pages, numbered two (2) through and including five (5), is hereby **ORDERED**.

**DATED: October 19, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:        2
Debtors:     Duro Dyne National Corp., Inc., *et al.*
Case No.:    18-27963 (MBK)
Caption:     Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC
             as Financial Advisor to the Debtors as of the Petition Date

---

Upon consideration of the application (the "<u>Application</u>")[1] of the above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") for entry of an order authorizing the retention and employment of Getzler Henrich & Associates LLC ("<u>Getzler Henrich</u>") as financial advisor to the Debtors in these Chapter 11 Cases, effective as of the Petition Date; and upon the Declaration of Mark D. Podgainy (the "<u>Podgainy Declaration</u>"), a managing director at Getzler Henrich, submitted in support of the Application and as more fully described in the Application; and the Court being satisfied, based on the representations made in the Application that (i) Getzler Henrich has no connection with the Debtors, their creditors, any other party in interest, their current respective attorneys or professionals, the United States Trustee or any person employed in the Office of the United States Trustee, and does not represent any entity having an adverse interest to the Debtors in connection with the Debtors' Chapter 11 Cases, except as set forth in the Podgainy Declaration; (ii) Getzler Henrich is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code, (iii) neither Getzler Henrich nor its professionals have any connection with the Debtors, their creditors or any other party in interest; and (iv) Getzler Henrich's employment is necessary and in the best interest of the Debtors; and the Court having jurisdiction over this matter pursuant to 28 U.S.C §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered on July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Application being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor;

---

[1]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Page:       3
Debtors:    Duro Dyne National Corp., Inc., *et al.*
Case No.:   18-27963 (MBK)
Caption:    Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC
            as Financial Advisor to the Debtors as of the Petition Date

---

## IT IS HEREBY ORDERED THAT:

1.      The Application is **GRANTED** in its entirety.

2.      The Debtors are authorized to retain Getzler Henrich, effective as of the Petition Date, under the terms and conditions set forth in the Engagement Agreement, and to compensate and reimburse Getzler Henrich on the terms and in the manner specified in the Engagement Agreement.

3.      Getzler Henrich shall file fee applications for interim and final allowance of compensation and reimbursement of expenses pursuant to the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the guidelines for the U.S. Trustee and any applicable orders of this Court. Getzler Henrich's fees and expenses shall be subject to review pursuant to the standards set forth in section 330 and 331 of the Bankruptcy Code.

4.      Getzler Henrich shall provide ten business days' notice to the Debtors, the U.S. Trustee, and any official committee before any increases in the rates set forth in the Application or the Engagement Agreement are implemented and shall file such notice with the Court. The U.S. Trustee retains all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

5.      Notwithstanding anything to the contrary in the Application or the Engagement Agreement, to the extent that the Debtors use the services of any other Getzler Henrich affiliate in these Chapter 11 Cases, the Debtors shall file with the Court a separate retention application for each affiliate, and each such affiliate shall comply with any disclosure requirements of Bankruptcy Rule 2014.

6.      The indemnification provisions in the Engagement Agreement are approved, subject to the following modifications, applicable during the pendency of these Chapter 11 Cases:

Page:      4
Debtors:   Duro Dyne National Corp., Inc., *et al.*
Case No.:  18-27963 (MBK)
Caption:   Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC
           as Financial Advisor to the Debtors as of the Petition Date

---

    a. Subject to the provisions of subparagraphs b. and c. below, the Debtors are authorized to indemnify the Indemnified Parties, in accordance with the Engagement Agreement, for any claim arising from, related to or in connection with their performance of the services described in the Engagement Agreement; provided, however, that the Indemnified Parties shall not be indemnified for any claim arising from services other than the services provided under the Engagement Agreement, unless such services and the indemnification, contribution or reimbursement therefore are approved by the Court;

    b. Notwithstanding anything to the contrary in the Engagement Agreement, the Debtors shall have no obligation to indemnify any person, or provide contribution or reimbursement to any person, (i) for any claim or expense that is judicially determined (the determination having become final and no longer subject to appeal) to have arisen from that person's gross negligence or willful misconduct; (ii) for a contractual dispute in which the Debtors allege breach of Getzler Henrich's obligations under the Engagement Agreement, unless the Court determines that indemnification, contribution or reimbursement would be permissible pursuant to *In re United Artists Theatre Company, et al.*, 315 F.3d 217 (3d Cir. 2003); or (iii) settled prior to a judicial determination as to that person's gross negligence or willful misconduct, but determined by this Court, after notice and a hearing, to be a claim or expense for which that person should not receive indemnity, contribution, or reimbursement under the terms of the Engagement Agreement as modified by the proposed order; and

