| | |
|---|---|
| THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC<br>John A. Fialcowitz<br>89 Headquarters Plaza<br>North Suite 1216<br>Morristown, NJ 07960<br>Telephone: (973) 813-7227<br>john@fialcowitzlaw.com | CAPLIN & DRYSDALE, CHARTERED<br>James P. Wehner (admitted *pro hac vice*)<br>Jeffrey A. Liesemer (admitted *pro hac vice*)<br>One Thomas Circle, N.W., Suite 1100<br>Washington, D.C. 20005<br>Telephone: (202) 862-5000<br>jwehner@capdale.com<br>jliesemer@capdale.com |

*Co-Counsel for the Official Committee of Asbestos Claimants*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DURO DYNE NATIONAL CORP., *et al.*,[1] | : | Case No. 18-27963-MBK |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**CERTIFICATION OF NO OBJECTION REGARDING SIXTEENTH MONTHLY FEE STATEMENT OF CAPLIN & DRYSDALE, CHARTERED FOR THE <u>PERIOD FROM FEBRUARY 1, 2020, THROUGH FEBRUARY 29, 2020</u> [DOCKET NO. 1085]**

The undersigned counsel hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Sixteenth Monthly Fee Statement of Caplin & Drysdale, Chartered as counsel for the Official Committee of Asbestos Claimants (the "**Committee**"), for the Period from February 1, 2020, through February 29, 2020 [Docket No. 1085] (the "**Application**"), filed on March 25, 2020, has been received. The undersigned further certifies that a review of the Court's docket in these cases reflects that no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served no later than April 4, 2020.

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

Pursuant to the *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of This Court* [Docket No. 345], the Debtors are now authorized to pay 80% ($7,484.80) of requested fees ($9,356.00) and 100% of requested expenses ($1.58), for a total of $7,486.38, on an interim basis without further order of the Court.

Dated:  April 7, 2020                    By:  */s/ John A. Fialcowitz*
                                              John A. Fialcowitz
                                              89 Headquarters Plaza North, Suite 1216
                                              Morristown, NJ 07960
                                              Telephone:  (973) 813-7227
                                              john@fialcowitzlaw.com

                                              *Counsel to the Official Committee*
                                              *of Asbestos Claimants*