**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
E-mail: krosen@lowenstein.com
E-mail: jprol@lowenstein.com

*Counsel to the Debtors and
Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*,[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

**FIFTEENTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP**
**FOR THE PERIOD JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

Lowenstein Sandler LLP, counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), submits this fifteenth monthly fee statement[2] for the period January 1, 2020 through January 31, 2020 (the "**Fifteenth Fee Statement**") pursuant to the Court's *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained By Order of this Court*, dated December 18, 2018 [Docket No. 345] (the "**Administrative Order**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2] Lowenstein Sandler filed its *First Interim Application of Lowenstein Sandler LLP As Counsel To The Debtors For Compensation For Services Rendered And Reimbursement Of Expenses For The Period From September 7, 2018 Through November 30, 2018* [D.I. 353] in lieu of its first monthly fee statement.

31035/2
04/22/2020 54239114.1

Pursuant to the Administrative Order, responses to the Fifteenth Fee Statement, if any, are due by May 4, 2020.

Dated: April 22, 2020

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/ *Jeffrey D. Prol*
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
E-mail: krosen@lowenstein.com
E-mail: jprol@lowenstein.com

*Counsel to the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

| | |
|---|---|
| IN RE: Duro Dyne National Corp., *et al.*,[1] | APPLICANT: Lowenstein Sandler LLP |
| CASE NO.: 18-27963 (MBK) | CLIENT: Chapter 11 Debtors |
| CHAPTER: 11 | CASE FILED: September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

**FIFTEENTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP
FOR THE PERIOD JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

**SECTION I**
**FEE SUMMARY**

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | $1,350,564.50 | $46,337.41 |
| TOTAL FEES ALLOWED TO DATE: | $1,338,664.00 | $46,316.81 |
| TOTAL RETAINER REMAINING | $0.00 | $0.00 |
| TOTAL PREVIOUS HOLDBACK (IF APPLICABLE)[2] | $2,380.10 | $0.00 |
| TOTAL RECEIVED BY LOWENSTEIN SANDLER[3] | $1,348,106.10 | $46,337.41 |

| | |
|---|---|
| FEE TOTALS | $9,605.00 |
| DISBURSEMENTS TOTALS | + $32.80 |
| TOTAL FEE APPLICATION | $9,367.80 |
| MINUS 20% HOLDBACK | -$1,921.00 |
| AMOUNT SOUGHT AT THIS TIME | $7,716.80 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2] This amount reflects holdback amounts for the Fifth Interim Period of January 1, 2020 through March 31, 2020 only, and does not include outstanding amounts owed for the prior interim periods.

[3] Prior to the Petition Date, Lowenstein Sandler was retained to represent the Debtors in these Chapter 11 Cases. Lowenstein Sandler was paid for all amounts owed for legal services rendered prior to the Petition Date and was holding a retainer in the amount of $117,300.04 (the "Retainer") for services and expenses incurred during these Chapter 11 Cases. The total amount received by Lowenstein Sandler reflects the application of the Retainer to amounts requested in Lowenstein Sandler's First Interim Fee Application [D.I. 353].

31035/2
04/22/2020 54239114.1

-2-

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Prol, Jeffrey D. | 1989 | Partner/Bankruptcy | 3.80 | $895.00 | $3,401.00 |
| Kramer, Jeffrey A. | 1995 | Counsel/Bankruptcy | 10.80 | $470.00 | $5,076.00 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 1.40 | $270.00 | $378.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 3.00 | $250.00 | $750.00 |
| **TOTAL FEES** | | | **19.00** | | **$9,605.00** |
| **Attorney Blended Rate** | | | | | **$580.62** |

## SECTION II
## SUMMARY OF SERVICES

| Task | Task Description | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 1.50 | $505.00 |
| B150 | Meetings of and Communication with Creditors | 0.60 | $282.00 |
| B160 | Fee/Employment Applications | 0.60 | $474.50 |
| B175 | Fee Applications and Invoices - Others | 10.30 | $4,121.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 0.30 | $183.50 |
| B310 | Claims Administration and Objections | 2.50 | $2,237.50 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 1.80 | $1,101.00 |
| B410 | General Bankruptcy Advice/Opinions | 1.30 | $611.00 |
| B460 | Other - Insurance Matters | 0.10 | $89.50 |
| | **Total** | **19.00** | **$9,605.00** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| | |
|---|---|
| Computerized legal research | $32.80 |
| **Total Disbursements** | **$32.80** |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1) DATE CASE FILED: September 7, 2018

(2) CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3) DATE OF RETENTION: October 19, 2018, effective as of September 7, 2018 [Docket No. 194]. See Order attached.

