| | |
|---|---|
| THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC<br>John A. Fialcowitz<br>89 Headquarters Plaza<br>North Suite 1216<br>Morristown, NJ 07960<br>Telephone: (973) 813-7227<br>john@fialcowitzlaw.com | CAPLIN & DRYSDALE, CHARTERED<br>James P. Wehner (admitted *pro hac vice*)<br>Jeffrey A. Liesemer (admitted *pro hac vice*)<br>One Thomas Circle, N.W., Suite 1100<br>Washington, D.C. 20005<br>Telephone: (202) 862-5000<br>jwehner@capdale.com<br>jliesemer@capdale.com |

*Co-Counsel for the Official Committee of Asbestos Claimants*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DURO DYNE NATIONAL CORP., *et al.*,[1] | : | Case No. 18-27963-MBK |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**SEVENTEENTH MONTHLY FEE STATEMENT OF**
**CAPLIN & DRYSDALE, CHARTERED FOR THE PERIOD**
**FROM MARCH 1, 2020, THROUGH MARCH 31, 2020**

Caplin & Drysdale, Chartered ("**Caplin & Drysdale**" or the "**Applicant**"), counsel for the Official Committee of Asbestos Claimants (the "**Committee**"), hereby submits this seventeenth monthly fee statement[2] for the period commencing March 1, 2020, through March 31, 2020 (the "**Seventeenth Fee Statement**") pursuant to the *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court*, dated December 18, 2018 (Docket No. 345) (the "**Interim Compensation Order**").

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2] Caplin & Drysdale's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Caplin & Drysdale, Chartered for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 337).

DOC# 3305324

Pursuant to the Interim Compensation Order, responses to the Seventeenth Fee Statement, if any, are due by May 4, 2020.

Dated:  April 24, 2020

By: /s/ James P. Wehner
James P. Wehner, Esq. (admitted *pro hac vice*)
Jeffrey A. Liesemer, Esq. (admitted *pro hac vice*)
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005
Telephone:  (202) 862-5000
Facsimile: (202) 429-3301
jwehner@capdale.com
jliesemer@capdale.com

*Counsel to the Official Committee
of Asbestos Claimants*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

## D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

| | | | |
|---|---|---|---|
| Debtor: | Duro Dyne National Corp., *et al.* [1] | Applicant: | Caplin & Drysdale, Chartered |
| Case No.: | 18-27963 (MBK) | Client: | Official Committee of Asbestos Claimants |
| Chapter: | 11 | Case Filed: | September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED AS EXHIBIT B

SEVENTEENTH MONTHLY FEE STATEMENT[2] OF
CAPLIN & DRYSDALE, CHARTERED FOR THE PERIOD
FROM MARCH 1, 2020, THROUGH MARCH 31, 2020

## SECTION 1
## FEE SUMMARY

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUSLY REQUESTED | $1,708,936.25 | $31,802.43 |
| TOTAL ALLOWED TO DATE | $1,640,949.02 | $29,980.59 |
| TOTAL RETAINER (IF APPLICABLE) | $0.00 | $0.00 |
| TOTAL HOLDBACK (IF APPLICABLE) | $14,510.30 | $0.00 |
| TOTAL RECEIVED BY APPLICANT | $1,636,384.75 | $29,980.59 |
| | | |
| FEE TOTALS – PAGE 2 | $32,057.50 | |
| DISBURSEMENTS TOTALS – PAGE 3 | $259.56 | |
| TOTAL FEE APPLICATION | $32,317.06 | |
| MINUS 20% HOLDBACK | $6,411.50 | |
| AMOUNT SOUGHT AT THIS TIME | $25,905.56 | |

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2] Caplin & Drysdale's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Caplin & Drysdale, Chartered for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 337).

