**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
E-mail: krosen@lowenstein.com
E-mail: jprol@lowenstein.com

*Counsel to the Debtors and
Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*,[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

**EIGHTEENTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP
FOR THE PERIOD APRIL 1, 2020 THROUGH APRIL 30, 2020**

Lowenstein Sandler LLP, counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), submits this eighteenth monthly fee statement[2] for the period April 1, 2020 through April 30, 2020 (the "**Eighteenth Fee Statement**") pursuant to the Court's *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained By Order of this Court*, dated December 18, 2018 [Docket No. 345] (the "**Administrative Order**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2] Lowenstein Sandler filed its *First Interim Application of Lowenstein Sandler LLP As Counsel To The Debtors For Compensation For Services Rendered And Reimbursement Of Expenses For The Period From September 7, 2018 Through November 30, 2018* [D.I. 353] in lieu of its first monthly fee statement.

31035/2
05/19/2020 54370951.1

Pursuant to the Administrative Order, responses to the Eighteenth Fee Statement, if any, are due by May 29, 2020.

Dated: May 19, 2020

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/ *Jeffrey D. Prol*
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
E-mail: krosen@lowenstein.com
E-mail: jprol@lowenstein.com

*Counsel to the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

| | |
|---|---|
| IN RE: Duro Dyne National Corp., *et al.*,[1] | APPLICANT: Lowenstein Sandler LLP |
| CASE NO.: 18-27963 (MBK) | CLIENT: Chapter 11 Debtors |
| CHAPTER: 11 | CASE FILED: September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

**EIGHTEENTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP**
**FOR THE PERIOD APRIL 1, 2020 THROUGH APRIL 30, 2020**

**SECTION I**
**FEE SUMMARY**

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | $1,391,734.00 | $46,377.31 |
| TOTAL FEES ALLOWED TO DATE: | $1,338,664.00 | $46,316.81 |
| TOTAL RETAINER REMAINING | $0.00 | $0.00 |
| TOTAL PREVIOUS HOLDBACK (IF APPLICABLE)[2] | $10,614.00 | $0.00 |
| TOTAL RECEIVED BY LOWENSTEIN SANDLER[3] | $1,348,106.10 | $46,337.41 |

| | |
|---|---|
| FEE TOTALS | $20,086.00 |
| DISBURSEMENTS TOTALS | + $0.00 |
| TOTAL FEE APPLICATION | $20,086.00 |
| MINUS 20% HOLDBACK | - $4,017.20 |
| AMOUNT SOUGHT AT THIS TIME | $16,068.80 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2] This amount reflects holdback amounts for the Fifth Interim Period of December 1, 2020 through March 31, 2020 only, and does not include outstanding amounts owed for the prior interim periods.

[3] Prior to the Petition Date, Lowenstein Sandler was retained to represent the Debtors in these Chapter 11 Cases. Lowenstein Sandler was paid for all amounts owed for legal services rendered prior to the Petition Date and was holding a retainer in the amount of $117,300.04 (the "Retainer") for services and expenses incurred during these Chapter 11 Cases. The total amount received by Lowenstein Sandler reflects the application of the Retainer to amounts requested in Lowenstein Sandler's First Interim Fee Application [D.I. 353].

31035/2
05/19/2020 54370951.1

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Prol, Jeffrey D. | 1989 | Partner/Bankruptcy | 9.80 | $895.00 | $8,771.00 |
| Kramer, Jeffrey A. | 1995 | Counsel/Bankruptcy | 6.70 | $470.00 | $3,149.00 |
| Suckerman, Daniel A. | 2007 | Counsel/Corporate / Tax | 1.50 | $695.00 | $1,042.50 |
| Yusem, Stuart S. | 1982 | Counsel/Corporate / Tax | 1.90 | $755.00 | $1,434.50 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 0.70 | $270.00 | $189.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 22.00 | $250.00 | $5,500.00 |
| **TOTAL FEES** | | | **42.60** | | **$20,086.00** |
| **Attorney Blended Rate** | | | | | **$723.47** |

