**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*,[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION REGARDING THE EIGHTEENTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP FOR THE PERIOD OF APRIL 1, 2020 THROUGH APRIL 30, 2020**

JEFFREY D. PROL hereby certifies as follows:

1. I am an attorney-at-law of the State of New Jersey and a partner with the law firm of Lowenstein Sandler LLP, counsel for the debtors and debtors-in-possession (the "Debtors") in the above-captioned bankruptcy cases.

2. I submit this Certification pursuant to the *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court* entered on December 18, 2018 [Docket No. 345] (the "Administrative Order").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

3. On May 19, 2020, Lowenstein Sandler LLP filed its *Eighteenth Monthly Fee Statement of Lowenstein Sandler LLP for the Period of April 1, 2020 through April 30, 2020* (the "Eighteenth Monthly Statement") [Docket No. 1159]. Pursuant to the Administrative Order, objections to the Eighteenth Monthly Fee Statement were to be filed and served no later than May 29, 2020.

4. My staff, under my direction, has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Eighteenth Monthly Statement appears thereon. To the best of my knowledge, no answer, objection, or other responsive pleading to the Eighteenth Monthly Statement has been filed or served in accordance with the Administrative Order.

5. Pursuant to the Administrative Order, the Debtors are authorized to pay Lowenstein Sandler LLP 80% of its fees in the amount of $15,948.80[2] in the Eighteenth Monthly Statement upon the filing and service of this Certification of No Objection and without the need for entry of a Court order approving the Eighteenth Monthly Statement.

Dated: June 2, 2020                                Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/ Jeffrey D. Prol
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and
Debtors-in-Possession*

---

[2] This amount reflects a voluntary reduction in the amount of $150.00 from the total fees requested in the Eighteenth Monthly Statement, per agreement with the United States Trustee.