THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC
John A. Fialcowitz
89 Headquarters Plaza
North Suite 1216
Morristown, NJ 07960
Telephone (973) 532-7208
Email: john@fialcowitzlaw.com

*Local Counsel for the Official Committee of Asbestos Claimants*

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>DURO DYNE NATIONAL CORP., et al. [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-27963 MBK<br>(jointly administered) |

CERTIFICATION OF NO OBJECTION REGARDING EIGHTEENTH MONTHLY FEE
STATEMENT OF THE LAW OFFICE OF JOHN A. FIALCOWITZ
FOR THE PERIOD FROM APRIL 1, 2020, THROUGH APRIL 30, 2020
[DOCKET NO. 1164]

The undersigned counsel hereby certifies that, as of the date hereof, no answer, objection,

or other responsive pleading to the Eighteenth Monthly Fee Statement of The Law Office of John

A. Fialcowitz, LLC as local counsel for the Official Committee of the Asbestos Claimants (the

"Committee"), for the period of April 1, 2020 through April 30, 2020 [Docket No. 1164] (the

"Application"), filed on May 22, 2020, has been received. The undersigned further certifies that a

review of the Court's docket in these cases reflects that no answer, objection, or other responsive

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

pleading to the Application appears thereon. Objections to the Application were to be filed and

served no later than June 1, 2020.

Pursuant to the Administrative Fee Order Establishing Certain Procedures for Allowance

of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of

this Court [Docket No. 345], the Debtors are now authorized to pay 80% ($1,898.00) of requested

fees ($2,372.50) for the total of $1,898.00 on an interim basis without further order of the Court.


Dated: June 5, 2020                      By:/s/ John Fialcowitz
                                         John A. Fialcowitz
                                         89 Headquarters Plaza North, Suite 1216
                                         Morristown, NJ 07960
                                         Telephone: 973-532-7208
                                         John@fialcowitzlaw.com

                                         Local Counsel to the Official Committee of
                                         Asbestos Claimants