Order Filed on June 12, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Edwin J. Harron, Esq. (Bar No. 040701995)
Sara Beth A.R. Kohut, Esq. (Admitted *Pro Hac Vice*)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: eharron@ycst.com
       skohut@ycst.com

Counsel to the Future Claimants' Representative

| | |
|---|---|
| In re:<br><br>DURO DYNE NATIONAL CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-27963 (MBK)<br><br>Jointly Administered |

**ORDER ALLOWING FIFTH INTERIM APPLICATION OF YOUNG CONAWAY STARGATT & TAYLOR, LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR PROFESSIONAL SERVICES RENDERED AS COUNSEL TO LAWRENCE FITZPATRICK AS THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS FOR THE <u>PERIOD FROM DECEMBER 1, 2019 THROUGH MARCH 31, 2020</u>**

The relief set forth on the following page, numbered two (2) through three (3), is hereby **ORDERED.**

**DATED: June 12, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page: 3
Debtors: Duro Dyne National Corp., *et al.*
Case No. 18-27963 (MBK)
Caption: Order Allowing Fifth Interim Application of Young Conaway Stargatt & Taylor, LLP for Compensation for Services Rendered and Reimbursement of Expenses for Professional Services Rendered as Counsel to Lawrence Fitzpatrick as the Legal Representative for Future Asbestos Personal Injury Claimants for Services Rendered and Reimbursement of Expenses for the Period From December 1, 2019 through March 31, 2020

---

Upon the *Fifth Interim Application of Young Conaway Stargatt & Taylor, LLP for Compensation for Services Rendered and Reimbursement of Expenses for Professional Services Rendered as Counsel to Lawrence Fitzpatrick as the Legal Representative for Future Asbestos Personal Injury Claimants for Services Rendered and Reimbursement of Expenses for the Period From December 1, 2019 through March 31, 2020* (the "Application");[2] and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11*, dated September 18, 2012 (Simandle, C.J.); and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the fees and expenses requested in the Application are reasonable and for necessary services provided during the Interim Period,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted as provided herein.

2. Young Conaway Stargatt & Taylor, LLP ("YCST") is hereby allowed a fifth interim allowance of compensation for services rendered in the sum of $18,594.50 and reimbursement of expenses incurred in the sum of $553.82 for the period from December 1, 2019 through March 31, 2020.

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

23963102.7

-3-

Page: 4
Debtors: Duro Dyne National Corp., *et al.*
Case No. 18-27963 (MBK)
Caption: Order Allowing Fifth Interim Application of Young Conaway Stargatt & Taylor, LLP for Compensation for Services Rendered and Reimbursement of Expenses for Professional Services Rendered as Counsel to Lawrence Fitzpatrick as the Legal Representative for Future Asbestos Personal Injury Claimants for Services Rendered and Reimbursement of Expenses for the Period From December 1, 2019 through March 31, 2020

_____

3. The Debtors are authorized and directed to make payment of the outstanding amount of such sums to YCST within ten (10) days of the entry of this Order.

4. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

23963102.7