| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Hinden, Randall S<br>1255 Woodcliff Dr.<br>Mattituck, NY 11952-2933<br>(Individual) | *FILED*<br>JEANNE A. NAUGHTON, CLERK<br>JUL - 6 2020<br>U.S. BANKRUPTCY COURT<br>TRENTON, NJ<br>BY _____ DEPUTY |
| In Re:<br>Duro Dyne National Corp., et al. | Case No.: 18-27963 (MBK)<br>Chapter: 11<br>Judge: Michael B. Kaplan |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: __Randall Hinden__
(Example: John Smith, creditor)

Old address: Randall Hinden
2883 Bay Drive
Merrick, NY 11566-4602

New address: Randall Hinden
1255 Woodcliff Drive
Mattituck, NY 11952-2933

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 7/1/2020                    Signature: _/s/ Randall Hinden_

rev.2/1/16