UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Hinden, Max Hoffer
1255 Woodcliff Dr.
Mattituck, NY  11952-2933
(Individual)

FILED
JEANNE A. NAUGHTON, CLERK

JUL - 6 2020

U.S. BANKRUPTCY COURT
BY _____ TRENTON, NJ
_____ DEPUTY

| In Re: | Case No.: | 18-27963 (MBK) |
| Duro Dyne National Corp., et al. | Chapter: | 11 |
| | Judge: | Michael B. Kaplan |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:     Max Hinden _____
(Example: John Smith, creditor)

Old address:     Max Hinden _____
2883 Bay Drive _____
Merrick, NY 11566-4602 _____

New address:     Max Hinden _____
1255 Woodcliff Drive _____
Mattituck, NY 11952-2933 _____

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: ___7/1/2020___          _____
                                                  Signature

*rev.2/1/16*