**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
E-mail: krosen@lowenstein.com
E-mail: jprol@lowenstein.com

*Counsel to the Debtors and
Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*,[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

**NINETEENTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP
FOR THE PERIOD MAY 1, 2020 THROUGH MAY 31, 2020**

Lowenstein Sandler LLP, counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), submits this nineteenth monthly fee statement[2] for the period May 1, 2020 through May 31, 2020 (the "**Nineteenth Fee Statement**") pursuant to the Court's *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained By Order of this Court*, dated December 18, 2018 [Docket No. 345] (the "**Administrative Order**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2] Lowenstein Sandler filed its *First Interim Application of Lowenstein Sandler LLP As Counsel To The Debtors For Compensation For Services Rendered And Reimbursement Of Expenses For The Period From September 7, 2018 Through November 30, 2018* [D.I. 353] in lieu of its first monthly fee statement.

31035/2
08/31/2020 54722120.1

Pursuant to the Administrative Order, responses to the Nineteenth Fee Statement, if any, are due by September 10, 2020.

Dated: August 31, 2020

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/ *Jeffrey D. Prol*
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
E-mail: krosen@lowenstein.com
E-mail: jprol@lowenstein.com

*Counsel to the Debtors and Debtors-in-Possession*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

## D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

| | |
|---|---|
| IN RE: Duro Dyne National Corp., *et al.*,[1] | APPLICANT: Lowenstein Sandler LLP |
| CASE NO.: 18-27963 (MBK) | CLIENT: Chapter 11 Debtors |
| CHAPTER: 11 | CASE FILED: September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

**NINETEENTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP
FOR THE PERIOD MAY 1, 2020 THROUGH MAY 31, 2020**

## SECTION I
## FEE SUMMARY

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | $1,411,670.00 | $46,377.31 |
| TOTAL FEES ALLOWED TO DATE: | $1,338,664.00 | $46,316.81 |
| TOTAL RETAINER REMAINING | $0.00 | $0.00 |
| TOTAL PREVIOUS HOLDBACK (IF APPLICABLE)[2] | $3,987.20 | $0.00 |
| TOTAL RECEIVED BY LOWENSTEIN SANDLER[3] | $1,391,655.70 | $46,337.41 |
| FEE TOTALS | $14,925.00 | |
| DISBURSEMENTS TOTALS | + $16.60 | |
| TOTAL FEE APPLICATION | $14,941.60 | |
| MINUS 20% HOLDBACK | - $2,985.00 | |
| AMOUNT SOUGHT AT THIS TIME | $11,956.60 | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

[2] This amount reflects holdback amounts for the Fifth Interim Period of December 1, 2020 through March 31, 2020 only, and does not include outstanding amounts owed for the prior interim periods.

[3] Prior to the Petition Date, Lowenstein Sandler was retained to represent the Debtors in these Chapter 11 Cases. Lowenstein Sandler was paid for all amounts owed for legal services rendered prior to the Petition Date and was holding a retainer in the amount of $117,300.04 (the "Retainer") for services and expenses incurred during these Chapter 11 Cases. The total amount received by Lowenstein Sandler reflects the application of the Retainer to amounts requested in Lowenstein Sandler's First Interim Fee Application [D.I. 353].

-2-

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Prol, Jeffrey D. | 1989 | Partner/Bankruptcy | 4.40 | $895.00 | $3,938.00 |
| Kramer, Jeffrey A. | 1995 | Counsel/Bankruptcy | 3.30 | $470.00 | $1,551.00 |
| Suckerman, Daniel A. | 2006 | Counsel/Corporate / Tax | 4.30 | $695.00 | $2,988.50 |
| Yusem, Stuart S. | 1981 | Counsel/Corporate / Tax | 5.90 | $755.00 | $4,454.50 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 0.90 | $270.00 | $243.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 7.00 | $250.00 | $1,750.00 |
| **TOTAL FEES** | | | **25.80** | | **$14,925.00** |
| **Attorney Blended Rate** | | | | | **$722.46** |

## SECTION II
## SUMMARY OF SERVICES

| Task | Task Description | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 0.40 | $106.00 |
| B160 | Fee/Employment Applications | 5.70 | $1,664.00 |
| B165 | Employment and Retention Applications - Others | 1.00 | $262.00 |
| B175 | Fee Applications and Invoices - Others | 2.70 | $939.00 |
| B230 | Financing/Cash Collateral | 10.50 | $7,976.50 |
| B310 | Claims Administration and Objections | 1.10 | $899.50 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 4.40 | $3,078.00 |
| | **Total** | **25.80** | **$14,925.00** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| | |
|---|---|
| Computerized legal research | $16.60 |
| **Total Disbursements** | **$16.60** |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1) DATE CASE FILED: September 7, 2018

(2) CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3) DATE OF RETENTION:  October 19, 2018, effective as of September 7, 2018 [Docket No. 194].   See Order attached.

