# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE RE:

Exhibit 1    BMC Invoice dated August 21, 2020 [copy not attached hereto]

I, Bradford Daniel, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 3732 West 120th Street, Hawthorne, California 90250.

2. On August 21, 2020, copies of the above referenced document were served on the parties listed in Exhibit A via the modes of service indicated thereon:

Exhibit A    The Interested Parties referenced on Service List Nos. 72808 and 72809.

Exhibit B    The Additional Interested Parties.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 14th day of September, 2020 at New York, New York.

                                                     /s/ Bradford Daniel
                                                     Bradford Daniel

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

# DuroDyne

**Total number of parties: 7**

### Exhibit A - Duro Dyne

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 72808 | OFFICE OF THE US TRUSTEE FOR THE, J. SPONDER; M. HAUSMAN, USTPREGION03.NE.ECF@USDOJ.GOV | **E-mail** |
| 72808 | OFFICE OF THE US TRUSTEE FOR THE, J. SPONDER; M. HAUSMAN, JEFFREY.M.SPONDER@USDOJ.GOV | **E-mail** |
| 72808 | OFFICE OF THE US TRUSTEE FOR THE, J. SPONDER; M. HAUSMAN, MITCHELL.B.HAUSMAN@USDOJ.GOV | **E-mail** |
| 72809 | OFFICE OF THE US TRUSTEE FOR THE, J. SPONDER; M. HAUSMAN, DISTRICT OF NJ, ONE NEWARK CENTER, SUITE 2100, NEWARK, NJ, 07102 | **US Mail (1st Class)** |
| 72808 | RABINOWITZ, LUBETKIN & TULLY, LLC, JONATHAN RABINOWITZ; J. A. COOPER, JRABINOWITZ@RLTLAWFIRM.COM | **E-mail** |
| 72808 | RABINOWITZ, LUBETKIN & TULLY, LLC, JONATHAN RABINOWITZ; J. A. COOPER, JCOOPER@RLTLAWFIRM.COM | **E-mail** |
| 72809 | RABINOWITZ, LUBETKIN & TULLY, LLC, JONATHAN RABINOWITZ; J. A. COOPER, (RE: 4 SITE, LLC), 293 EISENHOWER PARKWAY STE 100, LIVINGSTON, NJ, 07039 | **US Mail (1st Class)** |

**Subtotal for this group: 7**

Duro Dyne

Total number of parties: 4

Exhibit B – Duro Dyne

<u>Name and Address of Served Party</u>                                      <u>Mode of Service</u>

| | | |
|---|---|---|
| Jeffrey D. Prol | jprol@lowenstein.com | E-mail |
| Jeffrey Kramer | jkramer@lowenstein.com | E-mail |
| Chris O'Callaghan | cocallaghan@durodyne.com | E-mail |
| Mark Podgainy | mpodgainy@getzlerhenrich.com | E-mail |

Subtotal for this group: 4

Duro Dyne