| | |
|---|---|
| THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC<br>John A. Fialcowitz<br>89 Headquarters Plaza<br>North Suite 1216<br>Morristown, NJ 07960<br>Telephone: (973) 813-7227<br>john@fialcowitzlaw.com | CAPLIN & DRYSDALE, CHARTERED<br>James P. Wehner (admitted *pro hac vice*)<br>Jeffrey A. Liesemer (admitted *pro hac vice*)<br>One Thomas Circle, N.W., Suite 1100<br>Washington, D.C. 20005<br>Telephone: (202) 862-5000<br>jwehner@capdale.com<br>jliesemer@capdale.com |

*Co-Counsel for the Official Committee of Asbestos Claimants*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| DURO DYNE NATIONAL CORP., *et al.*,[1] | : | Case No. 18-27963-MBK |
| Debtors. | : | (Jointly Administered) |

**TWENTY-SECOND MONTHLY FEE STATEMENT OF**
**CAPLIN & DRYSDALE, CHARTERED FOR THE PERIOD**
**FROM AUGUST 1, 2020, THROUGH AUGUST 31, 2020**

Caplin & Drysdale, Chartered ("**Caplin & Drysdale**" or the "**Applicant**"), counsel for the Official Committee of Asbestos Claimants (the "**Committee**"), hereby submits this twenty-second monthly fee statement[2] for the period commencing August 1, 2020, through August 31, 2020 (the "**Twenty-Second Fee Statement**") pursuant to the *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court*, dated December 18, 2018 (Docket No. 345) (the "**Interim Compensation Order**").

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2] Caplin & Drysdale's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Caplin & Drysdale, Chartered for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 337).

Pursuant to the Interim Compensation Order, responses to the Twenty-Second Fee Statement, if any, are due by October 5, 2020.

Dated:  September 25, 2020                  By: */s/ James P. Wehner*
                                                James P. Wehner, Esq. (admitted *pro hac vice*)
                                                Jeffrey A. Liesemer, Esq. (admitted *pro hac vice*)
                                                One Thomas Circle, N.W., Suite 1100
                                                Washington, DC 20005
                                                Telephone:  (202) 862-5000
                                                Facsimile: (202) 429-3301
                                                jwehner@capdale.com
                                                jliesemer@capdale.com

                                                *Counsel to the Official Committee*
                                                *of Asbestos Claimants*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

| | | | |
|---|---|---|---|
| Debtor: | Duro Dyne National Corp., *et al.* [1] | Applicant: | Caplin & Drysdale, Chartered |
| Case No.: | 18-27963 (MBK) | Client: | Official Committee of Asbestos Claimants |
| Chapter: | 11 | Case Filed: | September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED AS EXHIBIT B

**TWENTY-SECOND MONTHLY FEE STATEMENT[2] OF
CAPLIN & DRYSDALE, CHARTERED FOR THE PERIOD
FROM AUGUST 1, 2020, THROUGH AUGUST 31, 2020**

**SECTION 1
FEE SUMMARY**

| | **FEES** | **EXPENSES** |
|---|---|---|
| TOTAL PREVIOUSLY REQUESTED | $1,829,685.75 | $33,284.65 |
| TOTAL ALLOWED TO DATE | $1,740,993.75 | $32,061.98 |
| TOTAL RETAINER (IF APPLICABLE) | $0.00 | $0.00 |
| TOTAL HOLDBACK (IF APPLICABLE) | $17,738.40 | $0.00 |
| TOTAL RECEIVED BY APPLICANT | $1,740,993.75 | $32,061.98 |
| | | |
| FEE TOTALS – PAGE 2 | $32,783.00 | |
| DISBURSEMENTS TOTALS – PAGE 3 | $0.00 | |
| TOTAL FEE APPLICATION | $32,783.00 | |
| MINUS 20% HOLDBACK | $6,556.60 | |
| AMOUNT SOUGHT AT THIS TIME | $26,226.40 | |

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2] Caplin & Drysdale's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Caplin & Drysdale, Chartered for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 337).

