# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re:  
Duro Dyne National Corp.

Chapter: <u>     11     </u>  
Case Number: <u>   18-27963   </u>  
Civil Number: _____  
Adversary Number: _____  
Bankruptcy Judge: <u>Michael B Kaplan</u>

## TRANSMITTAL OF APPEAL DOCUMENT(S) TO:
☑ **DISTRICT COURT**    ☐ **CIRCUIT COURT OF APPEALS**

A Notice of Appeal was filed in our office on _____.   The parties to the appeal are:

Appellant(s): _____     Appellee(s): _____  
Attorney: _____         Attorney: _____  
Address: _____          Address: _____  
         _____                   _____

Title of Order Appealed: _____  
Date Entered On Docket: _____

The items indicated below are being transmitted together:

☐ Notice of Appeal        ☐ Order being Appealed       ☐ Designation of Record on Appeal  
☐ Statement of Issues     ☐ Transcript                 ☐ Transcript Ordered On: _____  
☑ Other <u>Second Transmittal Form Proposed Findings of Fact and Conclusions of Law</u>

---

☐   An appeal has not previously been filed in this case.

☐   The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

---

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____     Judge assigned: _____  
By: _____                            Date: _____

*rev. 12/15/14*