| | |
|---|---|
| THE LAW OFFICE OF JOHN A. FIALCOWITZ, LLC | CAPLIN & DRYSDALE, CHARTERED |
| John A. Fialcowitz | James P. Wehner (admitted *pro hac vice*) |
| 89 Headquarters Plaza | Jeffrey A. Liesemer (admitted *pro hac vice*) |
| North Suite 1216 | One Thomas Circle, N.W., Suite 1100 |
| Morristown, NJ 07960 | Washington, D.C. 20005 |
| Telephone: (973) 813-7227 | Telephone: (202) 862-5000 |
| john@fialcowitzlaw.com | jwehner@capdale.com |
| | jliesemer@capdale.com |

*Co-Counsel for the Official Committee of Asbestos Claimants*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DURO DYNE NATIONAL CORP., *et al.*,[1] | : | Case No. 18-27963-MBK |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**TWENTY-THIRD MONTHLY FEE STATEMENT OF**
**CAPLIN & DRYSDALE, CHARTERED FOR THE PERIOD**
**FROM SEPTEMBER 1, 2020, THROUGH SEPTEMBER 30, 2020**

Caplin & Drysdale, Chartered ("**Caplin & Drysdale**" or the "**Applicant**"), counsel for the Official Committee of Asbestos Claimants (the "**Committee**"), hereby submits this twenty-third monthly fee statement[2] for the period commencing September 1, 2020, through September 30, 2020 (the "**Twenty-Third Fee Statement**") pursuant to the *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court*, dated December 18, 2018 (Docket No. 345) (the "**Interim Compensation Order**").

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2] Caplin & Drysdale's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Caplin & Drysdale, Chartered for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 337).

Pursuant to the Interim Compensation Order, responses to the Twenty-Third Fee Statement, if any, are due by November 2, 2020.

Dated: October 23, 2020         By: /s/ James P. Wehner
                                James P. Wehner, Esq. (admitted *pro hac vice*)
                                Jeffrey A. Liesemer, Esq. (admitted *pro hac vice*)
                                One Thomas Circle, N.W., Suite 1100
                                Washington, DC 20005
                                Telephone: (202) 862-5000
                                Facsimile: (202) 429-3301
                                jwehner@capdale.com
                                jliesemer@capdale.com

                                *Counsel to the Official Committee
                                of Asbestos Claimants*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

| | | | |
|---|---|---|---|
| Debtor: | Duro Dyne National Corp., *et al.* [1] | Applicant: | Caplin & Drysdale, Chartered |
| Case No.: | 18-27963 (MBK) | Client: | Official Committee of Asbestos Claimants |
| Chapter: | 11 | Case Filed: | September 7, 2018 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED AS EXHIBIT B

**TWENTY-THIRD MONTHLY FEE STATEMENT[2] OF
CAPLIN & DRYSDALE, CHARTERED FOR THE PERIOD
FROM SEPTEMBER 1, 2020, THROUGH SEPTEMBER 30, 2020**

**SECTION 1
FEE SUMMARY**

| | **FEES** | **EXPENSES** |
|---|---|---|
| TOTAL PREVIOUSLY REQUESTED | $1,862,468.75 | $33,284.65 |
| TOTAL ALLOWED TO DATE | $1,829,685.75 | $33,284.64 |
| TOTAL RETAINER (IF APPLICABLE) | $0.00 | $0.00 |
| TOTAL HOLDBACK (IF APPLICABLE) | $24,295.00 | $0.00 |
| TOTAL RECEIVED BY APPLICANT | $1,740,993.75 | $32,061.98 |
| | | |
| FEE TOTALS – PAGE 2 | $29,042.00 | |
| DISBURSEMENTS TOTALS – PAGE 3 | $8.65 | |
| TOTAL FEE APPLICATION | $29,050.65 | |
| MINUS 20% HOLDBACK | $5,808.40 | |
| AMOUNT SOUGHT AT THIS TIME | $23,242.25 | |

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Duro Dyne National Corp. (4664), Duro Dyne Machinery Corp. (9699), Duro Dyne Corporation (3616), Duro Dyne West Corp. (5943), and Duro Dyne Midwest Corp. (4662).

