LOWENSTEIN SANDLER LLP
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

Counsel to the Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| Duro Dyne National Corp., *et al.*[1] | Case No. 18-27963 (MBK) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF JEFFREY D. PROL
## REGARDING PLAN EFFECTIVE DATE AND ORDER CLOSING CASES

*Jeffrey D. Prol, Esq.*, pursuant to 28 U.S.C. § 1746, states as follows:

1. I am a partner of the law firm of Lowenstein Sandler LLP, counsel to the debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned chapter 11 cases. I submit this Certification in connection with the *Order Closing Chapter 11 Cases Effective as of December 31, 2020 and Directing Entry of Final Decree* (the "Order Closing Cases") [ECF No. 1367].

2. On June 6, 2019, the Plan Proponents filed the *Third Amended Prenegotiated Plan of Reorganization for Duro Dyne National Corp., et al., Under Chapter 11 of the Bankruptcy Code, as Modified* (the "Plan") [ECF No. 729].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

-2-

3. On October 23, 2020 (the "Confirmation Date"), the United States District Court for the District of New Jersey entered the *Order (I) Approving and Adopting the Bankruptcy Court's Amended Report and Recommendation and (II) Confirming the Third Amended Prenegotiated Plan of Reorganization for Duro Dyne National Corp., et al. Pursuant to Chapter 11 of the Bankruptcy Code, as Modified* (the "Confirmation Order") [ECF No. 1322].

4. The Effective Date, as defined in the Plan, occurred on December 31, 2020. On the Effective Date and in accordance with the Plan and Confirmation Order, the Debtors made all payments due to be made on the Effective Date and all documents to be delivered on the Effective Date were released from escrow and delivered.

I certify, under penalty of perjury, that the foregoing statements made by me are true to the best of my knowledge, information, and belief.

Dated:   January 4, 2021

/s/ Jeffrey D. Prol
Jeffrey D. Prol, Esq.