UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Jeffrey M. Sponder, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email:  jeffrey.m.sponder@usdoj.gov

In Re:

Duro Dyne National Corp., et als.,

Debtors.

Case No.:    18-27963

Adv. Pro. No.: _____

Chapter:    11

Hearing Date:    2/25/21

Judge:    MBK

## ADJOURNMENT REQUEST

1.    I, _____Jeffrey M. Sponder_____,

☒    am the attorney for: _____the United States Trustee_____,

☐    am self represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: Final Fee Applications of Young Conaway (1392) and Larry Fitzpatrick (1393)

Current hearing date and time: 2/25/21 @ 10am

New date requested: 3/11/21 @ 2pm

Reason for adjournment request: The parties are discussing a possible resolution and
require additional time.

2.    Consent to adjournment:

☒  I have the consent of all parties.    ☐  I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.


Date: 2/18/21                                          /s/ Jeffrey M. Sponder
                                                       Signature



**COURT USE ONLY:**


The request for adjournment is:

☒   Granted              New hearing date: 3/11/21 at 11:30 am            ☐   Peremptory

☐   Granted over objection(s)  New hearing date: _____    ☐   Peremptory

☐   Denied


**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*