UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
<u>Caption in Compliance with D.N.J. LBR 9004-2(c)</u>

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Edwin J. Harron, Esq. (New Jersey Bar No. 040701995)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600 (Telephone)
(302) 571-1253 (Facsimile)

Order Filed on March 3, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Duro Dyne National Corp., et als.,[1]

Debtors.

Case No.: 18-27963 (MBK)

Chapter 11

Hearing Date:  March 11, 2021 @ 11:30 a.m.

Chief Judge: Michael B. Kaplan

**ORDER ALLOWING SEVENTH INTERIM AND FINAL APPLICATION OF YOUNG CONAWAY STARGATT & TAYLOR, LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO LAWRENCE FITZPATRICK, THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS FOR (I) THE INTERIM PERIOD FROM AUGUST 1, 2020 THROUGH DECEMBER 31, 2020 AND (II) THE FINAL PERIOD FROM SEPTEMBER 7, 2018 THROUGH DECEMBER 31, 2020**

The relief set forth on the following pages numbered two (2), three (3) and four (4) is

hereby **ORDERED**.

**DATED: March 3, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

**(Page 2)**
Debtors:  Duro Dyne National Corp., et als.
Case No. 18-27963/MBK
**Order Allowing Seventh Interim and Final Application of Young Conaway Stargatt &
Taylor, LLP for Allowance of Compensation and Reimbursement of Expenses as Counsel
to Lawrence Fitzpatrick, the Legal Representative for Future Asbestos Personal Injury
Claimants for (i) the Interim Period from August 1, 2020 Through December 31, 2020 and
(ii) the Final Period from September 7, 2018 Through December 31, 2020**

Upon the *Seventh Interim and Final Application of Young Conaway Stargatt & Taylor,*

*LLP for Allowance of Compensation and Reimbursement of Expenses as Counsel to Lawrence*

*Fitzpatrick, the Legal Representative for Future Asbestos Personal Injury Claimants for (I) the*

*Interim Period from August 1, 2020 through December 31, 2020 and (II) the Final Period from*

*September 7, 2018 through December 31, 2020* (ECF No 1392) (the "Application"),[2] and due

and proper notice of the Application having been given; and it appearing that no other or further

notice is required; and it appearing that the Court has jurisdiction to consider the Application in

accordance with 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the*

*Bankruptcy Court Under Title 11*, dated September 18, 2012 (Simandle, C.J.); and it appearing

that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core

proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the United States Trustee

(the "U.S. Trustee") having provided an informal objection (the "U.S. Trustee Objection") to the

Application and to the Seventh Interim and Final Application of Lawrence Fitzpatrick for

Allowance of Compensation and Reimbursement of Expenses as the Legal Representative for

Future Asbestos Personal Injury Claimants for (i) the Interim Period From August 1, 2020

Through December 31, 2020 and (ii) the Final Period From September 7, 2018 Through

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

**(Page 3)**

Debtors:  Duro Dyne National Corp., et als.

Case No. 18-27963/MBK

**Order Allowing Seventh Interim and Final Application of Young Conaway Stargatt &
Taylor, LLP for Allowance of Compensation and Reimbursement of Expenses as Counsel
to Lawrence Fitzpatrick, the Legal Representative for Future Asbestos Personal Injury
Claimants for (i) the Interim Period from August 1, 2020 Through December 31, 2020 and
(ii) the Final Period from September 7, 2018 Through December 31, 2020**

December 31, 2020 (the "Fitzpatrick Application") (ECF No. 1393); and it appearing that the

U.S. Trustee and Young Conaway Stargatt & Taylor, LLP having reached a resolution of the

U.S. Trustee Objection; and it appearing that the fees and expenses requested in the Application

are reasonable and for necessary services provided during the Interim Period and the Final

Period,

   **IT IS HEREBY ORDERED THAT:**

   1.  The Application is granted as provided herein.

   2.  YCST is hereby allowed (i) compensation for services rendered in the sum of $34,118.50

and reimbursement of expenses incurred in the sum of $178.68 for the Interim Period, and is

hereby allowed (ii) compensation for services rendered in the sum of $748,742.50 and

reimbursement of expenses incurred in the sum of $26,402.48 for the Final Period, for a total of

$775,144.98.

   3.  Notwithstanding paragraph 2 above, YCST shall reduce its fee for services rendered and

reimbursement of expenses during the Final Period by $50,000 to $725,144.98.  As YCST has

received payment of $740,847.82 during these cases, YCST shall not receive a payment for its

services during the Interim Period and shall return $15,702.84 to the Debtors within ten (10)

days of entry of this order.

   4.  The payment of $50,000 by YCST resolves the U.S. Trustee's informal objection

concerning the Fitzpatrick Application.

**(Page 4)**
Debtors:  Duro Dyne National Corp., et als.
Case No. 18-27963/MBK
**Order Allowing Seventh Interim and Final Application of Young Conaway Stargatt &
Taylor, LLP for Allowance of Compensation and Reimbursement of Expenses as Counsel
to Lawrence Fitzpatrick, the Legal Representative for Future Asbestos Personal Injury
Claimants for (i) the Interim Period from August 1, 2020 Through December 31, 2020 and
(ii) the Final Period from September 7, 2018 Through December 31, 2020**

5.  This Court shall retain jurisdiction over any and all matters arising from or related to the

interpretation and/or implementation of this Order.