# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

### In re: Duro Dyne National Corp. et al , Case No. 18-27963
#### Register of Proofs of Claim Filed ● Sorted by: Claim Number

| Creditor Name / Address | Case Number / Case Name | Claim Number | Claim Date | Total | *CUD | **Class / ***Totals |
|---|---|---|---|---|---|---|
| BLACK & DECKER (US) INC<br>701 JOPPA RD MY 005<br>TOWSON, MD  21286 | 18-27963<br>Duro Dyne National Corp. | 1 | 9/13/2018 | $15,566.70<br>$15,566.70<br>$0.00 | | ( U )<br>( T )<br>[CDT] |
| DEPARTMENT OF TREASURY - INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA  19101-7346 | 18-27963<br>Duro Dyne National Corp. | 2 | 4/17/2019 | $0.00<br>$0.00<br>$0.00<br>$0.00 | | ( P )<br>( U )<br>( T )<br>[CDT] |
| DEPARTMENT OF TREASURY - INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA  19101-7346 | 18-27968<br>Duro Dyne Corporation | 3 | 4/17/2019 | $0.00<br>$0.00<br>$0.00 | | ( P )<br>( T )<br>[CDT] |
| DEPARTMENT OF TREASURY - INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA  19101-7346 | 18-27969<br>Duro Dyne Machinery Corp | 4 | 4/17/2019 | $0.00<br>$0.00<br>$0.00 | | ( P )<br>( T )<br>[CDT] |
| DEPARTMENT OF TREASURY - INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA  19101-7346 | 18-27970<br>Duro Dyne Midwest Corp | 5 | 4/17/2019 | $0.00<br>$0.00<br>$0.00 | | ( P )<br>( T )<br>[CDT] |
| DEPARTMENT OF TREASURY - INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA  19101-7346 | 18-27971<br>Duro Dyne West Corp | 6 | 5/22/2019 | $59.08<br>$557.07<br>$616.15<br>$616.15 | | ( P )<br>( U )<br>( T )<br>[CDT] |
| MSC INDUSTRIAL SUPPLY CO<br>75 MAXESS ROAD<br>MELVILLE, NY  11747 | 18-27963<br>Duro Dyne National Corp. | 7 | 9/24/2018 | $2,030.66<br>$851.14<br>$2,881.80<br>$0.00 | | ( A )<br>( U )<br>( T )<br>[CDT] |
| DUBOIS CHEMICALS INC.<br>3630 E KEMPER ROAD<br>CINCINNATI, OH  45241-2046 | 18-27963<br>Duro Dyne National Corp. | 8 | 10/1/2018 | $4,068.05<br>$4,068.05<br>$0.00 | | ( U )<br>( T )<br>[CDT] |
| BRISTOL ALUMINUM CO<br>C/O PAUL A MATHIAS<br>5514 BRISTOL EMILIE RD<br>LEVITTOWN, PA  19057 | 18-27963<br>Duro Dyne National Corp. | 9 | 10/2/2018 | $5,758.20<br>$5,758.20<br>$0.00 | | ( U )<br>( T )<br>[CDT] |
| PSEG LI<br>GERALYN CLINCH<br>15 PARK DRIVE<br>MELVILLE, NY  11747 | 18-27963<br>Duro Dyne National Corp. | 10 | 10/2/2018 | $31,711.22<br>$31,711.22<br>$0.00 | | ( U )<br>( T )<br>[CDT] |
| CIT COMMUNICATIONS FINANCE CORPORATION<br>C/O BANKRUPTCY PROCESSING SOLUTIONS INC<br>PO BOX 593007<br>SAN ANTONIO, TX  78259 | 18-27963<br>Duro Dyne National Corp. | 11 | 10/22/2018 | $80,492.16<br>$80,492.16<br>$80,492.16 | | ( U )<br>( T )<br>[CDT] |
| AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 | 18-27968<br>Duro Dyne Corporation | 12 | 10/5/2018 | $2,699.76<br>$2,699.76<br>$0.00 | | ( U )<br>( T )<br>[CDT] |

* [C]: Contingent  [U]: Unliquidated  [D]: Disputed                                          **This Register of Proofs of Claim Filed is continually subject to audit and update.**

** ( A ): Administrative  ( P ): Priority  ( S ): Secured  ( U ): Unsecured  ( T ): Claimed Total

*** [CT]: Calculated Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor,
        but does not necessarily represent the total claim as indicated by the creditor.