    c. If, before the earlier of (i) the entry of an order confirming a chapter 11 plan in these Chapter 11 Cases (that order having become a final order no longer subject to appeal) and (ii) the entry of an order closing these Chapter 11 Cases, Getzler Henrich believes that it is entitled to the payment of any amounts by the Debtors on account of the Debtors' indemnification, contribution and/or reimbursement obligations under the Engagement Agreement (as modified by the proposed order), including without limitation the advancement of defense costs, Getzler Henrich must file an application before this Court, and the Debtors may not pay any such amounts before the entry of an order by this Court approving the payment. This subparagraph c. is intended only to specify the period of time under which the Court shall have

Case 18-27963-MBK    Doc 1051    Filed 10/19/19    Entered 10/19/19 09:31:02    Desc Main
Document    Page 6 of 5

Page:       5
Debtors:    Duro Dyne National Corp., Inc., *et al.*
Case No.:   18-27963 (MBK)
Caption:    Order Authorizing Retention and Employment of Getzler Henrich & Associates LLC
            as Financial Advisor to the Debtors as of the Petition Date

---

jurisdiction over any request for fees and expenses for indemnification, contribution or reimbursement, and not a provision limiting the duration of the Debtors' obligation to indemnify Getzler Henrich.

7.      Getzler Henrich shall apply to the Court for allowances of compensation and reimbursement of out-of-pocket expenses incurred in respect of services provided to the Debtors in these Chapter 11 Cases after the Petition Date in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other orders as the Court may direct, including, without limitation, any order of this Court establishing procedures for interim compensation and reimbursement of professionals retained in these Chapter 11 Cases.

8.      The relief granted herein shall be binding upon any chapter 11 trustee appointed in these Chapter 11 Cases or upon any chapter 7 trustee appointed in the event of a subsequent conversion of these Chapter 11 Cases to cases under chapter 7.

9.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

10.     This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18–27963–MBK
Chapter:  11
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Duro Dyne National Corp.
    100 Horizon Center Boulevard
    Hamilton, NJ 08691

Social Security No.:

Employer's Tax I.D. No.:
    11–2504664

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

        Please be advised that on October 19, 2018, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 195 – 96
ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GETZLER HENRICH & ASSOCIATES LLC AS FINANCIAL ADVISOR TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE (Related Doc # 96). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/19/2018. (bwj)

        Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 19, 2018
JAN: bwj

                                                    Jeanne Naughton
                                                    Clerk

# EXHIBIT A

**Getzler Henrich & Associates LLC**

FEBRUARY 1, 2020 - FEBRUARY 29, 2020

DURO DYNE (DIP)
TIME DETAIL - FEBRUARY 2020

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | Accounting and Audit | 02/04/20 | 0.4 | $205.00 | $ 82.00 | Meeting with assistant controller re: year end close |
| O'Callaghan | Accounting and Audit | 02/04/20 | 0.8 | $205.00 | $ 164.00 | Meeting with accounting staff re: year-end standard cost adjustments |
| O'Callaghan | Accounting and Audit | 02/04/20 | 0.4 | $205.00 | $ 82.00 | Meeting with special projects manager re: GL codes |
| O'Callaghan | Accounting and Audit | 02/04/20 | 1.7 | $205.00 | $ 348.50 | Reviewing additional proposed year-end journal entries |
| O'Callaghan | Accounting and Audit | 02/04/20 | 0.6 | $205.00 | $ 123.00 | Meeting with payroll re: severance pay for terminated employees |
| O'Callaghan | Accounting and Audit | 02/05/20 | 1.1 | $205.00 | $ 225.50 | Meeting with accounting staff re: automating accounts payable functions |
| O'Callaghan | Accounting and Audit | 02/06/20 | 1.8 | $205.00 | $ 369.00 | Reviewing updated inventory figures with updated standard costs |
| O'Callaghan | Accounting and Audit | 02/06/20 | 1.7 | $205.00 | $ 348.50 | Meeting with accounting staff re: rent reconciliation and projected vendor payments |
| O'Callaghan | Accounting and Audit | 02/11/20 | 1.9 | $205.00 | $ 389.50 | Meeting with accounting staff re:  year-end close |
| O'Callaghan | Accounting and Audit | 02/12/20 | 2.2 | $205.00 | $ 451.00 | Preparing schedule of 2019 cap ex and proposed 2020 cap ex |
| O'Callaghan | Accounting and Audit | 02/13/20 | 1.6 | $205.00 | $ 328.00 | Meeting with company president re: invoice approval / check signing process |
| O'Callaghan | Accounting and Audit | 02/13/20 | 2.9 | $205.00 | $ 594.50 | Updating year end financial results |
| O'Callaghan | Accounting and Audit | 02/14/20 | 0.6 | $205.00 | $ 123.00 | Reviewing updated capital expenditure listing |
| O'Callaghan | Accounting and Audit | 02/20/20 | 0.7 | $205.00 | $ 143.50 | Meeting with warehouse manager re: inventory adjustments |
| O'Callaghan | Accounting and Audit | 02/20/20 | 1.2 | $205.00 | $ 246.00 | Preparing inventory roll forward schedule for year end review |
| O'Callaghan | Accounting and Audit | 02/21/20 | 0.7 | $205.00 | $ 143.50 | Reconciling payments made to independent sales contractor |
| O'Callaghan | Accounting and Audit | 02/21/20 | 3.6 | $205.00 | $ 738.00 | Preparing January financial statements |
| O'Callaghan | Accounting and Audit | 02/26/20 | 0.4 | $205.00 | $ 82.00 | Reviewing memo regarding ability to make adjustments in inventory management system |
| O'Callaghan | Accounting and Audit | 02/26/20 | 0.8 | $205.00 | $ 164.00 | Preparing schedule of profit sharing distributions |
| O'Callaghan | Accounting and Audit | 02/26/20 | 0.8 | $205.00 | $ 164.00 | Meeting with accounting staff re: depreciation calculations |
| O'Callaghan | Accounting and Audit | 02/26/20 | 0.7 | $205.00 | $ 143.50 | Meeting with accounting staff re: inventory rollforward calculations |
| O'Callaghan | Accounting and Audit | 02/26/20 | 2.3 | $205.00 | $ 471.50 | Updating inventory roll-forward calculations |