(4) SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

   a) Lowenstein Sandler participated in settlement negotiations regarding North River's claim and objections to confirmation;

   b) Lowenstein Sandler attempted to negotiate a resolution and participated in resolving a motion to perpetrate testimony;

   c) Lowenstein Sandler attended to a stay violation and litigation by an asbestos claimant;

   d) Lowenstein Sandler assisted with the preparation and filing of the Debtors' monthly operating reports;

   e) Lowenstein Sandler assisted with the preparation and filing of monthly fee applications on behalf of the Debtors' other professionals; and

   f) Lowenstein Sandler performed all other legal services for the Debtors that were necessary and proper in these proceedings and in furtherance of the Debtors' needs.

(5) ANTICIPATED DISTRIBUTION TO CREDITORS:

   (A) ADMINISTRATION EXPENSES:        (100%)
   (B) SECURED CREDITORS:              (100%)
   (C) PRIORITY CREDITORS:             (100%)
   (D) GENERAL UNSECURED CREDITORS:    (100%)

(6) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE): The Bankruptcy Court's recommendation in favor of confirmation of the Debtor's Plan of Reorganization is pending before the District Court.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: April 22, 2020              /s/ *Jeffrey D. Prol*
                                   Jeffrey D. Prol Esq.

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1** | |
| **LOWENSTEIN SANDLER LLP**<br>Jeffrey D. Prol, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Proposed Counsel to the Debtors and*<br>*Debtors-in-Possession* | Order Filed on October 19, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Duro Dyne National Corp., *et al.*[1]<br><br>       Debtors. | Chapter 11<br><br>Case No. 18-27963 (MBK)<br><br>(Jointly Administered) |

# ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE DEBTORS **EFFECTIVE AS OF THE PETITION DATE**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: October 19, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page: 2
Debtors: Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Debtors Effective as of the Petition Date

---

Upon consideration of the application (the "Application")[2] of the above captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order authorizing the employment and retention of Lowenstein Sandler LLP ("Lowenstein Sandler") as counsel to the Debtors, effective as of the Petition Date (September 7, 2018), and upon consideration of the Prol Declaration submitted in support of the Application; and the Court being satisfied, based on representations made in the Application that (i) Lowenstein Sandler has no connection with the Debtors, their creditors, any other party in interest, their current respective attorneys or professionals, the United States Trustee or any person employed in the office of the United States Trustee, and does not represent any entity having an adverse interest to the Debtors in connection with the Debtors' Chapter 11 Cases, except as set forth in the Prol Declaration; (ii) Lowenstein Sandler is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code, (iii) neither Lowenstein Sandler, nor its professionals, have any connection with the Debtors, their creditors or any other party in interest; and (iv) Lowenstein Sandler's employment is necessary and in the best interest of the Debtors; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey dated September 18, 2012 (Simandle, C.J.); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice of the Application being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED** as set forth herein.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Page:    3
Debtors: Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Debtors Effective as of the Petition Date

___

2. The Debtors are authorized to employ and to retain Lowenstein Sandler, effective as of the Petition Date, to serve as the Debtors' counsel in these Chapter 11 Cases.

3. Lowenstein Sandler shall be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, the applicable provisions of the Bankruptcy Rules, the Local Rules, and any orders entered in this case governing professional compensation and reimbursement for services rendered and charges and disbursements incurred.