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED | HOURS | RATE | FEES |
|---|---|---|---|---|
| Ann C. McMillan, Member | 1984 | 1.7 | $880 | $1,496.00 |
| Kevin C. Maclay, Member | 1994 | 1.4 | $845 | $1,183.00 |
| James P. Wehner, Member | 1995 | 8.6 | $795 | $6,837.00 |
| Jeffrey A. Liesemer, Member | 1993 | 26.4 | $795 | $20,988.00 |
| Cecilia Guerrero, Paralegal | N/A | 2.4 | $340 | $816.00 |
| Brigette A. Wolverton, Paralegal | N/A | 2.5 | $295 | $737.50 |
| **TOTAL FEES** | | **43.0** | | **$32,057.50** |
| **ATTORNEY BLENDED RATE** | | | **$745.52** | |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| **(.01) Asset Analysis and Recovery** | 0.0 | $0.00 |
| **(.03) Business Operations** | 0.3 | $238.50 |
| **(.04) Case Administration** | 0.0 | $0.00 |
| **(.05) Claims Administration and Objections** | 0.0 | $0.00 |
| **(.07) Fee Applications-Self** | 2.5 | $1,068.50 |
| **(.09) Financing** | 0.0 | $0.00 |
| **(.10) Litigation** | 0.0 | $0.00 |
| **(.11) Plan and Disclosure Statement** | 35.7 | $28,320.00 |
| **(.12) Relief from Stay Proceedings** | 0.0 | $0.00 |
| **(.13) Tax Issues** | 0.0 | $0.00 |
| **(.15) Committee Meetings/Conferences** | 2.1 | $1,718.00 |
| **(.16) Travel Time** | 0.0 | $0.00 |
| **(.17) Docket Review & File Maintenance** | 2.3 | $678.50 |
| **(.18) Fee Applications-Others** | 0.1 | $34.00 |
| **(.19) Retention Applications-Others** | 0.0 | $0.00 |
| **(.20) Retention Applications-Self** | 0.0 | $0.00 |
| **(.22) Review Fee Application-Other Parties** | 0.0 | $0.00 |
| **SERVICE TOTALS:** | **43.0** | **$32,057.50** |

2

# SECTION III
# SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| Computer Assisted Legal Research | $0.00 |
| Conference Call Charges | $0.00 |
| Courier & Express Carriers | $0.00 |
| Court Reporting | $0.00 |
| Fax | $0.00 |
| Filing Fees | $0.00 |
| Other Research | $0.00 |
| Pacer Fees | $0.00 |
| Postage | $0.00 |
| Reproduction Services - In-house | $0.00 |
| Reproduction Services - Outside | $0.00 |
| Travel | $0.00 |
| Other (specify): NJ Lawyers' Fund | $259.56 |
| **DISBURSEMENTS TOTAL:** | **$259.56** |

# SECTION IV
# CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. § 506)

(1)   DATE CASE FILED: September 7, 2018

(2)   CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)   DATE OF RETENTION: November 8, 2018, effective as of September 26, 2018 [Docket No. 258]. *See* Order attached.

(4)   SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

   a)   Caplin & Drysdale analyzed issues related to the Plan and Plan documents, including potential revisions of Plan documents;

   b)   Caplin & Drysdale evaluated potential resolutions of Plan objections.

   c)   Caplin & Drysdale spent time communicating with Committee members;

   d)   Caplin & Drysdale prepared and filed fee applications;

   e)   Caplin & Drysdale assisted in the preparation of fee applications for other Committee professionals;

 f) Caplin & Drysdale spent time working with counsel for the other Plan proponents and internally on general case matters, and status issues, as well as organizing and maintaining the case filing system and docket review for the bankruptcy case;

 g) Caplin & Drysdale performed other professional services as counsel for the Committee as necessary and appropriate in these chapter 11 cases.

(5) ANTICIPATED DISTRIBUTION TO CREDITORS:

 (A) ADMINISTRATION EXPENSES: (unknown at this time)
 (B) SECURED CREDITORS: (unknown at this time)
 (C) PRIORITY CREDITORS: (unknown at this time)
 (D) GENERAL UNSECURED CREDITORS: (unknown at this time)

(6) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the above is true.