## SECTION II
## SUMMARY OF SERVICES

| Task | Task Description | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 0.60 | $156.00 |
| B160 | Fee/Employment Applications | 11.10 | $3,228.00 |
| B165 | Employment and Retention Applications - Others | 0.30 | $141.00 |
| B175 | Fee Applications and Invoices - Others | 16.90 | $5,455.50 |
| B210 | Business Operations | 0.70 | $291.50 |
| B230 | Financing/Cash Collateral | 0.50 | $447.50 |
| B250 | Real Estate | 1.50 | $1,042.50 |
| B310 | Claims Administration and Objections | 6.80 | $6,086.00 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 4.00 | $3,144.00 |
| B410 | General Bankruptcy Advice/Opinions | 0.20 | $94.00 |
| | **Total** | **42.60** | **$20,086.00** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| N/A | $0.00 |
|---|---|
| **Total Disbursements** | **$0.00** |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1) DATE CASE FILED: September 7, 2018

(2) CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3) DATE OF RETENTION: October 19, 2018, effective as of September 7, 2018 [Docket No. 194]. See Order attached.

(4) SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

   a) Lowenstein Sandler reviewed and revised the settlement agreement and 9019 motion regarding North River's claim;

   b) Lowenstein Sandler reviewed and revised mortgage agreement documents;

   c) Lowenstein Sandler attended to a document request from Bank of America;

   d) Lowenstein Sandler filed the Debtors' monthly operating report;

   e) Lowenstein Sandler conferred with the Debtors, the Debtors' financial advisor, and counsel to Bank of America regarding exit financing;

   f) Lowenstein Sandler prepared its monthly and interim fee applications, and assisted with the preparation and filing of monthly and interim fee applications on behalf of the Debtors' other professionals; and

   g) Lowenstein Sandler performed all other legal services for the Debtors that were necessary and proper in these proceedings and in furtherance of the Debtors' needs.

(5) ANTICIPATED DISTRIBUTION TO CREDITORS:

   (A) ADMINISTRATION EXPENSES:        (100%)
   (B) SECURED CREDITORS:              (100%)
   (C) PRIORITY CREDITORS:             (100%)
   (D) GENERAL UNSECURED CREDITORS:    (100%)

(6) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE): The Bankruptcy Court's recommendation in favor of confirmation of the Debtor's Plan of Reorganization is pending before the District Court.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: May 19, 2020                    /s/ *Jeffrey D. Prol*
                                       Jeffrey D. Prol Esq.

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1** | |
|---|---|
| **LOWENSTEIN SANDLER LLP**<br>Jeffrey D. Prol, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Proposed Counsel to the Debtors and*<br>*Debtors-in-Possession* | **Order Filed on October 19, 2018**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In re:<br><br>Duro Dyne National Corp., *et al.*[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 18-27963 (MBK)<br><br>(Jointly Administered) |

# ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE

   The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: October 19, 2018**

                                 Honorable Michael B. Kaplan
                                 United States Bankruptcy Judge

Page:    2
Debtors: Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Debtors Effective as of the Petition Date

---

Upon consideration of the application (the "<u>Application</u>")[2] of the above captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") for entry of an order authorizing the employment and retention of Lowenstein Sandler LLP ("<u>Lowenstein Sandler</u>") as counsel to the Debtors, effective as of the Petition Date (September 7, 2018), and upon consideration of the Prol Declaration submitted in support of the Application; and the Court being satisfied, based on representations made in the Application that (i) Lowenstein Sandler has no connection with the Debtors, their creditors, any other party in interest, their current respective attorneys or professionals, the United States Trustee or any person employed in the office of the United States Trustee, and does not represent any entity having an adverse interest to the Debtors in connection with the Debtors' Chapter 11 Cases, except as set forth in the Prol Declaration; (ii) Lowenstein Sandler is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code, (iii) neither Lowenstein Sandler, nor its professionals, have any connection with the Debtors, their creditors or any other party in interest; and (iv) Lowenstein Sandler's employment is necessary and in the best interest of the Debtors; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey dated September 18, 2012 (Simandle, C.J.); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice of the Application being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED** as set forth herein.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

-2-

Page:     3
Debtors:  Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as
          Counsel to the Debtors Effective as of the Petition Date

___

2. The Debtors are authorized to employ and to retain Lowenstein Sandler, effective as of the Petition Date, to serve as the Debtors' counsel in these Chapter 11 Cases.