(4) SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

   a) Lowenstein Sandler conducted legal research regarding the Payroll Protection Program;

   b) Lowenstein Sandler reviewed and finalized the settlement agreement and 9019 motion regarding North River's claim;

   c) Lowenstein Sandler conferred with the Debtors, the Debtors' financial advisor, Committee, Leal Representative and counsel to Bank of America regarding exit financing, including reviewing and revising the loan agreement and trust note issuance agreement;

   d) Lowenstein Sandler prepared its monthly fee application, and assisted with the preparation and filing of monthly and interim fee applications on behalf of the Debtors' other professionals; and

   e) Lowenstein Sandler performed all other legal services for the Debtors that were necessary and proper in these proceedings and in furtherance of the Debtors' needs.

(5) ANTICIPATED DISTRIBUTION TO CREDITORS:

   (A) ADMINISTRATION EXPENSES:      (100%)
   (B) SECURED CREDITORS:            (100%)
   (C) PRIORITY CREDITORS:           (100%)
   (D) GENERAL UNSECURED CREDITORS:  (100%)

(6) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE):  The Bankruptcy Court's recommendation in favor of confirmation of the Debtor's Plan of Reorganization is pending before the District Court.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  August 31, 2020               /s/ *Jeffrey D. Prol*
                                      Jeffrey D. Prol Esq.

| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1** |

**LOWENSTEIN SANDLER LLP**
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Proposed Counsel to the Debtors and
Debtors-in-Possession*

**Order Filed on October 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In re: | Chapter 11 |
| --- | --- |
| Duro Dyne National Corp., *et al.*[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

# ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: October 19, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:   2
Debtors: Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption: Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Debtors Effective as of the Petition Date

---

Upon consideration of the application (the "Application")[2] of the above captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order authorizing the employment and retention of Lowenstein Sandler LLP ("Lowenstein Sandler") as counsel to the Debtors, effective as of the Petition Date (September 7, 2018), and upon consideration of the Prol Declaration submitted in support of the Application; and the Court being satisfied, based on representations made in the Application that (i) Lowenstein Sandler has no connection with the Debtors, their creditors, any other party in interest, their current respective attorneys or professionals, the United States Trustee or any person employed in the office of the United States Trustee, and does not represent any entity having an adverse interest to the Debtors in connection with the Debtors' Chapter 11 Cases, except as set forth in the Prol Declaration; (ii) Lowenstein Sandler is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code, (iii) neither Lowenstein Sandler, nor its professionals, have any connection with the Debtors, their creditors or any other party in interest; and (iv) Lowenstein Sandler's employment is necessary and in the best interest of the Debtors; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey dated September 18, 2012 (Simandle, C.J.); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice of the Application being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED** as set forth herein.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

-2-

Page:     3
Debtors:  Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as
          Counsel to the Debtors Effective as of the Petition Date

_____

2.  The Debtors are authorized to employ and to retain Lowenstein Sandler, effective as of the Petition Date, to serve as the Debtors' counsel in these Chapter 11 Cases.

3.  Lowenstein Sandler shall be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, the applicable provisions of the Bankruptcy Rules, the Local Rules, and any orders entered in this case governing professional compensation and reimbursement for services rendered and charges and disbursements incurred.