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED | HOURS | RATE | FEES |
|---|---|---|---|---|
| Kevin C. Maclay, Member | 1994 | 1.0 | $845 | $845.00 |
| James P. Wehner, Member | 1995 | 6.2 | $795 | $4,929.00 |
| Jeffrey A. Liesemer, Member | 1993 | 31.5 | $795 | $25,042.50 |
| Cecilia Guerrero, Paralegal | N/A | 2.4 | $340 | $816.00 |
| Brigette A. Wolverton, Paralegal | N/A | 3.9 | $295 | $1,150.50 |
| **TOTAL FEES** | | **45.0** | | **$32,783.00** |
| **ATTORNEY BLENDED RATE** | | | **$728.51** | |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| **(.01) Asset Analysis and Recovery** | 0.0 | $0.00 |
| **(.03) Business Operations** | 0.0 | $0.00 |
| **(.04) Case Administration** | 0.3 | $102.00 |
| **(.05) Claims Administration and Objections** | 0.0 | $0.00 |
| **(.07) Fee Applications-Self** | 3.6 | $1,506.50 |
| **(.09) Financing** | 0.0 | $0.00 |
| **(.10) Litigation** | 0.0 | $0.00 |
| **(.11) Plan and Disclosure Statement** | 38.0 | $30,260.00 |
| **(.12) Relief from Stay Proceedings** | 0.0 | $0.00 |
| **(.13) Tax Issues** | 0.0 | $0.00 |
| **(.15) Committee Meetings/Conferences** | 0.0 | $0.00 |
| **(.16) Travel Time** | 0.0 | $0.00 |
| **(.17) Docket Review & File Maintenance** | 3.1 | $914.50 |
| **(.18) Fee Applications-Others** | 0.0 | $0.00 |
| **(.19) Retention Applications-Others** | 0.0 | $0.00 |
| **(.20) Retention Applications-Self** | 0.0 | $0.00 |
| **(.22) Review Fee Application-Other Parties** | 0.0 | $0.00 |
| **SERVICE TOTALS:** | **45.0** | **$32,783.00** |

# SECTION III
# SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| **Computer Assisted Legal Research** | $0.00 |
| **Conference Call Charges** | $0.00 |
| **Courier & Express Carriers** | $0.00 |
| **Court Reporting** | $0.00 |
| **Fax** | $0.00 |
| **Filing Fees** | $0.00 |
| **Other Research** | $0.00 |
| **Pacer Fees** | $0.00 |
| **Postage** | $0.00 |
| **Reproduction Services - In-house** | $0.00 |
| **Reproduction Services - Outside** | $0.00 |
| **Travel** | $0.00 |
| **Other (specify): eDiscovery** | $0.00 |
| **DISBURSEMENTS TOTAL:** | **$0.00** |

# SECTION IV
# CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. § 506)

(1)     DATE CASE FILED: September 7, 2018

(2)     CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)     DATE OF RETENTION: November 8, 2018, effective as of September 26, 2018 [Docket No. 258]. *See* Order attached.

(4)     SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

   a)   Caplin & Drysdale analyzed issues related to the Plan and Plan documents, including revisions of Plan documents;

   b)   Caplin & Drysdale prepared and filed fee applications;

   c)   Caplin & Drysdale spent time working with counsel for the other Plan proponents and internally on general case matters, and status issues, as well as organizing and maintaining the case filing system and docket review for the bankruptcy case;

   d)   Caplin & Drysdale performed other professional services as counsel for the Committee as necessary and appropriate in these chapter 11 cases.

(5)   ANTICIPATED DISTRIBUTION TO CREDITORS:

    (A)   ADMINISTRATION EXPENSES: (unknown at this time)
    (B)   SECURED CREDITORS: (unknown at this time)
    (C)   PRIORITY CREDITORS: (unknown at this time)
    (D)   GENERAL UNSECURED CREDITORS: (unknown at this time)

(6)   FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the above is true.