[2] Caplin & Drysdale's first monthly fee statement was also filed as an interim fee application under the title *First Interim Fee Application of Caplin & Drysdale, Chartered for Allowance of Fees and Reimbursement of Expenses* on December 14, 2018 (Docket No. 337).

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED | HOURS | RATE | FEES |
|---|---|---|---|---|
| Ann C. McMillan, Member | 1994 | 1.3 | $880 | $1,144.00 |
| James P. Wehner, Member | 1995 | 7.5 | $795 | $5,962.50 |
| Jeffrey A. Liesemer, Member | 1993 | 24.3 | $795 | $19,318.50 |
| Cecilia Guerrero, Paralegal | N/A | 4.4 | $340 | $1,496.00 |
| Brigette A. Wolverton, Paralegal | N/A | 3.8 | $295 | $1,121.00 |
| **TOTAL FEES** | | **41.3** | | **$29,042.00** |
| **ATTORNEY BLENDED RATE** | | | **$703.20** | |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| **(.01) Asset Analysis and Recovery** | 0.0 | $0.00 |
| **(.03) Business Operations** | 0.0 | $0.00 |
| **(.04) Case Administration** | 0.0 | $0.00 |
| **(.05) Claims Administration and Objections** | 0.0 | $0.00 |
| **(.07) Fee Applications-Self** | 5.6 | $2,450.00 |
| **(.09) Financing** | 0.0 | $0.00 |
| **(.10) Litigation** | 0.0 | $0.00 |
| **(.11) Plan and Disclosure Statement** | 31.0 | $24,747.00 |
| **(.12) Relief from Stay Proceedings** | 0.0 | $0.00 |
| **(.13) Tax Issues** | 0.0 | $0.00 |
| **(.15) Committee Meetings/Conferences** | 0.9 | $724.00 |
| **(.16) Travel Time** | 0.0 | $0.00 |
| **(.17) Docket Review & File Maintenance** | 3.8 | $1,121.00 |
| **(.18) Fee Applications-Others** | 0.0 | $0.00 |
| **(.19) Retention Applications-Others** | 0.0 | $0.00 |
| **(.20) Retention Applications-Self** | 0.0 | $0.00 |
| **(.22) Review Fee Application-Other Parties** | 0.0 | $0.00 |
| **SERVICE TOTALS:** | **41.3** | **$29,042.00** |

2

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| **Computer Assisted Legal Research** | $0.00 |
| **Conference Call Charges** | $8.65 |
| **Courier & Express Carriers** | $0.00 |
| **Court Reporting** | $0.00 |
| **Fax** | $0.00 |
| **Filing Fees** | $0.00 |
| **Other Research** | $0.00 |
| **Pacer Fees** | $0.00 |
| **Postage** | $0.00 |
| **Reproduction Services - In-house** | $0.00 |
| **Reproduction Services - Outside** | $0.00 |
| **Travel** | $0.00 |
| **Other (specify): eDiscovery** | $0.00 |
| **DISBURSEMENTS TOTAL:** | **$8.65** |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. § 506)

(1)　DATE CASE FILED: September 7, 2018

(2)　CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)　DATE OF RETENTION: November 8, 2018, effective as of September 26, 2018 [Docket No. 258]. *See* Order attached.

(4)　SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

　　a)　Caplin & Drysdale analyzed issues related to the Plan and Plan documents, including revisions of Plan documents;

　　b)　Caplin & Drysdale communicated with the Committee regarding case status and developments;

　　c)　Caplin & Drysdale prepared and filed fee applications;

　　d)　Caplin & Drysdale spent time working with counsel for the other Plan proponents and internally on general case matters, and status issues, as well as organizing and maintaining the case filing system and docket review for the bankruptcy case;

　　e)　Caplin & Drysdale performed other professional services as counsel for the Committee as necessary and appropriate in these chapter 11 cases.

(5)   ANTICIPATED DISTRIBUTION TO CREDITORS:

    (A)   ADMINISTRATION EXPENSES: (unknown at this time)
    (B)   SECURED CREDITORS: (unknown at this time)
    (C)   PRIORITY CREDITORS: (unknown at this time)
    (D)   GENERAL UNSECURED CREDITORS: (unknown at this time)

(6)   FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the above is true.