***[CDT]: Current Deemed Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor,
        unless the claim has been modified by Order, Stipulation, or Claim Withdrawal.   Then, the modified amount is reflected.

**In re: Duro Dyne National Corp. et al , Case No. 18-27963**

Register of Proofs of Claim Filed • Sorted by: Claim Number

| Creditor Name / Address | Case Number / Case Name | Claim Number | Claim Date | Total | *CUD | **Class / ***Totals |
|---|---|---|---|---|---|---|
| CIT FINANCE, LLC<br>C/O BANKRUPTCY PROCESSING SOLUTIONS INC<br>PO BOX 593007<br>SAN ANTONIO, TX 78259 | 18-27963<br>Duro Dyne National Corp. | 13 | 10/22/2018 | $18,810.90<br>$18,810.90<br>$18,810.90 | | ( U )<br>( T )<br>[CDT] |
| BURLAN MANUFACTURING, LLC.<br>2740 W FRANKLIN BLVD<br>GASTONIA, NC 28052-9480 | 18-27968<br>Duro Dyne Corporation | 14 | 10/9/2018 | $47,983.37<br>$47,983.37<br>$0.00 | | ( U )<br>( T )<br>[CDT] |
| WELLS FARGO EQUIPMENT FINANCE<br>MAC F0005-055<br>800 WALNUT ST<br>DES MOINES, IA 50309 | 18-27971<br>Duro Dyne West Corp | 15 | 10/25/2018 | $17,100.00<br>$37,125.15<br>$54,225.15<br>$54,225.15 | | ( S )<br>( U )<br>( T )<br>[CDT] |
| EULER HERMES N.A. INSURANCE CO<br>AGENT OF DYNAMIC METALS INC<br>800 RED BROOK BLVD<br>OWINGS MILLS, MD 21117 | 18-27968<br>Duro Dyne Corporation | 16 | 10/24/2018 | $48,035.72<br>$49,358.10<br>$97,393.82<br>$0.00 | | ( A )<br>( U )<br>( T )<br>[CDT] |
| DUKE ENERGY OHIO<br>550 SOUTH TRYON ST, DEC45A<br>CHARLOTTE, NC 28202 | 18-27963<br>Duro Dyne National Corp. | 17 | 10/29/2018 | $3,215.31<br>$3,215.31<br>$0.00 | | ( U )<br>( T )<br>[CDT] |
| JM BURNS STEEL SUPPLY INC<br>JUSTIN M ROBBINS<br>PO BOX 15622<br>CINCINNATI, OH 45215 | 18-27963<br>Duro Dyne National Corp. | 18 | 11/13/2018 | $382,054.69<br>$382,054.69<br>$0.00 | | ( U )<br>( T )<br>[CDT] |
| INTERNATIONAL ASSOC OF SHEET METAL AIR RAIL<br>& TRANSPORTATION WORKERS<br>WASSERMAN JURISTA & STOLZ<br>ATTN SCOTT S REVER, ESQ.<br>110 ALLEN ROAD SUITE 304<br>BASKING RIDGE, NJ 07920 | 18-27963<br>Duro Dyne National Corp. | 19 | 11/14/2018 | $7,600,000.00<br>$7,600,000.00<br>$0.00 | | ( U )<br>( T )<br>[CDT] |
| INTERNATIONAL ASSOC OF SHEET METAL AIR RAIL<br>& TRANSPORTATION WORKERS<br>WASSERMAN JURISTA & STOLZ<br>ATTN SCOTT S REVER, ESQ.<br>110 ALLEN ROAD SUITE 304<br>BASKING RIDGE, NJ 07920 | 18-27968<br>Duro Dyne Corporation | 20 | 11/14/2018 | $7,600,000.00<br>$7,600,000.00<br>$0.00 | | ( U )<br>( T )<br>[CDT] |
| INTERNATIONAL ASSOC OF SHEET METAL AIR RAIL<br>& TRANSPORTATION WORKERS<br>WASSERMAN JURISTA & STOLZ<br>ATTN SCOTT S REVER, ESQ.<br>110 ALLEN ROAD SUITE 304<br>BASKING RIDGE, NJ 07920 | 18-27969<br>Duro Dyne Machinery Corp | 21 | 11/14/2018 | $7,600,000.00<br>$7,600,000.00<br>$0.00 | | ( U )<br>( T )<br>[CDT] |
| NATIONAL GRID<br>300 ERIE BOULEVARD WEST<br>SYRACUSE, NY 13202 | 18-27963<br>Duro Dyne National Corp. | 22 | 11/19/2018 | $66.37<br>$66.37<br>$0.00 | | ( U )<br>( T )<br>[CDT] |
| ICON OWNER POOL 1 INLAND EMPIRE/OC NON-BUSINESS<br>PARKS, LLC<br>DANIEL WAXMAN, WYATT, TARRANT & COMBS, LLP<br>250 WEST MAIN ST., SUITE 1600<br>LEXINGTON, KY 40507 | 18-27971<br>Duro Dyne West Corp | 23 | 12/3/2018 | $58,473.77<br>$58,473.77<br>$58,473.77 | | ( U )<br>( T )<br>[CDT] |
| DE LAGE LANDEN FINANCIAL SERVICES INC<br>ATTN: P KAHLER<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA 19087 | 18-27963<br>Duro Dyne National Corp. | 24 | 1/4/2019 | $69,853.69<br>$69,853.69<br>$69,853.69 | | ( U )<br>( T )<br>[CDT] |
| HYG FINANCIAL SERVICES INC<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS, IA 52404 | 18-27968<br>Duro Dyne Corporation | 25 | 1/4/2019 | $30,281.73<br>$30,281.73<br>$30,281.73 | | ( U )<br>( T )<br>[CDT] |