| O'Callaghan | Accounting and Audit | 02/27/20 | 1.3 | $205.00 | $ 266.50 | Meeting with IT director re: inventory management responsibilities |
| O'Callaghan | Accounting and Audit | 02/27/20 | 2.6 | $205.00 | $ 533.00 | Reviewing list of proposed inventory adjustments to be made; confirming the reasons for the adjustments |
| O'Callaghan | Accounting and Audit | 02/27/20 | 1.1 | $205.00 | $ 225.50 | Meeting with head of customer service re: year-end customer rebates |
| | **Accounting and Audit Total** | | **33.9** | | **$ 6,949.50** | |
| O'Callaghan | Bankruptcy Consulting | 02/04/20 | 0.2 | $205.00 | $ 41.00 | Call with company president re: board meeting preparation |
| O'Callaghan | Bankruptcy Consulting | 02/05/20 | 3.1 | $205.00 | $ 635.50 | Conducting analysis of gross margin by product line |
| O'Callaghan | Bankruptcy Consulting | 02/05/20 | 0.5 | $205.00 | $ 102.50 | Phone call with board member |
| O'Callaghan | Bankruptcy Consulting | 02/10/20 | 1.3 | $205.00 | $ 266.50 | Meeting with management re: establishing work orders for production |
| O'Callaghan | Bankruptcy Consulting | 02/11/20 | 1.1 | $205.00 | $ 225.50 | Meeting with HR director re: PTO policy changes |
| O'Callaghan | Bankruptcy Consulting | 02/11/20 | 1.2 | $205.00 | $ 246.00 | Reviewing financial results of Canadian subsidiary |
| O'Callaghan | Bankruptcy Consulting | 02/12/20 | 1.0 | $205.00 | $ 205.00 | Meeting with management re: board meeting prep |
| O'Callaghan | Bankruptcy Consulting | 02/12/20 | 0.8 | $205.00 | $ 164.00 | Meeting with Asst. Controller re: depreciation / lease calculation |
| O'Callaghan | Bankruptcy Consulting | 02/12/20 | 1.1 | $205.00 | $ 225.50 | Call with management of Canadian subsidiary re: financial results |
| O'Callaghan | Bankruptcy Consulting | 02/13/20 | 2.6 | $205.00 | $ 533.00 | Updating financial presentation for board meeting |
| O'Callaghan | Bankruptcy Consulting | 02/13/20 | 1.0 | $205.00 | $ 205.00 | Meeting with HR director re: OT and employment issues for board presentation |
| O'Callaghan | Bankruptcy Consulting | 02/14/20 | 0.8 | $205.00 | $ 164.00 | Meeting with HR director re: org chart changes |
| O'Callaghan | Bankruptcy Consulting | 02/14/20 | 1.6 | $205.00 | $ 328.00 | Meeting with IT Director: re transitioning to inventory management role |
| O'Callaghan | Bankruptcy Consulting | 02/14/20 | 0.8 | $205.00 | $ 164.00 | Call with management of Canadian subsidiary re: management compensation |
| O'Callaghan | Bankruptcy Consulting | 02/14/20 | 0.8 | $205.00 | $ 164.00 | Preparing memo re: compensation for Canadian subsidiary management |
| O'Callaghan | Bankruptcy Consulting | 02/17/20 | 1.8 | $205.00 | $ 369.00 | Meeting with management to review final prep for board meeting |
| O'Callaghan | Bankruptcy Consulting | 02/17/20 | 1.1 | $205.00 | $ 225.50 | Reviewing cost savings estimates with company president |
| O'Callaghan | Bankruptcy Consulting | 02/17/20 | 3.6 | $205.00 | $ 738.00 | Finalizing slide presentation for board meeting |
| O'Callaghan | Bankruptcy Consulting | 02/18/20 | 3.8 | $205.00 | $ 779.00 | Presenting financial results at board meeting |
| O'Callaghan | Bankruptcy Consulting | 02/18/20 | 2.8 | $205.00 | $ 574.00 | Discussion regarding Canadian subsidiary at board meeting |
| O'Callaghan | Bankruptcy Consulting | 02/18/20 | 2.4 | $205.00 | $ 492.00 | Additional discussion of financial results at board meeting |