4. The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6. This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

# EXHIBIT A

# EXHIBIT A

Professional Services rendered by Lowenstein Sandler LLP, through January 31, 2020

In re: Chapter 11

## I. SUMMARY OF TIME CHARGES AND HOURLY RATES

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Prol, Jeffrey D. | 1989 | Partner/Bankruptcy | 3.80 | $895.00 | $3,401.00 |
| Kramer, Jeffrey A. | 1995 | Counsel/Bankruptcy | 10.80 | $470.00 | $5,076.00 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 1.40 | $270.00 | $378.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 3.00 | $250.00 | $750.00 |
| **TOTAL FEES** | | | **19.00** | | **$9,605.00** |
| **Attorney Blended Rate** | | | | | **$580.62** |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|

B100 - Administration

B110 Case Administration

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B110 | 01/02/20 | DC | E-mail to BMC re: update to service list | 0.10 | $27.00 |
| B110 | 01/03/20 | DC | Tend to filing Affidavits of Service for BMC Group | 0.30 | $81.00 |
| B110 | 01/06/20 | DC | Respond to e-mail from J. Kramer re: status of monthly operating report | 0.10 | $27.00 |
| B110 | 01/06/20 | JAK | Review November monthly operation report (.2) and confer with LS team and C. O'Callaghan re: filing of same (.1) | 0.30 | $141.00 |
| B110 | 01/07/20 | DC | Tend to filing and service of November 2019 Monthly Operating Report | 0.20 | $54.00 |
| B110 | 01/09/20 | DC | Tend to filing Affidavit of Service for BMC invoice | 0.10 | $27.00 |
| B110 | 01/23/20 | DC | Review and file December 2019 Monthly Operating Report and confer with J. Kramer re: same | 0.20 | $54.00 |
| B110 | 01/23/20 | JAK | Review Monthly Operating Report for filing | 0.20 | $94.00 |
| | | | **Total B110 - Case Administration** | 1.50 | $505.00 |

B150 Meetings of and Communication with Creditors

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B150 | 01/02/20 | JAK | Confer with BMC Group re: updates to creditor addresses | 0.30 | $141.00 |
| B150 | 01/30/20 | JAK | Prepare correspondence to Committee re: agenda for Committee call and case status | 0.30 | $141.00 |
| | | | **Total B150 - Meetings of and Communication with Creditors** | 0.60 | $282.00 |

B160 Fee/Employment Applications

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B160 | 01/02/20 | DC | Discussion with E. Lawler re: CNO's for LS and Getzler | 0.10 | $27.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B160 | 01/28/20 | JDP | Review and edit LS pre-bill | 0.50 | $447.50 |
| | | | **Total B160 - Fee/Employment Applications** | 0.60 | $474.50 |