Date: April 24, 2020   */s/ James P. Wehner*
             Signature

# EXHIBIT A

# Caplin & Drysdale
### ATTORNEYS

One Thomas Circle NW, Suite 1100
Washington, DC 20005

Telephone: (202) 862-5000        Federal Tax I.D. No.: 52-1226629        Fax: (202) 429-3301
www.capdale.com

Official Committee of Asbestos Claimants of Duro Dyne National

April 24, 2020
Invoice #:  326675
Page:  1

RE:  Duro Dyne Bankruptcy

For Professional Services Rendered Through March 31, 2020

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.03** | **Business Operations** | | | | |
| 3/26/2020 | JAL | Review and analysis of correspondence re Debtors' financial performance. | 0.3 | $795.00 | $238.50 |
| | | Total | 0.30 | | $238.50 |
| **.07** | **Fee Applications-Self** | | | | |
| 3/6/2020 | CG | Communication w/ local counsel re monthly fee app. | 0.1 | $340.00 | $34.00 |
| 3/8/2020 | CG | Draft certificate of no objection re monthly fee app (.2); communication to local counsel re same (.1). | 0.3 | $340.00 | $102.00 |
| 3/10/2020 | BAW | Update fee chart re interim fee application payment. | 0.2 | $295.00 | $59.00 |
| 3/23/2020 | JPW | Review C&D monthly; emails re same. | 0.5 | $795.00 | $397.50 |
| 3/24/2020 | CG | Draft, review, revise monthly fee app and related materials. | 0.9 | $340.00 | $306.00 |
| 3/25/2020 | CG | Finalize monthly fee app and related materials (.4); communication w/ local counsel re same (.1). | 0.5 | $340.00 | $170.00 |
| | | Total | 2.50 | | $1,068.50 |
| **.11** | **Plan & Disclosure Statement** | | | | |
| 3/2/2020 | JPW | Meet with KCM re confirmation issues. | 0.3 | $795.00 | $238.50 |
| 3/2/2020 | KCM | Meet with JPW re confirmation related issues. | 0.3 | $845.00 | $253.50 |
| 3/3/2020 | JPW | Teleconference J. Sinclair re analysis (0.2); emails re confirmation issues (0.4); teleconference KCM re same (0.1). | 0.7 | $795.00 | $556.50 |
| 3/3/2020 | KCM | Teleconference with JPW re confirmation issue. | 0.1 | $845.00 | $84.50 |

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .11 | **Plan & Disclosure Statement** | | | | |
| 3/4/2020 | JPW | Emails re confirmation issues (0.5); teleconference KCM re confirmation issues (0.2). | 0.7 | $795.00 | $556.50 |
| 3/4/2020 | KCM | Teleconference with JPW re confirmation issues. | 0.2 | $845.00 | $169.00 |
| 3/4/2020 | CG | Review communications re insurance issues and upcoming hearing. | 0.3 | $340.00 | $102.00 |
| 3/9/2020 | JAL | Confer with JPW re developments and next steps. | 0.3 | $795.00 | $238.50 |
| 3/9/2020 | JPW | Teleconference J. Prol and C. Malone re confirmation issue (0.2); meet with JAL re confirmation issues (0.3). | 0.5 | $795.00 | $397.50 |
| 3/9/2020 | CG | Review communications re confirmation issues. | 0.2 | $340.00 | $68.00 |
| 3/10/2020 | JAL | Review and comment on FCR's markup of draft agreements. | 3.3 | $795.00 | $2,623.50 |
| 3/10/2020 | JPW | Teleconference x2 with J. Prol re confirmation issues (0.5); teleconference E. Harron re confirmation issues (0.2); emails re confirmation issues (0.3). | 1.0 | $795.00 | $795.00 |
| 3/11/2020 | JAL | Review materials in prep for call re confirmation order. | 1.1 | $795.00 | $874.50 |
| 3/11/2020 | JPW | Emails re confirmation issues. | 0.3 | $795.00 | $238.50 |
| 3/12/2020 | JAL | Telephone call with J. Prol and JPW re developments and next steps for confirmation (0.5); modifications and editing to proposed confirmation order (3.7). | 4.2 | $795.00 | $3,339.00 |
| 3/12/2020 | JPW | Teleconference J. Prol, JAL re confirmation issues (0.5); emails re confirmation issues (0.3). | 0.8 | $795.00 | $636.00 |
| 3/13/2020 | JAL | Further markup of confirmation order and transmittal email to J. Prol and FCR counsel. | 1.2 | $795.00 | $954.00 |
| 3/15/2020 | JAL | Review, comments, and edits to markup of proposed findings and conclusions. | 2.5 | $795.00 | $1,987.50 |
| 3/16/2020 | JAL | Edit and revise proposed amended FOF/COL and review draft proposed confirmation order (.7); further edits and revisions re same (.6); respond to inquiry from co-counsel (.2). | 1.5 | $795.00 | $1,192.50 |
| 3/16/2020 | JPW | Review revised findings. | 1.0 | $795.00 | $795.00 |
| 3/17/2020 | JAL | Revisions and editing to proposed confirmation order. | 1.1 | $795.00 | $874.50 |
| 3/17/2020 | JPW | Emails re confirmation issues. | 0.3 | $795.00 | $238.50 |
| 3/20/2020 | JAL | Correspondence with J. Fialcowitz re developments and next steps. | 0.3 | $795.00 | $238.50 |
| 3/23/2020 | JAL | Review and analysis of revised drafts of mortgages, and revisions and editing to the same. | 3.6 | $795.00 | $2,862.00 |
| 3/25/2020 | JPW | Emails regarding financial analysis. | 0.3 | $795.00 | $238.50 |