3. Lowenstein Sandler shall be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, the applicable provisions of the Bankruptcy Rules, the Local Rules, and any orders entered in this case governing professional compensation and reimbursement for services rendered and charges and disbursements incurred.

4. The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6. This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

# EXHIBIT A

## EXHIBIT A
Professional Services rendered by Lowenstein Sandler LLP, through April 30, 2020

In re: Chapter 11

**I. SUMMARY OF TIME CHARGES AND HOURLY RATES**

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Prol, Jeffrey D. | 1989 | Partner/Bankruptcy | 9.80 | $895.00 | $8,771.00 |
| Kramer, Jeffrey A. | 1995 | Counsel/Bankruptcy | 6.70 | $470.00 | $3,149.00 |
| Suckerman, Daniel A. | 2007 | Counsel/Corporate / Tax | 1.50 | $695.00 | $1,042.50 |
| Yusem, Stuart S. | 1982 | Counsel/Corporate / Tax | 1.90 | $755.00 | $1,434.50 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 0.70 | $270.00 | $189.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 22.00 | $250.00 | $5,500.00 |
| **TOTAL FEES** | | | **42.60** | | **$20,086.00** |
| **Attorney Blended Rate** | | | | | **$723.47** |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|

B100 - Administration

B110 Case Administration

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B110 | 04/06/20 | EBL | Review and e-file 2 affidavits of service for BMC Group | 0.30 | $75.00 |
| B110 | 04/10/20 | DC | Respond to e-mail from BMC Group re: change of adress forms | 0.10 | $27.00 |
| B110 | 04/14/20 | DC | Tend to filing Affidavit of Service for BMC Group | 0.10 | $27.00 |
| B110 | 04/24/20 | DC | Tend to filing Certification of Service for BMC Group | 0.10 | $27.00 |
| | | | **Total B110 - Case Administration** | 0.60 | $156.00 |

B160 Fee/Employment Applications

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B160 | 04/14/20 | EBL | Review and respond to e-mail from J. Prol re: next interim fee app period and upcoming hearing dates | 0.20 | $50.00 |
| B160 | 04/20/20 | EBL | E-mails with L. Pami and J. Prol re: monthly fee app preparation | 0.20 | $50.00 |
| B160 | 04/20/20 | JDP | Review and edit pre-bills for Jan, Feb and March | 0.60 | $537.00 |
| B160 | 04/21/20 | EBL | Prepare Lowenstein Sandler's 15th, 16th and 17th monthly fee statements and related documents | 4.20 | $1,050.00 |
| B160 | 04/22/20 | EBL | Finalize, e-file and coordinate service of Lowentein Sandler's fifteenth, sixteenth and seventeenth monthly fee statements; update electronic files and master fee chart | 1.40 | $350.00 |
| B160 | 04/22/20 | EBL | Correct and re-file March fee statement (incorrect exhibit); coordinate service; phone call with court re: same; e-mails with J. Kramer re: same | 0.60 | $150.00 |
| B160 | 04/22/20 | JAK | Correspond with J. Sponder and LS team re: Lowenstein fee application and review applicable documents | 0.30 | $141.00 |
| B160 | 04/23/20 | EBL | Prepare and e-file Lowenstein's fifth interim fee application | 3.60 | $900.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| | | | **Total B160 - Fee/Employment Applications** | 11.10 | $3,228.00 |