4.  The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived.

5.  The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6.  This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

# EXHIBIT A

## **EXHIBIT A**
Professional Services rendered by Lowenstein Sandler LLP, through May 31, 2020

In re: Chapter 11

## I. SUMMARY OF TIME CHARGES AND HOURLY RATES

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Prol, Jeffrey D. | 1989 | Partner/Bankruptcy | 4.40 | $895.00 | $3,938.00 |
| Kramer, Jeffrey A. | 1995 | Counsel/Bankruptcy | 3.30 | $470.00 | $1,551.00 |
| Suckerman, Daniel A. | 2006 | Counsel/Corporate / Tax | 4.30 | $695.00 | $2,988.50 |
| Yusem, Stuart S. | 1981 | Counsel/Corporate / Tax | 5.90 | $755.00 | $4,454.50 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 0.90 | $270.00 | $243.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 7.00 | $250.00 | $1,750.00 |
| **TOTAL FEES** | | | **25.80** | | **$14,925.00** |
| **Attorney Blended Rate** | | | | | **$722.46** |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|

B100 - Administration

B110 Case Administration

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B110 | 05/06/20 | DC | Tend to filing BMC Affidavits of Service for all fee applications filed in April 2020 | 0.30 | $81.00 |
| B110 | 05/18/20 | EBL | E-mail to claims agent re: creditor address change | 0.10 | $25.00 |
| | | | **Total B110 - Case Administration** | 0.40 | $106.00 |

B160 Fee/Employment Applications

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B160 | 05/08/20 | EBL | Prepare CNO re: LS seventeenth monthly fee statement | 0.20 | $50.00 |
| B160 | 05/11/20 | EBL | Review docket and draft cnos for LS fifteenth and sixteenth monthly fee statements | 0.80 | $200.00 |
| B160 | 05/11/20 | JAK | Confer with LS team re: CNO for LS fee application | 0.10 | $47.00 |
| B160 | 05/13/20 | EBL | Revise, finalize and e-file cnos re: LS fifteenth, sixteenth, and seventeenth monthly fee statements (.9); e-mails with J. Prol re: same (.2); comprehensive e-mail to client re: same (.2); update master fee chart and electronic files re: same (.2) | 1.50 | $375.00 |
| B160 | 05/14/20 | EBL | Prepare LS April 2020 fee statement and related documents | 1.30 | $325.00 |
| B160 | 05/14/20 | JAK | Review LS interim fee application and confer with LS team | 0.20 | $94.00 |
| B160 | 05/14/20 | JDP | Review and edit LS May pre-bill | 0.20 | $179.00 |
| B160 | 05/15/20 | JAK | Confer with LS team re: Lowenstein fee statement | 0.20 | $94.00 |
| B160 | 05/18/20 | EBL | Follow up with J. Prol re: April fee statement | 0.10 | $25.00 |
| B160 | 05/19/20 | EBL | Revise, finalize, e-file and coordinate service of Lowenstein's April 2020 monthly fee statement; update electronic files, master fee chart re: same; e-mail to client re: same; calendar related deadlines | 0.70 | $175.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B160 | 05/26/20 | EBL | Prepare detailed e-mail to J. Prol re: outstanding amounts owed to Lowenstein | 0.40 | $100.00 |
| | | | **Total B160 - Fee/Employment Applications** | 5.70 | $1,664.00 |

B165 Employment and Retention Applications - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B165 | 05/08/20 | DC | E-file and serve Motion for Second Amended Order Authorizing Retention of Ordinary Course Professionals | 0.60 | $162.00 |
| B165 | 05/26/20 | EBL | Prepare and e-file CNO re: Anderson Kill's fourteenth monthly fee statement; e-mails with J. Kramer and C. Malone re: same; e-mail to client re: same; update master fee application chart re: same | 0.40 | $100.00 |
| | | | **Total B165 - Employment and Retention Applications - Others** | 1.00 | $262.00 |

B175 Fee Applications and Invoices - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B175 | 05/04/20 | JAK | Correspond with LS team re: ordinary course professionals motion | 0.10 | $47.00 |
| B175 | 05/08/20 | EBL | Finalize and e-file Getzler CNO re: seventeenth monthly fee statement; e-mail to client re: same | 0.40 | $100.00 |
| B175 | 05/08/20 | JAK | Correspond with LS team and C. O'Callaghan re: filing of OCP Motion and revise and edit same for filing | 0.30 | $141.00 |
| B175 | 05/08/20 | JAK | Correspond with LS team re: Getzler CNO | 0.10 | $47.00 |
| B175 | 05/13/20 | JAK | Review and revise Anderson Kill Fee Statement and confer with LS team | 0.30 | $141.00 |
| B175 | 05/14/20 | EBL | Review J. Kramer revisions to Anderson Kill April fee statement; e-mail to C. Malone re: same | 0.20 | $50.00 |
| B175 | 05/14/20 | EBL | Revise, finalize, efile and coordinate service of Anderson Kill's April fee statement (.5); e-mail to client re: same (.1); update electronic files re: same (.1); update master fee chart re: same (.1); calendar deadlines re: same (.1) | 0.90 | $225.00 |
| B175 | 05/14/20 | JAK | Correspond with LS team re: Anderson Kill fee application | 0.20 | $94.00 |
| B175 | 05/26/20 | JAK | Review Anderson Kill CNO and correspond with LS team | 0.20 | $94.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| | | | **Total B175 - Fee Applications and Invoices - Others** | 2.70 | $939.00 |