Date:  September 25, 2020                        */s/ James P. Wehner*
                                                Signature

# EXHIBIT A



One Thomas Circle NW, Suite 1100
Washington, DC 20005

Telephone: (202) 862-5000          Federal Tax I.D. No.: 52-1226629          Fax: (202) 429-3301

www.capdale.com

Official Committee of Asbestos Claimants of Duro Dyne National

|   |   |
|---|---|
| Invoice #: | 329537 |
| Page: | 1 |

RE:  Duro Dyne Bankruptcy

For Professional Services Rendered Through August 31, 2020

| | |
|---|---|
| Total Services | $32,783.00 |
| Total Current Charges | $32,783.00 |

**Remittance Advice**

Payment is due upon receipt.  If you should have any questions, please email accounting@capdale.com.

**Check Payable To:**
Caplin & Drysdale, Chartered
Attn: Accounts Receivable
One Thomas Circle NW, Suite 1100
Washington, DC 20005

**Wire Transfer:**
Receiving Bank: Bank of America
ABA Wire Routing Number: 026009593
ABA ACH Routing Number: 054001204
Swift Code: BOFAUS3N
Beneficiary: Caplin & Drysdale, Chartered
Account Number: 001920814809

**Credit Card:**
We accept American Express. A service fee of 2.4% for Corporate Cards and 2.95% for Individual Cards will be added to all payments.
Please return this remittance page with your payment.  Thank you.