Date:  October 23, 2020             /s/ James P. Wehner
                                                        Signature

# EXHIBIT A



One Thomas Circle NW, Suite 1100
Washington, DC 20005

Telephone: (202) 862-5000    Federal Tax I.D. No.: 52-1226629    Fax: (202) 429-3301
www.capdale.com

Official Committee of Asbestos Claimants of Duro Dyne National

| | |
|---|---|
| Invoice #: | 329883 |
| Page: | 1 |

RE:  Duro Dyne Bankruptcy

For Professional Services Rendered Through September 30, 2020

| | |
|---|---|
| Total Services | $29,042.00 |
| Total Disbursements | $8.65 |
| Total Current Charges | $29,050.65 |

**Remittance Advice**

Payment is due upon receipt.  If you should have any questions, please email accounting@capdale.com.

**Check Payable To:**
Caplin & Drysdale, Chartered
Attn: Accounts Receivable
One Thomas Circle NW, Suite 1100
Washington, DC 20005

**Wire Transfer:**
Receiving Bank: Bank of America
ABA Wire Routing Number: 026009593
ABA ACH Routing Number: 054001204
Swift Code: BOFAUS3N
Beneficiary: Caplin & Drysdale, Chartered
Account Number: 001920814809

**Credit Card:**
We accept American Express. A service fee of 2.4% for Corporate Cards and 2.95% for Individual Cards will be added to all payments.
Please return this remittance page with your payment.  Thank you.

# Caplin & Drysdale
## ATTORNEYS

One Thomas Circle NW, Suite 1100
Washington, DC 20005

Telephone: (202) 862-5000    Federal Tax I.D. No.: 52-1226629    Fax: (202) 429-3301
www.capdale.com

Official Committee of Asbestos Claimants of Duro Dyne National

October 09, 2020
Invoice #:    329883
Page:    1

RE:  Duro Dyne Bankruptcy

For Professional Services Rendered Through September 30, 2020

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .07 | **Fee Applications-Self** | | | | |
| 9/3/2020 | JPW | Review interim. | 0.9 | $795.00 | $715.50 |
| 9/3/2020 | CG | Draft and revise interim fee application (2.3); communicate w/ JPW re same (.1). | 2.4 | $340.00 | $816.00 |
| 9/4/2020 | CG | Revise and finalize interim fee application. | 0.3 | $340.00 | $102.00 |
| 9/25/2020 | JPW | Review monthly. | 0.3 | $795.00 | $238.50 |
| 9/25/2020 | CG | Review, revise, and finalize monthly. | 1.7 | $340.00 | $578.00 |
| | | Total | 5.60 | | $2,450.00 |
| .11 | **Plan & Disclosure Statement** | | | | |
| 9/1/2020 | JAL | Correspondence with J. Prol re next steps on plan docs. | 0.2 | $795.00 | $159.00 |
| 9/2/2020 | JPW | Emails re confirmation issues. | 0.3 | $795.00 | $238.50 |
| 9/3/2020 | JAL | Review of correspondence from E. Grim re draft amended FOF/COL and further correspondence with plan group re same (0.3); telephone call with JPW re next steps on plan docs and related issues (0.1). | 0.4 | $795.00 | $318.00 |
| 9/3/2020 | JPW | Emails re confirmation issues (0.2); teleconference JAL re confirmation issues (0.2). | 0.4 | $795.00 | $318.00 |
| 9/4/2020 | JAL | Review and analysis in prep for call with Debtors' counsel and FCR counsel (0.5); teleconference with JPW, E. Harron, and J. Prol re next steps on plan docs (0.3); further edits to amended proposed FOF-COL (1.0). | 1.8 | $795.00 | $1,431.00 |
| 9/4/2020 | JPW | Teleconference with J. Prol, E. Harron, JAL re confirmation issue. | 0.3 | $795.00 | $238.50 |