* [C]: Contingent [U]: Unliquidated [D]: Disputed                *This Register of Proofs of Claim Filed is continually subject to audit and update.*

** ( A ): Administrative  ( P ): Priority  ( S ): Secured  ( U ): Unsecured  ( T ): Claimed Total

*** [CT]: Calculated Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor,
   but does not necessarily represent the total claim as indicated by the creditor.

***[CDT]: Current Deemed Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor,
   unless the claim has been modified by Order, Stipulation, or Claim Withdrawal.  Then, the modified amount is reflected.

**In re: Duro Dyne National Corp. et al , Case No. 18-27963**
Register of Proofs of Claim Filed • Sorted by: Claim Number

| Creditor Name / Address | Case Number / Case Name | Claim Number | Claim Date | Total | *CUD | **Class / ***Totals |
|---|---|---|---|---|---|---|
| DUBOIS CHEMICALS INC<br>ATTN: DIANE POSEY<br>3630 EAST KEMPER ROAD<br>CINCINNATI, OH  45241 | 18-27963<br>Duro Dyne National Corp. | 26 | 1/8/2019 | $2,191.04<br>$2,191.04<br>$0.00 | | ( U )<br>( T )<br>[CDT] |
| PENSION BENEFIT GUARANTY CORPORATION<br>CAROLYN J. LACHMAN, ESQ.<br>OFFICE OF THE GENERAL COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC  20005-4026 | 18-27963<br>Duro Dyne National Corp. | 27 | 1/8/2019 | UNKNOWN<br>$1,654,745.00<br>$1,654,745.00<br>$1,654,745.00<br>$1,654,745.00 | [CU]<br>[CU]<br>[CU]<br>[CU] | ( P )<br>( U )<br>( T )<br>[CT]<br>[CDT] |
| PENSION BENEFIT GUARANTY CORPORATION<br>CAROLYN J. LACHMAN, ESQ.<br>OFFICE OF THE GENERAL COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC  20005-4026 | 18-27963<br>Duro Dyne National Corp. | 28 | 1/8/2019 | UNKNOWN<br>$337,500.00<br>$337,500.00<br>$337,500.00<br>$337,500.00 | [CU]<br>[CU]<br>[CU]<br>[CU] | ( P )<br>( U )<br>( T )<br>[CT]<br>[CDT] |
| PENSION BENEFIT GUARANTY CORPORATION<br>CAROLYN J. LACHMAN, ESQ.<br>OFFICE OF THE GENERAL COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC  20005-4026 | 18-27963<br>Duro Dyne National Corp. | 29 | 1/8/2019 | UNKNOWN<br>UNKNOWN<br>UNKNOWN<br>UNKNOWN<br>$0.00 | [CU]<br>[CU]<br>[CU]<br>[CU] | ( A )<br>( P )<br>( U )<br>( T )<br>[CDT] |