**Getzler Henrich & Associates LLC**

DURO DYNE (DIP)
TIME DETAIL - FEBRUARY 2020

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | Bankruptcy Consulting | 02/19/20 | 2.6 | $205.00 | $ 533.00 | Review of HR and employment matters at board meeting |
| O'Callaghan | Bankruptcy Consulting | 02/19/20 | 1.2 | $205.00 | $ 246.00 | Legal review at board meeting |
| O'Callaghan | Bankruptcy Consulting | 02/19/20 | 2.9 | $205.00 | $ 594.50 | Review of facilities and cap ex at board meeting |
| O'Callaghan | Bankruptcy Consulting | 02/19/20 | 2.2 | $205.00 | $ 451.00 | Sales review at board meeting |
| O'Callaghan | Bankruptcy Consulting | 02/20/20 | 1.1 | $205.00 | $ 225.50 | Meeting with management re: compensation for production management |
| O'Callaghan | Bankruptcy Consulting | 02/21/20 | 0.8 | $205.00 | $ 164.00 | Tele conv w/ M Podgainy re: current operations progress and year end inventory |
| Podgainy | Bankruptcy Consulting | 02/21/20 | 0.8 | $445.00 | $ 356.00 | Tele conv w/ C O'Callaghan re: update on status of business operations and inventory |
| O'Callaghan | Bankruptcy Consulting | 02/24/20 | 1.4 | $205.00 | $ 287.00 | Meeting with management re: bills of materials and work order implementation |
| O'Callaghan | Bankruptcy Consulting | 02/24/20 | 1.5 | $205.00 | $ 307.50 | Meeting with IT director re: upgrades to MRP system to enhance performance |
| Podgainy | Bankruptcy Consulting | 02/25/20 | 0.3 | $445.00 | $ 133.50 | Conf call w/ D Krupnick and P Rossetto re: go forward financial function plan and current status of negotiations |
| O'Callaghan | Bankruptcy Consulting | 02/27/20 | 1.4 | $205.00 | $ 287.00 | Meeting with management re: promotions and other proposed organizational changes |
| O'Callaghan | Bankruptcy Consulting | 02/28/20 | 2.1 | $205.00 | $ 430.50 | Meeting with management re: overtime hours |
| | **Bankruptcy Consulting Total** | | **51.7** | | **$10,862.50** | |
| O'Callaghan | Budget Preparation | 02/04/20 | 5.3 | $205.00 | $ 1,086.50 | Updating 2020 budget |
| O'Callaghan | Budget Preparation | 02/05/20 | 2.5 | $205.00 | $ 512.50 | Comparing 2020 draft budget to 2019 actuals |
| O'Callaghan | Budget Preparation | 02/05/20 | 3.3 | $205.00 | $ 676.50 | Meeting with department heads re: budget draft |
| O'Callaghan | Budget Preparation | 02/06/20 | 2.2 | $205.00 | $ 451.00 | Reviewing budget draft with senior management |
| O'Callaghan | Budget Preparation | 02/06/20 | 2.4 | $205.00 | $ 492.00 | Reviewing salary data for 2020 budget |
| O'Callaghan | Budget Preparation | 02/07/20 | 4.2 | $205.00 | $ 861.00 | Additional drafting for 2020 budget |
| O'Callaghan | Budget Preparation | 02/11/20 | 4.2 | $205.00 | $ 861.00 | Updating 2020 expense statements for budget |
| O'Callaghan | Budget Preparation | 02/12/20 | 2.6 | $205.00 | $ 533.00 | Additional drafting of 2020 budget |
| O'Callaghan | Budget Preparation | 02/13/20 | 2.4 | $205.00 | $ 492.00 | Additional 2020 budget drafting |
| O'Callaghan | Budget Preparation | 02/17/20 | 1.3 | $205.00 | $ 266.50 | Reviewing updated draft budget with management |
| | **Budget Preparation Total** | | **30.4** | | **$ 6,232.00** | |
| Podgainy | Claims Analysis & Negotiation | 02/21/20 | 0.4 | $445.00 | $ 178.00 | Discussion w/ P Rossetto and D Krupnick re: progress in negotiations w/ Committee and North River |
| | **Claims Analysis & Negotiation Total** | | **0.4** | | **$ 178.00** | |
| Podgainy | Creditor Committee Matter | 02/26/20 | 0.1 | $445.00 | $ 44.50 | Correspondence w/ J Sinclair re: request for financial information |
| | **Creditor Committee Matter Total** | | **0.1** | | **$ 44.50** | |
| O'Callaghan | DIP Financing | 02/04/20 | 2.1 | $205.00 | $ 430.50 | Updating 13 week cash flow |
| O'Callaghan | DIP Financing | 02/04/20 | 0.9 | $205.00 | $ 184.50 | Meeting with AP manager re: weekly disbursements |
| O'Callaghan | DIP Financing | 02/05/20 | 1.2 | $205.00 | $ 246.00 | Meeting with management re: open orders |
| O'Callaghan | DIP Financing | 02/05/20 | 2.2 | $205.00 | $ 451.00 | Budget to actual comparison for weekly cash |
| O'Callaghan | DIP Financing | 02/10/20 | 1.1 | $205.00 | $ 225.50 | Updating budget-actual cash comparison |
| O'Callaghan | DIP Financing | 02/10/20 | 0.7 | $205.00 | $ 143.50 | Reviewing proposed expenditures for the week |
| O'Callaghan | DIP Financing | 02/10/20 | 0.8 | $205.00 | $ 164.00 | Reviewing cash receipts for the week |
| O'Callaghan | DIP Financing | 02/11/20 | 1.3 | $205.00 | $ 266.50 | Meeting with management re: open orders |
| O'Callaghan | DIP Financing | 02/11/20 | 3.4 | $205.00 | $ 697.00 | Updating weekly shipment and bookings report |
| O'Callaghan | DIP Financing | 02/12/20 | 3.9 | $205.00 | $ 799.50 | Updating 13 week cash flow forecast |
| O'Callaghan | DIP Financing | 02/13/20 | 1.4 | $205.00 | $ 287.00 | Meeting with management re: open orders |
| O'Callaghan | DIP Financing | 02/14/20 | 1.3 | $205.00 | $ 266.50 | Reviewing cash flow projections with asst. controller |
| O'Callaghan | DIP Financing | 02/17/20 | 2.6 | $205.00 | $ 533.00 | Updating weekly cash flow projections |
| O'Callaghan | DIP Financing | 02/20/20 | 1.3 | $205.00 | $ 266.50 | Meeting with management re: open orders |
| O'Callaghan | DIP Financing | 02/24/20 | 2.2 | $205.00 | $ 451.00 | Updating weekly shipment and bookings report |
| O'Callaghan | DIP Financing | 02/24/20 | 1.0 | $205.00 | $ 205.00 | Reviewing proposed disbursements for the week |
| O'Callaghan | DIP Financing | 02/25/20 | 1.4 | $205.00 | $ 287.00 | Meeting with management re: open orders and shipments |
| O'Callaghan | DIP Financing | 02/25/20 | 2.6 | $205.00 | $ 533.00 | Updating 13 week cash flow |
| O'Callaghan | DIP Financing | 02/27/20 | 0.6 | $205.00 | $ 123.00 | Preparing schedule of professional fee payments to be made |