B175 Fee Applications and Invoices - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B175 | 01/02/20 | EBL | Prepare and e-file CNO re: Getzler's thirteenth monthly fee statement | 0.30 | $75.00 |
| B175 | 01/02/20 | JAK | Review CNO for Getzler Thirteenth Monthly Fee Statement and confer with LS team | 0.10 | $47.00 |
| B175 | 01/03/20 | EBL | Prepare and file CNO to Anderson Kill's ninth monthly fee statement | 0.50 | $125.00 |
| B175 | 01/03/20 | JAK | Review CNO for Anderson Kill fees (.1) and confer with LS team (.1) | 0.20 | $94.00 |
| B175 | 01/03/20 | JAK | Prepare Motion to Amend Ordinary Course Professionals Order | 0.90 | $423.00 |
| B175 | 01/15/20 | EBL | Review and revise Anderson Kill's tenth monthly fee statement; e-mail to J. Prol and J. Kramer re: same; e-mail to C. Malone re: same | 0.50 | $125.00 |
| B175 | 01/15/20 | JAK | Review Anderson Kill 10th monthly fee statement (.1) and confer with LS team (.1) | 0.20 | $94.00 |
| B175 | 01/16/20 | EBL | Revise, finalize and e-file Anderson Kill's tenth monthly statement (.4); e-mail to clients re: same (.1); discussion with J. Kramer re: holdback amount (.1); e-mail to C. Malone re: holdback amount (.1); prepare draft CNO re: same (.2); coordinate service of fee statement (.1) | 1.00 | $250.00 |
| B175 | 01/22/20 | EBL | Review and respond to e-mail from C. O'Callaghan re: Anderson Kill fee application; review and respond to e-mail from J. Prol re: fee application hearing status; phone call to court re: fee application hearing status | 0.30 | $75.00 |
| B175 | 01/28/20 | EBL | Prepare Anderson Kill's CNO for 10th Monthly Fee Statement; e-mail to J. Kramer and J. Prol re: same | 0.20 | $50.00 |
| B175 | 01/28/20 | EBL | Finalize and e-file CNO to Anderson Kill's tenth monthly fee statement; e-mail to C. Malone re: same, e-mail to client re: same | 0.20 | $50.00 |
| B175 | 01/28/20 | JAK | Prepare Ordinary Course Professional Amendment Motion and confer with LS team | 1.10 | $517.00 |
| B175 | 01/28/20 | JAK | Review CNO for Anderson Kill fee statement and confer with LS team | 0.20 | $94.00 |
| B175 | 01/28/20 | JAK | Confer with C. O'Callaghan re: Committee fee application | 0.10 | $47.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B175 | 01/29/20 | DC | Confer with J. Kramer re: status of appeal, confirmation and upcoming deadlines, review docket for orders approving fourth interim fee applications | 0.30 | $81.00 |
| B175 | 01/29/20 | JAK | Prepare Ordinary Course Professional Amendment Motion | 1.60 | $752.00 |
| B175 | 01/30/20 | JAK | Prepare Ordinary Course Professional Amendment Motion | 0.90 | $423.00 |
| B175 | 01/31/20 | JAK | Prepare Ordinary Course Professional Amendment Motion | 1.70 | $799.00 |
| | | | **Total B175 - Fee Applications and Invoices - Others** | 10.30 | $4,121.00 |

B190 Other Contested Matters (excluding assumption/rejection motions)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B190 | 01/07/20 | JAK | Review proposed order re: Snyder Testimony Motion (.1) and correspond with A. Wein and C. Malone re: same (.1) | 0.20 | $94.00 |
| B190 | 01/17/20 | JDP | E-mails to/from C. Malone re: deposition of dying declarant | 0.10 | $89.50 |
| | | | **Total B190 - Other Contested Matters (excluding assumption/rejection motions)** | 0.30 | $183.50 |

B300 - Claims and Plan

B310 Claims Administration and Objections

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B310 | 01/06/20 | JDP | Telephone conference with J. Wehner re: settlement with N. River | 0.30 | $268.50 |
| B310 | 01/14/20 | JDP | E-mails to/from client and committee counsel re: N. River claim | 0.20 | $179.00 |
| B310 | 01/16/20 | JDP | Telephone conference with J. Wehner re: N. River claim | 0.10 | $89.50 |
| B310 | 01/16/20 | JDP | Telephone conference with client re: N. River settlement | 0.40 | $358.00 |
| B310 | 01/17/20 | JDP | Telephone conference with client re: status of N. River settlement negotiations | 0.40 | $358.00 |
| B310 | 01/17/20 | JDP | Telephone conference with J. Wehner re: settlement with N. River | 0.20 | $179.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B310 | 01/20/20 | JDP | Telephone conference with creditor representatives re: settlement of N. River claim | 0.80 | $716.00 |
| B310 | 01/28/20 | JDP | E-mails to/from J. Wehner re: settlement of N. River claim | 0.10 | $89.50 |
| | | | **Total B310 - Claims Administration and Objections** | 2.50 | $2,237.50 |

B320 Plan and Disclosure Statement (including Business Plan)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B320 | 01/15/20 | JAK | Review issues in connection with North River objections to plan confirmation and other insurer settlements (.7) and correspond with C. Malone re: same (.2) | 0.90 | $423.00 |
| B320 | 01/29/20 | JAK | Review status of confirmation (.2) and confer with LS team (.1) | 0.30 | $141.00 |
| B320 | 01/31/20 | JDP | Telephone conference with D. Krupnik re: implementation of the Plan | 0.60 | $537.00 |
| | | | **Total B320 - Plan and Disclosure Statement (including Business Plan)** | 1.80 | $1,101.00 |