April 24, 2020
Invoice #: 326675

Page: 3

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 3/27/2020 | JAL | Correspondence with JPW re status and next steps. | 0.7 | $795.00 | $556.50 |
| 3/27/2020 | JPW | Emails re status of confirmation documents. | 0.2 | $795.00 | $159.00 |
| 3/30/2020 | ACM | Review proposed revisions to North River settlement agreement (.7); exchange e-mails re same (.1). | 0.8 | $880.00 | $704.00 |
| 3/30/2020 | JPW | Review order; email re same. | 0.3 | $795.00 | $238.50 |
| 3/31/2020 | ACM | Review proposed revisions to North River settlement agreement (.7); exchange e-mails re same (.1). | 0.8 | $880.00 | $704.00 |
| 3/31/2020 | JAL | Review and analysis of North River's markup of draft settlement agreement. | 3.1 | $795.00 | $2,464.50 |
| 3/31/2020 | JAL | Review and analysis of North River's markup of draft settlement agreement and correspondence with ACM and JPW re same. | 3.1 | $795.00 | $2,464.50 |
| 3/31/2020 | JPW | Emails re confirmation issues. | 0.6 | $795.00 | $477.00 |
| | | **Total** | **35.70** | | **$28,320.00** |
| **.15** | **Committee Meetings/Conferences** | | | | |
| 3/2/2020 | KCM | Teleconference with Committee member re confirmation issue. | 0.4 | $845.00 | $338.00 |
| 3/3/2020 | ACM | Conference JPW, JAL re Committee call. | 0.1 | $880.00 | $88.00 |
| 3/3/2020 | JAL | Confer with JPW and ACM re Committee call. | 0.1 | $795.00 | $79.50 |
| 3/3/2020 | JPW | Duro Dyne Committee call (0.4); teleconference ACM, JAL re same (0.1). | 1.1 | $795.00 | $874.50 |
| 3/3/2020 | KCM | Committee call. | 0.4 | $845.00 | $338.00 |
| | | **Total** | **2.10** | | **$1,718.00** |
| **.17** | **Docket Review & File Maintenance** | | | | |
| 3/4/2020 | BAW | Factual research re recent filings and prepare materials re same. | 0.1 | $295.00 | $29.50 |
| 3/5/2020 | BAW | Factual research re recent filings and prepare materials re same. | 0.1 | $295.00 | $29.50 |
| 3/9/2020 | BAW | Factual research and prepare materials re recent filings (.1); prepare communications re same (.1). | 0.2 | $295.00 | $59.00 |
| 3/10/2020 | BAW | Factual research and prepare materials re recent filings (.2); prepare communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 3/11/2020 | BAW | Factual research and prepare materials re recent filings (.1); prepare communications re same (.1). | 0.2 | $295.00 | $59.00 |
| 3/16/2020 | BAW | Factual research re recent filings and communications re same. | 0.1 | $295.00 | $29.50 |