B165 Employment and Retention Applications - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B165 | 04/23/20 | JAK | Revise and edit Ordinary Course Professionals Motion and correspond with LS team re: same | 0.30 | $141.00 |
| | | | **Total B165 - Employment and Retention Applications - Others** | 0.30 | $141.00 |

B175 Fee Applications and Invoices - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B175 | 04/03/20 | EBL | Review and revise Getzler's sixteenth monthly fee statement; e-mail to J. Prol and J. Kramer re: same | 0.40 | $100.00 |
| B175 | 04/03/20 | EBL | FInalize, efile and coodinate service of Getzler's February monthly fee statement; update electronic files and master fee chart re: same | 0.70 | $175.00 |
| B175 | 04/03/20 | JAK | Review Getzler fee application | 0.10 | $47.00 |
| B175 | 04/03/20 | JAK | Correspond with LS team re: fee applications | 0.10 | $47.00 |
| B175 | 04/10/20 | JAK | Correspond with C. O' Callaghan and LS team re: ordinary course professionals order | 0.20 | $94.00 |
| B175 | 04/10/20 | JAK | Correspond with J. Sponder re: ordinary course professionals order | 0.10 | $47.00 |
| B175 | 04/10/20 | JAK | Revise motion to amend ordinary course professionals order | 0.20 | $94.00 |
| B175 | 04/13/20 | JAK | Correspond with LS team re: ordinary course professionals order | 0.10 | $47.00 |
| B175 | 04/14/20 | EBL | Prepare CNO for Getzler's February fee statement | 0.30 | $75.00 |
| B175 | 04/14/20 | EBL | Finalize and efile Getzler's CNO re: sixteenth monthly fee statement; e-mail to client re: same | 0.30 | $75.00 |
| B175 | 04/16/20 | EBL | E-mails and phone call with C. Malone re: interim fee apps | 0.60 | $150.00 |
| B175 | 04/16/20 | EBL | Revisions to Anderson Kill's thirteenth monthly fee statement | 0.20 | $50.00 |
| B175 | 04/16/20 | EBL | FInalize, efile and coordinate service of Anderson Kill's thirteenth monthly fee statement | 0.40 | $100.00 |
| B175 | 04/16/20 | EBL | Phone call with J. Kramer re: Anderson Kill billing issues | 0.40 | $100.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B175 | 04/16/20 | JAK | Review Anderson Kill Monthly Fee Statement and confer with LS team | 0.20 | $94.00 |
| B175 | 04/16/20 | JAK | Correspond with J. Sponder re: Anderson Kill fee statement and ordinary course professionals order | 0.50 | $235.00 |
| B175 | 04/16/20 | JAK | Confer with E. Lawler re: Anderson Kill fee statement and ordinary course professionals order | 0.20 | $94.00 |
| B175 | 04/16/20 | JDP | E-mails from/to creditor counsel re: next date for filing interim fee applications | 0.10 | $89.50 |
| B175 | 04/17/20 | JAK | Correspoind with LS team re: ordinary course professionals order | 0.10 | $47.00 |
| B175 | 04/20/20 | JAK | Revise and edit Ordinary Course Professionals Extension Motion and confer with LS team | 0.70 | $329.00 |
| B175 | 04/27/20 | EBL | Revise, finalize, e-file and coordinate service of Getzler's seventeenth monthly fee statement | 0.80 | $200.00 |
| B175 | 04/27/20 | EBL | Revisions to Anderson Kill first interim fee application; phone call with J. Kramer re: same | 2.40 | $600.00 |
| B175 | 04/27/20 | JAK | Review and revise Anderson Kill First Interim Fee Application and confer with LS team | 1.10 | $517.00 |
| B175 | 04/27/20 | JAK | Review Getzler Henrich's fee application and confer with LS team | 0.20 | $94.00 |
| B175 | 04/28/20 | EBL | Revise, finalize, efile and coordinate service of Anderson Kill's first interim fee application and related documents | 2.80 | $700.00 |
| B175 | 04/28/20 | EBL | Revise, finalize, efile and coordinate service of Getzler's fifth interim fee application | 1.60 | $400.00 |
| B175 | 04/28/20 | EBL | Prepare e-mail to client attaching all filed interim fee apps | 0.20 | $50.00 |
| B175 | 04/28/20 | JAK | Revise and edit Getzler interim fee application and confer with LS team | 0.50 | $235.00 |
| B175 | 04/28/20 | JAK | Revise and edit Anderson Kill interim fee application and confer with LS team | 0.60 | $282.00 |
| B175 | 04/28/20 | JAK | Confer with LS team re: service of interim fee application | 0.10 | $47.00 |
| B175 | 04/29/20 | EBL | Prepare CNO re: Anderson Kill's March 2020 fee statement | 0.20 | $50.00 |
| B175 | 04/30/20 | EBL | Finalize and e-file cno re: Anderson Kill's March 2020 fee statement; e-mail to client re: same; update master fee chart and electronic files re: same | 0.20 | $50.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B175 | 04/30/20 | JAK | Correspond with J. Prol re: ordinary course professionals | 0.20 | $94.00 |
| B175 | 04/30/20 | JAK | Review Anderson Kill CNO and confer with LS team | 0.10 | $47.00 |
| | | | **Total B175 - Fee Applications and Invoices - Others** | 16.90 | $5,455.50 |