B200 - Operations

B230 Financing/Cash Collateral

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B230 | 05/04/20 | JAK | Conduct legal research re: potential funding pursuant to Payroll Protection Program and correspond with LS team | 1.00 | $470.00 |
| B230 | 05/06/20 | SSY | Confer with R. Stehl for Bank of America re: status of review and confer with J. Prol re: same | 0.20 | $151.00 |
| B230 | 05/19/20 | JDP | Confer with D. Suckerman re: status of note issuance agreement and mortgages | 0.10 | $89.50 |
| B230 | 05/19/20 | JDP | Review and respond to e-mails re: conditions to BoA funding | 0.10 | $89.50 |
| B230 | 05/20/20 | JDP | Review markup of Note Issuance and Security Agreement | 0.30 | $268.50 |
| B230 | 05/21/20 | JDP | Review BoA comments to loan agreement; forward to client and committee | 0.70 | $626.50 |
| B230 | 05/22/20 | JDP | Confer with S. Yusem re: comments to inter-creditor agreement | 0.10 | $89.50 |
| B230 | 05/22/20 | SSY | Initial review of revised loan agreement and intercreditor agreement received from R. Stehl, counsel for Bank of America | 0.50 | $377.50 |
| B230 | 05/22/20 | SSY | Confer with J. Prol re: redline of loan agreement and intercreditor agreement | 0.20 | $151.00 |
| B230 | 05/26/20 | SSY | Complete review of revised loan agreement and prepare detailed issues and open items list respecting loan agreement for exit financing | 3.50 | $2,642.50 |
| B230 | 05/28/20 | JDP | Participate in call with client re: BoA loan agreement and trust note issuance agreement | 1.30 | $1,163.50 |
| B230 | 05/28/20 | JDP | Review BoA comments to loan docs to prepare for call with client | 0.50 | $447.50 |
| B230 | 05/28/20 | SSY | Attend call with C. O'Callaghan, A. Wein and J. Prol regarding loan document issues | 1.50 | $1,132.50 |
| B230 | 05/29/20 | JAK | Review dockets re: North River Settlement Motion and correspond with LS team | 0.40 | $188.00 |
| B230 | 05/29/20 | JDP | E-mails to/from committee re: comments to exit financing | 0.10 | $89.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| | | | **Total B230 - Financing/Cash Collateral** | 10.50 | $7,976.50 |

B300 - Claims and Plan

B310 Claims Administration and Objections

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B310 | 05/06/20 | JDP | Review N. River comments to motion to approve settlement; follow-up re: filing | 0.10 | $89.50 |
| B310 | 05/06/20 | JDP | E-mails to/from committee and legal rep attorneys re: resolution of N. River latest comments to N. River settlement agreement | 0.40 | $358.00 |
| B310 | 05/07/20 | JDP | E-mails to/from client re: finalizing N. River settlement papers, status of BoA review/closing, and timing | 0.10 | $89.50 |
| B310 | 05/08/20 | JDP | Review filed motion to approve settlement with N. River; e-mails to/from client re: same | 0.20 | $179.00 |
| B310 | 05/29/20 | JAK | Telephone call to Court re: North River Settlement Motion and correspond with LS team | 0.20 | $94.00 |
| B310 | 05/29/20 | JDP | Follow-up re: hearing on motion to approve settlement with N. River | 0.10 | $89.50 |
| | | | **Total B310 - Claims Administration and Objections** | 1.10 | $899.50 |