# Caplin & Drysdale
## ATTORNEYS

One Thomas Circle NW, Suite 1100
Washington, DC 20005

Telephone: (202) 862-5000  Federal Tax I.D. No.: 52-1226629  Fax: (202) 429-3301

www.capdale.com

Official Committee of Asbestos Claimants of Duro Dyne National

September 18, 2020
Invoice #: 329537
Page: 1

RE:  Duro Dyne Bankruptcy

For Professional Services Rendered Through August 31, 2020

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.04** | **Case Administration & Calendar Control** | | | | |
| 8/11/2020 | CG | Review docket and update docketing calendar re same. | 0.2 | $340.00 | $68.00 |
| 8/25/2020 | CG | Update docketing calendar. | 0.1 | $340.00 | $34.00 |
| | | Total | 0.30 | | $102.00 |
| **.07** | **Fee Applications-Self** | | | | |
| 8/3/2020 | CG | Draft CNO re monthly fee application (.3); communication w/ local counsel re same (.1). | 0.4 | $340.00 | $136.00 |
| 8/18/2020 | JPW | Emails re interim. | 0.2 | $795.00 | $159.00 |
| 8/24/2020 | JPW | Emails re fee apps. | 0.2 | $795.00 | $159.00 |
| 8/25/2020 | JPW | Review monthly. | 0.3 | $795.00 | $238.50 |
| 8/25/2020 | BAW | Attention to fee issues. | 0.7 | $295.00 | $206.50 |
| 8/25/2020 | CG | Review, revise and finalize monthly (1.4); draft CNO (.2); communications w/ local counsel re same (.1). | 1.7 | $340.00 | $578.00 |
| 8/31/2020 | BAW | Attention to fee issues. | 0.1 | $295.00 | $29.50 |
| | | Total | 3.60 | | $1,506.50 |
| **.11** | **Plan & Disclosure Statement** | | | | |
| 8/3/2020 | JAL | Correspondence to JPW re plan issue (0.3); analysis of plan issue in connection with negotiation of exit loan documents (0.6). | 0.9 | $795.00 | $715.50 |
| 8/3/2020 | JPW | Emails re confirmation and plan issues. | 0.3 | $795.00 | $238.50 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .11 | **Plan & Disclosure Statement** | | | | |
| 8/4/2020 | JAL | Drafted and revised email to J. Sinclair re plan issue (0.2); telephone call with JPW re plan issues (0.5); review of correspondence from J. Sinclair re plan issue (0.2); review and analysis of plan issue (0.6). | 1.5 | $795.00 | $1,192.50 |
| 8/4/2020 | JPW | Teleconference with JAL re plan issue (0.5); review plan funding issue (0.6). | 1.1 | $795.00 | $874.50 |
| 8/5/2020 | JAL | Correspondence to C. Grear re exit loan drafts. | 0.2 | $795.00 | $159.00 |
| 8/6/2020 | JAL | Drafted and revised email to JPW re plan issue (0.4); correspondence with C. Grear re draft exit loan docs and related issues (1.1); revisions and editing to draft exit loan documents (1.8). | 3.3 | $795.00 | $2,623.50 |
| 8/6/2020 | JPW | Emails re BoA docs, plan issues. | 0.5 | $795.00 | $397.50 |
| 8/7/2020 | JAL | Review and analysis of correspondence re markup of exit loan drafts. | 0.5 | $795.00 | $397.50 |
| 8/7/2020 | JAL | Correspondence with C. Grear re draft exit loan docs. | 0.3 | $795.00 | $238.50 |
| 8/7/2020 | JAL | Analysis of issue relating to exit loan drafts. | 0.4 | $795.00 | $318.00 |
| 8/7/2020 | JPW | Emails re plan issues. | 0.3 | $795.00 | $238.50 |
| 8/10/2020 | JAL | Telephone call with JPW re plan issue and next steps (0.3); telephone call with JPW and KCM re plan issue and next steps (1.0). | 1.3 | $795.00 | $1,033.50 |
| 8/10/2020 | JPW | Teleconference JAL re plan issue (0.3); emails re plan issue (0.2); teleconference JAL and KCM re plan issue (1.0); research plan issue (0.3). | 1.8 | $795.00 | $1,431.00 |
| 8/10/2020 | KCM | Teleconference with JPW and JAL re POR issue and case strategy. | 1.0 | $845.00 | $845.00 |
| 8/12/2020 | JAL | Telephone call with JPW and E. Harron re plan issue and next steps. | 0.2 | $795.00 | $159.00 |
| 8/12/2020 | JPW | Teleconference JAL and E. Harron re plan issues. | 0.2 | $795.00 | $159.00 |
| 8/20/2020 | JAL | Review and analysis of markup of exit loan documents. | 1.2 | $795.00 | $954.00 |
| 8/21/2020 | JAL | Email exchange with JPW re plan docs and remaining issues. | 0.3 | $795.00 | $238.50 |
| 8/21/2020 | JPW | Emails re plan issue. | 0.2 | $795.00 | $159.00 |
| 8/24/2020 | JAL | Review and analysis in prep for call with C. Grear re revised drafts of exit loan documents (0.4); telephone call with C. Grear re markup of draft exit loan documents and next steps (0.2); correspondence with JPW re draft exit loan docs and next steps (0.2). | 0.8 | $795.00 | $636.00 |