October 09, 2020
Invoice #:   329883

Page:   2

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .11 | **Plan & Disclosure Statement** | | | | |
| 9/11/2020 | ACM | Exchange e-mails re TDP, Trust Agreement and Cooperation Agreement (.1); review files re same (.7). | 0.8 | $880.00 | $704.00 |
| 9/11/2020 | JAL | Review, edits, and updating of plan documents for finalization and filing. | 2.7 | $795.00 | $2,146.50 |
| 9/11/2020 | JPW | Emails re confirmation issues and documents. | 0.3 | $795.00 | $238.50 |
| 9/13/2020 | JAL | Further review, edits, and updating of plan documents for finalization and filing (0.9); drafted and revised email to K. Quinn and E. Grim re updated plan schedule (0.4). | 1.3 | $795.00 | $1,033.50 |
| 9/14/2020 | ACM | Review revised Cooperation Agreement (.3); exchange e-mails re same (.1). | 0.4 | $880.00 | $352.00 |
| 9/14/2020 | JAL | Further review, edits, and updating of plan documents for finalization and filing (2.7); review of BoA's markup of proposed findings and conclusions and form of confirmation order (0.2); drafted and revised correspondence to Plan Proponents' counsel re updated set of plan documents (1.2). | 4.1 | $795.00 | $3,259.50 |
| 9/14/2020 | JPW | Emails re confirmation issues. | 0.3 | $795.00 | $238.50 |
| 9/15/2020 | JAL | Further review, edits, and updating of plan documents for finalization and filing. | 1.8 | $795.00 | $1,431.00 |
| 9/16/2020 | JPW | Review draft pleadings. | 0.4 | $795.00 | $318.00 |
| 9/21/2020 | JAL | Review and analysis of draft notice of filing amended report and recommendation (2.3); review of correspondence from C. Grear re markup of plan documents (0.2). | 2.5 | $795.00 | $1,987.50 |
| 9/22/2020 | JAL | Telephone call with JPW re status and next steps on plan documents (.1); correspondence with J. Prol (2x) and C. Grear re plan documents and next steps (0.4); further revisions and editing re notice of amended findings and conclusions (0.2); further correspondence with J. Prol re next steps on plan documents (0.2); review and edits to draft notice of revised plan exhibits (1.1). | 2.0 | $795.00 | $1,590.00 |
| 9/22/2020 | JPW | Teleconference JAL re confirmation docs (0.1); review draft documents, notice (0.6). | 0.7 | $795.00 | $556.50 |
| 9/23/2020 | JAL | Review and analysis of correspondence and accompanying materials from J. Prol and C. Grear re proposed amendment to corporate documents. | 1.2 | $795.00 | $954.00 |
| 9/23/2020 | JPW | Review draft corporate docs and FCR analysis. | 0.4 | $795.00 | $318.00 |
| 9/24/2020 | JAL | Correspondence with C. Grear re revised plan documents (0.4); correspondence with JPW and ACM (3x) re revised plan documents (0.4). | 0.8 | $795.00 | $636.00 |
| 9/24/2020 | JPW | Emails re revised corp. docs (0.2); review corp. doc. analysis (0.2). | 0.4 | $795.00 | $318.00 |