| THE NORTH RIVER INSURANCE COMPANY<br>250 COMMERCIAL ST SUITE 5000<br>MACHESTER, NH  03101 | 18-27963<br>Duro Dyne National Corp. | 30 | 1/8/2019 | $32,881,224.86<br>$32,881,224.86<br>$0.00 | [CU]<br>[CU] | ( U )<br>( T )<br>[CDT] |
| THE NORTH RIVER INSURANCE COMPANY<br>250 COMMERCIAL ST SUITE 5000<br>MANCHESTER, NH  03101 | 18-27968<br>Duro Dyne Corporation | 31 | 1/8/2019 | $32,881,224.86<br>$32,881,224.86<br>$0.00 | [CU]<br>[CU] | ( U )<br>( T )<br>[CDT] |
| THE NORTH RIVER INSURANCE COMPANY<br>250 COMMERCIAL ST SUITE 5000<br>MANCHESTER, NH  03101 | 18-27969<br>Duro Dyne Machinery Corp | 32 | 1/8/2019 | $32,881,224.86<br>$32,881,224.86<br>$0.00 | [CU]<br>[CU] | ( U )<br>( T )<br>[CDT] |
| THE NORTH RIVER INSURANCE COMPANY<br>250 COMMERCIAL ST SUITE 5000<br>MANCHESTER, NH  03101 | 18-27970<br>Duro Dyne Midwest Corp | 33 | 1/8/2019 | $32,881,224.86<br>$32,881,224.86<br>$0.00 | [CU]<br>[CU] | ( U )<br>( T )<br>[CDT] |
| THE NORTH RIVER INSURANCE COMPANY<br>250 COMMERCIAL ST SUITE 5000<br>MANCHESTER, NH  03101 | 18-27971<br>Duro Dyne West Corp | 34 | 1/8/2019 | $32,881,224.86<br>$32,881,224.86<br>$0.00 | [CU]<br>[CU] | ( U )<br>( T )<br>[CDT] |
| HARTFORD ACCIDENT & INDEMNITY COMPANY<br>JOSHUA WEINBERG<br>SHIPMAN & GOODWIN LLP<br>1875 K STREET NW 6TH FLOOR<br>WASHINGTON, DC  20006 | 18-27963<br>Duro Dyne National Corp. | 35 | 1/8/2019 | $3,441,165.91<br>$3,441,165.91<br>$0.00 | [U]<br>[U] | ( U )<br>( T )<br>[CDT] |
| HARTFORD ACCIDENT & INDEMNITY COMPANY<br>JOSHUA WEINBERG<br>SHIPMAN & GOODWIN LLP<br>1875 K STREET NW 6TH FLOOR<br>WASHINGTON, DC  20006 | 18-27968<br>Duro Dyne Corporation | 36 | 1/8/2019 | $3,441,165.91<br>$3,441,165.91<br>$0.00 | [U]<br>[U] | ( U )<br>( T )<br>[CDT] |
| HARTFORD ACCIDENT & INDEMNITY COMPANY<br>JOSHUA WEINBERG<br>SHIPMAN & GOODWIN LLP<br>1875 K STREET NW 6TH FLOOR<br>WASHINGTON, DC  20006 | 18-27969<br>Duro Dyne Machinery Corp | 37 | 1/8/2019 | $3,441,165.91<br>$3,441,165.91<br>$0.00 | [U]<br>[U] | ( U )<br>( T )<br>[CDT] |
| HARTFORD ACCIDENT & INDEMNITY COMPANY<br>JOSHUA WEINBERG<br>SHIPMAN & GOODWIN LLP<br>1875 K STREET NW 6TH FLOOR<br>WASHINGTON, DC  20006 | 18-27970<br>Duro Dyne Midwest Corp | 38 | 1/8/2019 | $3,441,165.91<br>$3,441,165.91<br>$0.00 | [U]<br>[U] | ( U )<br>( T )<br>[CDT] |