Getzler Henrich & Associates LLC

FEBRUARY 1, 2020 - FEBRUARY 29, 2020

DURO DYNE (DIP)
TIME DETAIL - FEBRUARY 2020

| Timekeeper | Activity | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|---|
| O'Callaghan | DIP Financing | 02/28/20 | 1.2 | $205.00 | $ 246.00 | Updating weekly budget to actual cash flow comparison |
| | **DIP Financing Total** | | **33.2** | | **$ 6,806.00** | |
| Podgainy | Fee / Employment Application | 02/01/20 | 1.9 | $445.00 | $ 845.50 | Preparation of December 2019 fee application |
| | **Fee / Employment Application Total** | | **1.9** | | **$ 845.50** | |
| O'Callaghan | Monthly Operating Report | 02/25/20 | 3.2 | $205.00 | $ 656.00 | Drafting monthly operating report |
| O'Callaghan | Monthly Operating Report | 02/25/20 | 2.1 | $205.00 | $ 430.50 | Updating January financial statements for January 2020 MOR |
| O'Callaghan | Monthly Operating Report | 02/25/20 | 1.3 | $205.00 | $ 266.50 | Additional drafting of January 2020 MOR |
| O'Callaghan | Monthly Operating Report | 02/26/20 | 3.6 | $205.00 | $ 738.00 | Finalizing January 2020 MOR |
| | **Monthly Operating Report Total** | | **10.2** | | **$ 2,091.00** | |
| O'Callaghan | Supplier Issues | 02/04/20 | 2.3 | $205.00 | $ 471.50 | Preparing Management Fee invoice for Canadian subsidiary |
| O'Callaghan | Supplier Issues | 02/04/20 | 0.3 | $205.00 | $ 61.50 | Email correspondence with equipment vendor re: vendor financing |
| O'Callaghan | Supplier Issues | 02/06/20 | 2.0 | $205.00 | $ 410.00 | Meeting with outsourced IT provider |
| O'Callaghan | Supplier Issues | 02/12/20 | 1.4 | $205.00 | $ 287.00 | Reviewing updated pension plan documents |
| O'Callaghan | Supplier Issues | 02/14/20 | 1.2 | $205.00 | $ 246.00 | Updating professional fee payment schedule for board meeting |
| O'Callaghan | Supplier Issues | 02/14/20 | 0.6 | $205.00 | $ 123.00 | Email correspondence with landlord re: Longmont real estate taxes |
| O'Callaghan | Supplier Issues | 02/20/20 | 2.4 | $205.00 | $ 492.00 | Meeting with production management re: new equipment |
| O'Callaghan | Supplier Issues | 02/20/20 | 0.3 | $205.00 | $ 61.50 | Call with broker re: insurance policies |
| O'Callaghan | Supplier Issues | 02/20/20 | 0.5 | $205.00 | $ 102.50 | Meeting with asst. controller re: independent contractor payments |
| O'Callaghan | Supplier Issues | 02/26/20 | 0.6 | $205.00 | $ 123.00 | Call with bank representatives re: changes to checking account management |
| O'Callaghan | Supplier Issues | 02/26/20 | 1.0 | $205.00 | $ 205.00 | Filling out questionnaire regarding 401k information |
| Podgainy | Supplier Issues | 02/26/20 | 0.1 | $445.00 | $ 44.50 | Correspondence w/ BMC re: outstanding invoices |
| O'Callaghan | Supplier Issues | 02/27/20 | 2.1 | $205.00 | $ 430.50 | Meeting with representatives from ADP to review current services and potentially expanded services |
| O'Callaghan | Supplier Issues | 02/28/20 | 0.6 | $205.00 | $ 123.00 | Reviewing proposeal for new forklifts |
| | **Supplier Issues Total** | | **15.4** | | **$ 3,181.00** | |
| O'Callaghan | Travel | 02/04/20 | 0.8 | $102.50 | $ 82.00 | Travel to client location |
| O'Callaghan | Travel | 02/06/20 | 0.9 | $102.50 | $ 92.25 | Travel from client location |
| O'Callaghan | Travel | 02/10/20 | 1.3 | $102.50 | $ 133.25 | Travel to client location |
| O'Callaghan | Travel | 02/14/20 | 1.0 | $102.50 | $ 102.50 | Travel from client location |
| O'Callaghan | Travel | 02/24/20 | 0.4 | $102.50 | $ 41.00 | Travel to client location |
| | **Travel Total** | | **4.4** | | **$ 451.00** | |
| | **Grand Total** | | **181.6** | | **$37,641.00** | |