B400 - Bankruptcy-Related Advice

B410 General Bankruptcy Advice/Opinions

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B410 | 01/02/20 | JAK | Review issues re: Walker litigation and stay violation | 0.20 | $94.00 |
| B410 | 01/09/20 | JAK | E-mail correspondence with C. Menges re: Walker stay violation and review status of Walker litigation | 0.20 | $94.00 |
| B410 | 01/13/20 | JAK | E-mail correspondence with C. Menges re: Walker litigation and stay violation (.2) and confer with LS team (.1) | 0.30 | $141.00 |
| B410 | 01/14/20 | JAK | E-mail correspondence with C. Menges re: Walker litigation and automatic stay violation | 0.20 | $94.00 |
| B410 | 01/17/20 | JAK | E-mail correspondence with C. Menges re: Walker litigation and stay violation | 0.20 | $94.00 |
| B410 | 01/17/20 | JAK | E-mail correspondence with C. O'Callaghan re: Walker litigation and stay violation | 0.10 | $47.00 |
| B410 | 01/23/20 | JAK | E-mail correspondence with C. Manges and C. O'Callaghan re: stay violation by asbestos claimant | 0.10 | $47.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| | | | **Total B410 - General Bankruptcy Advice/Opinions** | 1.30 | $611.00 |

B460 Other - Insurance Matters

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B460 | 01/27/20 | JDP | Review e-mails from A. Wein and C. Malone re: D&O insurance and draft response | 0.10 | $89.50 |
| | | | **Total B460 - Other - Insurance Matters** | 0.10 | $89.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

**Timekeeper Summary (by Task):**

| Task | Task Description | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 1.50 | $505.00 |
| B150 | Meetings of and Communication with Creditors | 0.60 | $282.00 |
| B160 | Fee/Employment Applications | 0.60 | $474.50 |
| B175 | Fee Applications and Invoices - Others | 10.30 | $4,121.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 0.30 | $183.50 |
| B310 | Claims Administration and Objections | 2.50 | $2,237.50 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 1.80 | $1,101.00 |
| B410 | General Bankruptcy Advice/Opinions | 1.30 | $611.00 |
| B460 | Other - Insurance Matters | 0.10 | $89.50 |
| | **Total** | **19.00** | **$9,605.00** |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

# EXHIBIT B

**EXHIBIT B**

**Actual and necessary disbursements incurred by Lowenstein Sandler LLP**

**II.  Summary of Disbursement Charges**

| | |
|---|---:|
| Computerized legal research | $32.80 |
| **Total Disbursements** | **$32.80** |

The above charges are based upon time and expense records available on or about the date of the attached letter.  Such records are believed in good faith to be accurate and substantially up to date, but there may be fees and expenses that have not been processed as of such date which Lowenstein Sandler LLP may submit in the future.  Lowenstein Sandler LLP reserves the right to amend this monthly statement at a later date.

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

**DISBURSEMENT DETAIL:**

| Date | Description | Amount |
|---|---|---|
| 01/03/20 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q12020 DATE: 4/15/2020   Date: 01/03/2020 Court: NJBK Pages: 15 | $1.50 |
| 01/07/20 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q12020 DATE: 4/15/2020   Date: 01/07/2020 Court: NJBK Pages: 30 | $3.00 |
| 01/09/20 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q12020 DATE: 4/15/2020   Date: 01/09/2020 Court: DEBK Pages: 131 | $13.10 |
| 01/09/20 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q12020 DATE: 4/15/2020   Date: 01/09/2020 Court: NJBK Pages: 3 | $0.30 |
| 01/23/20 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q12020 DATE: 4/15/2020   Date: 01/23/2020 Court: NJBK Pages: 30 | $3.00 |
| 01/29/20 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q12020 DATE: 4/15/2020   Date: 01/29/2020 Court: NYSBK Pages: 55 | $5.50 |
| 01/29/20 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q12020 DATE: 4/15/2020   Date: 01/29/2020 Court: NJBK Pages: 35 | $3.50 |
| 01/30/20 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 3212377-Q12020 DATE: 4/15/2020   Date: 01/30/2020 Court: NJDC Pages: 29 | $2.90 |
| | Total Disbursements | $32.80 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**