April 24, 2020
Invoice #:  326675

Page: 4

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .17 | **Docket Review & File Maintenance** | | | | |
| 3/18/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 3/20/2020 | BAW | Factual research re recent filings (.1); communications re same (.1). | 0.2 | $295.00 | $59.00 |
| 3/23/2020 | BAW | Factual research re recent filings (.1); communications re same (.1). | 0.2 | $295.00 | $59.00 |
| 3/27/2020 | BAW | Prepare materials re recent filings (.1); communications re same (.1). | 0.2 | $295.00 | $59.00 |
| 3/30/2020 | BAW | Factual research re recent filings (.1); communications re same (.1). | 0.2 | $295.00 | $59.00 |
| 3/31/2020 | BAW | Prepare materials re recent filings (.1); communications re same (.1). | 0.2 | $295.00 | $59.00 |
| | | **Total** | **2.30** | | **$678.50** |
| .18 | **Fee Applications-Others** | | | | |
| 3/2/2020 | CG | Communications w/ local counsel re COFC fee application. | 0.1 | $340.00 | $34.00 |
| | | **Total** | **0.10** | | **$34.00** |
| | | **Total Professional Services** | **43.0** | | **$32,057.50** |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JAL | Jeffrey A. Liesemer | Member | 26.4 | $795.00 | $20,988.00 |
| KCM | Kevin C. Maclay | Member | 1.4 | $845.00 | $1,183.00 |
| ACM | Ann C. McMillan | Member | 1.7 | $880.00 | $1,496.00 |
| JPW | James P. Wehner | Member | 8.6 | $795.00 | $6,837.00 |
| CG | Cecilia Guerrero | Paralegal | 2.4 | $340.00 | $816.00 |
| BAW | Brigette A. Wolverton | Paralegal | 2.5 | $295.00 | $737.50 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 03/19/2020 | Miscellaneous - NJ Lawyers' Fund fee (JAL) [.07] | $259.56 |
| | **Total Disbursements** | **$259.56** |

April 24, 2020
Invoice #:    326675

Page:    5

|  |  |
|---|---|
| Total Services | $32,057.50 |
| Total Disbursements | $259.56 |
| Total Current Charges | $32,317.06 |

# EXHIBIT B

| |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY **Caption in Compliance with D.N.J. LBR 9004-1** |
| John A. Fialcowitz, Esq.<br>THE LAW OFFICE OF JOHN A. FIALCOWITZ<br>89 Headquarters Plaza North, Ste. 1216<br>Morristown, New Jersey 07960<br>973.532.7208<br>John@fialcowitzlaw.com<br><br>*Proposed Local Counsel for the Official Committee of Asbestos Claimants* |

Order Filed on November 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DURO DYNE NATIONAL CORP., *et al.*, | : | Case No. 18-27963 (MBK) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**[PROPOSED] ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF CAPLIN & DRYSDALE, CHARTERED, AS THE COMMITTEE'S COUNSEL, EFFECTIVE *NUNC PRO TUNC* AS OF SEPTEMBER 26, 2018**

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

**DATED: November 9, 2018**

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page: 2
Debtor: Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective *Nunc Pro Tunc* as of September 26, 2018

Before this Court is the *Application of the Official Committee of Asbestos Claimants for an Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective* Nunc Pro Tunc *as of September 26, 2018* (the "**Application**"), which was filed by the Official Committee of Asbestos Claimants (the "**Committee**") on October 29, 2018. Based on the record herein, and after due deliberation thereon, this Court finds and concludes that (i) the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), does not represent any entity having an interest adverse to the Committee or to the asbestos-related creditors of the Debtors' estates in connection with the matters for which the Committee proposes to employ Caplin & Drysdale; (ii) Caplin & Drysdale is a "disinterested person" pursuant to §§ 101(14) and 328(c) of the Bankruptcy Code; (iii) proper and adequate notice of the Application has been given and no other or further notice is necessary; and (iv) the Committee's employment and retention of Caplin & Drysdale as its counsel should be approved. Accordingly, **IT IS HEREBY ORDERED**, that:

1. The Application is granted and approved;

2. The Committee is authorized to employ and retain Caplin & Drysdale as its counsel on the terms set forth in the Application, pursuant to §§ 328 and 1103 of the Bankruptcy Code, effective *nunc pro tunc* as of September 26, 2018;

3. Caplin & Drysdale shall be compensated in accordance with the procedures set forth in §§ 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the orders and rules of this Court, and such other procedures as may be fixed by order of this Court;

Page: 3
Debtor: Duro Dyne National Corp., *et al*.
Case No.: 18-27963 (MBK)
Caption: Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective *Nunc Pro Tunc* as of September 26, 2018

4. The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived;

5. This Order shall be immediately effective and enforceable upon its entry; and

6. The Court shall retain jurisdiction with respect to all matters arising or related to the implementation of this order.