B200 - Operations

B210 Business Operations

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B210 | 04/06/20 | DC | Tend to filing and service of Monthly Operating Report for February 2020 | 0.20 | $54.00 |
| B210 | 04/29/20 | JDP | E-mails from/to UST and client re: March operating report | 0.10 | $89.50 |
| B210 | 04/30/20 | DC | Tend to filing and service of Monthly Operating Report for March 2020 | 0.20 | $54.00 |
| B210 | 04/30/20 | JAK | Review Debtors' Monthly Operating Reports for March 2020 and confer with LS team | 0.20 | $94.00 |
| | | | **Total B210 - Business Operations** | 0.70 | $291.50 |

B230 Financing/Cash Collateral

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B230 | 04/14/20 | JDP | Review document request from BOA attys; compile requested documents | 0.30 | $268.50 |
| B230 | 04/15/20 | JDP | Review list of docs compiled by S. Yusem in response to BOA request; confer with S. Yusem re: production | 0.20 | $179.00 |
| | | | **Total B230 - Financing/Cash Collateral** | 0.50 | $447.50 |

B250 Real Estate

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B250 | 04/02/20 | DAS | Revise form mortgages; e-mails with all parties re: revised documentation | 0.60 | $417.00 |
| B250 | 04/08/20 | DAS | E-mails re: environmental reports | 0.20 | $139.00 |
| B250 | 04/09/20 | DAS | E-mails re: environmental reports | 0.10 | $69.50 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

Case 18-27963-MBK    Doc 1159    Filed 05/19/20    Entered 05/19/20 10:49:55    Desc Main
Document    Page 15 of 17

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B250 | 04/14/20 | DAS | Strategy conference with S. Yusem re: BOA loan process; revise form mortgage; various e-mails re: open items | 0.30 | $208.50 |
| B250 | 04/15/20 | DAS | Status e-mails and telephone call with S. Yusem; status e-mails with J. Prol | 0.30 | $208.50 |
| | | | **Total B250 - Real Estate** | 1.50 | $1,042.50 |