B320 Plan and Disclosure Statement (including Business Plan)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B320 | 05/12/20 | JDP | E-mails to/from UST and BoA re: status of revised plan and confirmation order | 0.10 | $89.50 |
| B320 | 05/19/20 | DAS | Review current drafts of trust note and note issuance agreement; e-mails and telephone call with J. Prol re: same | 0.70 | $486.50 |
| B320 | 05/20/20 | DAS | Review and revise draft Note Issuance Agreement (1.6); status conferences with J, Prol (.2) | 1.80 | $1,251.00 |
| B320 | 05/21/20 | DAS | Review and comment on trust note issuance agreement and trust note (.6); e-mails with S. Yusem and J. Prol re: status and comments (.2) | 0.80 | $556.00 |
| B320 | 05/22/20 | DAS | Various e-mails re: review of trust note issuance agreement and trust note | 0.30 | $208.50 |
| B320 | 05/23/20 | DAS | E-mails with client team re: review of Trust Note Issuance Agreement | 0.20 | $139.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B320 | 05/28/20 | DAS | E-mails with J. Prol, S. Yusem and client team re: status of review of trust note issuance agreement | 0.20 | $139.00 |
| B320 | 05/29/20 | DAS | Telephone call and e-mails with S. Yusem re: trust note collateral | 0.30 | $208.50 |
| | | | **Total B320 - Plan and Disclosure Statement (including Business Plan)** | **4.40** | **$3,078.00** |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

**Timekeeper Summary (by Task):**

| Task | Task Description | Hours | Fees |
| --- | --- | --- | --- |
| B110 | Case Administration | 0.40 | $106.00 |
| B160 | Fee/Employment Applications | 5.70 | $1,664.00 |
| B165 | Employment and Retention Applications - Others | 1.00 | $262.00 |
| B175 | Fee Applications and Invoices - Others | 2.70 | $939.00 |
| B230 | Financing/Cash Collateral | 10.50 | $7,976.50 |
| B310 | Claims Administration and Objections | 1.10 | $899.50 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 4.40 | $3,078.00 |
|  | **Total** | **25.80** | **$14,925.00** |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

# **EXHIBIT B**

**EXHIBIT B**

**Actual and necessary disbursements incurred by Lowenstein Sandler LLP**

**II. Summary of Disbursement Charges**

| | |
|---|---:|
| Computerized legal research | $16.60 |
| **Total Disbursements** | **$16.60** |

The above charges are based upon time and expense records available on or about the date of the attached letter. Such records are believed in good faith to be accurate and substantially up to date, but there may be fees and expenses that have not been processed as of such date which Lowenstein Sandler LLP may submit in the future. Lowenstein Sandler LLP reserves the right to amend this monthly statement at a later date.

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

**DISBURSEMENT DETAIL:**

| Date | Description | Amount |
|---|---|---|
| 04/06/20 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 4586608-Q22020 DATE: 7/14/2020   Date: 04/06/2020 Court: NJBK Pages: 30 | $3.00 |
| 04/06/20 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 4586608-Q22020 DATE: 7/14/2020   Date: 04/06/2020 Court: OHSBK Pages: 3 | $0.30 |
| 04/13/20 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22020 DATE: 7/14/2020   Date: 04/13/2020 Court: NJBK Pages: 1 | $0.10 |
| 04/13/20 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q22020 DATE: 7/14/2020   Date: 04/13/2020 Court: NJDC Pages: 5 | $0.50 |
| 04/14/20 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 4586608-Q22020 DATE: 7/14/2020   Date: 04/14/2020 Court: NJBK Pages: 4 | $0.40 |
| 04/24/20 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 4586608-Q22020 DATE: 7/14/2020   Date: 04/24/2020 Court: NJBK Pages: 4 | $0.40 |
| 04/30/20 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 4586608-Q22020 DATE: 7/14/2020   Date: 04/30/2020 Court: NJBK Pages: 30 | $3.00 |
| 05/06/20 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 4586608-Q22020 DATE: 7/14/2020   Date: 05/06/2020 Court: NJBK Pages: 1 | $0.10 |
| 05/06/20 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 4586608-Q22020 DATE: 7/14/2020   Date: 05/06/2020 Court: OHSBK Pages: 2 | $0.20 |
| 05/08/20 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 4586608-Q22020 DATE: 7/14/2020   Date: 05/08/2020 Court: NJBK Pages: 33 | $3.30 |
| 05/08/20 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 4586608-Q22020 DATE: 7/14/2020   Date: 05/08/2020 Court: NYSBK Pages: 53 | $5.30 |
| | Total Disbursements | $16.60 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**