September 18, 2020
Invoice #:  329537

Page: 3

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .11 | **Plan & Disclosure Statement** | | | | |
| 8/25/2020 | JAL | Correspondence with JPW re draft findings and conclusions and related issues (0.3); revisions and editing to draft exit loan documents (3.1); review and comments on draft FOF/COL and confirmation order (2.4). | 5.8 | $795.00 | $4,611.00 |
| 8/25/2020 | JPW | Emails re confirmation docs. | 0.2 | $795.00 | $159.00 |
| 8/26/2020 | JAL | Revisions and editing to draft exit loan docs. | 1.3 | $795.00 | $1,033.50 |
| 8/26/2020 | JPW | Emails re confirmation issues. | 0.5 | $795.00 | $397.50 |
| 8/27/2020 | JAL | Further review and comments on draft FOF/COL and confirmation order. | 6.8 | $795.00 | $5,406.00 |
| 8/27/2020 | JAL | Review and analysis re issue pertaining to draft exit loan docs. | 0.2 | $795.00 | $159.00 |
| 8/28/2020 | JAL | Edits and revisions to draft FOF/COL and confirmation order. | 3.7 | $795.00 | $2,941.50 |
| 8/28/2020 | JPW | Review JAL edits to Plan docs. | 0.4 | $795.00 | $318.00 |
| 8/29/2020 | JAL | Correspondence to plan proponents' counsel re revised FOF/COL and proposed form of confirmation order (1.9); correspondence to K. Quinn and E. Grim re markups of amended FOF/COL and proposed form of Confirmation Order (0.9). | 2.8 | $795.00 | $2,226.00 |
| | | **Total** | **38.00** | | **$30,260.00** |
| .17 | **Docket Review & File Maintenance** | | | | |
| 8/3/2020 | BAW | Review docket, update internal files re recent filings, prepare docket update and circulate same. | 0.2 | $295.00 | $59.00 |
| 8/4/2020 | BAW | Review docket, update internal files re recent filings, prepare docket update and circulate same. | 0.2 | $295.00 | $59.00 |
| 8/10/2020 | BAW | Review docket, update internal files re recent filings, prepare docket update and circulate same. | 0.2 | $295.00 | $59.00 |
| 8/11/2020 | BAW | Review docket, update internal files re recent filings, prepare docket update and circulate same. | 0.2 | $295.00 | $59.00 |
| 8/12/2020 | BAW | Review docket, update internal files re recent filings, prepare docket update and circulate same. | 0.2 | $295.00 | $59.00 |
| 8/14/2020 | BAW | Review docket, update internal files re recent filings, prepare docket update and circulate same. | 0.2 | $295.00 | $59.00 |
| 8/17/2020 | BAW | Review docket, update internal files re recent filings, prepare docket update and circulate same. | 0.2 | $295.00 | $59.00 |

September 18, 2020
Invoice #: 329537

Page: 4

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .17 | **Docket Review & File Maintenance** | | | | |
| 8/18/2020 | BAW | Review docket, update internal files re recent filings, prepare docket update and circulate same. | 0.2 | $295.00 | $59.00 |
| 8/20/2020 | BAW | Review docket, update internal files re recent filings, prepare docket update and circulate same. | 0.2 | $295.00 | $59.00 |
| 8/21/2020 | BAW | Review docket, update internal files re recent filings, prepare docket update and circulate same. | 0.3 | $295.00 | $88.50 |
| 8/24/2020 | BAW | Review docket, update internal files re recent filings, prepare docket update and circulate same. | 0.2 | $295.00 | $59.00 |
| 8/26/2020 | BAW | Review docket, update internal files re recent filings, prepare docket update and circulate same. | 0.2 | $295.00 | $59.00 |
| 8/27/2020 | BAW | Review docket, update internal files re recent filings, prepare docket update and circulate same. | 0.2 | $295.00 | $59.00 |
| 8/28/2020 | BAW | Review docket, update internal files re recent filings, prepare docket update and circulate same. | 0.2 | $295.00 | $59.00 |
| 8/31/2020 | BAW | Review docket, update internal files re recent filings, prepare docket update and circulate same. | 0.2 | $295.00 | $59.00 |
| | | **Total** | **3.10** | | **$914.50** |
| | | Total Professional Services | 45.0 | | $32,783.00 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JAL | Jeffrey A. Liesemer | Member | 31.5 | $795.00 | $25,042.50 |
| KCM | Kevin C. Maclay | Member | 1.0 | $845.00 | $845.00 |
| JPW | James P. Wehner | Member | 6.2 | $795.00 | $4,929.00 |
| CG | Cecilia Guerrero | Paralegal | 2.4 | $340.00 | $816.00 |
| BAW | Brigette A. Wolverton | Paralegal | 3.9 | $295.00 | $1,150.50 |

| | | | | |
|---|---|---|---|---|
| | Total Services | | | $32,783.00 |
| | Total Current Charges | | | $32,783.00 |