October 09, 2020
Invoice #:      329883

Page:      3

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 9/29/2020 | JAL | Telephone call with JPW re next steps on updating plan schedules and exhibits (0.1); telephone call with J. Prol re next steps on plan schedules and exhibits (0.1); email correspondence with JPW and J. Fialcowitz re next steps on plan schedules and exhibits (0.2); revisions and updating of plan schedules and exhibits and notices thereof (4.8). | 5.2 | $795.00 | $4,134.00 |
| 9/29/2020 | JPW | Review revised docs (1.5); teleconference JAL re revised docs (0.2). | 1.7 | $795.00 | $1,351.50 |
| 9/30/2020 | JAL | Telephone call with JPW re revised plan docs and next steps. | 0.1 | $795.00 | $79.50 |
| 9/30/2020 | JPW | Teleconference JAL re confirmation docs (0.1); emails re confirmation docs (0.4). | 0.5 | $795.00 | $397.50 |
| | | Total | 31.00 | | $24,747.00 |
| **.15** | **Committee Meetings/Conferences** | | | | |
| 9/29/2020 | ACM | Exchange e-mails re Committee update on Plan. | 0.1 | $880.00 | $88.00 |
| 9/29/2020 | JAL | Review and comment on draft memo to Committee. | 0.2 | $795.00 | $159.00 |
| 9/29/2020 | JPW | Draft and revise memo to Committee (0.5); teleconference ACM re Committee memo (0.1). | 0.6 | $795.00 | $477.00 |
| | | Total | 0.90 | | $724.00 |
| **.17** | **Docket Review & File Maintenance** | | | | |
| 9/1/2020 | BAW | Review docket, prepare docket update and circulate same to internal team. | 0.2 | $295.00 | $59.00 |
| 9/2/2020 | BAW | Review docket, prepare docket update and circulate same to internal team. | 0.2 | $295.00 | $59.00 |
| 9/3/2020 | BAW | Review docket, prepare docket update and circulate same to internal team. | 0.2 | $295.00 | $59.00 |
| 9/4/2020 | BAW | Review docket and update internal files re recent filings. | 0.2 | $295.00 | $59.00 |
| 9/8/2020 | BAW | Review docket, prepare docket update and circulate same to internal team. | 0.2 | $295.00 | $59.00 |
| 9/9/2020 | BAW | Review docket, prepare docket update and circulate same to internal team. | 0.2 | $295.00 | $59.00 |
| 9/10/2020 | BAW | Review docket, prepare docket update and circulate same to internal team. | 0.2 | $295.00 | $59.00 |
| 9/14/2020 | BAW | Review docket and update internal files re recent filings. | 0.2 | $295.00 | $59.00 |
| 9/15/2020 | BAW | Review docket, prepare docket update and circulate same to internal team. | 0.2 | $295.00 | $59.00 |
| 9/16/2020 | BAW | Review docket, prepare docket update and circulate same to internal team. | 0.2 | $295.00 | $59.00 |
| 9/17/2020 | BAW | Review docket, prepare docket update and circulate same to internal team. | 0.2 | $295.00 | $59.00 |

October 09, 2020
Invoice #:  329883

Page: 4

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .17 | **Docket Review & File Maintenance** | | | | |
| 9/18/2020 | BAW | Review docket and update internal files re recent filings. | 0.2 | $295.00 | $59.00 |
| 9/21/2020 | BAW | Review docket, prepare docket update and circulate same to internal team. | 0.2 | $295.00 | $59.00 |
| 9/22/2020 | BAW | Review docket, prepare docket update and circulate same to internal team. | 0.2 | $295.00 | $59.00 |
| 9/23/2020 | BAW | Review docket, prepare docket update and circulate same to internal team. | 0.2 | $295.00 | $59.00 |
| 9/24/2020 | BAW | Review docket, prepare docket update and circulate same to internal team. | 0.2 | $295.00 | $59.00 |
| 9/25/2020 | BAW | Review docket, prepare docket update and circulate same to internal team. | 0.2 | $295.00 | $59.00 |
| 9/28/2020 | BAW | Review docket and update internal files re recent filings. | 0.2 | $295.00 | $59.00 |
| 9/29/2020 | BAW | Review docket and update internal files re recent filings. | 0.2 | $295.00 | $59.00 |
| | | **Total** | **3.80** | | **$1,121.00** |
| | | Total Professional Services | 41.3 | | $29,042.00 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JAL | Jeffrey A. Liesemer | Member | 24.3 | $795.00 | $19,318.50 |
| ACM | Ann C. McMillan | Member | 1.3 | $880.00 | $1,144.00 |
| JPW | James P. Wehner | Member | 7.5 | $795.00 | $5,962.50 |
| CG | Cecilia Guerrero | Paralegal | 4.4 | $340.00 | $1,496.00 |
| BAW | Brigette A. Wolverton | Paralegal | 3.8 | $295.00 | $1,121.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 09/23/2020 | Conf. Call - Conference Calls 07/01-07/31/2020 JAL [.17] | $8.65 |
| | Total Disbursements | $8.65 |
| | | |
| | Total Services | $29,042.00 |
| | Total Disbursements | $8.65 |
| | Total Current Charges | $29,050.65 |