* [C]: Contingent  [U]: Unliquidated  [D]: Disputed          *This Register of Proofs of Claim Filed is continually subject to audit and update.*

** ( A ): Administrative  ( P ): Priority  ( S ): Secured  ( U ): Unsecured  ( T ): Claimed Total

*** [CT]: Calculated Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor,
      but does not necessarily represent the total due as indicated by the creditor.

***[CDT]: Current Deemed Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor,
      unless the claim has been modified by Order, Stipulation, or Claim Withdrawal.  Then, the modified amount is reflected.

**In re: Duro Dyne National Corp. et al , Case No. 18-27963**

**Register of Proofs of Claim Filed  •  Sorted by: Claim Number**

| Creditor Name / Address | Case Number / Case Name | Claim Number | Claim Date | Total | *CUD | **Class / ***Totals |
|---|---|---|---|---|---|---|
| HARTFORD ACCIDENT & INDEMNITY COMPANY<br>JOSHUA WEINBERG<br>SHIPMAN & GOODWIN LLP<br>1875 K STREET NW 6TH FLOOR<br>WASHINGTON, DC  20006 | 18-27971<br>Duro Dyne West Corp | 39 | 1/8/2019 | $3,441,165.91<br>$3,441,165.91<br>$0.00 | [U]<br>[U] | ( U )<br>( T )<br>[CDT] |
| HARTFORD ACCIDENT & INDEMNITY COMPANY<br>JOSHUA WEINBERG<br>SHIPMAN & GOODWIN LLP<br>1875 K STREET NW 6TH FLOOR<br>WASHINGTON, DC  20006 | 18-27963<br>Duro Dyne National Corp. | 40 | 1/8/2019 | $878,720.07<br>$878,720.07<br>$0.00 | [U]<br>[U] | ( U )<br>( T )<br>[CDT] |
| HARTFORD ACCIDENT & INDEMNITY COMPANY<br>JOSHUA WEINBERG<br>SHIPMAN & GOODWIN LLP<br>1875 K STREET NW 6TH FLOOR<br>WASHINGTON, DC  20006 | 18-27968<br>Duro Dyne Corporation | 41 | 1/8/2019 | $878,720.07<br>$878,720.07<br>$0.00 | [U]<br>[U] | ( U )<br>( T )<br>[CDT] |
| HARTFORD ACCIDENT & INDEMNITY COMPANY<br>JOSHUA WEINBERG<br>SHIPMAN & GOODWIN LLP<br>1875 K STREET NW 6TH FLOOR<br>WASHINGTON, DC  20006 | 18-27969<br>Duro Dyne Machinery Corp | 42 | 1/8/2019 | $878,720.07<br>$878,720.07<br>$0.00 | [U]<br>[U] | ( U )<br>( T )<br>[CDT] |
| HARTFORD ACCIDENT & INDEMNITY COMPANY<br>JOSHUA WEINBERG<br>SHIPMAN & GOODWIN LLP<br>1875 K STREET NW 6TH FLOOR<br>WASHINGTON, DC  20006 | 18-27970<br>Duro Dyne Midwest Corp | 43 | 1/8/2019 | $878,720.07<br>$878,720.07<br>$0.00 | [U]<br>[U] | ( U )<br>( T )<br>[CDT] |