# EXHIBIT B

Getzler Henrich & Associates LLC

**FEBRUARY 1, 2020 - FEBRUARY 29, 2020**

DURO DYNE (DIP)
**EXPENSE DETAIL FEBRUARY 2020**

| Timekeeper | Expense Category | Expense Sub-Category | Date | Total | Description |
|---|---|---|---|---|---|
| O'Callaghan | Transportation | Automobile Expense - Mileage | 02/04/20 | $ 44.85 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 02/04/20 | $ 13.75 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 02/04/20 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 02/04/20 | $ 24.73 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 02/05/20 | $ 49.45 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 02/06/20 | $ 24.73 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 02/06/20 | $ 44.85 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 02/06/20 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 02/10/20 | $ 44.85 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 02/10/20 | $ 13.75 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 02/10/20 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 02/10/20 | $ 24.73 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 02/11/20 | $ 49.45 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 02/12/20 | $ 49.45 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 02/13/20 | $ 49.45 | Mileage to and from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 02/14/20 | $ 24.73 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 02/14/20 | $ 44.85 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 02/14/20 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 02/17/20 | $ 44.85 | Mileage to client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 02/17/20 | $ 13.75 | GWB |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 02/17/20 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Auto Expense - Mileage | 02/17/20 | $ 44.85 | Mileage to client |
| O'Callaghan | Transportation | Auto Expense - Tolls | 02/17/20 | $ 13.75 | GWB |
| O'Callaghan | Transportation | Auto Expense - Tolls | 02/17/20 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Automobile Expense - Mileage | 02/20/20 | $ 44.85 | Mileage from client |
| O'Callaghan | Transportation | Automobile Expense - Tolls | 02/20/20 | $ 6.12 | Throgs Neck |
| O'Callaghan | Transportation | Auto Expense - Mileage | 02/20/20 | $ 24.73 | Mileage from client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 02/20/20 | $ 49.45 | Throgs Neck |
| O'Callaghan | Transportation | Auto Expense - Mileage | 02/24/20 | $ 49.45 | Mileage to client |
| O'Callaghan | Transportation | Auto Expense - Mileage | 02/24/20 | $ 24.73 | GWB |
| O'Callaghan | Transportation | Auto Expense - Mileage | 02/24/20 | $ 44.85 | Throgs Neck |
| O'Callaghan | Transportation | Auto Expense - Tolls | 02/24/20 | $ 6.12 | Mileage from client |
|  | **Transportation Total** |  |  | **$ 907.81** |  |
|  | **Grand Total** |  |  | **$ 907.81** |  |