B300 - Claims and Plan

B310 Claims Administration and Objections

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B310 | 04/02/20 | JDP | Review N. River edits to settlement agreement; e-mails to client, committee and legal rep re: same | 1.00 | $895.00 |
| B310 | 04/06/20 | JDP | Arrange call with committee and legal rep re: N. River comments to settlement agreement | 0.10 | $89.50 |
| B310 | 04/07/20 | JDP | Telephone conference with C. Malone re: creditor comments to settlement agreement | 0.20 | $179.00 |
| B310 | 04/08/20 | JDP | Review committee markup of N. River settlement agreement | 0.30 | $268.50 |
| B310 | 04/09/20 | JDP | E-mails from/to PBGC and client re: request for actuarial valuation report | 0.10 | $89.50 |
| B310 | 04/10/20 | JDP | E-mails to/from C. Malone re: transmission of comments on settlement agreement to G. Calhoun | 0.10 | $89.50 |
| B310 | 04/17/20 | JDP | Review N. River revisions to settlement agreement and proposed findings of fact and conclusions of law | 0.30 | $268.50 |
| B310 | 04/23/20 | JDP | Review final version of N. River settlement agreement; forward to client for signature | 0.20 | $179.00 |
| B310 | 04/27/20 | JDP | Review and edit motion to approve settlement with N. River and supporting documents | 2.00 | $1,790.00 |
| B310 | 04/28/20 | JDP | Review and edit motion to approve settlement with N. River and supporting documents; review and approve committee edits | 2.50 | $2,237.50 |
| | | | **Total B310 - Claims Administration and Objections** | 6.80 | $6,086.00 |

B320 Plan and Disclosure Statement (including Business Plan)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B320 | 04/09/20 | JDP | Telephone conference with C. O'Callahan and M. Podgainy re: exit financing | 0.50 | $447.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B320 | 04/09/20 | JDP | Telephone conference with C. O' Callaghan and M. Podgainy re: closing on effective date | 0.50 | $447.50 |
| B320 | 04/13/20 | JAK | Review District Court docket re: confirmation proceeding | 0.40 | $188.00 |
| B320 | 04/14/20 | JDP | Confer with S. Yusem re: exit financing | 0.20 | $179.00 |
| B320 | 04/14/20 | SSY | Confer with J. Prol re: exit financing; confer with R. Stehl, counsel to Bank of America re: exit financig | 0.40 | $302.00 |
| B320 | 04/15/20 | SSY | Obtain and send trust loan, intercreditor and plan documents to counsel for Bank of America | 1.00 | $755.00 |
| B320 | 04/20/20 | SSY | Confer with R. Stehl re: Bank of America status and confer with J. Prol re: same | 0.30 | $226.50 |
| B320 | 04/21/20 | JDP | Confer with P. Rosetto and A. Wein re:: status of N. River settlement and plan confirmation | 0.20 | $179.00 |
| B320 | 04/23/20 | JDP | Telephone conference with client re: process for confirming plan and timing | 0.30 | $268.50 |
| B320 | 04/23/20 | SSY | Confer with R. Stehl, counsel for Bank of America re exit loan | 0.20 | $151.00 |
| | | | **Total B320 - Plan and Disclosure Statement (including Business Plan)** | 4.00 | $3,144.00 |

B400 - Bankruptcy-Related Advice

B410 General Bankruptcy Advice/Opinions

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B410 | 04/06/20 | JAK | Review Monthly Operating Report for filing and confer with LS team | 0.20 | $94.00 |
| | | | **Total B410 - General Bankruptcy Advice/Opinions** | 0.20 | $94.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

**Timekeeper Summary (by Task):**

| Task | Task Description | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 0.60 | $156.00 |
| B160 | Fee/Employment Applications | 11.10 | $3,228.00 |
| B165 | Employment and Retention Applications - Others | 0.30 | $141.00 |
| B175 | Fee Applications and Invoices - Others | 16.90 | $5,455.50 |
| B210 | Business Operations | 0.70 | $291.50 |
| B230 | Financing/Cash Collateral | 0.50 | $447.50 |
| B250 | Real Estate | 1.50 | $1,042.50 |
| B310 | Claims Administration and Objections | 6.80 | $6,086.00 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 4.00 | $3,144.00 |
| B410 | General Bankruptcy Advice/Opinions | 0.20 | $94.00 |
|  | **Total** | **42.60** | **$20,086.00** |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**