September 18, 2020
Invoice #:    329537

Page:    5

## TASK RECAP

| Services | | | Disbursements | |
|---|---|---|---|---|
| **Category** | **Hours** | **Amount** | **Category** | **Amount** |
| .04 | 0.30 | $102.00 | | |
| .07 | 3.60 | $1,506.50 | | |
| .11 | 38.00 | $30,260.00 | | |
| .17 | 3.10 | $914.50 | | |
| | 45.00 | $32,783.00 | | $0.00 |

## BREAKDOWN BY PERSON

| Person | | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| CG | Cecilia Guerrero | .04 | 0.30 | $340.00 | $102.00 |
| JPW | James P. Wehner | .07 | 0.70 | $795.00 | $556.50 |
| CG | Cecilia Guerrero | .07 | 2.10 | $340.00 | $714.00 |
| BAW | Brigette A. Wolverton | .07 | 0.80 | $295.00 | $236.00 |
| JAL | Jeffrey A. Liesemer | .11 | 31.50 | $795.00 | $25,042.50 |
| KCM | Kevin C. Maclay | .11 | 1.00 | $845.00 | $845.00 |
| JPW | James P. Wehner | .11 | 5.50 | $795.00 | $4,372.50 |
| BAW | Brigette A. Wolverton | .17 | 3.10 | $295.00 | $914.50 |
| | | | 45.00 | | $32,783.00 |

# EXHIBIT B

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY **Caption in Compliance with D.N.J. LBR 9004-1** |
|---|
| John A. Fialcowitz, Esq. THE LAW OFFICE OF JOHN A. FIALCOWITZ 89 Headquarters Plaza North, Ste. 1216 Morristown, New Jersey 07960 973.532.7208 John@fialcowitzlaw.com  *Proposed Local Counsel for the Official Committee of Asbestos Claimants* |

**Order Filed on November 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DURO DYNE NATIONAL CORP., *et al*., | : | Case No. 18-27963 (MBK) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**[PROPOSED] ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF CAPLIN & DRYSDALE, CHARTERED, AS THE COMMITTEE'S COUNSEL, EFFECTIVE *NUNC PRO TUNC* AS OF SEPTEMBER 26, 2018**

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

**DATED: November 9, 2018**

/s/ Michael B. Kaplan
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:     2
Debtor:   Duro Dyne National Corp., *et al.*
Case No.: 18-27963 (MBK)
Caption:  Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective *Nunc Pro Tunc* as of September 26, 2018

Before this Court is the *Application of the Official Committee of Asbestos Claimants for an Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective* Nunc Pro Tunc *as of September 26, 2018* (the "**Application**"), which was filed by the Official Committee of Asbestos Claimants (the "**Committee**") on October 29, 2018. Based on the record herein, and after due deliberation thereon, this Court finds and concludes that (i) the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), does not represent any entity having an interest adverse to the Committee or to the asbestos-related creditors of the Debtors' estates in connection with the matters for which the Committee proposes to employ Caplin & Drysdale; (ii) Caplin & Drysdale is a "disinterested person" pursuant to §§ 101(14) and 328(c) of the Bankruptcy Code; (iii) proper and adequate notice of the Application has been given and no other or further notice is necessary; and (iv) the Committee's employment and retention of Caplin & Drysdale as its counsel should be approved. Accordingly, **IT IS HEREBY ORDERED**, that:

1.  The Application is granted and approved;

2.  The Committee is authorized to employ and retain Caplin & Drysdale as its counsel on the terms set forth in the Application, pursuant to §§ 328 and 1103 of the Bankruptcy Code, effective *nunc pro tunc* as of September 26, 2018;

3.  Caplin & Drysdale shall be compensated in accordance with the procedures set forth in §§ 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the orders and rules of this Court, and such other procedures as may be fixed by order of this Court;

Page:      3
Debtor:    Duro Dyne National Corp., *et al.*
Case No.:  18-27963 (MBK)
Caption:   Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective *Nunc Pro Tunc* as of September 26, 2018

---

4. The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived;

5. This Order shall be immediately effective and enforceable upon its entry; and

6. The Court shall retain jurisdiction with respect to all matters arising or related to the implementation of this order.