October 09, 2020
Invoice #:    329883

Page:    5

## TASK RECAP

### Services

| Category | Hours | Amount |
|---|---:|---:|
| .07 | 5.60 | $2,450.00 |
| .11 | 31.00 | $24,747.00 |
| .15 | 0.90 | $724.00 |
| .17 | 3.80 | $1,121.00 |
|  | 41.30 | $29,042.00 |

### Disbursements

| Category | Amount |
|---|---:|
| .17 | $8.65 |
|  | $8.65 |

## BREAKDOWN BY PERSON

| Person | | Category | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| JPW | James P. Wehner | .07 | 1.20 | $795.00 | $954.00 |
| CG | Cecilia Guerrero | .07 | 4.40 | $340.00 | $1,496.00 |
| JAL | Jeffrey A. Liesemer | .11 | 24.10 | $795.00 | $19,159.50 |
| ACM | Ann C. McMillan | .11 | 1.20 | $880.00 | $1,056.00 |
| JPW | James P. Wehner | .11 | 5.70 | $795.00 | $4,531.50 |
| JAL | Jeffrey A. Liesemer | .15 | 0.20 | $795.00 | $159.00 |
| ACM | Ann C. McMillan | .15 | 0.10 | $880.00 | $88.00 |
| JPW | James P. Wehner | .15 | 0.60 | $795.00 | $477.00 |
| BAW | Brigette A. Wolverton | .17 | 3.80 | $295.00 | $1,121.00 |
|  |  |  | 41.30 |  | $29,042.00 |

# EXHIBIT B

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY **Caption in Compliance with D.N.J. LBR 9004-1** |
|---|
| John A. Fialcowitz, Esq.<br>THE LAW OFFICE OF JOHN A. FIALCOWITZ<br>89 Headquarters Plaza North, Ste. 1216<br>Morristown, New Jersey 07960<br>973.532.7208<br>John@fialcowitzlaw.com<br><br>*Proposed Local Counsel for the Official Committee of Asbestos Claimants* |

Order Filed on November 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DURO DYNE NATIONAL CORP., *et al.*, | : | Case No. 18-27963 (MBK) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**[PROPOSED] ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF CAPLIN & DRYSDALE, CHARTERED, AS THE COMMITTEE'S COUNSEL, EFFECTIVE *NUNC PRO TUNC* AS OF SEPTEMBER 26, 2018**

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

**DATED: November 9, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:       2
Debtor:     Duro Dyne National Corp., *et al.*
Case No.:   18-27963 (MBK)
Caption:    Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective *Nunc Pro Tunc* as of September 26, 2018

Before this Court is the *Application of the Official Committee of Asbestos Claimants for an Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective* Nunc Pro Tunc *as of September 26, 2018* (the "**Application**"), which was filed by the Official Committee of Asbestos Claimants (the "**Committee**") on October 29, 2018. Based on the record herein, and after due deliberation thereon, this Court finds and concludes that (i) the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), does not represent any entity having an interest adverse to the Committee or to the asbestos-related creditors of the Debtors' estates in connection with the matters for which the Committee proposes to employ Caplin & Drysdale; (ii) Caplin & Drysdale is a "disinterested person" pursuant to §§ 101(14) and 328(c) of the Bankruptcy Code; (iii) proper and adequate notice of the Application has been given and no other or further notice is necessary; and (iv) the Committee's employment and retention of Caplin & Drysdale as its counsel should be approved. Accordingly, **IT IS HEREBY ORDERED**, that:

1. The Application is granted and approved;

2. The Committee is authorized to employ and retain Caplin & Drysdale as its counsel on the terms set forth in the Application, pursuant to §§ 328 and 1103 of the Bankruptcy Code, effective *nunc pro tunc* as of September 26, 2018;

3. Caplin & Drysdale shall be compensated in accordance with the procedures set forth in §§ 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the orders and rules of this Court, and such other procedures as may be fixed by order of this Court;

Page:      3
Debtor:    Duro Dyne National Corp., *et al.*
Case No.:  18-27963 (MBK)
Caption:   Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committee's Counsel, Effective *Nunc Pro Tunc* as of September 26, 2018

---

4.  The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived;

5.  This Order shall be immediately effective and enforceable upon its entry; and

6.  The Court shall retain jurisdiction with respect to all matters arising or related to the implementation of this order.