| HARTFORD ACCIDENT & INDEMNITY COMPANY<br>JOSHUA WEINBERG<br>SHIPMAN & GOODWIN LLP<br>1875 K STREET NW 6TH FLOOR<br>WASHINGTON, DC  20006 | 18-27971<br>Duro Dyne West Corp | 44 | 1/8/2019 | $878,720.07<br>$878,720.07<br>$0.00 | [U]<br>[U] | ( U )<br>( T )<br>[CDT] |
| FEDERAL INSURANCE COMPANY<br>MARK D PLEVIN ESQ<br>CROWELL & MORING LLP<br>1001 PENNSYLVANIA AVE NW<br>WASHINGTON, DC  20004 | 18-27963<br>Duro Dyne National Corp. | 45 | 1/8/2019 | $1,437,000.00<br>$1,437,000.00<br>$0.00 | [U]<br>[U] | ( U )<br>( T )<br>[CDT] |
| FEDERAL INSURANCE COMPANY<br>MARK D PLEVIN ESQ<br>CROWELL & MORING LLP<br>1001 PENNSYLVANIA AVE NW<br>WASHINGTON, DC  20004 | 18-27968<br>Duro Dyne Corporation | 46 | 1/8/2019 | $1,437,000.00<br>$1,437,000.00<br>$0.00 | [U]<br>[U] | ( U )<br>( T )<br>[CDT] |
| FEDERAL INSURANCE COMPANY<br>MARK D PLEVIN ESQ<br>CROWELL & MORING LLP<br>1001 PENNSYLVANIA AVE NW<br>WASHINGTON, DC  20004 | 18-27969<br>Duro Dyne Machinery Corp | 47 | 1/8/2019 | $1,437,000.00<br>$1,437,000.00<br>$0.00 | [U]<br>[U] | ( U )<br>( T )<br>[CDT] |
| FEDERAL INSURANCE COMPANY<br>MARK D PLEVIN ESQ<br>CROWELL & MORING LLP<br>1001 PENNSYLVANIA AVE NW<br>WASHINGTON, DC  20004 | 18-27970<br>Duro Dyne Midwest Corp | 48 | 1/8/2019 | $1,437,000.00<br>$1,437,000.00<br>$0.00 | [U]<br>[U] | ( U )<br>( T )<br>[CDT] |
| FEDERAL INSURANCE COMPANY<br>MARK D PLEVIN ESQ<br>CROWELL & MORING LLP<br>1001 PENNSYLVANIA AVE NW<br>WASHINGTON, DC  20004 | 18-27971<br>Duro Dyne West Corp | 49 | 1/8/2019 | $1,437,000.00<br>$1,437,000.00<br>$0.00 | [U]<br>[U] | ( U )<br>( T )<br>[CDT] |

     * [C]: Contingent  [U]: Unliquidated  [D]: Disputed                    *This Register of Proofs of Claim Filed is continually subject to audit and update.*
   ** ( A ): Administrative  ( P ): Priority  ( S ): Secured  ( U ): Unsecured  ( T ): Claimed Total
  *** [CT]: Calculated Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor,
          but does not necessarily represent the total due as indicated by the creditor.
  ***[CDT]: Current Deemed Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor,
          unless the claim has been modified by Order, Stipulation, or Claim Withdrawal.   Then, the modified amount is reflected.

*Prepared on March 10, 2021 by BMC Group*                    **www.bmcgroup.com**                                    *Page 4 of  6*
                                                      **888.909.0100**

## In re: Duro Dyne National Corp. et al , Case No. 18-27963
### Register of Proofs of Claim Filed  •  Sorted by: Claim Number

| Creditor Name / Address | Case Number / Case Name | Claim Number | Claim Date | Total | *CUD | **Class / ***Totals |
|---|---|---|---|---|---|---|
| DELL FINANCIAL SERVICES LLC<br>DFS - BANKRUPTCY<br>PO BOX 81577<br>AUSTIN, TX  78708 | 18-27963<br>Duro Dyne National Corp. | 50 | 1/7/2019 | $18,552.52<br>$18,552.52<br>$18,552.52 | | ( U )<br>( T )<br>[CDT] |
| HYG FINANCIAL SERVICES INC<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS, IA  52404 | 18-27970<br>Duro Dyne Midwest Corp | 51 | 1/4/2019 | $62,216.19<br>$62,216.19<br>$62,216.19 | | ( U )<br>( T )<br>[CDT] |
| OHIO BUREAU OF WORKERS COMPENSATION<br>PO BOX 15567<br>COLUMBUS, OH  43215-0567 | 18-27970<br>Duro Dyne Midwest Corp | 52 | 2/25/2019 | UNKNOWN<br>UNKNOWN<br>$0.00 | [U]<br>[U] | ( P )<br>( T )<br>[CDT] |
| STATE OF CALIFORNIA<br>PO BOX 2952<br>BANKRUPTCY SECTION MS A340<br>FRANCHISE TAX BOARD<br>SACRAMENTO, CA  95812-2952 | 18-27963<br>Duro Dyne National Corp. | 53 | 2/18/2021 | $6,287.51<br>$6,287.51<br>$6,287.51 | [U]<br>[U] | ( A )<br>( T )<br>[CDT] |

  * [C]: Contingent  [U]: Unliquidated  [D]: Disputed        *This Register of Proofs of Claim Filed is continually subject to audit and update.*
 ** ( A ): Administrative  ( P ): Priority  ( S ): Secured  ( U ): Unsecured  ( T ): Claimed Total

*** [CT]: Calculated Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor,
        but does not necessarily represent the total claim as indicated by the creditor.

***[CDT]: Current Deemed Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor,
        unless the claim has been modified by Order, Stipulation, or Claim Withdrawal.   Then, the modified amount is reflected.

*Prepared on March 10, 2021 by BMC Group*        **www.bmcgroup.com**
                                                   **888.909.0100**                        *Page 5 of  6*

**In re: Duro Dyne National Corp. et al , Case No. 18-27963**

**Register of Proofs of Claim Filed ● Sorted by: Claim Number**

| Creditor Name / Address | Case Number / Case Name | Claim Number | Claim Date | Total | *CUD | **Class / ***Totals |
|---|---|---|---|---|---|---|

### Report totals for Register of Proofs of Claim Filed

Totals are reported in each Amount Class (**) and Totals grouping (***)

| | | | | Total | | |
|---|---|---|---|---|---|---|
| | | | | $56,353.89 | | ( A ) |
| | | | | $17,100.00 | | ( S ) |
| | | | | $59.08 | | ( P ) |
| | | | | $218,904,686.33 | | ( U ) |
| | | | | $218,978,199.30 | | ( T ) |
| | | | | $2,392,054.77 | | [CDT] |

**Total Claims Count:  53**

---

* [C]: Contingent  [U]: Unliquidated  [D]: Disputed          *This Register of Proofs of Claim Filed is continually subject to audit and update.*
** ( A ): Administrative  ( P ): Priority  ( S ): Secured  ( U ): Unsecured  ( T ): Claimed Total
*** [CT]: Calculated Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor,
     but does not necessarily represent the total claim as indicated by the creditor.
***[CDT]: Current Deemed Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor,
     unless the claim has been modified by Order, Stipulation, or Claim Withdrawal.   Then, the modified amount is reflected.